AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

—————————— District of ——————————

**APPEARANCE**

CASE NUMBER: 04-M00109-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Grant Boyd**

I certify that I am admitted to practice in this court.

Date: 1/3/05

Signature: [signed]

Print Name: John T. Diamond III

Address: 15 Foster St

City: Quincy   State: MA   Zip Code: 02169

Phone Number: (617) 770-0000 x110