AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————————— District of ————————————

U.S.

v.

Grant Boyd

**APPEARANCE**

CASE NUMBER: MEJ - 04 - 109

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for        Grant Boyd

I certify that I am admitted to practice in this court.

1/12/05
Date

Signature

Peter C. Horstmann    556371
Print Name                                    Bar Number
Partridge, Ankner + Horstmann
200 Berkeley St, 16th Floor
Address

Boston, MA    02116
City                         State                         Zip Code

(617) 859-9999  ,, 9998
Phone Number                                    Fax Number