UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>GRANT BOYD,<br><br>Defendant. | ) **05CR 10037 GAO**<br>) Criminal No. 05-CR-_____<br>)<br>) VIOLATIONS:<br>)<br>) 21 U.S.C. § 841(a)(1) –<br>) Possession with Intent to Distribute<br>) Methamphetamine<br>)<br>) 21 U.S.C. § 853 –<br>) Criminal Forfeiture Allegation |

## INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute)

The Grand Jury charges that:

On or about December 31, 2004, at Boston, in the District of Massachusetts,

**GRANT BOYD,**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 50 grams of methamphetamine, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count I of this Indictment, the defendant,

**GRANT BOYD**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS        February 17, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk

2/17/05

12:05 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05CR 10037GAO**

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA/FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number  04-00109-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Grant Boyd    Juvenile ☐ Yes [x] No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1969    **SSN (last 4 #):** 0905    **Sex** x    **Race:** w    **Nationality:** USA

**Defense Counsel if known:** Peter Horstmann    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nancy Rue    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes [x] No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes [x] No

☐ Warrant Requested    ☐ Regular Process    [x] In Custody

**Location Status:**

**Arrest Date:** 12/31/04

[x] Already in Federal Custody as  1/20/05 by USMJ Cohen  in  USMS Custody
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    [x] Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2-17-05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05cr10037GAO

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Grant Boyd

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | PWID methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**