UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES                 )
                                   )
v.                                 )
                                 )       No. 05-10037-GAO

GRANT BOYD,                )
     Defendant.            )
_____)

## ASSENTED TO MOTION TO CONTINUE ARRAIGNMENT

NOW COMES the Defendant, Grant Boyd, through counsel, and respectfully moves this Honorable Court to continue the Arraignment, which is scheduled for Thursday, March 10, 2005. In support thereof counsel states the following:

1.      On or about March 7, 2005, the undersigned counsel received electronic notice that the Arraignment had been scheduled for March 10, 2005, at 2:00 pm.

2.      The undersigned counsel is unavailable at that time.

3.      The Defendant agrees that the period of time up to the arraignment is excludable under the Speedy Trial Act.

4.      The Government, through its representative, Assistant United States Attorney Nancy Rue, has assented to the instant motion.

WHEREFORE based on the foregoing arguments and authorities this Honorable Court is respectfully urged to continue the Arraignment of Grant Boyd.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999