UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *          Docket No. 05CR10037-1
UNITED STATES OF AMERICA        *
                                *
V.                              *
                                *
                                *
GRANT BOYD                      *
* * * * * * * * * * * * * * * * * * *
```

NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes John T. Diamond, III, counsel for the Defendant in the above-captioned matter and respectfully requests that this Honorable Court allow the withdrawal of counsel's appearance on behalf of the Defendant.

As reasons therefore:

1. Successor counsel, Peter C. Horstmann has filed an appearance on behalf of and is currently representing the Defendant in this matter.

WHEREAS, counsel respectfully requests that this Honorable Court allow him to withdraw his appearance on behalf of the Defendant in the above-captioned matter.

Respectfully Submitted
GRANT BOYD,
By His Attorney,

John T. Diamond, III
TORNEY, MAHONEY DIAMOND
& BENNETT
15 Foster Street
Quincy, MA 02169
BBO No: 555934
Tel: (617) 770-0000

Date: 3/18/05

## CERTIFICATE OF SERVICE

I, John T. Diamond, III, Esq., do hereby certify that a copy of the within:

1.  Notice of Withdrawal of Appearance

has been sent, postage prepaid, to U.S. Attorney's Office, John J. Moakley U.S. Courthouse, Suite 9200, Magistrate Judge Alexander, John J. Moakley U.S. Courthouse, Suite 7410, Assistant U.S. Attorney, Nancy Rue, John J. Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210, Peter C. Horstmann, Esq., Partridge Ankner & Horstmann, LLP, 200 Berkeley Street, Boston, MA 02116.

*John T. Diamond, III*
John T. Diamond, III
TORNEY, MAHONEY, DIAMOND
& BENNETT
15 Foster Street
Quincy, MA 02169
BBO #555934
(617) 770-0000

Dated: 3/18/05