UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>GRANT BOYD, )<br>      Defendant. ) | Criminal No. 05-10037-GAO |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks the forfeiture, pursuant to Title 21, United States Code, Section 853, as a result of violations of 21 U.S.C. § 841, of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1.  $54,223.00 in United States Currency, seized from Grant Boyd, a/k/a Mark Martin, at the Nine Zero Hotel, 90 Tremont Street, Boston, Massachusetts, on or about December 31, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                By:     /s/Jennifer H. Zacks
                                        NANCY RUE
                                        JENNIFER H. ZACKS
                                        Assistant U.S. Attorneys
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100

Dated: May 5, 2005


CERTIFICATE OF SERVICE

   I certify that I have served a true copy of the foregoing upon Anthony J. Manieri, Esquire, Law Office of Anthony J. Manieri, 71 Lauriston Street, Providence, Rhode Island 02906, and Peter C. Horstmann, Esquire, Law Offices of Partridge, Ankner & Horstmann, LLP, 200 Berkeley Street, 16th Floor, Boston, Massachusetts 02116, as counsel for Defendant Grant Boyd, by first class mail, postage prepaid.

                                        /s/Jennifer H. Zacks
                                        Jennifer H. Zacks,
                                        Assistant U.S. Attorney

Dated: May 5, 2005