UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05cr10037

UNITED STATES OF AMERICA

v.

GRANT BOYD

ORDER AND INITIAL STATUS REPORT

May 17, 2005

SOROKIN, M.J.

An Initial Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

1. No relief from the deadlines set forth in L.R. 116.3 is necessary at this time, except as otherwise noted in this Order.

2. The defendant has requested expert witness discovery under Fed. R. Crim. P. 16(a)(1)(E). By agreement of the parties, the Court Orders the Government to make expert disclosure no later than sixty (60) days before trial and the defendant shall make disclosure no later than thirty (30) days before trial.

3. The Government anticipates producing some additional discovery to the defendant.

4. The defendant shall file any Motion for Discovery by June 17, 2005. The government, by agreement of the defendant, shall file its response by July 5, 2005. Although defendant anticipates filing a motion to suppress, the parties agree that the Court should defer establishing a briefing schedule at this time pending the conclusion of discovery.

5. The parties agree and the Court finds, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence, investigation, informal exchange of discovery, preparation of a possible discovery motion and consideration of how best to proceed with this matter, outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment. Accordingly, the Court Orders the period from March 7, 2005 (the original arraignment date) until and including the date of the Interim Status Conference on July 12, 2005 excluded from the Speedy Trial Clock. In addition, the Court notes the periods from March 7, 2005 to March 17, 2005 are excluded as a result of the defendant's Motion to Continue the Arraignment, the twenty-eight day period beginning March 18, 2005 is excluded under L.R. 112.2(A)(2) and May 13,

2005 to May 17, 2005 is excluded as a result of the Motion to Continue the Status Conference. Thus, no time will have elapsed under the Speedy Trial Clock as of July 12, 2005.

    6.  It is too early to determine whether a trial will be necessary in this matter.

    7.  Counsel shall appear for an Interim Status Conference on **Tuesday July 12, 2005 at 2:15 p.m.**

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge