IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff(s), | ) CRIMINAL ACTION | |
| | ) CASE NO. 05-10037-GAO | |
| v. | ) | |
| | ) | |
| Grand Boyd | ) | |
| | ) | |
| Defendant(s). | ) | |

MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Mass. Rule 83.5.3(b), defendant Grant Boyd move that Ronald N. Richards be admitted to practice in the United States District Court for the Massachusetts, for purposes of this case only.

Pursuant to D. Mass. Rule 83.5.3(b), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Ronald Richards and Associates
Ronald Richards, Esq. SB#176246
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001 Office
310-277-3325 Fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USA | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) CRIMINAL ACTION |
| | ) CASE NO. 05-10037-GAO |
| v. | ) |
| | ) |
| GRANT BOYD | ) |
| | ) |
| Defendant(s). | ) |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed _____ [insert date], and for good cause shown, the Court finds that said motion should be sustained and that Ronald N. Richards should be and hereby is admitted to practice in the United States District Court for the District of Massachusetts for purposes of this case only.

Dated this \_\_\_\_\_ day of _____, \_\_\_\_\_.

_____

UNITED STATES DISTRICT JUDGE