IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

USA

      Plaintiff(s),  ) CRIMINAL ACTION
              ) CASE NO. 05-10037-GAO

v.

Grand Boyd

      Defendant(s).

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Mass. Rule 83.5.3(b)., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Ronald N. Richards

2. I practice under the following firm name or letterhead:

   Name: Law Offices of Ronald Richards and Associates

   Address: P.O. Box 11480

      Beverly Hills, CA 90213

   Telephone Number: 310-556-1001

   Fax:   310-277-3325

   Email address:  Ron@ronaldrichards.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| California Supreme Court | 6-1-95 | 176246 |
| U.S.C.A. for the 9th Circ. | 12-11-96 | 176246 |
| U.S.D.C. for the C.D. | 6-12-95 | 176246 |
| U.S.D.C. for the S.D. | 6-22-98 | 176246 |
| U.S.D.C. for the N.D. | 7-17-95 | 176246 |
| ED of Michigan | 2003 | 176246 |
| District of Colorado | 2003 | 176246 |
| U.S.C.A. for the 11th Circ. | 2005 | 176246 |

4. I have reviewed D. Mass. Rule 83.5.3(b) and I have meet the requirements for all three subsections.

5. I am in good standing in all bars of which I am a member.

6. No disciplinary or grievance proceedings have been previously filed against me.

7. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

8. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

I declare under penalty of perjury under the laws of the United States the above to be true and correct to the best of my knowledge. Executed on June 16, 2005 at West Hollywood, CA.

_____
Ronald Richards

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Jennifer H. Zacks, Esquire, at 1 Courthouse Way, Suite 9200, Boston, MA 02210, as counsel for Plaintiff United States, by first class mail, postage prepaid.

Dated: June 16, 2005

_____
Ronald N. Richards
Counsel for Grant Boyd