UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05cr10037GAO

UNITED STATES OF AMERICA

v.

GRANT BOYD

ORDER AND INTERIM STATUS REPORT

July 12, 2005

SOROKIN, M.J.

      An Interim Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

      1. Discovery is virtually complete. The government anticipates providing some additional discovery today. The defendant requests some additional time to review this disclosure to determine whether further discovery is required, in his view, in light of the disclosure.

      2. The prior findings set forth in my earlier report remain applicable.

      3. The parties agree and the Court finds, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence in particular review of the anticipated disclosure of further evidence today, investigation, informal exchange of discovery including discussions regarding the payment of counsel issue raised by the prosecution, preparation of a possible discovery motion and consideration of how best to proceed with this matter, outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment. Accordingly, the Court Orders the period from July 12, 2005 until and including the date of the Final Status Conference on August 9, 2005 excluded from the Speedy Trial Clock. As of the Final Status Conference, no time will have elapsed under the Speedy Trial Clock.

      4. Counsel shall appear for the Final Status Conference on **Tuesday August 9, 2005 at 2:00 p.m.**

      /s/ Leo T. Sorokin
      LEO T. SOROKIN
      United States Magistrate Judge