UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05cr10037

UNITED STATES OF AMERICA

v.

GRANT BOYD

ORDER AND INTERIM STATUS REPORT

August 9, 2005

SOROKIN, M.J.

      An Interim Status Conference (originally scheduled as a Final Status Conference) was held before this Court pursuant to the provisions of Local Rule 116.5.  Based on that Conference the Court enters the following report and orders.

      1.  Discovery is virtually complete.  The government turned over the last piece of discovery yesterday; defendant requires until September 1, 2005 to review it and determine whether it necessitates filing a discovery motion which he will do by that date, if at all.

      2.  The prior findings set forth in my earlier reports remain applicable.

      3.  In light of the Government's Motion, filed today, for an Ex Parte Hearing into any potential or actual conflicts arising out of any third persons paying the fee(s) of the retained defense counsel in this case, I ORDER that the Marshals bring Mr. Boyd  to Court on September 14, 2005 at 2:00 p.m. for an hearing at which I will conduct an ex parte inquiry of the defendant.  The defendant may file any response or opposition to the Government's Motion by September 1, 2005.  I will render a ruling on the Motion after defendant files its response or elects to file nothing.

      3.   The Court enters the following briefing schedule by agreement of the parties:. Defendant's Motion to Suppress is due on September 10, 2005 and the Government's Opposition is due on October 7, 2005.

      4.  The parties agree and the Court finds, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence in particular review of the just disclosed evidence, investigation, and preparation of a motion to suppress outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment.   Accordingly, the Court Orders the period from August 9, 2005 until the Final Status Conference on September 14, 2005 and then through the

date for filing the Government's Opposition to the Motion to Suppress on October 7, 2005 excluded from the Speedy Trial Clock.   As of the Final Status Conference, no time will have elapsed under the Speedy Trial Clock.

     5.  Counsel shall appear for the Final Status Conference on **September 14, 2005 at 2:00 p.m.**

                                              /s/ Leo T. Sorokin
                                              LEO T. SOROKIN
                                              United States Magistrate Judge