UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05cr10037-GAO

UNITED STATES OF AMERICA

v.

GRANT BOYD

ORDER AND FINAL STATUS REPORT

September 14, 2005

SOROKIN, M.J.

A Final Status Conference was held before this court on Wednesday, September 14, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D), as well as the Order set forth below:

1. A trial is unlikely in this case. If a trial is necessary it is estimated to run five days.

2. The discovery is complete.

3. Defendant intends to file a Motion to Suppress. Upon the parties joint request, defendant's motion is due on October 3, 2005 and the government's opposition is due on November 3, 2005. The parties agree and the Court finds, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, preparation of the motion to suppress, consultation between counsel and counsel's schedules outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment. Accordingly, the Court Orders excluded from the Speedy Trial Clock the period from the Final Status Conference on September 14, 2005 to the date for filing the Government's Opposition to the Motion to Suppress on November 3, 2005.

4. As of the date for filing the government's response to the defendant's motion to suppress, November 3, 2005, pursuant to the Order in paragraph 3 and the court's prior orders, no time will have elapsed under the Speedy Trial Act and seventy days are remaining under the Speedy Trial Act in which this case must be tried.

5. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge