UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) No. 05-10037-GAO |
| GRANT BOYD, | ) |
| Defendant. | ) |

## MOTION TO SUPPRESS EVIDENCE

Pursuant to Federal Rule of Criminal Procedure, Rule 12(b)(3)(C), defendant Grant Boyd, through his attorney of record, Ronald N. Richards, moves to suppress all evidence used to obtain the search warrant in this case, all evidence that was obtained as a result of any searches in this case, all evidence being used as the corpus delicti for Count I in the indictment, and all evidence obtained as a result of a warrantless search of the package at Logan Airport.

Respectfully submitted

/s Ronald N. Richards, Esq.

_____
Ronald Richards, Esq. SB#176246
Ronald Richards and Associates
P.O. Box 11480
Beverly Hills, CA 90213
(310) 556-1001

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 3rd day of October, 2005, a copy of the foregoing MOTION TO SUPRESS EVIDENCE was served electronically, upon Assistant United States Attorney Nancy Rue, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire