UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 05-CR-10037-GAO |
| ) | |
| GRANT BOYD ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME UNTIL 10/31/05 TO RESPOND TO MOTION TO SUPPRESS
### (ASSENTED TO)

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Nancy Rue, Assistant United States Attorney, respectfully moves this Court for a one week extension of the due date for filing its opposition to defendant's motion to suppress. As grounds therefor, the government asserts that the federal express employee who opened the package is out of town and will not be available to provide an affidavit until next week.

The government has conferred with defendant's attorney Peter C. Horstmann by telephone, and attorney Horstmann has assented to this brief extension.

                                            Very truly yours,
                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                By:  /s/Nancy Rue
                                            NANCY RUE
                                            Assistant U.S. Attorney