IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff(s), | ) | CRIMINAL ACTION |
| | ) | CASE NO. 05-10037-GAO |
| v. | ) | |
| | ) | UNOPPOSED MOTION TO CONTINUE |
| Grand Boyd | ) | SUPPRESSION AND EVIDENTIARY |
| | ) | HEARING. |
| | ) | |
| Defendant(s). | ) | |

## UNOPPOSED MOTION TO CONTINUE SUPPRESSION AND EVIDENTIARY HEARING

Defendant Grant Boyd, by and through his attorney of record, Mr. Ronald N. Richards, moves to continue his Suppression and Evidentiary Hearing currently on calendar in the above entitled court November 14, 2005 to **November 18, 2005**.

This motion is unopposed by the plaintiff, the United States of America, by and through its attorneys, Ms. Nancy Rue, Assistant United States Attorney for the District of Massachusetts.

Good cause exists for this motion as counsel for Mr. Boyd is currently engaged in trial in California and is therefore unavailable for the November 14, 2005 hearing.

Counsel for Mr. Boyd makes this motion immediately upon learning he would be in trial. Mr. Boyd does not oppose this motion and no party is prejudiced by this motion.

## RELEVANT FACTS

1. Mr. Boyd, by and though his counsel Mr. Ronald N. Richards, filed a Motion to Suppress and Request for Evidentiary Hearing.

2. On or about October 20, 2005 this Court set a hearing date of November 14, 2005.

3. Mr. Richards is currently engaged in trial. The trial is not finished. Mr. Richards believes he would be in trial through November 14, 2005. Furthermore, he has other Federal court conflicts that predated this motion hearing. He is also traveling from California.

4. On or about November 2, 2005, co-counsel, Mr. Peter Horstmann, indicated he spoke with Ms. Rue to discuss a continuance of the hearing. Ms. Rue agreed to a continuance to November 18, 2005.

## APPLICABLE LAW

Local Rule 40.3 provides that motions for continuances will be granted where good cause is shown. Here, counsel for Mr. Boyd, is engaged in trial in California and will be in trial through November 14, 2005. A continuance to November 18, 2005, would allow Mr. Richards to appear at the hearing. The government does not oppose a continuance to November 18, 2005. The continuance of four days does not prejudice either party and the defendant does not oppose this request for a continuance of this hearing.

## **CONCLUSION**

In light of the foregoing, Mr. Boyd respectfully requests that this Court **GRANT** his unopposed Motion to Continue and continue the Motion to Suppress and Evidentiary Hearing to **November 18, 2005.**

/s Ronald N. Richards, Esq.

_____
Ronald Richards and Associates
Ronald Richards, Esq. SB#176246
P.O. Box 11480
Beverly Hills, CA 902137
310-556-1001 Office
310-277-3325 Fax

## AFFIDAVIT OF RONALD RICHARDS

I, RONALD RICHARDS, declare as follows:

All of the following facts stated herein are within my own personal knowledge and, if called upon as a witness, I could and would competently testify thereto under oath.

1. I am an attorney at law, duly licensed to practice in the United States Court of Appeals for the Ninth and Eleventh Circuits, the United States District Court of the Northern, Central and Southern District of California, Eastern District of Michigan, District of Colorado, and am admitted to appear pro hac vice in the United States District Court, District of Massachusetts in this matter. I am the sole and managing partner of the LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, attorneys of record for defendant GRANT BOYD.

2. I have reviewed the facts set forth in the motion and attest to their accuracy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 2, 2005, in Los Angeles, California.

/s Ronald Richards
_____
RONALD RICHARDS
Declarant