UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
UNITED STATES                         )
                                      )
v.                                    )
                                      )    No. 05-10037-GAO
GRANT BOYD,                           )
        Defendant.                    )
_____)

## REPLY TO GOVERNMENT'S RESPONSE MOTION TO SUPPRESS EVIDENCE

The defendant submits the following reply to the government's response to his motion to suppress evidence.

/s Ronald N. Richards, Esq.

_____
Ronald Richards and Associates
Ronald Richards, Esq. SB#176246
P.O. Box 11480
    Beverly Hills, CA 90213
310-556-1001 Office
310-277-3325 Fax

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 8th day of November, 2005, a copy of the foregoing REPLY TO GOVERNMENT'S RESPONSE MOTION TO SUPPRESS EVIDENCE was served electronically, upon Assistant United States Attorney Nancy Rue, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire