Thank you in advance for your assistance and again for your offer.

Respectfully Submitted

[signature]                    10/12/05

Grant Boyd A93192
PO Box 100
S Walpole MA 02071

(2 of 2)

Honorable Judge Leo Sorokin
US Federal Court
1 Courthouse Way
Boston MA 02210

RE: US V. Boyd  05-10037-GAO

I would like the Court to appoint a lawyer, Independent from existing counsel, to assist me in best understanding what options are truly in my best interest. As you suggested in September it might be important for me to accept the Courts offer.

The outcome of suppression will create issues and options, I need independent counsel to assist me in best understanding the result of each option.

If Possible I would like to meet with counsel prior to November 14 suppression hearing. Although the issues will not effect suppression, suppression will effect these issues.

Additionally I would be best for the Court to keep this request from existing counsel at least initially as well as from the US Attorney's office.

(1 of 2)