UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 05-10037 -GAO |
| GRANT BOYD | ) | |

**INFORMATION FILED PURSUANT TO 21 U.S.C. § 851 REGARDING
PRIOR FELONY DRUG CONVICTION OF DEFENDANT GRANT BOYD**

**COUNT ONE:**       (Title 21, United States Code, Section 851 – Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about September 5, 2002, GRANT BOYD was convicted in the United States District Court for the District of Vermont of Importation of Ecstasy, all in violation of 21 U.S.C. § 952.

2. GRANT BOYD has been named as a defendant in an Indictment numbered 05-10037-GAO.

3. By way of this information, the government notifies GRANT BOYD that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
NANCY RUE
Assistant U.S. Attorney

Dated: February 26, 2006

## **CERTIFICATE OF SERVICE**

      This is to certify that this notice has been served electronically upon counsel for defendant.

                                          /s/ Nancy Rue
                                          NANCY RUE
                                          Assistant U.S. Attorney