UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-CR-10037-GAO |
| v. | ) |
| | ) VIOLATIONS: |
| 1. GRANT BOYD, | ) |
| 2. JAMES HOLYOKE, and | ) 21 U.S.C. § 841(a)(1) – |
| 3. MARK BUTLER, | ) Possession with Intent to Distribute |
|    Defendants. | ) Methamphetamine |
| | ) |
| | ) 21 U.S.C. § 846 – Conspiracy to |
| | ) Distribute Methamphetamine |
| | ) |
| | ) 18 U.S.C. 1956(h) – Conspiracy to |
| | ) Launder Money |
| | ) |
| | )  21 U.S.C. § 853 – |
| | ) Criminal Forfeiture Allegation |
| | ) |
| | ) 18 U.S.C. § 982 – |
| | ) Criminal Forfeiture Allegation |

## SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute)

The Grand Jury charges that:

On or about December 31, 2004, at Boston, in the District of Massachusetts,

**GRANT BOYD,**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 50 grams of methamphetamine, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**     (21 U.S.C. § 846 – Conspiracy To Distribute, And To Possess With Intent To Distribute, Methamphetamine)

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury but at least by in or about August 2004, and continuing to in or about February 2006, at Boston and elsewhere in the District of Massachusetts,

1. GRANT BOYD,
2. JAMES HOLYOKE, and
3. MARK BUTLER,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this offense involved at least 50 grams of methamphetamine, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT THREE:**   (18 U.S.C. § 1956(h) – Conspiracy to Launder Money )

Beginning at a time unknown to the Grand Jury but at least by in or about August 2004, and continuing to in or about February 2006, at Boston and elsewhere in the District of Massachusetts,

> 1. **GRANT BOYD,**
> 2. **JAMES HOLYOKE, and**
> 3. **MARK BUTLER,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with one another and with other persons, known and unknown to the Grand Jury, to commit certain offenses against the United States as follows:

to conduct and attempt to conduct financial transactions affecting interstate commerce knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of the specified unlawful activity, that is offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substances punishable under United States law, (1) with the intent to promote the carrying on of the specified unlawful activity, (2) knowing that the transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, and (3) to avoid a transaction reporting requirement under federal law, in violation of 18 U.S.C. § 1956(a)(1).

All in violation of Title 18, United States Code, Section 1956(h).

## DRUG TRAFFICKING FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of the offenses alleged in Counts I and II of this Superseding Indictment, the defendants,

        1. **GRANT BOYD,**
        2. **JAMES HOLYOKE, and**
        3. **MARK BUTLER,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs a

-6-

through e of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

## MONEY LAUNDERING FORFEITURE ALLEGATION

(18 U.S.C. § 982)

The Grand Jury further charges that:

1. The allegations of Count Three of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1956, set forth in Count Three of this Superseding Indictment, the defendants,

    **1. GRANT BOYD,**
    **2. JAMES HOLYOKE, and**
    **3. MARK BUTLER,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal involved in such offense, and all property traceable to such property. The property to be forfeited includes, without limitation, the following:

    a.    Approximately $ 450,000 in United States currency.

3. If any of the property described in paragraph 2 as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendants --

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred to, sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of this Court;

    d.    has been substantially diminished in value; or

-8-

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of all other property of the defendants up to the value of the property described in subparagraphs a through e of this paragraph.

    All pursuant to Title 18, United States Code, Section 982.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS            March 9, 2006

Returned into the District Court by the Grand Jury Foreperson and filed.

_____ 12:45PM
Deputy Clerk

-9-

JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. __II__ | Investigating Agency __FBI/DEA__ |
| City __Boston__ | Related Case Information: | |
| County __Suffolk__ | Superseding Ind./ Inf. __Yes__ | Case No. __05-10037-GAO__ |
| | Same Defendant _____ | New Defendant __X__ |
| | Magistrate Judge Case Number __MJ-00109-LPC/LTS__ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name __Mark E. Butler__                    Juvenile  ☐ Yes  ☒ No

Alias Name __Daniel Riste__

Address __1187 Dorchester Avenue   Boston MA__

Birth date (Year only): __1981__  SSN (last 4 #): __4493__  Sex __M__  Race: __B__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __12/31/04__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/9/06__        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   05-10037-GAO

**Name of Defendant**   Mark E. Butler

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | | | |
| Set 2 | 21 USC 846 | Conspiracy to distrib methamphetamine | II |
| Set 3 | 18 USC 1956(h) | Conspiracy to Launder Money | III |
| Set 4 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 5 | 21 USC 982 | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI/DEA

**City** Boston   **Related Case Information:**

**County** Suffolk   
Superseding Ind./ Inf.  Yes     Case No.  05-10037-GAO
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number   MJ-00109-LPC/LTS
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name**  James A. Holyoke     Juvenile  ☐ Yes  [x] No

**Alias Name**  Ramond Kevorkian

**Address**  170 Winthrop Ave, Revere

**Birth date (Year only):** 1981  **SSN (last 4 #):** 1030  **Sex** M  **Race:** W  **Nationality:** USA

**Defense Counsel if known:**  Peter B. Krupp     **Address:**  One McKinley Square, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Nancy Rue     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes [x] No     **List language and/or dialect:** _____

**Victims:** ☐ Yes [x] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes [x] No

**Matter to be SEALED:** [x] Yes ☐ No

[x] Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:**  12/31/04

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
[x] On Pretrial Release:  Ordered by  MJ Sorokin   on  8/8/05 for charges in 05-10236-RCL

**Charging Document:**  ☐ Complaint   ☐ Information   [x] Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  [3] Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/9/06     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 05-10037-GAO

**Name of Defendant** James Holyoke

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 | | |
| Set 2  21 USC 846 | Conspiracy to distrib methamphetamine | II |
| Set 3  18 USC 1956(h) | Conspiracy to Launder Money | III |
| Set 4  21 USC 853 | Drug Forfeiture Allegation | |
| Set 5  21 USC 982 | Money Laundering Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

♦JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI/DEA

**City** Boston                        **Related Case Information:**

**County** Suffolk                     Superseding Ind./ Inf.  Yes          Case No.  05-10037-GAO
                                        Same Defendant  X        New Defendant _____
                                        Magistrate Judge Case Number   MJ-00109-LPC/LTS
                                        Search Warrant Case Number    MJ-M00110-LPC
                                        R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Grant Boyd                     Juvenile  ☐ Yes  ☒ No

**Alias Name**  Mark Martin

**Address**  40 Worcester Sq Boston, MA

**Birth date (Year only):** 1969  **SSN (last 4 #):** 0905  **Sex** M  **Race:** W  **Nationality:** USA

**Defense Counsel if known:** Peter C. Horstmann    **Address:** 200 Berkeley Street, 16th floor
                                                                Boston, MA
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nancy Rue                    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Victims:** ☐ Yes  ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** 12/31/04

☒ Already in Federal Custody as  ordered by M.J. Cohen 1/20/05  in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   3 Felony

                  Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/9/06          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   05-10037-GAO

**Name of Defendant**   Grant Boyd

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 841(a)(a) | Possession w/ intent dist methamphetamine | I |
| Set 2   21 USC 846 | Conspiracy to distrib methamphetamine | II |
| Set 3   18 USC 1956(h) | Conspiracy to Launder Money | III |
| Set 4   21 USC 853 | Drug Forfeiture Allegation | |
| Set 5   21 USC 982 | Money Laundering Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: