UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>GRANT BOYD, et al.              )<br>)<br>        Defendants.             ) | Criminal No. 05-10037-GAO |

MOTION TO UNSEAL

The United States, by and through its undersigned attorneys, hereby moves the Court to unseal the Superseding Indictment in this matter. As grounds therefor, the government states that the all law enforcement operations requiring seal are now complete, and therefore the seal should be lifted in the interest of justice to allow defendants to be made aware of the charges against them.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:    _____
                                Nancy Rue
                                Assistant U.S. Attorney
                                United States Courthouse
                                One Courthouse Way
                                Boston, MA 02210
                                617-748-3260