UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 05-CR-10037-GAO |
| ) | |
| GRANT BOYD ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXCLUDABLE DELAY FROM APRIL 10, 2006 TO MAY 2, 2006**

The government moves to exclude the time from April 10, 2006 through and including May 2, 2006 from the Speedy Trial Act calculations as to this defendant pursuant to 18 U.S.C. § 3161(h)(7).

As grounds therefor, the government notes that defendant Grant Boyd has been joined for trial with two defendants as to whom the time for trial is not yet run and no motion for severance has been granted. Additionally, defendant Boyd is the subject of new charges in the superseding indictment, and discovery as to those charges is not yet due, either for Boyd or for his co-defendants. Accordingly, the government respectfully submits that the above described period should be excluded under § 3161(h)(7).

By: /s/Nancy Rue
NANCY RUE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Nancy Rue