UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | |
| ) | No. 05-10037-GAO |
| GRANT BOYD, ) | |
|     Defendant. ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF CROSS-MOTION FOR SPEEDY TRIAL CALCULATIONS**

The undersigned counsel has reviewed the audio CD recordings of the hearings held on May 17, 2005, July 12, 2005, and August 9, 2005, in the instant matter as promised in the Defendant's Cross-Motion for the Court Calculate the Speedy Trial Clock. Based upon a review of the CD's, the undersigned counsel did agree to exclude all Speedy Trial time periods up to and including August 9, 2005, from the Speedy Trial Calculations.

Respectfully submitted,

*/s/ Peter C. Horstmann/*

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 2nd day of May, 2006, a copy of the foregoing SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SPEEDY TRIAL CALCULATIONS was served electronically, upon Assistant United States Attorney Nancy Rue, One Courthouse Way, Boston, MA 02210.

*/s/ Peter C. Horstmann/*

Peter Charles Horstmann, Esquire