UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
     v.                            )     Cr. No. 05-CR-10037-GAO
                                   )
GRANT BOYD, et al.,                )
                                   )
     Defendants.                   )

**PARTIALLY ASSENTED TO
MOTION FOR EXCLUDABLE DELAY FROM MAY 3, 2006 TO JUNE 1, 2006**

The government moves to exclude the time from May 3, 2006 through and including June 1, 2006 from the Speedy Trial Act calculations as to this defendant pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

As grounds therefor, the government notes that defendant Mark Butler has indicated that he will be filing a motion to suppress, and he has requested a deadline of June 1 for making that filing. The government respectfully requests that the time for discovery and review of evidence prior to that motion deadline should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A). The government respectfully submits that the ends of justice are served by allowing the defendant time to review the discovery produced, and to determine whether there are any discovery disputes arising out of defendant's request for discovery and the government's response, prior to requiring the defendant to submit his motion to suppress. The government notes that defendant Boyd sought actually sought two months to review discovery prior to the due date for his own motion to suppress, and the Court held that that

time was excludable under 18 U.S.C. § 3161(h)(8). <u>See</u> Docket

Entry 18.

Accordingly, the government respectfully submits that the

above described period should be excluded under § 3161(h)(1)(F),

(h)(7), and (h)(8)(A).

Counsel for defendants Butler and Holyoke assent to this

motion.  Counsel for Defendant Boyd opposes this motion.


                              By:  <u>/s/Nancy Rue        </u>
                                   NANCY RUE
                                   Assistant U.S. Attorney

                    <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF)

                         <u>         /s/ Nancy Rue  </u>