UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10037-GAO |
| | ) |
| GRANT BOYD, et al. | ) |
| | ) |
| Defendants. | ) |

### MOTION TO UNSEAL

The United States, by and through its undersigned attorney, hereby moves the Court to unseal the Second Superseding Indictment in this matter. As grounds therefor, the government states that all defendants in this matter are now in the District of Massachusetts, and therefore the seal should be lifted in the interest of justice to allow defendants to be made aware of the charges against them.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA 02210
617-748-3260

ALLOWED,
So ORDERED

JUN 21 2006