```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
                                  )
    v.                            )    Cr. No. 05-CR-10037-GAO
                                  )
GRANT BOYD, et al.,               )
                                  )
    Defendants.                   )
```

**PARTIALLY ASSENTED TO**
**MOTION TO CONTINUE TRIAL DATE FROM JULY 31, 2006**

The government moves to continue the trial date in this matter from the currently scheduled date of July 31, 2006.

As grounds therefor, the government notes that defendant Mark Butler has indicated that he will be filing a motion to suppress, and the Court has granted him until August 4, 2006 for that motion, which must be made before trial or forfeited pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C). Accordingly, the government respectfully submits that the July 31, 2006 trial date be continued to a new date. Counsel for defendant Butler assents to this motion. Counsel for Defendant Boyd opposes this motion.

```
                        By:  /s/Nancy Rue
                             NANCY RUE
                             Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

```
                                  /s/ Nancy Rue
```