UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 05-CR-10037-GAO |
| | ) |
| GRANT BOYD, et al., | ) |
| | ) |
| Defendants. | ) |

**PARTIALLY ASSENTED TO
MOTION FOR EXCLUDABLE DELAY FROM JULY 1, 2006 TO AUGUST 4, 2006**

The government moves to exclude the time from July 1, 2006 through and including August 4, 2006 from the Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

As grounds therefor, the government notes that Jose Ruvalcaba has been named in this case by superseding indictment, and discovery regarding that indictment is due on July 19, 2006 pursuant to the Local Rules. The government has agreed to produce discovery as to the other defendants by the same date, without regard to their later arraignment date. Additionally, defendant Mark Butler has indicated that he will be filing a motion to suppress, and the Court has granted a deadline of August 4, 2006 for making that filing. The government respectfully requests that the time for discovery and review of evidence prior to that motion deadline should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A). The government respectfully submits that the ends of justice are served by allowing the defendant time to review the discovery produced, and to determine whether there are any discovery

disputes arising out of defendant's request for discovery and the government's response, prior to requiring the defendant to submit his motion to suppress.

Accordingly, the government respectfully submits that the above described period should be excluded under § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

Counsel for Defendant Boyd opposes this motion.

By: /s/Nancy Rue
NANCY RUE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Nancy Rue