UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
           Plaintiff,      )
                    )
          v.           )     Criminal No. 05-10037-GAO
                    )
GRANT BOYD,      )
           Defendant.      )

## MOTION TO UNSEAL DOCKET ENTRY 63

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court unseal the document filed in this instant criminal case on June 7, 2006. See Docket Entry 63. As grounds therefor, the government states that the Second Superseding Indictment in this case has been unsealed, and there is no further reason for the sealed document filed on June 7, 2006 to remain under seal. Furthermore, the United States wishes to promptly serve the sealed document on all interested parties.

WHEREFORE, the United States requests that the Court unseal the sealed document (Docket Entry 63) filed in this matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                              By:   /s/Jennifer H.Zacks
                                    NANCY RUE
                                    JENNIFER H. ZACKS
                                    Assistant U.S. Attorneys
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3109
Dated: July 12, 2006




APPROVED AND SO ORDERED:




_____
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


Dated:



**CERTIFICATE OF SERVICE**
     I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/ Jennifer H. Zacks
                                    Jennifer H. Zacks
                                    Assistant U.S. Attorney
Date: July 12, 2006