UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              Criminal Case: 05-10037-GAO

GRANT BOYD

MOTION TO RECONSIDER DEFENDANTS MOTION TO ADMONISH THE
GOVERNMENT OR IN THE ALTERNATIVE ISSUE A TRO AND INJUNCTION

The defendant, Grant Boyd, moves the Court to reconsider its ruling on the defendants motion to admonish the Government for tampering with defendant's legal mail, right to counsel and due process.

Having raised this issue with Counsel without redress and given that the defendant's claim involves the Government's systematic interfering with the defendant's right to counsel and dure process, the Court's ruling to refere the issue back to Counsel in effect perpetuates the violations, in that it is the defendant's claim that he cannot effectively communicate with defense counsel due to the Government's actions and as such the issue will not be resolved without a Court order compelling the Government to stop its illegal and unconstitutional actions.

An attorney cannot admonish the Government, issue an injunction or stop the Government's actions absent a Court order. The defendant is only asking the Court to order the Government to do what is required by law, policy and procedure.

The defendant pleads with the Court to consider his request as a motion and to grant the motion to admonish the Government or in the alternative issue a TRO and injunction preventing the

Government from interfering with defendant's right to Counsel and due process.

In support of the defendant's motions, enclosed is an additional affidavit in support with exhibits.

Respectfully Submitted,

Grant Boyd, A93192
PO Box 100
S. Walpole, MA 02071

Enc.

AFFIDAVIT IN SUPPORT OF DEFENDANT's MAIL TAMPERING
CLAIM THAT WAS FILED ON OR ABOUT AUGUST 8, 2006

I, Grant Boyd, declare that the following is true and accurate:

1. Prior to August 8, 2006 I filed with the Court a motion to admonish or in the alternative issue a temporary restraining order and injunction preventing the Government and its contractor the Massachusetts Department of Corrections from interfering or tampering with my legal mail.

2. On July 25, 2006 a letter was mailed to me by Attorney Peter Horstmann containing privileged defense strategy materials that was never delivered to me by DOC officials. (see Exhibit A)

3. On September 6, 2006 a certified postage pre-paid letter was mailed by me to the USMS, 1 Courthouse Way, Boston, MA 02210 which was refused by DOC Officials. (see Exhibit B)

4. I honestly feel my ability to assist my lawyers with my defense and to challenge the conditions of my confinement are being hampered by Officials at the DOC. If I am not free to communicate with my lawyers, under privilege, then my right to counsel is being denied to me by the government officials.

I, Grant Boyd, certify that the above statements and facts are true and correct under the pain and penalty of perjury.

_____  9/16/06
Grant Boyd                 Date

Ref: 05-10037-GAO
     US v. Grant Boyd

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | |
|---|---|
| Name | BOYD GRANT |
| Grievance# | 21066 |
| Institution | MCI CEDAR JUNCTION |
| Commit No. | A93192 |
| Housing | BLOCK 4 |
| Date Of Incident | 20060727 |
| Date Of Grievance | 20060831 |

**Complaint:** On July 25, 2006 Attorney Peter Horstmann mailed to Grant Boyd (93192) a letter containing confidential Attorney Client documents. (see attached statement from Peter Horstmann)
I Grant Boyd declare under pain and penality of perjury, that the July 25, 2006 mailing was never received, which is consistant with the previous grievances I have filed against the Mail Room at MCI Cedar Junction, specifically regarding mail tampering.

**Remedy Requested:** A more complete search for the letter/mailing with it being delivered to me when found, or a report on the incident.

**Staff Recipient:** Stork Robert E  CO I

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | |
|---|---|
| Date Received | 20060906 |
| Decision Date | 20060912 |
| Signature | Stork Robert E  CO I |
| Final Decision | DENIED |

**Decision:** This office could not obtain any further information about this article as it was not sent certified mail and could not be tracked.

**Signature:** Robt Stork        **Date:** 9-12-06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | |
|---|---|
| Name | BOYD GRANT |
| Institution | MCI CEDAR JUNCTION |
| Commit No. | A93192 |
| Grievance# | 21066 |
| Date Received | 20060906 |
| Signature | Stork Robert E  CO I |



Enclosure

*Exhibit A*

# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

Peter Charles Horstmann

August 30, 2006

**CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**
Grant A. Boyd
Cedar Junction - M.C.I. at Walpole
Route 1A
P.O. Box 100
South Walpole, MA 02071

*[handwritten annotations: "1st mailing on 7/25/06 was never received" "7/25/06" "8/31/06"]*

Re: *United States v. Grant Boyd*
    Criminal No. 05-10037-GAO

Dear Grant:

Enclosed please find your original motion which was originally forwarded to you on July 25, 2006.

If you have any questions, please contact me.

Very truly yours,

Peter Charles Horstmann

PCH:eb
Enclosures

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | |
|---|---|---|---|---|
| **Name** BOYD GRANT | **Grievance#** 21081 | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** A93192 | **Housing** BLOCK 4 | **Date Of Incident** 20060907 | **Date Of Grievance** 20060907 | |

**Complaint** On 9/6/06 I mailed a postage pre paid certified leter to the US Marshals service, containing $3.12 in stamps. Certified mail does not cost more than $2.73 which allowed .39 leftover for postage yet mail officer refused to process the letter

**Remedy Requested** Formal investigation & report on incident

**Staff Recipient** Stork Robert E  CO I

**Staff Involved**

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060908   **Decision Date** 20060913

**Signature** Stork Robert E  CO I

**Final Decision** DENIED

**Decision** This grievance is denied as you informed this office that the matter had been resolved.

**Signature** [signed] Robt Stork    **Date** 9-13-06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** BOYD GRANT | | **Institution** MCI CEDAR JUNCTION | |
| **Commit No.** A93192 | **Grievance#** 21081 | **Date Received** 20060908 | |

**Signature.** Stork Robert E  CO I

*The Attached envelope was Refused by DOC officials.*

Exhibit B

Enclosure








G Boyd A75192
Po Box 100
S. Walpole MA 02071

Cou't Donase is/ap/ mA/

USMS
1 Courthouse Way, Suite 1-500
Boston MA 02210

William Fallon, Chief Deputy

This correspondence is forwarded from a Massachusetts Correctional Institution. The contents may not have been evaluated and the Department of Correction is not responsible for the substance or content of the enclosed material. If you have received unwanted correspondence from this inmate call 1-866-684-2846 to stop future correspondence.

I, Grant Boyd, certify that the enclsoed motion to reconsider has been served upon the Government at the following address by postage pre-paid first class mail.

    US Attorney's Office
    AUSA Nancy Rue
    1 Courthouse Way
    Boston, MA 02210

Signed under the pain and penality of perjury.

_____        5/16/26
    Grant Boyd                                    Date