UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>GRANT BOYD, et al., )<br>)<br>Defendants. ) | Cr. No. 05-CR-10037-GAO |

**PARTIALLY ASSENTED TO**
**MOTION FOR EXCLUDABLE DELAY FROM SEPTEMBER 9, 2006 THROUGH OCTOBER 3, 2006**

The government moves to exclude the time from September 9, 2006 through and including October 3, 2006 from the Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

As grounds therefor, the government notes that Defendant Mark Butler filed a motion to suppress, and the parties agreed to provide the government until October 3, 2006 for its response. The government respectfully requests that the time for discovery and review of evidence prior to that motion deadline should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A). The government respectfully submits that the ends of justice are served by allowing the government to respond fully to the motion to suppress.

Accordingly, the government respectfully submits that the above described period should be excluded under § 3161(h)(1)(F), (h)(7), and (h)(8)(A). Counsel for defendants Ruvalcaba and Butler assent to this motion.

Counsel for Defendant Boyd opposes this motion.

By:  /s/Nancy Rue

```
                              NANCY RUE
                              Assistant U.S. Attorney
```

2

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                                        /s/ Nancy Rue