```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
                                  )
     v.                           )   Cr. No. 05-CR-10037-GAO
                                  )
GRANT BOYD                        )
                                  )
     Defendant.                   )
```

### GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS ON SPEEDY TRIAL GROUNDS

The government respectfully opposes Defendant's motion to dismiss on Speedy Trial grounds, because the motion is unfounded on the record in this case.

Defendant Boyd alleges that time accrued on the Speedy Trial clock from March 17, 2005 through August 9, 2005; from February 8, 2006 through April 9, 2006; and from April 10, 2006 through May 2, 2006. These allegations have no merit.

Defendant Boyd specifically agreed to all Speedy Trial exclusions up through and including August 9, 2005. See Docket Entry 54. Defendant Boyd likewise assented to the exclusion of time from January 25, 2006 through and including April 10, 2006, and this time was therefore excluded by the District Court in the interest of justice. See Docket, Clerk's Notes dated January 25, 2006.

With regard to the time period from April 10, 2006 through May 2, 2006, this time period was excludable and excluded for multiple reasons. As is apparent from the docket, a motion regarding detention was pending from April 10, 2006 through April 27, 2006. This period is excludable under 18 U.S.C.

§ 3161(h)(1)(F), which excludes "the delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion."  See United States v. Schiavo, 1996 WL 490008, at 7 (Aug. 19, 1996) ("We think that 'any pretrial motion' easily encompasses pretrial motions relating to pretrial release or detention, and have previously held as much. See United States v. Noone, 913 F.2d 20, 27 (1st Cir.1990) (pretrial detention)); see also  United States v. Bellucci, 737 F.Supp. 706, 708-09 (D.Mass.1990) (holding that the motions for detention are included in the scope of pretrial motions excluded from the clock under 18 U.S.C. § 3161(h)(1)(F).

   Additionally, at the time of the motion to exclude the time until May 6, 2006, new defendants had sought time to review discovery in preparation for the filing of motions.  The Court therefore, with specific findings on the record, excluded this time.  See Docket Entry 51.

   For the reasons stated above, defendant's motion to dismiss for violation of the Speedy Trial clock has no merit, and the government respectfully requests that this Court deny the motion.

> By:  /s/Nancy Rue
> NANCY RUE
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

> /s/ Nancy Rue

2