UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | 05-CR-10037-GAO |
| ) | |
| GRANT BOYD, ) | |
| Defendant ) | |
| ) | |

**Assented to**
**MOTION TO IMPOUND**

The United States respectfully moves to seal the enclosed papers for the reasons stated therein. The defendant, through counsel Peter Horstmann, has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney

DATED:   October 24, 2006

# SEALED DOCUMENT