IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| | ) |
| Plaintiff, | ) CRIMINAL ACTION |
| | ) CASE NO.  05-10037-GAO |
| v. | ) |
| | ) |
| | ) |
| **Grand Boyd,** | ) |
| | ) |
| Defendant. | ) |
| | ) REQUEST FOR HEARING |

### REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
### FOR VINDICTIVE PROSECUTION

### INTRODUCTION

The government's omnibus opposition does not address the vindictive prosecution motion. The defendant contends that the timing of the prior conviction pursuant to §851 and the superceding indictment constituted vindictive prosecution.

### APPLICABLE LAW

"A prosecutor may seek a superseding indictment at any time prior to a trial on the merits," *United States v. Cole,* 755 F.2d 748, 757 (11th Cir. 1985); *United States v. Del Vecchio,* 707 F.2d 1214, 1216 (11th Cir. 1983), so long as the purpose is not to harass the defendant *United States v. Edwards,* 777 F.2d 644, 649 (11th Cir. 1985).  As a general rule, as long as the prosecutor has probable cause to believe the accused has committed a crime, the courts have no authority to interfere with a prosecutor's decision to prosecute.  *Cole,* 755 F.2d at 758; *United States v. Spence,* 719 F.2d 358, 361 (11th Cir. 1983).  However, a superseding indictment adding

1

new charges that increase the potential penalty would violate due process if the prosecutor obtained the new charges out of vindictiveness. *Spence,* 719 F.2d at 361. Vindictiveness in this context means the desire to punish a person for exercising his rights. *United States v. Goodwin,* 457 U.S. 368, 372, 102 S.Ct. 2485 (1982); *United States v. Barner*, 441 F.3d 1310, 1315 (11th Cir. 2006).

The adding of the prior under §851 and the superceding indictment after the suppression motion was litigated is clearly punishment for the defendant's lawful exercise of a Constitutional right.

The defendant is now facing 20 years.  Clearly, doubling his exposure is vindictive.

/s Ronald N. Richards, Esq.
_____
Ronald Richards and Associates
Ronald Richards, Esq. SB#176246
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001 Office
310-277-3325 Fax

Peter Charles Horstmann, Esquire
BBO # 556377
PARTRIDGE, ANKNER & HORSTMANN LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, hereby certify that on this 3rd day of November, 2006, a copy of the foregoing motion was electronically served upon Nancy Rue, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire

3