UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 05-CR-10037-GAO |
| | ) |
| GRANT BOYD, et al., | ) |
| | ) |
| Defendants. | ) |

**PARTIALLY ASSENTED TO**
**MOTION FOR EXCLUDABLE DELAY FROM NOVEMBER 6, 2006**
**THROUGH NOVEMBER 13, 2006**

The government moves to exclude the time from November 6, 2006 through and including November 13, 2006 from the Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

As grounds therefor, the government notes that Defendant Mark Butler filed a motion to suppress, and the parties agreed to provide the government until November 6, 2006 for its response. The government has filed its response, but that motion has not yet been scheduled for hearing. Therefore, the government respectfully requests that this time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

Additionally, the defendant Grant Boyd recently requested specific discovery that the government agreed to provide. Copies of that discovery have been Bates numbered and are in the process of being duplicated for all counsel, with extra copies to be provided of certain audio recordings for defendants who have been detained. Moreover, defendant Ruvalcaba has recently requested and received new counsel. The government has conferred with the new attorney and has agreed to produce paper copies of certain

items which had previously been made available for review in the government's office. For that reason, the government moves under 18 U.S.C. § 3161(h)(7) for exclusion of the time, in order that new counsel be permitted to review this discovery.

Finally, for the reasons stated above, government respectfully submits that the ends of justice outweigh the interest of the public and the defendants in a speedy trial and are served by excluding the time as described above.

Accordingly, the government respectfully submits that the above described period should be excluded under § 3161(h)(1)(F), (h)(7), and (h)(8)(A). Counsel for defendants Ruvalcaba and Butler assent to this motion.

Counsel for Defendant Boyd opposes this motion.

By: /s/Nancy Rue
NANCY RUE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Nancy Rue