**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **United States of America,** | )<br>)<br>) |
| **Plaintiff,** | ) CRIMINAL ACTION<br>) CASE NO.  05-10037-GAO |
| v. | )<br>) |
| **Grand Boyd,** | )<br>) |
| **Defendant.** | )<br>) |

**NOTICE OF JOINDER IN CODEFENDANTS' MOTIONS TO CONTINUE TRIAL**

     NOW COMES, the Defendant, Grant Boyd, through counsel, and respectfully gives notice of his joinder in the motions of his codefendants to continue the trial of the instant case which is scheduled for November 27, 2006.  In support thereof, counsel states that discovery is not complete and there are numerous substantive motions pending with the Court.   By this Joinder, Defendant Boyd does not waive or withdraw his previously filed Motion to Dismiss for Speedy Violation.

     WHEREFORE, this Honorable Court is respectfully urged to continue the trial
.

                      Respectfully Submitted,

                      /s Ronald N. Richards, Esq.
                      _____

                      Ronald Richards and Associates
                      Ronald Richards, Esq. SB#176246
                      P.O. Box 11480
                      Beverly Hills, CA 90213
                      310-556-1001 Office
                      310-277-3325 Fax

Peter Charles Horstmann, Esquire
BBO # 556377
PARTRIDGE, ANKNER & HORSTMANN LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on this 15th day of November, 2006, a copy of the foregoing motion was electronically served upon Nancy Rue, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210, and all counsel of record.

Peter Charles Horstmann, Esquire