IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| | ) |
|        **Plaintiff,** | ) CRIMINAL ACTION |
| | ) CASE NO. 05-10037-GAO |
| **v.** | ) |
| | ) |
| **Grand Boyd,** | ) |
| | ) |
|        **Defendant.** | ) |
| | ) |

**EMERGENCY MOTION FOR RULE 11 HEARING AS TO DEFENDANT BOYD**

NOW COMES the Defendant, Grant Boyd, through counsel, and hereby moves this Honorable Court to schedule a Rule 11 Hearing on Thursday, December 7, 2006. In support thereof, counsel states the following:

1. The Parties have entered into a Plea Agreement in the instant case which has been signed by all Parties.

2. Counsel for the Government and defense have conflicting vacation schedules beginning the week of December 11, 2006 through December 29, 2006, and given the complexities of this case both counsel must be present.

3. The Plea Agreement is conditional upon Court approval that the Defendant reserves his right to pursue an appeal from the denial of his suppression motion pursuant to Rule 11(a)(2).

4. The Court has scheduled hearing on pending substantive motions for January 3, 2007, which will require substantial preparation by all Parties and travel expense by lead defense counsel for Mr. Boyd.

5. Both counsel are available all day on Thursday, December 7, 2006.

6. The Government through its representative Assistant United States Attorney Nancy Rue, assents to the instant emergency motion.

WHEREFORE, this Honorable Court is respectfully urged to schedule an immediate Rule 11 Hearing.

Respectfully Submitted,

/s Ronald N. Richards, Esq.
_____
Ronald Richards and Associates
Ronald Richards, Esq. SB#176246
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001 Office
310-277-3325 Fax

Peter Charles Horstmann, Esquire
BBO # 556377
PARTRIDGE, ANKNER & HORSTMANN LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, hereby certify that on this 6th day of December, 2006, a copy of the foregoing motion was electronically served upon Nancy Rue, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210, and all counsel of record.

Peter Charles Horstmann, Esquire