AO 458 (Rev. USAO-MA 09/04) Appearance

# United States District Court

DISTRICT OF            MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                        **APPEARANCE**

GRANT BOYD, et al.

Case Number:   05-CR-10037-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| December 28, 2006 | /s/ Nathaniel R. Mendell |
| Date | Signature |
| | Nathaniel R. Mendell      645283 |
| | Print Name            Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston         MA    02210 |
| | City        State      Zip Code |
| | (617) 748-3304      (617) 748-3965 |
| | Phone Number         Fax Number |