UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Case No. 05-10037-GAO |
| ) | |
| GRANT BOYD, et al.,    ) | |
| ) | |
| Defendant.    ) | |

### GOVERNMENT'S ASSENTED TO MOTION
### TO CONTINUE OR TO CANCEL FINAL STATUS CONFERENCE

The United States of America, by Assistant U.S. Attorney Nathaniel R. Mendell, hereby files this motion to continue or cancel the final status conference in this matter, which is currently set for 2:30 p.m. Wednesday, January 24, 2007, and is support thereof says the following:

Counsel for all parties have conferred and all agree that no issues remain to be raised before Magistrate Judge Sorokin, and the case is ready to be transferred to the district court.

In light of the foregoing, the government respectfully requests that the final status conference in this matter, currently set for 2:30 p.m. Wednesday, January 24, 2007, be cancelled.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Nathaniel R. Mendell
NATHANIEL R. MENDELL
Assistant U.S. Attorney

United States Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3304
Massachusetts Bar No. 645283