UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-10037-GAO |
| ) | |
| GRANT BOYD, et al. ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by Assistant U.S. Attorney Nathaniel R. Mendell, hereby files this motion to continue the sentencing of Grant Boyd, currently set for March 8, 2007. For the reasons set forth below, the government respectfully requests that the sentencing be continued until the week of May 14, 2007.

Undersigned counsel for the government has only recently appeared in the captioned matter, and has not yet prepared or submitted a global version of the offense conduct, as requested by Probation Officer Iris Golus.

The interests of the court and all parties will be best served if counsel for the government has an opportunity to conduct a thorough review of the case file, and to consult with defense counsel and prior counsel for the government before submitting a global version of the offense conduct.

Furthermore, the undersigned is scheduled to be on trial before Judge Gertner from January 29 to March 2, 2007, in the matter of United States v. Michael Griffin, et al., 03-CR-10404-NG.

Counsel for the defendant, Grant Boyd, does not oppose the government's motion.

In light of all of the foregoing, the government respectfully requests that the sentencing of Grant Boyd in the captioned matter be continued until the week of May 14, 2007.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Nathaniel R. Mendell
        NATHANIEL R. MENDELL
        Assistant U.S. Attorney

        United States Courthouse
        1 Courthouse Way
        Suite 9200
        Boston, MA 02210
        (617) 748-3304
        Massachusetts Bar No. 645283