## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 05-10037-GAO |
| | ) | |
| GRANT BOYD, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE TRIAL

The United States of America, by Assistant U.S. Attorney Nathaniel R. Mendell, hereby files this joint motion to continue the trial of this matter, which is currently set for April 30, 2007, and in support thereof says the following:

1.      Counsel for the defendant and for the government are working toward a resolution of the captioned matter that would obviate the need for a trial.  Additional time is necessary, however, in order to determine the terms of such a resolution.

2.      Counsel for the government filed a notice of appearance in the captioned matter on December 28, 2004.  Counsel was preparing for trial, and then in trial, from December through March 5, 2007, however.  Only recently has counsel for the government been able to dedicate the necessary time and attention to prepare the captioned matter for trial or other resolution.

3.      Counsel for the defendant is currently preparing for trial in the matter of United States v. Tina Le, Case No. 05-10277-PBS, which is a multi-defendant case that has been set for trial on April 30, 2007.

4.      Counsel for the defendant joins in this motion and agrees to exclude any additional time that accrues during a continuance granted as a result of this motion.

Accordingly, the parties respectfully request that the court hold a status conference at the court's convenience in order that trial in the captioned matter be continued to a new date convenient to the court and feasible for the parties.

Respectfully submitted,

MICHAEL J. SULLIVAN                    JOSE RUVALCABA
United States Attorney                 Defendant


By:    /s/ Nathaniel R. Mendell        By:    /s/ Elliot M. Weinstein
NATHANIEL R. MENDELL                   ELLIOT M. WEINSTEIN
Assistant U.S. Attorney                Counsel for Defendant

United States Courthouse               83 Atlantic Avenue
1 Courthouse Way                       Boston, MA 02110
Suite 9200                             (617) 367-9334
Boston, MA 02210
(617) 748-3304
Massachusetts Bar No. 645283