UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | DOCKET NO. 05-CR-10037-GAO |
| v. | ) | |
| | ) | |
| GRANT BOYD | ) | |

MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, through counsel, and respectfully move this Honorable Court to continue the Sentencing Hearing for a period of four weeks to enable the undersigned counsel and the Defendant a sufficient opportunity to prepare objections to the PSR. In support thereof, counsel states the following:

1. A Sentencing Hearing is scheduled for May 22, 2007, at 2:00 PM.

2. The undersigned counsel received the PSR on April 17, 2007, but was on vacation at the time and did not return until April 24, 2007.

3. The undersigned counsel was only able to meet with Mr. Boyd who is in custody for the purpose of preparing objections to the PSR for the first time today. This was the first occasion Mr. Boyd has had to review the PSR.

4. The PSR raises a substantial issue not contemplated by the Plea Agreement which requires additional time to research.

5. Mr. Boyd is conducting his own research into several of the other issues presented in the PSR and also requests additional time to respond.

6. The Government was contacted, through its representative Assistant United States Attorney Nathaniel Mendell, but was not available to state its position at the time of the filing of

the instant motion.

7.      It is not anticipated that the Government will object to the instant request.

WHEREFORE, this Honorable Court is respectfully urged to continue the time for the Defendant to object to the PSR and the Sentencing Hearing for 4 weeks.

                                                Respectfully Submitted,

Peter Charles Horstmann, Esquire
BBO # 556377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on this 3rd day of May, 2007, a copy of the foregoing motion was electronically served upon Nathaniel Mendell, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210 and Brett Wingard, U.S. Probation Officer, One Courthouse Way, Boston, MA 02210 .

Peter Charles Horstmann, Esquire