8/1/07

Clerk's Office
US District Court
1 Courthouse Way
Boston MA 02210

FILED
IN CLERKS OFFICE
2007 AUG -2 A 11: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: US v. GRANT BOYD
    05-cr-10037-1

Dear Clerk

Please File the enclosed Motion with the Court and Make Note on the docket to have all filings in my case sent to my attention as well as Counsel

Please Send Me A copy of the docket as confirmation of Filing

Respectfully,

Grant Allen Boyd,
Secured Party Creditor and
Authorized Representative in
behalf of DEBTOR: GRANT
BOYD, ENS LEGIS

Mail to:
  c/o PO Box 100
  South Walpole, Mass.