UNITED STATES DISTRICT COURT
District of Massachusetts

UNITED STATES

v.

GRANT BOYD

FILED
IN CLERKS OFFICE

2007 AUG -2  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

05-cr-10037-1-GAO

## Motion to Appoint New Counsel

Now comes GRANT BOYD to move the Court to Appoint New Counsel to Assist in resolving outstanding issues and Handle Sentencing, Most Notable ~~Reasonthls~~ Reason Are set out below:

1) US Probation Department officially called Defense Counsel Incompetent As noted in PSR Pg 35-36

2) Sentencing is a critical stage and requires effective Assistance of Counsel

3) PSR Supports Financial Qualifications necessary to Support request

The Interests of Justice are served by Granting this Motion And Due Process Protections require it.

Respectfully Submitted,

/s/ GRANT BOYD
GRANT BOYD, MOVANT

CERTIFICATE OF SERVICE

I, GRANT BOYD did mail VIA First Class mail the motion for New Counsel to:

1) AUSA Nathaniel R Mendell
   1 Courthouse Way
   Boston Mass 02210

2) Attorney Pete Horstmann
   260 Berkeley St. 16th Fl
   Boston MA 02116

/s/ GRANT BOYD        8/1/07
GRANT BOYD