August 7, 2007

US District Court
1 Courthouse Way
Boston, MA 02210
c/o Clerk of Courts

RE: US v. GRANT BOYD
    05-cr-10037-1-GAO

Dear Clerk:

    Please send to my attention for my use in obtaining records related to this case 4 subpoenas, stamped by the Court.

    These records will be coming from Massachusett DOC and other third parties and will be used in preparing for sentencing and/or other issues.

    If you elect to deny my request please do so in writing to my address below.

                                      Respectfully Requested,

                                      /s/ GRANT BOYD
                                      GRANT BOYD
                                      c/o PO Box 100, B4
                                      South Walpole, MA 02071

*FILED IN CLERKS OFFICE 2007 AUG -9 A 11: 43 U.S. DISTRICT COURT DISTRICT OF MASS.*