US District Court
1 Courthouse Way
Boston MA 02210
c/o Customer Service

Re: US v. GRANT BOYD
    05-cr-10037-1-GAO

*FILED IN CLERK'S OFFICE
2007 AUG -9 A 11:44
U.S. DISTRICT COURT
DISTRICT OF MASS.*

Please Send me a Copy of Docket No. 31 with all Notations and related decisions, Filings and rulings (Limited to Docket No. 31, Any opposition & Rulings)

Respectfully Requested,
8/7/07

Grant Allen Boyd
c/o PO Box 100
South Walpole, Mass
[Near 02071]