UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES )
)
v. )        Criminal Case: 05-cr-10037-1-GAO
)
GRANT BOYD )

FILED
IN CLERKS OFFICE

2007 AUG 10 P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE

Pending assignment of new Counsel please mail any items you would normally direct to defense counsel to:

    GRANT BOYD
    c/o PO Box 100, B-4
    South Walpole, Mass.


Respectfully Submitted,

/s/ GRANT BOYD
GRANT BOYD