UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

August 23, 2007

**Grant Boyd #A93192**
**P.O. Box 100 - B-4**
**South Walpole, MA 02071**

re: Criminal Action # 05-10037-GAO

Dear Mr. Boyd:

I am in receipt of requests made by you earlier this month for: 1) four subpoenas 2) for a copy of docket entry #31 and its ruling and 3) "any items we would normally direct to defense counsel mailed to you. Below each request has been addressed separately.

**Request #1** - Enclosed.

**Request #2** - Invoice enclosed in the amount of for $1.20, for copies of docket entry #31 and docket sheet with electronic order re: docket entry #31.
*(Once check is received these documents will be forwarded to you.)*

Breakdown:   -   **Docket entry #31 -2 pages @. 0.10 each =.20.**

   -   **Docket sheet (first 10 pages) showing electronic ruling  (dtd 2/26/06) on entry #31.  10 pages @ 0.10 each = $1.00.**

**Request #3** - Interpreted as a motion, IS DENIED.

Payment should be mailed to the address listed on the invoice. To insure that payment is applied properly, please be sure the check has your case number and "for copies" listed.

Sincerely,

/s/ Eugenia Edge
Docket Clerk to
Hon. George A. O'Toole

cc:   Peter Hortsmann, Esq.
   U.S. Attorney Nancy Rue
   U.S. Attorney Nathaniel Mendell
   File

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

To: Grant Boyd
05-CR-10037-GAO       INVOICE   for Copies of #31 = Ruling
                                         (electronic Order)
                                          2-2-06

| | | | |
|---|---|---|---|
| Copies of record or document **not** accessible electronically at a public terminal | PAGES | at $ 0.50 per page | |
| Copies of record or document accessible electronically at a public terminal | PAGES | at $.10 per page | #1.20 |
| Search fee: | SEARCHES | at $26.00 per name searched | |
| Certification fee: | CERTIFICATIONS | at $9.00 per certification | |
| Archive retrieval: | CASES RETRIEVED | at $45.00 per retrieval | |
| Filing fee - complaint, notice of removal:  Case # _____ | CASES FILED | at $350.00 per case | |
| Filing fee - habeas corpus petition: Case # _____ | PETITIONS FILED | at $5.00 per petition | |
| Filing fee - notice of appeal: Case # _____ | NOTICES FILED | at $455.00 per notice | |
| TOTAL DUE | | . | #1.20 |

Please bring this form, with your payment to the Cashier.

---

TO BE COMPLETED BY CASHIER:

| DATE: | AMT REC'D | BY: | RECEIPT # |
|---|---|---|---|
| | | | |

ONCE COMPLETED BY CASHIER, PLEASE RETURN THIS FORM TO THE CUSTOMER
SERVICE DESK TO COMPLETE YOUR TRANSACTION