UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case: 05-cr-10037-1-GAO |
| ) | |
| v. ) | NOTICE REGARDING DOCKET NO. 148 |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| GRANT BOYD ) | (Received on 8/10/2007) |

FILED IN CLERKS OFFICE

2007 AUG 28 P 12:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

PLEASE TAKE NOTICE that the United States Attorney General on June 19, 2007 stipulated that <u>this case is VOID FOR WANT OF JURISDICTION and that any agreement, signed before that date is invalid on the basis of fraud</u> committed by the Plaintiff.

The undersigned is NOTICING the Court to prevent a novation of the findings from the United States, most notably that this prosecution is VOID, that might have occured by this Courts statements within the Order of Forfeiture found within Docket No. 148.

Respectfully Submitted w/o Counsel,

Without Prejudice/All Rights Reserved

8/19/2007

(IN PRO-PER)
Grant Allen Boyd, Secured Party/Creditor
Authorized Representative and Attorney-In
Fact in behalf of Defendent/Debtor: GRANT
BOYD ©, ENS LEGIS (see UCC-1 Financing
Statement 2007-101-6258-0, Washington State
and 200756492540, Massachusetts State)

Sent via Certified Mail: 7006-3450-0002-9956-7784 on 8/19/2007 with copy to the Attorney of record for the Plaintiff, I so certify,

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

August 24, 2007

United States District Court
Judge George A O'Toole
1 Courthouse Way
Boston, MA 02210

RE: US v. GRANT BOYD
    05-cr-10037-1-GAO

FILED
IN CLERKS OFFICE

2007 AUG 28 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge O'Toole:

    The United States Attorney General, Alberto R. Gonzales admits that this case is VOID FOR WANT OF JURISDICTION, FRAUD and PERJURY, and represents Consitutional impermissible applications of statutes against the accused.

    August 24, 2007 a Tort Claim was filed with the Department of Justice against Nancy Rue, Shawn Murray and Alberto R. Gonzales in regards to their admissions of conspiracy to violate due process and suborn perjury, perjury, vindictive prosecution and misapplications of statutes.

    Additionally, the fraud committed by the Plaintiff invalidates any agreement made prior to June 2007, this Courts denial of my Right to be heard regarding the October 12, 2005 (Docket No. 31) motion for new counsel to solve a potential conflict, when combined with the US Probation Department's June 27, 2007 claim of Defense Attorney's incompetence are grounds for reversal, especially in light of the admissions from Rue and Murray.

    Enclosed is supporting documentation and the admissions by various Government employees involved in this matter. (see Annex B & A, attached) To proceed, absent statutory authority and jurisdiction (as stipulated by the USAG) in light of said

admissions and defaults is a violation of your manditory duty to the Oath of Office and Constitution, as well as Article III limitation relating to controversies.

    As agreed these matters have been fully settled STARE DECISIS in favor of the accused, resulting in RES JUDICATA.

    Respectfully Submitted,

                            Without Prejudice/All Rights Reserved

/s/ Grant Allen Boyd
Grant Allen Boyd, Secured Party/Creditor
Authorized Representative and Attorney-In-Fact in behalf of Defendent/Debtor:
GRANT BOYD ©, ENS LEGIS

Encl.    Appearance Brief
        Notice of Third Party Intervenor

        Annex A (USAG - Jurisdictional issues)
        Annex B (AUSA Rue & Trooper Murray - Perjury & misconduct)

I, certify that the enclosed documents are all true, correct and complete copies of the origional & have been sent to the Attorney for the Government at the address of record; 28 USC 1746(1)

Grant Allen Boyd    Aug 24 2007
                          Date