UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case: 05-cr-10037-1-GAO |
| v. ) | |
| ) | NOTICE OF RECENDED |
| GRANT BOYD ) | AUTHORIZATION |

Grant Allen Boyd
    Third Party Intervenor

NOW COMES the Thrid Party Intervenor to NOTICE the above styled Court that Defense Counsel(s) of record is NOT authorized to represent Defendent, Defendent's interests nor the Secured Party/Creditor or his interests; nor bind same to any agreement otherwise; for reasons previously noted on the Record.

Respectfully Submitted,

                          Without Prejudice/All Rights Reserved

                          /s/ Grant Allen Boyd
                          Grant Allen Boyd, Secured Party/
                          Creditor, Authorized Representative &
                          Attorney-In-Fact in behalf of Defendent/
                          Debtor: GRANT BOYD ©, ENS LEGIS

CERTIFICATE OF SERVICE

I certify that this NOTICE has been sent to the Attorney for the government and Defense Counsel at the address of record.

Grant Allen Boyd, POA    8/28/07
                          Date