UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>    Plaintiff )<br>)<br>v. )<br>)<br>GRANT BOYD )<br>    Defendent )<br>)<br>Grant Allen Boyd )<br>    Third Party Intervenor ) | Case No.: 05-cr-10037-1-GAO<br><br>NOTICE<br>PROOF OF DEFAULT, ESTOPPEL & LACHES<br><br>FILED<br>IN CLERKS OFFICE<br>2007 SEP 13 A 11: 11<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

    PLEASE TAKE NOTICE:  To date about 120 days have passed without the government's response to undersigned Third Party's request for proof of Claim, execpt to utilize the option to remain silent and not respond to CAFV instruments thereby limiting its liability and in the process prejudicing the undersigned, but in electing that option the government is Bound by the terms of default, including being forclosed on by laches and otherwise estoppel from contesting the findings.

    The Supreme Court states a laches defense requires proof of (1) lack of diligence by party against whom defense is asserted, and (2) prejudice to party asserting defense. National R.R. Passenger Corp. v. Morgan 122 S.Ct 206.  "Prejudice contemplated under doctrine of laches may be either economic or evidentiary;" by not responding to the CAFV instruments it is denying the evidence necessary to determine any controversy in the government's jurisdictional and procedural claims thereby prejudicing undersigned. McLain v. City of Sommerville 424 F. Supp.2d 329.

    Having failed to respond with proof of jurisdiction and contest the facts, claims and allegations made within the CAFV instruments (OR) to provide proof of claims, as required, the United States is now bound by the terms of the binding contracts triggered when the United States Attorney

General elected to remain silent and default. These contracts (Annex A) governed by the law merchat and applicable maxims of law state that the United States, by and through the US Attorney General, agrees that the matter of US v. GRANT BOYD (05-cr-10037-1-GAO) is void for want of jurisdiction, perjury and fraud; AND THAT the findings resulting from default have been fully settled STARE DECISIS as they operate in favor upon the undersigned; AND THAT the United States, by and through any Representative is forclosed on by laches and estoppled from arguing, controverting or otherwise protesting the finality of the findings made pursuant to Default in any subsequent process, whether administrative, commercial or judicial. (Annex A)

The Instruments found within Annex A & B clearly support the finding that the matter of US v. GRANT BOYD (05-cr-10037-1) is VOID and FULLY SETTLED. The Supreme Court has held that when the facts are undisputed [as is the case here] and establish a denial of the party's constitutional rights [as evidenced] the party is entitled to be released. see Browder v. Director, 434 US 257, 266 n.10 (1979) (quoting Walker v. Hohnston 312 US 275, 284 (1941)).

Additionally, enclosed is a June 6, 2007 letter from the Criminal Division of the Department of Justice stating that the communications to the Attorney General were 'brought to the attention of the appropriate authorities within the federal government of the United States...we are unable to confirm or deny any action taken by these officials.' (Annex D, attached)

It is clear that the CAFV instruments (ANNEX A) were received by the United States Attorney General and directed to the 'appropriate' authorities within the federal government who were best able to understand the nature of these claims, investigate and decide what response or action was in the best interests of the United States. These 'appropriate' authorites decided, for

whatever reasons, that it was in the best interests of the United States to remain silent by not responding and default. This default is clearly evidenced by Exhibits A-2, A-3, A-4 and A-5 of Annex A (previously filed) as well as the Massachusetts Department of Corrections' Official inbound certified mail log.

The instruments within Annex A & B, and the foregoing support the undersigned's claim of default and the resulting provisions related to the principles of Laches and Estoppel. This Matter (05-cr-10037-1) has been fully settled STARE DECISIS by the United States, by and through its principal representative, in favor of the undersigned; most notably: that this prosecution is VOID for want of jurisdiction, perjury, misconduct and fraud on the part of representatives of the Department of Justice, US Attorney's Office and other government officials.

