Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

September 11, 2007

US District Court
1 Courthouse Way
Boston, MA 02210

RE: US v. GRANT BOYD
    05-cr-10037-1-GAO

```
                    FILED
               IN CLERKS OFFICE

               2007 SEP 14  P 12: 15

               U.S. DISTRICT COURT
               DISTRICT OF MASS.
```

Dear Clerk:

As previously noted, I do not have representation of Counsel and would like to have a copy of the Docket. I was not taken to Court for the Septemeber 11, 2007 hearing that was scheduled and would like to know when the next hearing will be and for what purpose.

    Very truly yours,

    GRANT BOYD

By:    /s/ Grant Allen Boyd
       Grant Allen Boyd, Secured Party &
       Creditor, Authorized Representative
       & Attorney-In-Fact in behalf of
       Defendent/Debtor: GRANT BOYD, ENS LEGIS