Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

October 28, 2007

Clerk
US District Court
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 NOV -1  A 11: 44

U.S. ........
DISTRICT OF MASS.

RE: US v. GRANT BOYD   - "Evidence of Service on Judge O'Toole"
    05-cr-10037-1

Dear Clerk:

   Please file the enclosed evidene of service upon Judge O'Toole in his private and public capacity.

   Respectfully,

                         Without Prejudice/All Rights Reservered
                         /s/ Grant Allen Boyd
                         Grant Allen Boyd, Secured Party & Creditor,
                         Authorized Representative & Attorney In Fact
                         in behalf of Defendent/Debtor: GRANT BOYD ©,
                         ENS LEGIS


Encl: 093007-SERVICE-PROOF
      Return Rectipt USPS

CERTIFICATE OF PROOF OF SERVICE

State of Massachusetts           )
                                 )   File No.: 05-cr-10037-GAO-1
                                 )       US v. GRANT BOYD
County of Norfolk                )

2007 NOV -1  A 11:45

RE: Proof of LACK OF JURISDICTION & PROSECUTORIAL MISCONDUCT
    U.S. DISTRICT COURT
    DISTRICT OF MASS.

I, _Michael-William Smith_ certify by my signature, as a third party without an interest in this matter, that service was made upon the following via Certified Return Receipt mail (attached):

    a.  Mr. George A. O'Toole                                    Recieved
        dba GEORGE A. O'TOOLE, DISTRICT JUDGE
        UNITED STATES DISTRICT COURT (D.MASS)          10/04/2007

    b.  Mr. Leo T. Sorokin
        dba LEO T. SOROKIN, JUDGE MAGISTRATE
        UNITED STATES DISTRICT COURT (D.MASS)          10/04/2007

The following documents were servered upon those parties in their private and public capasities:

1. Appearance Brief (Docket No. 163)
2. Amended Notice of Thrid Party Intervenor (Not Docketed)
3. Notice of Proof of Default, Estoppel & Laches (Docket 167)
4. Annex A - US Attorney General's agreements as to lack of jurisdiction and prosecutorial misconduct
5. Annex B - AUSA Nancy Rue & Trooper Shawn Murray's agreements regarding perjury and misconduct
6. Cover Page - (Item No. 093007-SERVICE)

<<<<< Nothing Further >>>>>

_Michael William Smith_        _October 29, 2007_
Affiant                         Date

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this _29_ day of _October_ 2007, a Notary Public that Affiant, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_[signature]_                        Seal:   KATRINA V. BUTKIEWICZ
Notary Public                                Notary Public
                                             COMMONWEALTH OF MASSACHUSETTS
_Katrina Butkiewicz_                         My Commission Expires October 29, 2010
Printed Name of Notary

Page 1 of 1                              Item #: 093007-SERVICE-PROOF

RE: Proof of LACK OF JURISDICTION & PROSECUTORIAL MISCONDUCT

Attachment for Item #: 093007-SERVICE-PROOF
   Certificate of Proof of Service

FILED
IN CLERKS OFFICE
2007 NOV -1  A 11: 45
U.S. DIST...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. George A. O'Toole
dba GEORGE A. O'TOOLE, DIST. JUDGE
UNITED STATES DISTRICT COURT
1 Courthouse Way
Boston, MA 02210

Item No. 093007-SERVICE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

2. Article Number (Transfer from service label)
7006-3450-0002-9956-7807

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leo T. Sorokin
dba LEO T. SOROKIN, JUDGE MAG.
UNITED STATES DISTRICT COURT
1 Courthouse way
Boston, MA 02210

Item No. 093007-SERVICE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

2. Article Number (Transfer from service label)
7006-3450-0002-9956-7821

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540