UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 05-cr-10037-GAO |
| ) | |
| GRANT BOYD ) | |

**MOTION TO CONTINUE SENTENCING DATE**

Now Comes defendant Grant Boyd, who respectfully moves this Court to continue sentencing in this case from November 13, 2007 to Friday November 30, 2007. In support of this request defendant states the following:

1. Counsel was appointed as Counsel for sentencing purposes only on October 3, 2007. Counsel had been preparing for a homicide trial that was set to begin on October 17, 2007. While that trial resolved itself on October 17th, counsel's energies were entirely focused on that case through that period of time.

2. Counsel received a significant box of materials from Mr. Boyd's prior attorney. While counsel understands that the underlying sentencing issues may be narrow, counsel would like the opportunity to review these materials in advance of sentencing.

Wherefore, defendant moves this Court to continue his sentencing date from October 13 to October 30, 2007.

Respectfully submitted,
Grant Boyd
By His Attorney

   /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700

     I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 2nd day of November 2007.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116