Respectfully Submitted,

Without Prejudice/All Rights Reserved

/s/ Grant Allen Boyd       (Pro-Per)
Grant Allen Boyd, Secured Party/Creditor
Authorized Representative & Attorney-In-
Fact in behalf of Defendent/Debtor:
GRANT BOYD ©, ENS LEGIS


CERTIFICATE OF SERVICE

I, Grant Allen Boyd, certify that the enclosed has been sent to the Attorney for the government at the address of record on this day _11_ of September 2007, via postage pre-paid first class mail.

/s/ Grant Allen Boyd

Exhibit A-2

Previously filed as Part of ANNEX A

## AFFIDAVIT OF THIRD PARTY MAIL AGENT

State of Massachusetts  )
                        ) Scilicet
County of Barnstable    )

I, Michael Clifford, having been duly sworn and deposed, say and declare by my signature that the following statements of fact are true, correct and complete, and not meant to mislead, to wit:

1) THAT I, Michael Clifford, herein 'Affiant', have been acting as a Third Party Mail Agent in behalf of Grant Allen Boyd, and that I am not a party to this matter.

2. THAT, Affiant did deposit with the United States Postal Service the following items addressed to Alberto r. Gonzales, US Attorney General, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001, sent via Certified USPS Mail:

| CAFV Item # | Certified Mail Receipt No. | Date 1st Sent |
|---|---|---|
| 031507/MOL-SOV | 7004-2890-0004-2019-3874 | April 4, 2007 |
| 031507/MOL-SOV-NOF | 7004-2890-0002-0970-5731 | |
| 031507/MOL-SOV-CONR | 7004-2890-0004-2019-2822 | |
| 031507-CAFV | 7004-2890-0004-2019-2945 | April 4, 2007 |
| 031507-CAFV-NOF | 7006-0100-0003-9496-9411 | |
| 031507-CAFV-CONR | 7006-3450-0002-9959-1819 | |
| 042707-1 | 7004-2890-0004-2019-3058 | May 7, 2007 |
| 042707-2 | 7004-2890-0002-0970-5595 | |
| 042707-3 | 7006-3450-0002-9959-1802 | |

3. THAT, Affiant did deposit with the United States Postal Service the following items addressed to Mark W. Everson, Commissioner of Internal Revenue Service, 1111 Constitution Ave., N.W., Room 3000, Washington, DC 20224, sent via certified USPS mail:

| CAFV Item # | Certified Mail Receipt No. | Date 1st Sent |
|---|---|---|
| 3-112907-2/TRSC | 7004-2890-0004-2019-2921 | April 4, 2007 |
| 3-112907/TRSC-NOF | 7004-2890-0002-0970-5717 | |
| 112107-3/IRS | 7004-2890-0002-0970-5632 | |

4. THAT, Affiant as of the date of this document has not received any reply from any United States government official or entity in regards to these items at my mailing address of 156 Bradford Street, Provincetown, Massachusetts 02657.

Date this 29 day of June, 2007.

Michael Clifford, Affiant

### ACKNOWLEDGEMENT

Subscribed to and sworn before me this 29 day of June, 2007, a notary, that Michael Clifford, personally appeared and known to me to be the man whose name subscribed to within and acknowledged to be the same.

Notary Public in and for said State

Seal:

Page 1 of 1

MARIE E. PELLEGRINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires October 22, 2010

Item #: Clifford/ThirdParty2007

*[Margin annotations: "This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original. Date ___ Grant Allen Boyd"; "Exhibit A-2 (Annex) Affidavit of 3rd pt, 1 page"]*

# ANNEX D

on his behalf.

    Your letter was brought to the attention of the appropriate authorities within the federal government of the United States. While we appreciate your concern regarding your case, we are unable to confirm or deny any action taken by these officials.

    We regret we cannot be of further assistance.

                              Sincerely,

                              Correspondence Management Staff
                              Office of Administration