UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br>    Plaintiff | FILED<br>IN CLERKS OFFICE |
| v. | File No: *705 CC 10037 GAO* |
| GRANT BOYD<br>    Defendent | U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| Grant Allen Boyd<br>    Third Party Intervenor | |

## DEFENSE MOTION FOR HEARING TO RESOLVE ATTORNEY CLIENT CONFLICT & COMPEL GOVERNMENT TO RESPOND TO ATTORNEY GENERAL'S DEFAULT AGREEMENTS

NOW COMES the Third Party Intervenor (hereinafter 'Third Party') to MOVE the Court to hold a hearing to resolve an actual conflict of interest with Attorney Budreau's appointment as Defense Counsel that is prejudicial to the prospective client; to resolve which party Attorney Budreau is representing within this case; AND to allow the government to answer Docket No. 163 'NOTICE OF THIRD PARTY INTERVENOR' as Amended September 30, 2007, with related exhibits, to show cause why this case should not be dismissed pursuant to the agreements from Attorney General.

## ARGUMENT

The Third Party received NOTICE of actual conflict on November 22, 2007, and as such this motion is not intended as a delay, but was drafted as quickly as possible; additionally, Third Party pleads with the Court to apply a less strict standard of review then one afforded a member of the BAR. see Akao v. Shimda 832 F.2d 119, cert denied 108 S.Ct 1301.

## I. ATTORNEY CLIENT CONFLICTS

### 1(a) Legal Precident for Hearing

Attorney Budreau, having been admitted to the BAR, owes his first duty, not to his client, but to the Court,

with client's success wholly subordinate. 7 CJS Attorney Client § 105(d); see also US v FRANK 53 F.2d 128, 129; US v. LOUGHLIN 57 F.2d 1080; PEARSE v. US, 59 F.2d 518; IN RE KELLEY 243 F.2d 696, 705.

This becomes a CONFLICT when the Court prohibits Attorney from providing effective assistance or in otherways encourages Counsel not to consider, recommend or carryout an appropriate course of action for client. This is a violation of ABA Rules Professional Conduct because Counsel's other duties, interests or responsiblities forclose alternatives that would otherwise be available to client. ABA RPC 1.7(ER 4); see also RPC 1.7(a)(1), (ER 3) (loyality to client prohibits undertaking representation directly adverse to that client without written consent)

This Court has already demonstrated it recognizes the importance of resolving any potential conflict within the Attorney Client relationship when it granted the Government's 'motion for hearing regarding potential conflict of interest' (Docket No 16). Here the government argues that when a defendent is denied an on the record inquiry and discussion of petential conflicts with defense counsel and no waiver is obtained, let alone no inquiry held, the defendent may challenge representation on appeal by bringing an ineffective assistance claim. see Docket No. 16, p.6, citing Mountjoy v. Warden NH State Prison, 245 F.3d 31, 36 (1st Cir 2003), citing US v. WHEAT 486 US 153, 162 (1988).

However, it must be NOTED that the Court has denied a previous motion to resolve potential conflict, without receiving opposition and without inquiry (Docket No 31) forcing client to proceed with ineffective assistance of counsel; finally after 24 months of proceedings and just before sentencing, the Court GRANTS 'Emergency Motion for New Counsel' Docket No. 162 but in doing so the Court again prejudices Third Party by issuing an unorthodox mandate

to new counsel, Attorney Budreau.

I(b) Court's Mandate

On October 3, 2007, when the Court appointed Attorney
Budreau, after GRANTING Emergency Motion for New Counsel
(Docket No. 162) which was supported by Notice of Ineffective
Assistance and an affidavit, the Court issues a mandate
instructing Attorney Budreau that "Counsel is appointed
only for sentencing purposes." (see Docket No. 173 ¶1,
Motion to Continue). By Attorney Buedrau's own admission
he understood this to be limiting his assistance to a very
narrow focus. Id @ ¶1 & 2.

The Court's mandate forcloses Counsel's assistance with
all of the issues already raised with the Court regarding
previous ineffective assistance, jurisdictional defects,
prosecutorial misconduct, perjury and problems with the
guilty plea; this causes prejudice to the potential client
both in his case and in his relationship with the Attorney.
As noted above, an Attorney who has been admitted to the
BAR owes his first duty to the Court, even to the demise
of his client's success; this conflicting duty creates
an actual conflict of interest in the instant case in
light of the Court's unorthodox mandate.

Court's have held that a conflict of interest extends
to any situation in which Counsel owes conflicting duties
to that of the client, in this case the conflict between
following the Court's mandate or providing effective and
complete assistance to the client. US v. COOK, 45 F.3d
388, 393 (10th Cir 1995); SPREITZER v. PETERS 114 F.3d
145 (7th Cir 1997)(Client intitled to Counsel's undivided
loyalities); see also ABA RPC 1.2(e), 1.8(f), 1.7(a) & (b);
ABA ER 4, 5, 7 & 10.

The Court's mandate, if followed by Attorney Budreau
will cause Attorney Budreau to violate ABA Ethics Rules
and subject him to civil liability for breach of fiduciary

duty and negligence. see FISHMAN v. BROOKS, 487 N.E.2d
1377, 1381-82 (Mass 1996)(violation of ABA Rules can be
used as evidence of negligence and breach of duty on par
with liquor laws, workers compensation and building codes).

This mandate to limit assistance and review of out
standing and unresolved issues, previously raised with
the Court in Docket No. 162 & 163 and related attachments
places Attorney Budreau and Client into a prejudicial
conflict of interests, a conflict created by this Courts
October 3, 2007 mandate. (see Exhibits B 2, B 3, A 1, A 2,
A 3, A 4, A 5).

## I(c) Public and Private Capacity

By operation of law, subsequent to the 1933 Bankruptcy
and related issues[1], the United States Corporation created
a second capacity for every Common Law Citizen/American
National and for its US citizens.[1]  A public and a private
capacity.

The United States Attorney General has stipulated
that the Third Party is operating in his private capacity
and is NOT the named Defendent in this case, NOR its
SURETY.   The Defendent is an Artificial Person or Fictitious
Entity, an ENS LEGIS Cestui Que Trust [1] operating as a
transmitting utility between the bankrupt government
operating in commerce and the flesh-n-blood man it
represents. This entity is an artificial person and the
entity the government names in its statutes as 'person!
It is this entity that the government charges with violating
statutes and through an operation of law related to
Trusts that the government holds the real-man as its
Surety.[1]

The Defendent and the Third Party are two different
entities; because the government has elected to detain the
Third Party as the Defendent's Sutety, which he is not,
the Attorney appointed by this Court actually has two

clients with conflicting interests, thereby creating a prejudicial conflict for the attorney client relationship that must be resolved; unless ofcourse the United States Attorney can provide proof that the Attorney General's agreements and stipulations are invlaid, that the two entities are one and the same and that the Third Party is in fact the Defendant's SURETY[1]. (see Exhibit A-4 & A-7)

## II. ATTORNEY GENERAL'S AGREEMENT, JURISDICTIONAL CHALLENGES "NOTICE OF THIRD PARTY INTERVENOR, DOCKET NO. 163

### II(a) Validity of Challenges

The First Circuit and the Supreme Court have held that jurisdiction may be challenged at anytime, even for the first time on appeal. e.g. US v. LUJAN, 324 F.3d 27, 30 (1st Cir 2003)(guilty plea does not waive jurisdictional challenges to criminal conviction); see also MENNA v. NY 423 US 61, 62-63 (1975) cf 35 GEO.L.J.ANN.REV.CRIM.PROC. (2006) p.409 n.1348.

Subsequent to admissions and omissions from previous defense counsel, review of the Court Records and personal knowledge of AUSA misconduct and material representations made to this Court, the decision was mad to obtain evidence for tort claim, pursuant to 28 USC §§ 519 & 535, by challenging the validity and lawfulness of this prosecution and the government's presumptions of jurisdictional facts directly with the United States Attorney General.

The Attorney General has supervisory responsiblities over all litigation involving the United States with the legal duty to respond to jurisdictional challenges and discovery requests OR to direct the challenges to another DOJ attorney or eyen the local US Attorney's Office; for what ever reason the Attorney General elected NOT to direct these challenges back to the local prosecutor. Title 28 USC § 519 is a very powerful statute that directly effects this matter given the United States Attorney General's

Page 5 of 17

agreements that this case should be dismissed for want
of jurisdiction, prosecutorial misconduct, fraud and
perjury. (Exhibits A-1, A 3, A 4, A 5, B 2 & B 3).

The Courts have held 28 USC § 519 is valid and gives
the Attorney General the raw power to supersede local
United States Attorneys, US v. DIGIRLOMO 393 F.Supp 997,
affmd 520 F.2d 372, cert denied 96 SCt 565; agree to a
dismissial of actions brought by the United States, US
v. NEWPORT NEWS SHIPBUILDING 571 F.2d 1283, cert denied
99 S.Ct 212; and make agreements to settle which are not
reviewable as conduct of litigation was committed by
agency discretion and there was no standards by which
Court could evaluate exercise of descretion by DOJ in
agreeing to settlement, ENERGY TRANSPORT GROUP v. SKINNER,
752 F.Supp 1, affd 956 F.2d 1206, 294 US App. DC 85,
rehearing denied.

The agreements obtained from the Attorney General
and their resulting stipulations, if valid, are binding
upon the local district and this Court. The attached
Exhibits (A 1, A 2, A 3, A 4, A 5, B 2 & B 3) contain
notarized affidavits establishing valid agreements between
the Third Party and the Attorney General, that stil stand
unrebutted by the United States Attorney for the District
of Massachusetts. These exhibits support 'NOTICE of Third
Party Intervenor' filed at Docket No. 163 and the amended
NOTICE of Third Party Intervenor, amended September 30,
2007, and subsequently servered and filed.

## II(b) Validity of Agreements

Courts today are not Article III courts sitting to
hear common law cases but are Courts sitting in equity to
settle controverseys related to some breach of contract or
failure to perform to some statute. This was a direct
result of the National Emergency and Bankruptcy of the US
government.[1]

The use of contracts, agreements, defaults and waivers are common in all Court cases; whether 'criminal,' civil or commercial. One party may contract away its rights for whatever reason, including neglect and default; sometimes the decision to default will limit the liability of a party or its parent by avoiding direct answers. The one principle that is always triggered when one party seeks relief under equity is that they do so with clean hands. see McKennon v. Nashville Banner Pub Co., 115 S.Ct 879, 513 US 352 (equity's maxim that suitor who engaged in his own reprehensible conduct in course of transaction at issue must be denied relief because of unclean hands)

The challenges outlined the government's fraud, deception and duplicity related to those agreements or contracts that would bind the Third Party to any statute or to perform in any way.$^1$ (see Exhibits A 3, A 4, A 5 B 2 & B 3).

The Department of Justice has over 150,000 employees representing the interests of the United States and DOJ, employees who specilize in different areas of Law and Policy; the Attorney General, as noted within Docket No. 167 'Notice of Default...', directed the Third Party's instruments, challenging jurisdiction and this Court's presumption that AUSA RUE and her direct supervisors conducted a lawful prosecution, to the "Appropriate Authorities within the federal government of the United States" best suited to understand the nature of these challenges and determine how best to respond while protecting the interests of the United States. It was these Authorities who elected to acquiesce and default, thereby avoiding direct answers and their legal duty to answer challenges to the government's presumptions of jurisdictional facts; as a result they entered into binding agreements with this party pursuant to the authority found within 28 USC §519.

These agreements are evidenced by the notarized affidavits found within the attached exhibits and are all admissible pursuant to Federal Rules of Evidence § 902.

II(c) Legal Duty to Answer Challenges

If the government's allegations of jurisdictional facts are challenged by a party to the matter, the government bears the burden of supporting the allegations by **COMPETENT PROOF** and not by mere presumptions and argumentative statements. see Thomson v. Gaskill, 62 S.Ct 673, 675; see also McNutt v. General Motors Acceptance Corp, 56 S.Ct 780, 784-85; KVOS v. Associated Press, 57 S.Ct 197, 200; Gibbs v. Buck, 59 S.Ct 725, 729. It is axiomatic that prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction. US v. Benson 495 F.2d 475 (1974) quoting Krull v. US 240 F.2d 122, 127 (7th Cir 1957); see also Hagans v. Lawne, 415 US 528, 533 (When jurisdiction is denied and squarely challenged, jurisdiction cannot be assumed to exist 'sub silento' but must be proven). The notarized affidavits within the Exhibits establish as fact, in evidence, that jurisdiction was squarely challenged and the government failed to provide COMPETENT PROOF.

The government could not support its jurisdictional claims, has failed to answer direct challenges and could not point to one valid agreement in light of its unclean hands.

The Supreme Court has long held that mere presumptions of jurisdictional facts absent proof is inadequate to sustain a conviction. see Norton v. Larney 266 US 511, 45 S.Ct 145 (1925)('jurisdiction of a federal court must affirmatively and distinctly appear and cannot be helped by presumptions or argumentative inferences drawn from pleadings'); see also Accord, Bender v. Williamsport

school district, 475 US 534, 106 S.Ct 1326, 1334, rehearing denied 106 S.Ct 2003 (1986)(nor can jurisdiction be gleaned from briefs and arguments); Grace v. American Central Ins. Co. 109 US 278, 284 (1883)(it is not sufficient that jurisdiction may be infered argumentatively from averment in the pleadings); Thomas v. Board of Trustees 195 US at 210 (it follows that the necessary factual preicate maynot be gleaned from the briefs and arguments themselves); see Bender at n.8

The United States Department of Justice had a legal duty to answer but instead elected the remain silent, limit liability and acquiesce to the challenges, allegations and facts noted within the instruments challenging the jurisdiction in this matter and the lawfulness of this prosecution. The agreements entered into by the Department of Justice, by and through the Attorney General, are valid and binding, declaring this prosecution VOID.

III. CONCLUSION

THEREFORE, with the above in mind, it is in the interests of justice and due process that the Court hold a hearing into the conflict issues raised herein; AND to compell the government to answer the issues raised by this party herein and within Docket No. 163 'Notice of Third Party Intervenor', as amended September 30, 2007 and the related exhibits; AND to show cause why this case should NOT be dismissed pursuant to the agreements and stipulations noted therein by the DOJ pursuant to 28 USC §§ 519 & 535.

Respectfully Submitted

Without Prejudice/All Rights Reserved

/s/ Grant Allen Boyd
Grant Allen Boyd, Secured Party & Creditor
Authorized Representative & Attorney-In-
Fact in behalf of Defendent/Debtor: GRANT
BOYD, ENS LEGIS

## FOOTNOTE 1

Essay related to underlying facts supporting
the challenges to the United States Attorney General

To understand the basis or underlying premis behind
the challenges sent to the United States Attorney General
and the subsequent defaults from those 'appropriate
authorities within the federal government of the United
States,' it is important to take a look back into history
and understand how the Acts of Congress and Executive
Orders of the President effected that history.

Through the acts of the federal government the
relationshihp of the people with the Republic changed. A
change that effects us today in ways most do not understand.
The People of this Nation lost their true Republican form
of government. On March 27, 1861, seven sothern States
walked out of Congress leaving the entire legislative
Branch of Government without quorm. Out of necessity to
operate the Government, President Lincoln issued Executive
Order No. 2 in April 1861, reconvening the Congress at
gunpoint in Executive, emergency, martial law rule jurisd-
iction. Since that time there has been no 'de jure' Congress.
Everythin functions under 'color of law.'

The national government from its enception borrowed
money from foreign banks and governments to finance the
revolution and early government.  To establish the under-
lying deþt of the Government to the Bankers, to create
corporate entities that are legally subject to the
jurisdiction in which they exist, and to create the
jurisdiction itself correctly, the arguably un-ratified
Fourteenth Amendment was proclaimed and passed in 1868.
This was a cestui que trust (operation in law) incorp-
orated in a military, private, International, commercial,
de facto jurisdiction created by, and belonging to, the
Money Power, existing within the emergency of War Powers,

Page 10 of 17

the only operational jurisdiction since the dissolution
of Congress in 1861. Through the 14th Amendment, an
artificial person-corporate entity-franchise entitled
'[c]itizen of the [U]nited States' was born into private,
corporate  limited liability. Section 4 of the 14th
Amendment states: 'The validity of the Public Debt of the
United States [to the bankers]...shall not be questioned.'

Within the above-referenced private jurisdiction of
the International Bankers, the private and foreign owned
'Congress' formed a corporation, commercial agency, and
Government for the 'District of Columbia' on February 21,
1871, Chapter 62, 16 Stat. 419. This corporation was
reorganized June 11, 1878, Chapter 180, 20 Stat. 102, and
renamed '[U]nited States Government.' This corporation
privately trade marked the names: '[U]nited States,'
'U.S.,' 'US,' 'U.S.A.,' 'USA' and 'America.'  These Acts
created ambiguity through material misrepresentations to
the People, ambiguities that result in fraud against the
People through non-disclosure.

When the [U]nited States declared itself a municipal
corporation, it also created what is known as a cestui
que trust to function under by implementing the Federal
Constitution of 1871, and incorporating the previous
[u]nited States Constitutions of 1787 and 1791 as
amended, as by-laws. Naturally, as the grantor of the
trust, this empowered the [U]nited States Government to
change the terms of the trust at will. As evidenced under
the Federal Constitution of 1871, the 14th Amendment, the
People of the [u]nited States, without their consent,
were declared [c]itizens of the [U]nited States and
granted 'Civil Rights.'  These so-called civil rights are
nothing more than mere privileges. Privileges which
government licenses, regulates, and can re-interpret to
suit its purposes at any time for any reason. Again, the
government officials failed to disclose this material

Page 11 of 17

fact, the fact that the government had made every living and breathing inhabitant a 'subject' of the municipal corporation whose jurisdiction is limited to that area defined within Article 1, Section 8, Clause 17 of the US Constitution. These subjects were defined in law as a 'Vessel' engaged in commerce. (see Exhibit A-3)

It was never the intent of the 14th Amendment to strip away the Common Law Citizenship of those Citizens of the de jure states of the union, known as American Nationals. A birth Right guaranteed by the Organic Laws and treaties that founded the Republic. (see Exhibit A-3)

In 1912, when the bank-owned bonds that were keeping the US Government afloat became due, the Bankers refused to re-finance the debt. As a result, the colorable, martial-law ruled Congress was compelled to pass the Federal Reserve Act of 1913. This Act surrendered Constitutional authority to creat, control, and manage the entire money supply of the United States to a handful of private bankers. This placed exclusive creation and control of the money within the private, commercial, foreign and military jurisdiction of 1861, into corporate limited liability.

America converted from United States Notes to Federal Reserve Notes, beginning with the passage of the Federal Reserve Act of 1913. Federal Reserve Banks were incorporated in 1914, and in 1916 began to circulate their private corporate Federal Reserve Notes as 'Money' alongside the nation's de jure currency, the United States Notes. Whereas United States Notes were actually warehouse receipts for deposits of gold an dsilver in a bank, thus representing wealth (substance of value); the new fiat money (Federal Reserve Notes) amounted to 'bills for that which was yet to be paid,' i.e. for what was owed! Essentially, the Fed issued paper without substance and the People agreed to

Page 12 of 17

give them gold in exchange for the 'privilege' of using it.

Through paying interest to the Federal Reserve
Corporation in gold, the US Treasury became progressively
depleted of its god. America's gold certificates, coin and
bullion were continually shipped off to the European Banks.
In 1933, when the Treasury was drained and the debt was
larger then ever (Insolvency), President Roosevelt procla-
imed the bankruptcy of the United States. Every 14th Amend-
ment 'citizen of the United States' was pledged as an asset
to finance the Chapter 11 re-organization expenses and pay
interest in perpetuity to the CREDITORS (Federal Reserve
Bankers) and the 'national debt' ('which shall not be
questioned').

At the conference of Governors held on March 6, 1933,
the Governors of the 48 States of the Union accommodated
the Federal Bankruptcy of the United States Corporation by
pledging the faith and credit of their State to the aid
of the National Government.  Senate Document 43 of the 73rd
Congress, 1st Session (1933) did declare that ownership of
ALL PROPERTY is in the STATE and individual so-called
ownership is only by virtue of government, i.e. law amount-
ing to 'mere-user' only; and individual use of all
property is subordinate to the necessities of the United
States Government.

Under House Joint Resolution 192, June 5, 1933,
Senate Report No. 93549, and Executive Orders 6072, 6012
and 6246, the Congress and President Roosevelt officially
declared bankruptcy of the United States Government, Inc.
The People, for the benefits granted to them by the
Bankrupt corporate Government, discharge their debts with
limited liability using Fedeal Reserve Notes. They have
surrendered, by way of an unconscionable contract entered
into through deception and material misrepresentations, any
semblance of 'Rights' as exchanges for mere privileges!

Page 13 of 17

The Consitution/social compact is a contract between the States and the Federal Government, they are the only parties to it and the only parties bound by its terms. A review of countless United States Supreme Court decisions since the 1938, landmark case, Erie Railroad v. Tompkins, (304 US 64-92) clearly establishes that only the State has Constitutional Rights, not the People. The People have been pledged to the Bankruptcy of 1933. The federal law administered in and by the United States is the private commercial 'law' of the Creditor/International law.

What the majority in this country fail to recognize is this: because of the bankruptcy and having been pledged as an asset to the National Government's debt, this makes all citizens DEBTORS under Chapter 11. Debtors in Bankruptcy have lost their solvency, have NO RIGHTS, no STANDING IN LAW, and are at the mercy of the CREDITORS...via attorneys.

All courts today sit and operate as Non-Constitutional or Non-Article III Legislative Tribunals administering the bankruptcy via their 'statutes,' (codes); where statutes are, in reality, 'commercial obligations'.

To put it another way, in 1933, when the United States corporation went into bankruptcy because it could no longer pay its debts, it pledged the American People, themselves, without their consent as the asset to keep the government afloat and operating. Because government no longer had any way to pay its debts with substance, and was bankrupt, it lost its sovereignty and standing in law. Outside and separate from Constitutional Government to continue to function and operate, it created an artificial world consisting of artificial entities. This was accomplished by taking everyone's proper birth given name and creating what is called a "fiction in law", by way of an acronym, i.e. a name written in **ALL CAPITAL LETTERS** to interact with. A name written in ALL CAPITAL

LETTERS is not a sentient, flesh and blood man. It is a
corporation, fiction or deceased person. Government, as
well as other corporations, can only interact with you (the
flesh and blood man) through your ALL CAPITAL LETTER NAME,
also refered herein as the DEBTOR.

That upon the declared Bankruptcy, Americans could
operate and function only through their corporate colored,
State created, ALL CAPITAL LETTERS NAME/DEBTOR, THAT HAS
NO ACCESS TO SOVEREIGNTY, SUBSTANCE, RIGHTS AND STANDING IN
LAW.   The Supreme Court has held that "general (Universal)
common law" no longer is accessible and in operation in the
federal courts based on the 1933 bankruptcy, which placed
everything into the realm of private, colorable law
merchant of the Federal Reserve CREDITORS.

The United States corporation created the Federal
Reserve and made each and every American a DEBTOR or
collateral for the Debt Instruments issued by the Federal
Reverve. As noted earlier, in 1933 when President Roosevelt
declared a national emergency because the Untied States
corporation could not pay its debts; all of the subsidiary
States agreed to support the declared bankruptcy by
"pledging" the energy of their "[c]itizens." Their assets
consisted only of State Citizens. The States in turn used
the Birth Certificates to pledge the State Citizen   as
collateral to keep Government afloat. That is how the
American People became collateral for the National Debt,
the American People were like warehouse receipts. All of
this, however was a major fraud.

The Common Law Citizen/American National was drawn into
this artificial world created by government and drawn into
"commerce" when their Birth Certificate was registered and
sent to the Commerce Department in Washington, D.C. This is
where the American People became warehouse receipts upon
which all of the money printed and circulated is created

Page 15 of 17

and guaranteed. In short the American People became the
collateral for all debts through their **ALL CAPITAL LETTERS
NAMED DEBTOR**, created by government to hypothecate the
commercial energy and assets toward the national debt, where
the real flesh and blood man is considered the DEBTOR's
SURETY; therefore US Government property.

Government is a "fiction," an artificial person, that
deals with us as a fiction or artificial person only, as
noted above. To take this to another level, let's use an
example to explain and use the name of Grant Allen Boyd.
When Grant Allen Boyd was born, his parents gave him the
Christian name of Grant Allen and he shared the 'family'
name of Boyd with all the other members of his family. He
was born a living, breathing 'sentient' being. When his
Birth Certificate was sent to the Department of Commerce,
it was registered and the Government, because it was
bankrupt, turned his "real name" into a fiction. His new
fictional name became GRANT ALLEN BOYD or GRANT A. BOYD or
Grant A. Boyd. (See Exhibit A 7 for full list) His DEBTOR or
ALL CAPITAL LETTERS NAME was registered as a corporation at
the Puerto Rico Department of State Corporations. He is now
the SURETY for the DEBTOR, a fiction or artificial person;
a non living, non breathing "person." It is this "person,"
a "Straw-man" (Lat. stramineus homo) or "fiction" that
is identified as a "person" within the statutes and upon
which government brings all its so called charges against,
NEVER the flesh n blood real man.

As a direct result, attorneys and lawyers cannot and
do not represent the real flesh n blood man in his private
capacity.' Attorneys and lawyers represent corporations,
artifical persons, and fictions in law, such as the DEBTOR.

Page 16 of 17

It goes without saying, that those officials of the federal government would have committed treason and fraud to have initated and propitiated this scheme without providing a way for people to reclaim their sovereignty, status, rights and assets; however, that way does not have to be published for all to see, it only needs to be available.

Through a process involving the Uniform Commercial Code and Department of Treasury UCC Contract Trust Account the Third Party Intervenor: Grant Allen Boyd, has reclaimed his status, sovereignty and assets. He is now the Secured Party, Superior claimant, holder in due course, and principal creditor having a registered priority lien on the DEBTOR: GRANT BOYD, ENS LEGIS, Cestui Que Trust; AND is NO LONGER ITS SURETY. (see Exhibit A 7, A 5, A 4, A 3 & A 1).

In closing, it must be noted that any agreement or contract that binds this party to perform to any terms or statutes of the United States corporation or its franchise political sub-entities [STATE OF MASSACHUSETTS] is invalid as a direct result of the ambiguity and related deception associated with the incorporation of the 'District of Columbia' and its later use of the 'United States' as its corporate name. This party never entered into an agreement or contract with the United States Corporation pursuant to the disclosure of this fact and the realted bankruptcy and hypothecation of assets. Any agreement or contract that establishes any record or document used to prove liability to federal statutes or jurisdiction contained ambiguities and duplicity, which will always be construed against the government as its drafter. see 35 GEO.L.J.ANN. REV.CRIM.PROC (2006) p.398-399 quoting US v. GUZMAN, 318 F.3d 1191, 1195 (10th Cir 2003)("Courts construe any ambiguities against the government as drafter of agreement). The government's deception represents unclean hands and as such the government will be barred from seeking relief. see McKennon v. Nashville Banner, 115 S.Ct 879.

*Although any given fact may contain inaccuracies the errors do not change the underlying facts that form the basis of this position, and are harmless given the fact that the US Attorney General was given the opportunity to correct any fact and didnot do so.*

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
                       ) Scilicet          **E X H I B I T  A-1**
County of Norfolk      )

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or
affirm) that the attached/enclosed reproduction of the following document(s)
are TRUE, correct and complete photocopies of a document or documents in my
possession and I'm the custodian of said document or documents, to wit:

Exhibit A-1:    Affidavit of Merits (063007-Merits)

\*\*\* Nothing Further\*\*\*

Grant Allen Boyd                       c/o PO Box 100 (non-domestic)
                                       South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
5 day of November 200 7.

/s/                          Seal:
Signature of Notary Public
Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

AFFIDAVIT OF MERITS
from Grant Allen Boyd

**ExHIBIT A-1**

Massachusetts State )
                     ) Scilicet
County of Norfolk    )

I, Grant Allen Boyd, herein 'Affiant' having been duly sowrn, declare by my
signature that the Affiant is competent to state the matters included herein,
has knowledge of the facts, and declare that the statements herein are ture,
correct and not meant to mislead:

1.  THAT Affiant has already directly challenged the Jurisdiction of the
    United States to prosecute Affiant for violating federal statutes, the
    United States Attorney General (Alberto R. Gonzales) has stipulated
    and fully agrees with Affiant's claim that the United States lacks
    jurisdiction in this matter.

2.  THAT in addition to challenging jurisdiction directly with the Attorney
    General, Affiant sent formal requests for production of documents,
    pursuant to the Privacy Act and related statutes, to the following agencies,
    departments and organizations asking these government entities to produce
    any document that demonstrates Affiant is subject to the jurisdiction
    or statutes of the United States, the legislative authority of Congress
    or that United States' jurisdiction extends beyond the limits set forth
    in Article 1, Section 8, Clause 17 of the Constitution for the United
    States of American; NOT one entity producted or located any such document,
    record, proof or statement:

    Entity                                              Certified Mail Receipt No.

    a)  Department of Justice                           7004-2890-0004-2019-2952
    b)  Executive Office of US Attorneys                7004-2890-0004-2019-3751
    c)  US State Department                             7004-2890-0004-2019-3744
    d)  Department Homeland Security                    7004-2890-0004-2019-3720
    e)  National Archives                               7004-2890-0004-2019-3737
    f)  Department of Defense                           7004-2890-0004-2019-3805
    g)  Internal Revenue Service                        7004-2890-0004-2019-3034
    h)  Commerce Department                             7004-2890-0004-2019-3010
    i)  Health & Human Services                         7004-2890-0004-2019-3782
    j)  US Department of Education                      7004-2890-0004-2019-3799
    k)  Massachusetts Dept. Public Safety               7004-2890-0004-2019-3003
    l)  Massachusetts Director Public Records           7004-2890-0004-2019-3027

3.  THAT the facts noted below have been stipulated to by the United States
    Attorney General, Alberto R. Gonzales, and are settled STARE DECISIS by
    tacit agreement and 'general acquiescence' in favor of Affiant:

    a)  THAT the United States Attorney General has stipulated that Affiant
        is an American National/Common Law Citizen in full possession of his
        birth Rights and individual SOVEREIGNTY

Page 1 of 3                                             Item #: 063007-Merits

*This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.*

Grant Allen Boyd _____

Date _____

Exhibit A-1 (ANNEX A)
AFFDAV.it of Merits
3 pags

b) THAT the United States Attorney General has stipulated that Affiant is not the Defendant/Debtor: GRANT BOYD (an ENS LEGIS, artificial person which was created by the 'United States' (a corporation founded on or about February 21, 1871 pursuant to Section 34, 41st Congress, Session III, Ch. 61 and 62; see also 28 USC 3002(15)(A)) upon Affiant's live birth, to bind Affiant as the Debtor's Surety to the incorporated society of the United States) nor is Affiant the Surety for the Defendent/Debtor, but is its Secured Party Creditor and holder in due course with a register priority lien in the Defendent/Debtor and all of the property held in its name. (UCC-1 Financing Statements: 2007-101-6358-0 filed with Washington State and 200756492540 filed in Massachusetts State)

c) THAT the United States Attorney General has stipulated that Affiant is not a member of the incorporated society of the 'United States' nor a subject of the Nation State of the United States (see Cook v. Tait, 256 US 47); THAT Affiant is not a [c]itizen of the United States pursuant to the 14th Amendment nor a Resident who seeks, or who is otherwise under, the protection of the 14th Amendment

d) THAT the United States Attorney General has stipulated that Affiant is not subject to the jurisdiction , legistlative authority or the Federal Statutes of the 'United States'; AND THAT the Courts of the United States have no jurisdiction to act in regards to this matter (05-cr-10037-GAO)

e) THAT the United States Attorney General has stipulated that Affiant at not time has volulltarily and with full knowledge of the affects or pursuant to full disclosure from any public official ever surrendered his status as an American National/Common Law Citizen for that of a [c]itizen of the United States corporation

f) THAT the United States Attorney General has stipulated that there is no valid contract or agreement that binds Affiant to the incorporated society of the United States or to perform in any manner

g) THAT the United States Attorney General has stipulated that the Federal Government as it operates today is a corporation with all of its departments considered sub-divisions of that corporation, including the Courts; AND THAT the Federal Government and all of its sub-entities are operating under a national Bankruptcy

h) THAT the United States Attorney General has stipulated that this prosecution (05-cr-10037-GAO) represents a Constitutional impermissible application of statutes against Affiant, and was malicious with the prosecution involved in fraud, conspiracy to commit perjury and using false testimony as noted in Exhibit A-4 031507-CAFV-CONR, attached

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

Item #: 063007-Merits

Exhibit A-1 (ANNEX A)
AFFDAVIT of Merits
3 pages

i) THAT the United States Attorney General has stipulated that this matter (05-cr-10037-GAO) is void for want of jurisdiction, fraud, perjury and malicious prosecution with this matter fully resolved in favor of Affiant; AND THAT the Plaintiff may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, commercial or judicial.

Dated this **25** day of **JUNE**, 2007.

Without Prejudice

Grant Allen Boyd, Affiant and Secured Party Creditor, Sovereign, Authorized Representative and Attorney-In-Fact in behalf of Defendent/Debtor: GRANT BOYD, ENS LEGIS

*(right margin, vertical text)* This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

*Grant Allen Boyd* — *Date*

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this **25** day of **JUNE**, 2007, a Notary that Grant Allen Boyd, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

*MAM / ONeill 6/25/07*   Seal:

Notary Public in and for said State



MARK J. ONEILL
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 8, 2013

Item #: 063007-Merits

Exhibit A-1 (ANNEXA)
afram.f of Merits
3 Pages

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
                       ) Scilicet
County of Norfolk      )

# EXHIBIT A-2

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or
affirm) that the attached/enclosed reproduction of the following document(s)
are TRUE, correct and complete photocopies of a document or documents in my
possession and I'm the custodian of said document or documents, to wit:

Exhibit A-2: Affidavit of Third party (Clifford/ThirdParty2007)



Grant Allen Boyd

c/o PO Box 100 (non-domestic)
South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
5 day of November 200 7.

/s/ _____          Seal:
Signature of Notary Public
Katrina Butkiewicz
Print Name of Notary



KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

State of Massachusetts    )
                          ) Scilicet
County of Barnstable      )

**ExHIBIT A-2**

I, Michael Clifford, having been duly sworn and deposed, say and declare by
my signature that the following statements of fact are true, correct and
complete, and not meant to mislead, to wit:

1) THAT I, Michael Clifford, herein 'Affiant', have been acting as a Third
   Party Mail Agent in behalf of Grant Allen Boyd, and that I am not a party
   to this matter.

2. THAT, Affiant did deposit with the United States Postal Service the following
   items addressed to Alberto r. Gonzales, US Attorney General, 950 Pennsylvania
   Ave., N.W., Washington, DC 20530-0001, sent via Certified USPS Mail:

| CAFV Item # | Certified Mail Receipt No. | Date 1st Sent |
|---|---|---|
| 031507/MOL-SOV | 7004-2890-0004-2019-3874 | April 4, 2007 |
| 031507/MOL-SOV-NOF | 7004-2890-0002-0970-5731 | |
| 031507/MOL-SOV-CONR | 7004-2890-0004-2019-2822 | |
| 031507-CAFV | 7004-2890-0004-2019-2945 | April 4, 2007. |
| 031507-CAFV-NOF | 7006-0100-0003-9496-9411 | |
| 031507-CAFV-CONR | 7006-3450-0002-9959-1819 | |
| 042707-1 | 7004-2890-0004-2019-3058 | May 7, 2007 |
| 042707-2 | 7004-2890-0002-0970-5595 | |
| 042707-3 | 7006-3450-0002-9959-1802 | |

3. THAT, Affiant did deposit with the United States Postal Service the following
   items addressed to Mark W. Everson, Commissioner of Internal Revenue Service,
   1111 Constitution Ave., N.W., Room 3000, Washington, DC 20224, sent via
   certified USPS mail:

| CAFV Item # | Certified Mail Receipt No. | Date 1st Sent |
|---|---|---|
| 3 112907-2/IRSC | 7004-2890-0004-2019-2921 | April 4, 2007 |
| 3-112907/IRSC-NOF | 7004-2890-0002-0970-5717 | |
| 112107-3/IRS | 7004-2890-0002-0970-5632 | |

4. THAT, Affiant as of the date of this document has not received any reply from
   any United States government official or entity in regards to these items at
   my mailing address of 156 Bradford Street, Provincetown, Massachusetts 02657.

Date this 29 day of _____, 2007.

Michael Clifford, Affiant

**ACKNOWLEDGEMENT**

Subscribed to and sworn before me this 29 day of _____, 2007, a notary, that
Michael Clifford, personally appeared and known to me to be the man whose name
subscribed to within and acknowledged to be the same.

Notary Public in and for said State                    Seal:

Page 1 of 1     MARIE E. PELLEGRINO
                Notary Public
                Commonwealth of Massachusetts
                My Commission Expires October 22, 2010

Item #: Clifford/ThirdParty2007

(Left margin, vertical) CORRECT & COMPLETE copy of the original. CERTIFIED This document is Grant Allen Boyd

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
                       ) Scilicet        **EXHIBIT A-3**
County of Norfolk      )

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or
affirm) that the attached/enclosed reproduction of the following document(s)
are TRUE, correct and complete photocopies of a document or documents in my
possession and I'm the custodian of said document or documents, to wit:

Exhibit A-3 (042007-)

042707-3 Affidavit of Non-Response

042707-2 Notice of Fault

042707-1 Origional CAFV Instrument

*** Nothing Further ***

Grant Allen Boyd                              c/o PO Box 100 (non-domestic)
                                              South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
_5_ day of November 200 7.

/s/
Signature of Notary Public        Seal:

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

CERTIFIED MAIL NO. _____

Grant Allen Boyd, Authorized Representative
for GRANT ALLEN BOYD ©, DEBTOR/Defendent
c/o PO Box 100
South Walpole, Mass., [u]nited States of America

June 18, 2007

Mr. Alberto R. Gonzales
United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

RE:   Case No. 05-cr-10037-GAO US v. GRANT BOYD (MA-Dist.) and 1:01-cr-35
      US v. GRANT ALLEN BOYD (VT-Dist.), UNITED STATES' stipulation that both
      cases lack jurisdiction.

AFFIDAVIT OF NOTICE OF DEFAULT AND OF RES JUDICATA

State of Massachusetts  )
                        ) Scilicet
County of Norfolk       )

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
     658 F.2d 526 (7th Cir. 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ n.27; AND see Kis at [15] (any
          uncontested allegations...must be accepted as admitted)

I, Grant Allen Boyd, herein 'Affiant', having been duly sowrn, declares by my
signature that the following facts are true, correct and complete to the best
of my knowlege and belief:

1.   THAT, Affiant is competent to state the matters included in his declaration,
     has knowledge of the facts, and declared that to the best of his knowledge,
     the statements made in his affidavit are true, correct and not meant
     to mislead;

2.   THAT, Affiant is the secured party, superior claimant, holder in due
     course, and principal creditor having a registered priority lien, hold
     interest to all property held in the name of Debtor: GRANT ALLEN BOYD,
     evidenced by UCC-1 Financing Statement No. 7002-101-6258-0 filied with
     the State of Washington and UCC-1 Financing Statement No. 200756492540
     filed with the State of Massachusetts;

3.   THAT, Respondent, Alberto R. Gonzales, Attorney General for the UNITED
     STATES, is herein addressed in his private capacity and in his public
     capacity as Attorney General for the United States and is participating
     in a commercial enterprise with his co-business partners (or employees)
     including but not limited to the United States and all of its sub-entities
     hereinafter collectivelly refered to as 'Respondent.'

Page 1 OF 5

ITEM #: 042707-3

Exhibit A-3
042707-3
5 pages

Annex A)

Grant Allen Boyd _____ Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

4.    THAT Respondent agreed through 'general acquiescence' and through a failure to contest that this CAFV instrument will form a binding contract and agreement through tacit procuration to the issues and provisions therein noted, AND THAT the governing law of this binding contract is the agreement of the parties supported by the law merchant and applicable maxims of law.

5.    THAT, Affiant at not time has willingly, knowingly, intentionally, or voluntarily agreed to subordinate his position as creditor NOR has he surrendered his status as an American National/Common Law Citizen.

6.    THAT, Affiant has at no time requested or accepted extraordinary benefits or privileges from Respondent, the United States ,or any sub-division thereof.

7.    THAT Affiant is not a party to a valid contract with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent, as stipulated by the Respondent

8.    THAT on May 7, 2007, through a third party mail agent, Affiant sent a Conditional Acceptance for Value for Proof of Claim (CAFV) instrument (document for discovery) via certified mail number 7004-2890-0004-2019-3058 to Respondent requesting 'proof of claim' as to the authority of the United States to prosecute Affiant for violations of Federal Statutes, as to the jurisdiction of Respondent in these matters [in the nature of Affiant's right to challenge jurisdiction at any time], and for other various proof of claim as to the relationship between Affiant and the United States.

9.    THAT, the CAFV instrument clearly states (page 1 ¶1 &2) that the instrument is a challenge to jurisdiction, in which Plaintiff is required to produce proof of jurisdictional claims in the nature of evidence/discovery so that Affiant may exhaust his Administrative REmedy to ensure the prosecution was lawful , constitutional and that no Constitutional impermissible application of statute has occured; there was no mystery or hidden agenda in the purpose of this instrument, yet plaintiff could not or would not prove their claim of jurisdiction in this matter, even though they were given over 45 days in which to respond.

10.    THAT, Respondent was given Thirty (30) days, under a necissity created by Respondent, to respond with proof of claim or in otherways answer (contest, deny or admit) CAFV or to request additional time to reply if needed, however REspondent elected to remain silent or otherwise refused to provide said proofs of claim and therefore has failed to state a claim upon which relief can be granted and has throught TACIT PROCURATION stipulated to and is in FULL AGREEMENT with the points, authorities, understandings and facts noted within the CAFV as they operate in favor of the Affiant, most notably that the Respondent lacks subject matter or in personam jurisdiction in the prosecution of Affiant for any of the claimed violations of Federal Statute, that any rulings are VOID for want of jurisdiction and that this matter is setteled STARE DECISIS in favor of Affiant, with respondent estoppeled from prosecuting Affiant.

*Grant Allen Boyd — This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.*

Date

Page 2 of 5

ITEM #: 042707

Annex A

11. THAT Respondent was sent a notice of fault and opportunity to cure and contest acceptance on or about June 6, 2007, in which Respondent was given ten (10) additional days to cure fault and contest, which was sent via certified mail no. 7004-2890-0002-0970-5595

12. THAT Respondent was requested to send response via certified mail to Affiant with a duplicate response to a thrid party, Respondent failed to respond and contest, and such failure is evidenced.

13. THAT Respondent was NOTICED of his legal duty to respond to Affiant's jurisdictional challenge and the allegations of criminal acts committed by employees of the Department of Justice, and that 'silence can only equate with fraud where there is a legal or moral duty to respond or where an inquire left unanswered would be intentionally misleading' (US v. Prudden, 424 f.2d 1021, 1032 N.24), that Respondent was given the option to contest, deny or admit to the CAFV instrumenet by responding (OR) to answer by remaining silent and acquiesce; Respondent elected to remain silent and acquiesce

14. THAT REspondent as Attorney-General has the legal duty, authority and responsiblity to investigate allegations of malicious prosecution, Constitutional impermissible application of statutes and other violations committed by employees of the United States and as such this process was properly presented; Additionally the Administrative Procedures Act (5 USC § 556 'D') stipulates that the propondent of a rule or order (jurisdiction/charge) bears the burden of proof

15. THAT Respondent failed to provide proof that Affiant is subject to the Respondent's statutes, jurisdiction or Courts

16. THAT Respondent failed to deny or contest Affiant's claims regarding the [U]nited States as a corporation operating pursuant to Article 1, Section 8, Clause 17 (1:8:17) and 4:3:2 of the Constitution of 1787, and under a national emergency and bankruptcy, and the limits thereof

17. THAT Respondent failed to contest Affiant's claims as to Common Law Citizenship, individual Sovereignty, [c]itizenship and Affiant's status

18. THAT Respondent failed to contest Affiant's allegations and facts relating to the Fourteenth (14th) Amendment

19. THAT Respondent failed to contest or answer allegations and statements relating to ENS LEGIS Artificial Entities

20. THAT Respondent failed to contest Affiant's allegations that both cases, 05-cr-10037-GAO and 1:01-cr-35, lack subject matter and in personam jurisdiction, and that any ruling or judgement must be void for want of jurisdiction

Grant Allen Boyd    This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Page 3 of 5

ITEM # 04270

21.    THAT Respondent, through TACIT PROCURATION and/or failure to respond
       and contest, has stipulated to and is in FULL AGREEMENT with the
       following, but not limited to:

   a)  THAT Affiant is not subject to any Federal Statute passed after
       1871

   b)  THAT Affiant was not subject to the territorial jurisdiction
       of the United States when arrested

   c)  THAT Affiant is not a 14th Amendment [c]itizen of the United
       States who is subject to the jurisdiction thereto, nor a resident
       of any state who seeks, or who is otherwise under, the protection
       of the 14th Amendment

   d)  THAT United States' territorial jurisdiction does not extend beyond
       the limits set in 1:8:17 of the 1787 Constitution, United States
       here being the Corporation

   e)  THAT Affiant is a Common Law Citizen of the republic of the [u]nited
       States, who is an inhabitant of the land but not a resident of
       the [U]nited States, any State or sub-division thereof, and that
       Affiant is a Sovereign with all Rights and immunities thereof

   f)  THAT this private administrative process is proper, binding and
       resulted in Affiant fully exhausting his administrative remedies

   g)  THAT the [U]nited States as it operates today, lacks any jurisdiction
       to prosecute Affiant for any civil or criminal matter, where
       Affiant is alleged to have or has stipulated to facts that
       demonstrate his actions or inactions violated any federal statute

   h)  THAT Affiant is not the entity named as Defendent but is its
       Secured Party Creditor and Non-Surety and therefore not liable
       for any judgements, debts, fines or penalities related to any
       violation of statute

   i)  THAT the allegations, facts, authorities, stipulations, agreements
       and Affiant's understandings noted within the CAFV and attachements
       are true, correct and certian as they operate in favor of Affiant

   j)  THAT a Tort Claim can be supported by the stipulations and agreements
       therein made by the Respondent

   k)  THAT the [u]nited States of America (where the [u] is lower case)
       represents the origional Republic that was founded by the 1787
       Constitution; AND THAT the [U]nited States of America (where
       the [U] is capitalized) refers to the corporation of the United
       States operating as a legislative democracy whose [c]itizens
       are subjects of the NATION STATE of the [U]nited States and its
       statutes wherever they reside

   l)  THAT Affiant is to be immediately released with all seized property

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

Page 4 of 5

ITEM # 042

Exhibit A-3

Annex A

5 pages

22.    THAT Respondent is in FULL AGREEMENT that prosecutors in the
above noted cases committed Constitutional impermissible application of
Statutes against the Affiant and that injury occured from the unlawful
arrest, misapplication of statute, malicious prosecution, fraud,
conspiracy, unlawful incarceration and or otherwise; AND THAT Affiant
can file a tort claim based upon Respondent's stipulations and agreements
therein and damages will be awarded in the amount established in
Trezevant v. City of Tampa (741 F.2d 336) of $1,600,000.00 for every
day of incarceration or detention.

23.    THAT, Respondent fully agrees that in the event Respondent stipulates
to and is in FULL AGREEMENT with the facts, points, authorities,
agreements and Affiant's understandings by TACIT PROCURATION, Respondent
stipulates and is in full agreement that all matters and issues noted
within the CAFV and enumerated in part herein by Affiant are        settled
STARE DECISIS as they operate in favor of Affiant; AND THAT Respondent
may not argue, contest, controvert or otherwise protest the finality
of the Administrative findings noted herein in any subsequent hearing,
process or proceeding whether administrative, commercial or judicial

24.    THAT Respondent was noticed that upon failure and or refusal to produce
the requested proofs of claim or answer, Respondent stipulates and
agrees to the facts as expressed in the above mentioned CAFV

25.    THAT Respondent failed to contest acceptance and therefore is in agreement
by Respondent's silence and 'general acquiescence' to the facts expressed
in this affidavit and in the CAFV instrument as they stand unrebutted
in the record and the matter is RES JUDICATA and that the Respondent
becomes liable to Affiant.

FURTHER AFFIANT SAYTH NOT

Dated this _19_ day of _June_ , 2007.

Grant Allen Boyd, Affiant and Secured
Party Creditor and Authorized Representative
of Defendent/Debtor: GRANT BOYD ©️ , ENS
LEGIS

## ACKNOWLEDGEMENT

Subscribed to and sworn before me this _16_ day of _June_ , 2007, a Notary
Public, that Grant Allen Boyd, personally appeared and known to me to be the
man whose name subscribed to the within instrument and acknowledged to be the
same.

Notary Public for Massachusetts State        Seal:

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Page 5 of 5

ITEM # 04270P-B-3

Exhibit B-3
042707

5 pages

Annex A

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____ Date

NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE

Mr. Alberto R. Gonzales
US Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

May 16 2007

Dear Mr. Gonzales:

On or about May 3, 2007 the Undersigned Secured Party and Sovereign caused to be sent to you a Conditional Acceptance for Value (CAFV) on your departments claim that I am specifically subject to the jurisdiction of the United States its Courts and Federal Statutes, this private independent administrative process was sent under necessity via USPS Certified Mail (Receipt No. 7004-2890-2019-3058).

You failed to perform after receiving the presentment; failed to rebut or contest the points, authorities and understandings noted therein; failed to provide the requested proof(s) of claim; and failed to request additional time if required.

As the Respondent, you are in fault and have fully agreed with and stipulated to the points, authorities, understandings and agreements therein noted, through your non-response and dishonor. You have the right to cure this fault by performing according to said presentment within Ten (10) days from postmark of this notice.

Should you fail to cure your fault, this notice and the following affidavit will establish as fact in the public and private record that you, your office and all those it represents have accepted and are in full agreement and general acquiescence to the points, authorities, understandings and agreements therein noted as they opperate in favor of the Undersigned, most notably that the Undersigned is NOT subject to the jurisdiction of the United States, its Courts or to the Federal Statutes, as established upon the Respondent's silence pursuant to and relative to UCC, Statute, case law and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

Without Prejudice                4/3/07

Grant Allen Boyd, Secured Party Creditor
Authorized Representative, Attorney in
Fact in behalf of GRANT ALLEN BOYD ©
ENS LEGIS

Page 1 of 1                         Item #: 042707-2

FOR ALL COMMUNIQUES ELSEWHERE
    "Without Prejudice"
Grant Allen Boyd ©, Authorized Representative
for GRANT ALLEN BOYD © , DEBTOR
c/o Post Office Box 100
South Walpole, Massachusetts, [u]nited States of America

April 27, 2007

Alberto R. Gonzales, US Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

RE: Conditional Acceptance For Value (CAFV) - Private Independent Administrative
Process - Article 1 Redress of Grievance under Ninth Amendment Reservations for
Resolution and equitable settlement under necessity, in the Nature of Request
for Proof of Claim/Disovery

Dear Mr. Gonzales:

It has come to my attention through documents provided pursuant to the
Privacy Act, research and study that the United States through its Agents
have made an incorrect presumption and conclusion of law resulting in a
Constitutional impermissible application of Statute.

Although I fully intend on honoring any valid agreement and/or rulings
between myself and the United States I do require, under necessity that you
provide proof(s) of claim in the nature of discovery/evidence so I may
exhaust my private administrative remedy to ensure that the actions of the
United States through its Agents were lawful, proper and/or Constitutional
and that no Constitutional impermissible application of Statute has occured.

I am under necessity to resolve this matter as soon as possible, I can
only do so upon you providing the proof(s) of claim set out below, to wit:

1.   Provide proof of claim that it was not the intent and effect of
     the Fourteenth Amendment to the Constitution of the [u]nited States
     of America (hereafter '14th Amendment') to give all non-white
     residents of a number of States, who could not enjoy Common Law
     [C]itizenship by virtue of birth, a [c]itizenship in the nation
     state that was created by Congress, when they incorporated the
     'District of Columbia' and later renamed it the 'United States.'
     (see 20 STAT 102 &103; see also US v. Eliason 41 US 291 (1842);
     US v. Simms, 1 Cranch 255, 256 (1803)).

ITEM # 042707-1

2. Provide proof(s) of claim that it was the intent of the 14th Amendment to strip or revoke the [C]itizenship of white Common Law [C]itizens of the several States (a birth Right protected by the Organic Laws) and replace it with 14th Amendment [c]itizenship ([c]itizen of the United States who is subject to the jurisdiction thereof, a privilege granted by Congress and the foreign nation state, the United States'). (see People v. Washington 36 C. 658, 661 (1869); French v. Barber 181 US 324 (1900); MacKenzie v. Hare 60 L.Ed. 291)

3. Provide proof(s) of claim that [c]itizenship granted by the 14th Amendment is not a 'privilege." (see American & Ocean Ins. Co. v. Canter, 1 Pet. 511 (1828); Cook v. Tait 265 US 47 (1924).

4. Provide proof(s) of claim that the 14th Amendment did not designate a class of people who are unique to the territorial jurisdiction of the [U]nited States as defined in Article 1, Section 8, Clause 17 (1:8:17) and 4:3:2 of the Constitution for the [u]nited States of America, collectivly a class of '[c]itizens of the [U]nited States' who are 'subject to the jurisdiction thereof.' (14th Amendment, §1).

5. Provide proof(s) of claim that the unalienable Rights and individual Sovereignty of Common Law [C]itizen Grant-Allen: Boyd have been surrendered and if so that it was done under the principle of clean hands, on the part of any government agent who fully disclosed the material issues that surrendering ones [C]itizenship would raise.

6. Provide proof(s) of claims that the following statements are false and as such the meaning of the statement is fundamentally incorrect and not accurate:

   a) The Origional Constitution for the [u]nited States of America (1787) refers to Common Law [C]itizens of the several States in the Preamble, in Article 4, Section 2, Clause 1 and in numerous other sections. Always the word Citizen is spelled with an upper-case "C" when referring to this class of Common Law [C]itizen as a "[C]itizen of the united States", i.e., as a [C]itizen of one of the [u]nited States. See People v. De La Guerra, 40 Cal. 311, 337 (1870)

ITEM # 042707-1

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____

Date _____

(6a cont.) In contrast, the 14th Amendment utilizes a lower-case "c" to distinguish this class of [c]itizens whose status makes them "subject to the jurisdiction threof" as a statutory "[c]itizen of the United States". Similarly, "Person" was spelled with an UPPER-CASE "P" prior to the 14th Amendment, as opposed to "person" with a lower-case 'p' in Section 1 of the amendment itself.

In law, each word and each use of the word, including its capitalization or the lack of capitalization, has a distinct legal meaning. In this case, there never was the specific status of a "[c]itizen of the United States" until the advent of the 1866 Civil Rights Act (14 Stat. 27) which was the forerunner of the so-called 14th Amendment. (See Ex Parte Knowles, 5 Cal. 300 (1855).)

b) Citizenship is a status or condition, and is the result of both act and intent. 14 C.J.S. Section 1, p. 1130, n.62.

c) 14th Amendment federal [c]itizenship is a political status which constitutes a privilege which may be defined and limited by Congress, Ex Parte (Ng) Fung Sing, D.C. Wash. 6 F.2d 670. There is a clear distinction between federal and State citizenship, K. Tashiro v. Jordan, 256 P. 545, 201 Cal. 239, 53 A.L.R. 1279 (1927), affirmed 49 S.Ct. 47, 278 U.S. 123; see also 14 C.J.S. 2,p. 1131, n.75.

d) The classification "[c]itizen of the United States" is distinguished from a "[c]itizen of one of the several States", in that the former is a special class of [c]itizen created by Congress (US v. Anthony, 24 Wed. 829 (1873)). As such, a "[c]itizen of the United States" receives created rights and privileges from Congress, whereever such [c]itizens are "resident". Cook v. Tait, 44 S.Ct 447 (1924) Congress has the exclusive power to legislate and regulate the inhabitants of its geographical territory and its statutory "[c]itizens" under the 14th Amendment, wherever they are resident, even if they do inhabit one of the 50 States of the Union.

e) The federal government has absolutely no authority whatsoever to regulate the [C]itizens of the several States, for these have natural Rights and Privileges which are protected by the the Constitution for the [u]nited States of America from federal intrusion. These Rights are inherent from birth and belong to "US the People" as Citizens of one of the several States as described in Dred Scott v. Sandford supra.

f) The Act of Congress called the Civil Rights Act, 14 U.S. Statutes at Large, p.27, which was the forerunner of the 14 Amendment, amply shows the intent of Congress, as follows:

"...[A]ll persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color...shall have the same right, in every State and Territory in the United

ITEM # 042707-1

Grant Allen Boyd ——— This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original. Date

States...to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens..." [emphasis added]

This was the intent of Congress, namely, not to infringe upon the Constitution or the status of the de jure Citizens of the several States. The term 'persons' did not include the white de jure State Citizens. It was never the intent of the 14th Amendment to subvert the authroity of the several States of the Union, or that of the Constitution as it relates to the status of dejure State Citizens. see People v. Washington, 36 C. 658, 661 (1869), overruled on other grounds; also Trench v. Barber, 181 US 324 (1901); MacKenzie y. Hare, 60 L.Ed. 297.

g) The 14th Amendment uses language very similar to the Civil Rights Act of 1866. Justice Harlan explained his interpretation of its meaning in a dessenting opinion which quoted from the scorching veto message of President Johnson, Lincoln's successor: It 'comprehends the Chinese of the Pacific States, Indians subject to taxation, the people called Gypsies, as well as the entire race designated as blacks, persons of color, negroes, mulattoes and persons of Aferican blood. Every individual of those races born in the United States is made a citizen thereof." Elk v. Wilkins, 112 US 94, 114 (1884); see also In re Gee Hop, 71 Fed. 274 (1895).

h) In light of the statement by Chief Justice Tanery in Dred Scott v. Sanford supra at 442, in defining the term 'persons', the Judge mentioned '...persons who are not recognized as citizens ...' See also American and Ocean Ins. Co. v. Canter, 1 Pet. 511 (1828), which also distinguished 'persons' from 'Citizens'. These were persons who were the object of the 14th Amendment, to give citizenship to this class of native-born 'persons' who were 'resident' in the several States, and to legislate authority to place races other than the white race within the special category of "[c]itizens of the United States."

I) It was the intent of the fourteenth Amendment that de jure Citizens in the several States were not included in its terminology because they were, by birthright, [C]itizens as defined in the Preamble, and could receive nothing from this amendment. see Van Valkenburg v. Brown, 43 Cal. Sup. Ct. 43 (1872).

J) The most important thing to be determined is the intent of Congress. The language of the statute may not be distorted under the guise of construction, to be repugnant to the Constitution, or to defeat the manifest intent of Congress. US v. Alpers, 383 US 680, 94 L.Ed. 457, 460; US v. Raynor, 302 US 540 (1938).

K) Congress does not now, nor has it ever had the authroity to take [C]itizenship away from a [C]itizen of the several States, a de jure State Citizen, who is a member of the Posterity as itentified in the Preamble to the Constitution.

ITEM # 042707-1

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd Date

L) The 14th Amendment was not intended to impose any new restrictions upon [C]itizenship or to prevent anyone from becoming a [C]itizen by fact of birth within the [u]nited States of America, who would thereby acquire Citizenship according to the law existing before its adoption. "An amendatory act does not alter the rights existing before its adoption." Billings v. Hall, 7 Cal. 1 (1857). Its main purpose was to establish the citizenship of free negroes and put it beyond any doubt that all blacks as well as whites were citizens. US v. Wong Kim Ark, 169 US 649 (1898); Slaughter House Cases, 16 Wall. (US) 35 (1873); Strauder v. West Virginia, 100 US 303 (1880); In re Virginia, 100 US 339 (1880); Neal v. Delaware, 103 US 370 (1881); Elk v. Wilkins, 112 US 94 (1884); Van Valkenburg v. Brown, 43 Cal. 43, 13 Am. Rep. 136 (1872).

M) The First Clause of the 14th Amendment of the Federal Constitution made negroes "[c]itizens of the United States" and citizens of the State in which they reside, and thereby created two classes of citizens: one of the United States and the other of the State. 4 Dec. Dig. '06, page 1197; Cory v. Carter, 48 Ind. 327, 17 AM. Rep. 736; and it distinguishes between federal and state citizenship, Frasher v. State, 3 Tex. App. 236, 30 Am. Rep. 131.

N) Nothing can be found in the 14 Amendment or in any reference thereto, that establishes any provision that transforms Citizens of any Union State into "citizens of the United States." In the year 1868 or now in 2007, the 14th Amendment created no new status for the white State Citizens. White State Citizens are natural born [C]itizens, per Article 2, Section 1, Clause 5 (2:1:5) and, as such, they are fully entitled to the "Privileges and Immunities" mentioned in Article 4, Section 2, Clause 1 (4:2:1), as unalienable rights. These unalienable rights cannot be overruled or abolished by an act of Congress.

O) A [C]itizen may not have his de jure [C]itizenship taken away. see Richards v. Secretary of State 752 F.2d 1413 (1985); Afroyim v. Rusk, 387 US 253 (1967); Baker v. Rusk 269 F. Supp. 1244 (1969);Vance v. Terrazas, 444 US 252 (1980); US v. Wong Kim Ark, 18 S.Ct 456 (1898).

P) There can be no law, statute or treaty that can conflict with the intent of the origional founding Constitution. For, if this were permitted to occure, the founding Constitution would be a nullity. The origional Constitution of 1787 is perpetual, as is the Citizenship that is recognized by it. See Texas v. White, 7 Wallace 700 (1869). If any legislation is repugnant to the Constitution, this Court (S.CT) has the eminent power to declare such enactments null and void ab initio. See Marbury v. Madison, 5 US (1 Cranch) 137, pages 177-180 (1803).

Q) The 14th Amendment has been used by the United States and those in power to distort and nullify the purpose and intent of the foundational Constitution, for the ulterior motive of giving pseudo power where no such power was ever granted, intended and where such pseudo power was specifically denied by Constitution,

Grant Allen Boyd _____ Date _____ This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

r) The 14th Amendment did not authorize Congress to change either Citizenship or status of Citizens of the several States. "They are unaffected by it" US v. Anthony, 24 Fed. Cas. 829 (1873)

s) The municipal jurisdiction of Congress does not extend to the Undersigned or to his private property. This is the case because he is a de jure State Citizen of one of the several States. The municipal jurisdiction of Congress only extends to the limits as defined in the Constitution itself (see 1:8:17 and 4:3:2). Where rights are secured by the Constitution there can be no legislation or, rule making which would abrogate them. Miranda v. Arizona, 384 US 436.

t) The requirement to prove jurisdiction is particularly important when the government of a foreign state (the 'United States') brings criminal charges against a [C]itizen of another State.

u) Where jurisdiction is denied and squarely challenged, jurisdiction cannot be assumed to exist 'sub silento' but must be proven. Hagans v. Lavine, 415 US 528, 533, n.5; Monell v. NY, 436 US 633. Mere 'good faith' assertions of power and authority (jurisdiction) have been abolished. Owen v. Indiana 455 US 622; Buts v. Economou, 438 US 478; Bivens v. 6 unknown agents, 403 US 388.

v) In Law the term "[u]nited States of America" refers to the several States which are "united by and under the Constitution"; the term "[U]nited States" refers to that geographical area defined in Article 1, Section 8, Clause 17 and in Article 4, Section 3, Clause 2 of the Federal Constitution.

w) The Preamble and the Constitution for the [u]nited States are in full force and effect. Therefore, Congress cannot deprive a White State Citizen of his de jure State [C]itizenship as a member of 'the posterity,' as was the intent defined in the Preamble.

7. Provide proof of claim that the 14th Amendment was properly approved and adopted pursuant to Article 5 of the Constitution. (see House Congressional Record for June 13, 1969 pp 15641 - 15646; 28 Tulane Law Review 22; 11 South Carolina Law Quarterly 448).

8. Provide proof of claim that Congress is not limited by the Constitution in legislating and regulating only the inhabitants of its geographical territory (1:8:17 and 4:3:2) and its statutory "[c]itizens under the 14th Amendment wherever they are 'resident.'

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

ITEM # 042707-1

Exhibit A-3
042707-1
19 Pages
Annex A

9.  Provide proof of claim that the Constitution for the [u]nited States of America authorizes Congress to destroy or revoke the Common Law State Citizenship of Grant-Allen: Boyd or his unalienable birth Rights and/or individual Sovereignty.

10. Provide proof of claim that Common Law Citizen Grant-Allen: Boyd is a 'federal' [c]itizen under the 14th Amendment who can be considered a 'subject' of Congress and the '[U]nited States' and a 'federal' resident within one of the several States.

11. Provide proof of claim that the Founding Fathers intended to confer power to the federal government to control and regulate Common Law [C]itizens within the several States.

12. Provide proof of claim that the following statements are false:

    a) The several States that are united by and under the Constitution are guaranteed a 'Republican' (or 'rule of law') form of government by Article 4, Section 4; however the foreign nation-state created by Congress and later called the '[U]nited States' in its territorial sence is a 'legislative democracy' (or 'majority rule' democracy) which is governed by International Law rather then Common Law.

    b) The US Supreme Court has ruled that this foreign nation has every right to legislate for its 'citizens' and to hold subject matter and IN Personam jurisdiction, both within (inside) and without (outside) its territorial boundaries. Cook v. Tait 256 US 47.

    c) As a foreign nation under International Law, which derived from Roman Civil Law (see Kent's Commentaries on American Law, Lecture 1), it is perfectly legal for this nation to consider its people as 'subjects' rather then as individual Sovereigns. The protections of the State and Federal Constitutions do not apply to these 'subjects' unless there is specific statutory legislation granting specific protections (e.g. The Civil Rights Act (1866)

13. Provide proof of claim that by incorporating a geographical area known as the 'District of Columbia' as defined in 1:8:17 of the Constitution (1787) and later naming it the "[U]nited States", the federal government did not become a separate and unique foreign nation-state whose power to legislate and regulate the inhabitants is limited to its geographical territory and to its statutory '[c]itizens' under the 14th Amendment wherever they reside.

14. Provide proof of Claim that the land in the State of Massachusetts and Vermont were ceded to the United States.

ITEM # 042707-1

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____ Date _____

15.    Provide proof of claim that the following statement is false and
        as such the meaning of the statement is fundementally incorrect
        and not accurate:

        a) By the Constitution, Congress was to be a representative
           of, and an extention of the several States only for external
           affairs; and that Congress was forbidden to pass municipal
           laws to regulate and control de jure Citizens of a State
           of tyhe Uniton and the [u]nited States of America; and that
           this was the true construction of the intent of the Constitut-
           ion.

16.    Provide proof of claim that when 'State' is used within any
        Federal Rule of Criminal Procedure it is not limited to the
        definition found in F.R.Cr.P. 1(b)(9).

17.    Provide proof of claim that F.R.Cr.P. 54(c), subsequently tran-
        sfered to section 1(b), does not state " 'Act of Congress'
        includes any act of Congress locally applicable to and in force
        in the District of Columbia, in Puerto Rico, in a territory
        or insular possession" which shows an 'Act of Congress' is
        limited to the areas defined only in 1:8:17 & 4:3:2 of the
        Constitution.

18.    Provide proof of claim that 'Act of Congress' as found in F.R.Cr.P
        54(c) has not been deleted from the restyled rules and replaced
        with the "self-explanatory term 'Federal Statute'". (see Federal
        Criminal Code and Rules, 2006)

19.    Provide proof of claim that a federal statute's applicibilty
        is not limited, as defined in F.R.Cr.P. 1(b) [formally 54(c)],
        to the territorial limits found in 1:8:17 and 4:3:2 of the
        Constitution for the [u]nited States of America (1787)
        especially in light of the principles of 'NOSCITOR A SOCIIS'
        and 'EJUSDEM GENERIS.'

20.    Provide proof of claim that the federal government has not
        created a ENS LEGIS, unincorporated entity named after the
        Undersigned, execpt identified in ALL-CAPITAL-LETTERS, upon
        the registration of the Undersigned's Birth; AND proof of claim
        that this entity was not registered with IRS trust account no.
        62 in Puerto Rico; AND as a state created entity that is subject
        to government statutes and regulations, provide proof of claim
        that it is not used as a transmitting utility to make the
        Undersigned a surety for liability and regulatory purposes.

21.    Provide proof of claim that Court documents filed by the United
        States are not identifying this ens legis/transmitting utility,
        but actually the Undersigned Secured Party and Common Law Citizen,
        maybe/maybe-not under the presumption that the Undersigned is
        the surety and as such is liable for acts that result in statutory
        violations of Federal Statutes.

ITEM # 042707-1    Exhibit A-3 Annex.A
042707-1    19 Pages

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd _____ Date _____

22. Even if the issues herein raised regarding 14th Amendment Citizenship, FNS LEGIS entities and various Acts of Congress were not a direct and planned attempt to gain power and control over Common Law Citizens and individual Sovereigns, then provide proof of claim that this was not an unintended affect of Congressional Acts, policy and circumstances working in concert.

23. Provide proof of claim that '[p]erson(s)' as used in US Code, Statutes and Regulations does not, only refer to [p]erson(s) as noted in the 14th Amendment who are subject to the jurisdiction of the '[U]nited States,' excluding [P]ersons as identified in the Consitution (pre-14th Amendment), who are Common Law Citizens and not '[c]itizens of the '[U]nited States.' (see 6(a) above).

24. Provide proof of claim that it is not fraud by the State and Federal governments when they fail to inform the people that they are all being included (through the use of a fiction of law) in that statutory class of persons called '[c]itizens of the [U]nited States'; AND proof of claim that when unlawfully and arbitrarily applied to everyone the government has not essentially revoked the Common Law Citizen's fundamental and unalienable birth Rights and individual Sovereignty; AND proof of claim that such an act is not unlawful and not a Constitutional impermissible application of statute and law (see 6(o) above).

## CAVEAT

Please understand, while it is the intent of the Undersigned to resolve any and all matters (criminal and civil) between the [U]nited States and himself, he is under necessity to resolve these issues and can only do so upon your official reply, by you, in providing a response to each request herein made according to the instructions herein.

Therefore, not being a signatory on or party to the Constitution for the [u]nited States of America and not bound to it by oath, it is the understanding of the Undersigned that the Constitution does not act upon him nor is he bound to obey its terms, as are the several States, the Federal government and goverment employees; it is a compact between the several States to govern and regulate state relations and common defense. However, it does protect his unalienable Birth Rights and individual Sovereignty, as a white Common Law Citizen born in one of the several States, from Federal government intrusion; and as such the Undersigned is at a loss to understand how the [U]nited States, an incorporated entity can regulate his actions through statutes that do not act upon him.

ITEM # 042707-1

Grant Allen Boyd                Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

It is the understanding of the Undersigned, in light of the points
and authorities herein noted, that he is a white Common Law Citizen by
birth, of one of the several States, and not a '[c]itizen of the [U]nited
States' pursuant to the 14th Amendment who is 'subject to the jurisdiction
thereof,' nor was he located within an area subject to any Federal Statute
as defined in F.R.Cr.P. 1(b). 54(c), 18 USC 5 or any area defined by the
Constitution for the [u]nited States of America in 1:8:17 and 4:3:2; and
as such the '[U]nited States' lacks jurisdiction to charge and or prosecute
the Undersigned Common Law Citizen for acts that violate any Federal Statute,
that do not occure within its jurisdictional territory.

The Undersigned is only expressing his right to varify any claims,
charges and rulings, specifically but not limited to 01-cr-00035 VT-Dist
and 05-cr-10037 MA-Dist, [in the nature of his right to challenge jurisdiction
at anytime] to ensure any matter brought against him by the [U]nited States
is pursuant to his rights within 'due process of law' and therefore this
private process is proper in obtaining evidence as to any misapplication
of statute, violations of due process, unlawful arrest, detention and
prosecution.

Should you fail to perform as required you will be in default and
dishonor. Any defualt by you will be viewed as a caculated decision in
order to limit liability and will be viewed as your tacit agreement and
stipulation to the facts, points, authorities and understandings noted
herein as they operate in favor of the Undersigned, most notably that the
[U]nited States lacks jurisdiction in any criminal or civil matter where
the Undersigned Common Law Citizen is alleged to have, or has stipulated
to facts that demonstrate his actions  violated any federal statute.

As Attorney General for the [U]nited States your tacit agreement and
stipulation hereinto will be binding upon you, your office and all that
it represents; and as the Attorny General for the [U]nited States having
a superior knowledge of the law and access to the requested proof(s) can
provide said proof(s) in full detail and clarity as to inform the Undersigned
as the issues herein raised, and as such this matter is properly before
you as the Respondent.

ITEM # 042707-1

The defaulting  party will be forclosed on by laches and estopped
from pursuing any action based on any Federal Statute being applied against
the Undersigned; should the Undersigned find it necessary to file a Tort
claim based on this agreement and issues raised herein it is agreed: that
the Undersigned has exhaustyed his exclusive remedy, that the respondent
has stipulated to the facts and issues raised here in and will not contest
the action, and that the claim amount will be fixed according to the formula
found in Trezevant v. City of Tampa.

The Undersigned requires, under necesity, that the Respondent Alberto
R. Gonzales, the United States Attorney General, reply within 10 days of
receipt of this instrument by providing the required proof(s), both to
the Undersigned and to the Thrid Party's address noted below, via USPS
Certified Mail. Should you fail to perform or should your response fail
to arrive, you will be sent a notyice to cure fault of non-response, if
you fail to cure your non-respnose you will be found in default. Should
you require more time please respond as noted herein asking for more time
and an additional 10 days will be granted from date of your post mark.

If the Respondent or his Agents/representatives respond yet fail to
comply; or if they fail to contest the points, authorities and understandings
that form the basis of this instrument or the actual proof(s) herein noted,
then it will be considered as a default and non-response and the terms
herein will apply. The Respondent as principal and agent for the United
States and its sub-entities speaks for and binds same to any agreement
and stipulation herein made.

\*\*\* Terms , conditions points, authorities and understandings continue
through the last page of this instrument, including those after signature.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Sincerely,

Without/prejudice/All rights reserved

Third Party:

Michael Clifford
156 Bradford Street
Provincetown, MA 02657

Grant Allen Boyd, POA, Secured
Party Creditor, Authorized Representative
in behalf of DEBTOR: GRANT ALLEN BOYD c
ENS LEGIS

ITEM # 042707-1

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd                Date

# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable – Private between the parties

### Conditions of Notice via CAFV;

A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).

B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant**; is the living, flesh-and-blood sentient being, who(s):

1. "Rights existed long antecedent to the organization of the State…" Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any state of Federal Compact.
4. Is not named in the statutes of any State or Federal government.
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

**Respondent**(s) to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;

Grant Allen Boyd    Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

PAge 12 OF 15

ITEM # 042707-1

Exhibit A-3
042707-1
19 PAGES

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re; 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

Notice; claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//

Page 13 OF 15

ITEM # 042707-1

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

# NOTICE OF ADMINISTRATIVE REMEDY
## POINTS AND AUTHORITIES:

**NOTICE**; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for *enforcement is placed in the hands of the people*. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution...." (Frankenhauser v. Rizzo, 59 F.R.D. (1973)). Emphasis added.

1. Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations]."

4. The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest, Title 5 U.S.C. 703.

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, "**the proponent of a rule or order bears the burden of proof**." The Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed." For reference, see Louisville RR v. Motley, 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING; INJURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, *or otherwise* as applied to the inquires attached hereto.

6. Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimants rests upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.'

ITEM # 042707-1

Exhibit 042707-1 9 pages

*This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.* — Grant Allen Boyd — Date

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. V. Prudden, 424 F. 2d 1021 (1070).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14. Respondent(s) are granted a minimum ten days (10) days or up to 30 days if specifically specified... and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwise... herein and/or to provide Respondent(s)' own answers to inquiries.

15. Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this __27__ day of __April__ , 200 __7__

/S/ _____

ITEM # 042707-1

_Exhibit A - 3 Pages_

_Status_

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd _____ Date _____

Exhibit A

Exhibit A-3 (Annex A)
042707 - 1    19 Pages

This ACKNOWLEDGMENT reflects the information on file with
the Washington State Department of Licensing.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> GRANT ALLEN BOYD
> PO BOX 100
> SOUTH WALPOLE MA 2071-0100

**Date of Filing :** Apr 10, 2007

**Time of Filing:** 05:00 PM

**File Number :** 2007-101-6258-0

A Continuation Statement may be filed within
six months of the Lapse Date of : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | | |

| OR | 1b INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | . | |

| 1c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d TAX ID# SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e TYPE OF ORGANIZATION ENS LEGIS/TRUST | 1f. JURISDICTION OF ORGANIZATION Private | 1g ORGANIZATIONAL ID #, if any ☒ None |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR | 3b INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Boyd | Grant | Allen | |

| 3c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole | MA | 02071 | USA |

4. This FINANCING STATEMENT covers the following collateral:

5. ALTERNATIVE DESIGNATION [if applicable] ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| 6 | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.     Attach Addendum     [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]     [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

17. Check only if applicable and check only one box

Debtor is a ☒ Trust or  ☐ Trustee acting with respect to property held in trust or    ☐ Decendent's Estate

18. Check only if applicable and check only one box

☒ Debtor is a TRANSMITTING UTILITY; or    ☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years or    ☐ Filed in connection with a Public-Finance Transaction - effective 30 years

*Exhibit A*

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd Date

Exhibit A-3
04-27-07 - 1
19 pages

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT OF FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
[02071-0100]

Revenue Tracking Number
1 1 5 9 0 5 4

041007   33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 164 Springdale Ave. | Wheeling | | WV | 26003 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 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 | | ENS LEGIS/TRUST | Private | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| Boyd | Grant | | Allen | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| c/o PO Box 100 | South Walpole, Massachusetts [02071] | | | | USA |

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #SB3065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCClAd)

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA   Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Exhibit A*

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd   Date

Attachment 2 of 22 to Filing 1159054 [?]

3 pages

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | GRANT ALLEN BOYD | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

Revenue Tracking Number
1 1 5 9 0 5 4

041007   33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
| 11d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing

14. Description of real estate

16. Additional collateral description: res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitilized names; GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signitures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY (commercial transmitting utility)
☐ Filed in connection with a Manufactured-Home Transaction — effective 40 years
☐ Filed in connection with a Public-Finance Transaction — effective 40 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

*Exhibit A*

Grant Allen Boyd ——— Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit A-3 (Annexa)
042707-1
19 pages

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts  )
                         ) Scilicet    **EⲭHIBIT A-4**
County of Norfolk        )

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or affirm) that the attached/enclosed reproduction of the following document(s) are TRUE, correct and complete photocopies of a document or documents in my possession and I'm the custodian of said document or documents, to wit:

Exhibit A-4 (031507-CAFV)

031507-CAFV-CONR Affidavit of Non-Response

031507-CAFV-NOR  Notice of Fault

031507-CAFV Origional CAFV Instrument

*** Nothing Further***

Grant Allen Boyd                         c/o PO Box 100 (non-domestic)
                                         South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
5 day of November  200 7 .

/s/
Signature of Notary Public          Seal:

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

Grant Allen Boyd, Authorized Representative
for GRANT BOYD ©, Defendent/Debtor
c/o Post Office Box 100
South Walpole, Mass.
[u]nited States of America

EXHIBIT A.4

June 18, 2007

Mr. Alberto R. Gonzales
United States Attorney General
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

RE:   Case No. 05-cr-10037-GAO, UNITED STATES v. GRANT BOYD
      Lack of jurisdiction in this matter.

### AFFIDAVIT OF NOTICE OF DEFAULT AND OF RES JUDICATA

State of Massachusetts   )
                         ) Scilicet
County of Norfolk        )

#### NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir. 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ n.27; AND See Kis at [15] (any
uncontested allegations...must be accepted as admitted)

I, Grant Allen Boyd, herein 'Affiant', having been duly sworn, declare  by my
signature that the following facts are true, correct and complete to the best
of my knowledge and belief:

1.   THAT, Affiant is competent to state the matters included in his declaration,
     has knowledge of the facts, and declared that to the best of his knowledge,
     the statements made in his affidavit are true, correct and not meant to
     mislead;

2.   THAT, Affiant is the secured party, superior claimant, holder in due
     course, and principal creditor having a registered priority lien, hold
     interest to all property held in the name of Debtor: GRANT BOYD, evidenced
     by UCC-1 Financing Statement No. 2007-101-6258-0 filed with the State
     of Washington and UCC-1 Financing Statement No. 200756492540 filed with
     the State of Massachusetts;

3.   THAT, Respondent, Alberto R. Gonzales, Attorney General for the UNITED
     STATES, is herein addressed in his private capacity and in his public
     capacity as Attorney General for the United States and is participating
     in a commercial enterprise with his co-business partners (or employees)
     including but not limited to the UNITED STATES and all of its sub-entities
     hereinafter collectivelly refered to as 'Respondent.'

ITEM# 031507-CAFV-CONR

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

4.  THAT Respondent agreed through 'general acquiescence' and through a
    failure to contest that this CAFV instrument will form a binding
    contract and agreement through tacit procuration to the issues and
    provisions therein noted, AND that the governing law of this binding
    contract is the agreement of the parties supported by the law merchant
    and applicable maxims of law.

5.  THAT, Affiant at no time has willingly, knowingly, intentionally, or
    voluntarily agreed to subordinate his position as creditor NOR has he
    surrendered his status as an American National/Common Law Citizen.

6.  THAT, Affiant has at no time requested or accepted extraordinary benefits
    or privileges from Respondent, the United States, or any sub-division
    thereof.

7.  THAT Affiant is not a party to a valid contract with Respondent that
    requires Affiant to perform in any manner, including but not limited
    to the payment of money to Respondent, as stipulated by the Respondent

8.  THAT, on April 4, 2007, through a third party mail escrow agent, Affiant
    sent a Conditional Acceptance for Value For Proof of Claim (CAFV)
    instrument (document for discovery) via certified mail no. 7004-2890-
    0004-2019-2945 to Respondent requesting 'proof of claim' as to the
    authority of the United States to prosecute Affiant for violations of
    Federal Statutes, as to the jurisdiction of Respondent in this matter
    [in the nature of Affiant's right to challenge jurisdiction at any
    time], and for other proofs of claim to support Plaintiff's claim that
    this prosecution was lawful and proper

9.  THAT, the CAFV instrument clearly states (Page 1 ¶ 1 & 2) that the
    instrument is a challenge to jurisdiction, in which Plaintiff is
    required to produce proof of jurisdictional claims in the nature of
    evidence/discovery so that Affiant may exhaust his Administrative Remedy
    to ensure the prosecution was lawful, constitutional and that no
    Constitutional impermissible application of statute has occured. There
    was no mystery or hidden adgenda in the purpose of this instrument,
    yet Plaintiff could not or would not prove their claim of jurisdiction
    in this matter, even though they were given over 70 days in which to
    respond.

10. THAT, Respondent was given sixty (60) days to respond to the origional
    instrument with proof of claim or in otherways answer (contest, deny
    or admit), however Respondent elected to remain silent or otherwise
    refused to provide said proofs of claim and therefore has failed to
    state a claim upon which relief can be granted and has through TACIT
    PROCURATION stipulated to and is in FULL AGREEMENT with the points,
    authorities, understandings and facts noted within the CAFV as they
    operate in favor of the Affiant, most notably: THAT Respondent lacks
    subject matter and in personam jurisdiction in this matter, that any
    ruling is void for want of jurisdiction and that this matter is settled
    STARE DECISIS in favor of Affiant.

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd    Date

ITEM # 031507-CAFV-CONR
A-4 Banco
CONI
CAFV-CONI
Exhibit 031507
6 pAgeS

11.    THAT, Respondent was sent a notice of fault and opportunity to cure and contest acceptance on or about June 6, 2007, in which Respondent was given ten (10) days to cure fault which was sent via certified mail no. 7004-0100-0333-9496-9411

12.    THAT, Respondent was requested to send response via certified mail to Affiant with a duplicate response to a third party, Respondent failed to respond and contest and such failure is evidenced; THAT Respondent was NOTICED of    legal duty to respond to Affiant's jurisdictional challenge and allegations of criminal acts, and that 'silence can only equate with fraud where there is a legal or moral duty to respoind or where an inquire left unanswered would be intentionally misleading' (US v Prudden 424 F.2d 1021, 1032 N.24), that respondent was given the choice to contest, deny or admit to the CAFV instrument by respoinding (OR) to answer by remaining silent and acquiesce; Respondent elected to remain silent and acquiesce

13.    THAT Affiant has exhausted Affiant's administrative remedy to obtain relief and evidence pursuant to this private administrative process; AND THAT Respondent has the legal duty , authority and responsiblity to investigate allegations of malicious prosecution, mis-application of statute and/or other violations committed by employees of the United States and as such this process is properly presented, especially since Respondent is the Plaintiff in this matter and pursuant to the Administrative Procedures Act where the propondent of a rule or order bears the burden of proof

14.    THAT Respondent failed to provide proof that Affiant is subject to United States Jurisdiction, Statutes and/or Courts

15.    THAT Respondent failed to deny or contest Affiant's claims regarding malicious prosecution, fraud, conspiracy and other issues related to this prosecution

16.    THAT Respondent failed to deny or contest Affiant's claims regarding the [U]nited States as a corporation operating under national emergency and bankruptcy, and the limits thereof

17.    Respondent failed to contest or deny Affiant's claims relating to his status as a Common Law Citizen, Sovereign and NON-SURETY

18.    THAT through tacit procuration, Respondent has stipulated to and has fully agreed with Affiant's understandings of the history of the [u]nited States, Acts of Congress, Executive Orders and Judicial rulings, as they apply to Affiant, most notably:

    a)    THAT all of the organs/departments of the Federal Government as it operates today are part of the corporation known as the '[U]nited States' origionally named the 'District of Columbia,' whose jurisdiction and legislative authority is limited by Article 1, Section 8, Clause 17 (1:8:17) and 4:3:2 of the origional Constitution; THAT any Act of Congress or federal statute is applicible only to the territory defined within 1:8:17 and to those [c]itizens who are subject to the jurisdiction thereof [14th Amendment] wherever they reside.

*Grant Allen Boyd* *Date*

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

ITEM # 031507 - CAFV - CONR

b) THAT the 14th Amendment gave newly freed persons [c]itizenship in the [U]nited States, the legislative democracy and corporation operating today, not the [u]nited States of America the republic; this citizenship made those newly freed persons subjects of that Nation State and to the jurisdiction thereof wherever they reside. The [U]nited States can only exercise legislative authority over its territory (1:8:17) and its/these citizens.

c) THAT when the United States incorporated and took on the character of a private citizen it lost its Sovereignty. (Bank of the United States v. Planters Bank of Georgia, 9 Wheat 244)

d) THAT Common Law Citizens possess unalienable Birth Rights and individual Sovereignty, which existed long before the organization of the state, possessions which may never be revoked. These Common Law Citizen possess [C]itizenship in the Republic of the [u]nited States and are not [c]itizens of the [U]nited States (corporation, legislative democracy known today as the federal government). THAT Unless they so elect to join the incorporated society and surrender their status, they are not subject to Federal Statutes nor the jurisdiction of the [U]nited States when they are outside its territory as defined in (1:8:17) of the Constitution.

e) THAT there exists no valid agreement which binds Affiant to the [U]nited States, its Courts or Statutes, AND THAT Affiant has retained his Common Law Citizenship and Sovereignty and is not subject to the Statutes, Jurisdiction or Courts of the [U]nited States.

f) THAT starting on or about 1933 a series of Congressional Acts and Executive Orders declared a National Emergency and the Bankruptcy of the [U]nited States, both continue today with the full faith and credit of the United States and its citizens pledged as collateral to the creditors. Federal Reserve Notes are not backed by substance (gold or silver) but by this full faith and credit, no lawful (Constitutional) money circulates today and debts may only be discharged. Respondent agrees that Affiant can, by and through acceptance for value, only discharge a fine, tax, judgement or debt via the remedy provided by Congress pursuant to HJR-192, for the benefit of the Republic as the Affiant is the Authorized Representative of the Defendant/Debtor: GRANT BOYD c   (as identified in UCC-1 Financing Statements, noted above) via commercial discharge of commercial activity debt via 'acceptance for value and return for discharge' of any presentment under necessity.

g) THAT through the registration of live births, the United States creates a fictitious entity, an ENS LEGIS straw-man to represent the new born in commerce and society as the new born's Debtor. The Debtor is identified in ALL-CAPITAL-LETTERS and with a social security number and with the new born bound as its SURETY. This fiction in law/artificial person is a creation of the state and as such is subject to its jurisdiction, statutes and regulations (like any corporation), as is the SURETY. The Debtor acts as a transmitting utility and allows the Federal Government to hypothecate the Debtor's

ITEM # 031507- CAFV-CONR

Grant Allen Boyd _____ Date

This document is CERTIFIED, A TRUE, CORRECT & COMPLETE copy of the original.

commercial activity (earnings, assets and credit) toward the national debt. This process was enabled in the 1930's to resolve issues related to the bankruptcy.

h) THAT Respondent has stipulated that the Defendent as named in the above noted case is identifying this Debtor and not the Common Law Citizen and secured party creditor who represents the Debtor, namely the Affiant.

i) THAT Affiant is NOT the SURETY for the Defendent/Debtor (GRANT BOYD SSN 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) and is not liable for any charges, presentments or judgements against the debtor.

j) THAT Respondent stipulates that Title 21 of the US Code limits the definition of 'person' to corporate entities, artificial persons or other than human-beings, a definition Respondent agrees excludes Affiant as an American National/Common Law Citizen, Sovereign and NON-SURETY Secured Party Creditor to the artificial person identified as the Defendent.

19. THAT Respondent through TACIT PROCURATION has stipulated to the fact that the prosecution (05-cr-10037-GAO) was malicious, vindictive and unlawful, with the prosecutor engaged in fraud and conspiracy to deny DUE PROCESS of law, most notably:

a) THAT the Grand Jury was never presented with the facts to establish jurisdiction and that the indictments lack any nexus between the Affiant's actions and the jurisdiction of the United States, and is therefore fatality flawed.

b) THAT the prosecutor conspired with government witnesses (Trooper Shawn Murray and Joseph Gulley) to provide materially false testimony at the December 9, 2005 suppression hearing; AND THAT Trooper Murray acted on the agreement and gave materially false testimony and prejudiced the Court's ruling, which VOIDS the ruling.

c) THAT the prosecutor acted in bad faith pursuant to the proffer agreement; THAT Defendent quilifies for a substantial assistance recommendation; AND THAT Affiant's post arrest communications with associates was at the behest of government agents made during proffer and revieled by Affiant in proffer and ITS use against Affiant to coerce a guilty plea represents a breach of agreement, bad faith, entrapment and fraud.

20. THAT Respondent has stipulated that prosecutor engaged Affiant with free will, intent and full knowledge of all legal and commercial consequences where prosecutor knew the limits and restrictions (statutory, Constitutional, political, jurisdictional or otherwise) pursuant to their position.

21. THAT Respondent is in FULL AGREEMENT that those government employees involved in the above noted case have committed a Constitutional impermissible application of Statute against Affiant and that injury

Page 5 of 6

ITEM # 031507-CAFV-CONR

occured from the unlawful arrest, misapplication of statute, malicious prosecution, fraud, conspiracy, unlawful incarceration and/or otherwise; THAT Affiant can file a tort claim based upon Respondent's stipulations and agreements, and that damages will be awarded in the amount established in Trezevant v. City of Tampa, 741 F.2d 336 of $1,600,000.00 for every day of incarceration.

22.  THAT Respondent fully agrees that in the event Respondent stipulates to and is in full agreement with the facts, points, authorities, agreements and Affiant's understandings by TACIT PROCURATION, Respondent stipulates and is in full agreement that all matters and issues noted within the CAFV instruments and enumerated in part herein are.    settled STARE DECISIS as they operate in favor of Affiant; THAT Respondent is forclosed on by laches and estoppel from pursuing the above noted prosecution for want of jurisdiction and enforcing plea agreement breach provisions in Court; AND THAT Respondent may not argue, contest, controvert or otherwise protest the finality of the Administrative findings noted herein in any subsequest hearing, process or proceeding whether administrative, commercial or judicial.

23.  THAT Respondent failed to contest acceptance and is therefore in agreement by Respondent's silence and 'general acquiescence' to the facts expressed in this affidavit and in the CAFV instrument as they stand unrebutted in the record and the matter is without Jurisdiction AND RES JUDICATA, with the Respondent liable to Affiant.

FURTHER AFFIANT SAYTH NOT

Dated this *19* day of *JUNE*    , 2007.

Grant Allen Boyd, Affiant and Secured Party Creditor and Authorized Representative of Defendant/Debtor: GRANT BOYD ©, ENS LEGIS

ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this *19*    day of *JUNE*    , 2007, a NOTARY, that Grant Allen Boyd, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Notary Public/for Massachusetts State

Seal:

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Grant Allen Boyd    This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

PAge  6 of 6

ITEM # 031507-CAFV-COMP

Ex 031507-CAFV-CONT
6 PAgES

Certified Mail No.⁻    7006 0100 0003 9496 9411

Notice of Fault and Opportunity to Cure
and Contest Acceptance

Mr. Alberto Gonzales
US Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

May 6, 2007

Dear Mr. Gonzales:

On April 3, 2007 the Undersigned Secured Party and Sovereign caused to be
sent to you a Conditional Acceptance for Value (CAFV) your departments claim
that I am specifically subject to Title 18 and 21 of the US Code, this private
independent administrative process, article 1 redress of grievance under Ninth
Amendment reservations was sent via Certified Mail (7004 2890 0004 2019 2945).

You failed to perform after receiving the presentment; failed to rebut
or contest the points, authorities and understandings noted therein; and failed
to provide the requested proof(s) of claim(s).

· As the Respondent, you are in fault and have fully agreed with and
stipulated to the points, authorities, understandings and tacit agreements
therein noted through your non-response and dishonor. You have the right to
cure this fault by performing according to said presentment within Ten (10)
days from post mark of this notice.

Should you fail to cure your fault, this notice and the following affidavit
will establish as fact in the public and private record that you, your office
and all those it represents have accepted and are in full agreement and general
acquiescence to this matter, as it opperates in favor of the Undersigned,
as established upon the Respondent's silence pursuant to and relative to UCC,
Statute, Case Law and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

Without Prejudice

Grant Allen Boyd, Secured Party
Creditor, Authorized Representative,
Attorney-In-Fact in Behalf
of GRANT ALLEN BOYD c, ENS LEGIS

Page 1 of 1                                Item #: 031507-CAFV-NOF

Grant Allen Boyd _____ Date _____ This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

FOR ALL COMMUNIQUES ELSEWHERE
    "Without Prejudice"
Grant Allen Boyd, Authorized Representative
for GRANT ALLEN BOYD©, DEBTOR
c/o Post Office Box 100
South Walpole, Massachusetts, united States of America

March 25, 2007

Alberto R. Gonzales, US Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

RE: Conditional Acceptance for Value (CAFV) - Private Independent Administrative
Process - Article 1 Redress of Grievance under Ninth Amendment Reservations for
Resolution and equitable settlement under necessity, in the Nature of Request for
Proof of Claim/Discovery: 05-cr-10037-GAO

Dear Mr. Gonzales:

It has come to my attention through research and study that the Prosecutor in the
above noted case has an incorrect presumption that a nexus or liability exists between
Titles 18 & 21 of the US Code and the Undersigned. Additionally, in light of the fact
that the defense counsel was unable to represent the Undersigned in his 'Private
Capasity' the Prosecutor may have committed a Constitutional impermissible
application of Statute.

Although I fully intend to honor any valid agreement and have no intent in with-
drawing my acceptance of the Prosecutors presentment, I do require, under necessity,
that you provide proof(s) of claim in the nature of discovery (evidence) so I may
exhaust my private administrative remedy to ensure that the prosecution was lawful,
proper and/or Constitutional, that no Constitutional impermissible application
of Statute has occured and that there was no Due Process of Law violations; AND

Also requested from the Prosecutor(s) are a true and correct copy of their
Oath of Office, Surety, performance bond or blanket bond with name and address of
insurer, bond number, social security number, public or private pledges or
otherwise to indemnify the Undersigned as to any injuries and violations against
the Secured Right(s), Title(s), or interest(s) of the Undersigned.

As I want to resolve this matter as soon as possible, it is of necessity that
I can only do so upon you providing the Proof(s) of claim. The necessary Proof(s)
of claim are set out below, to wit:

Page 1 of 15                                          Item #: 031507-CAFV

1.  PROOF OF CLAIM; that the UNITED STATES Constitution operates upon the Undersigned.

2.  PROOF OF CLAIM; that the Undersigned is a party to the social compact known as the UNITED STATES Constitution.

3.  PROOF OF CLAIM; that the Undersigned is a signatory to the UNITED STATES Constitution.

4.  PROOF OF CLAIM; that the Undersigned is a party to any contract or agreement to the Federal Corporate Government or sub-agencies called 'States."

5.  PROOF OF CLAIM; that the Federal Statutes operate upon the Undersigned.

6.  PROOF OF CLAIM; that the Undersigned is a resident of the UNITED STATES.

7.  PROOF OF CLAIM; that the Undersigned is a resident of the STATE OF MASSACHUSETTS, or any derivative thereof.

8.  PROOF OF CLAIM; that the UNITED STATES and the STATE OF MASSACHUSETTS by becoming a corporator did not lay down its sovereignty and take on the character of a private citizen and that it can exercise no power which is not derived from the corporate sharter. (see The Bank of the United States v. Planters Bank of Georgia, 6 L.Ed, 9 Wheat 244.)

9.  PROOF OF CLAIM; that the Undersigned's rights did not exist before the creation of the 'State'. (see Hale v. Hinkle, 201 US 43, 74).

10. PROOF OF CLAIM; that there are clauses in the US Constitution that subject a private man to your statutory jurisdiction.

11. PROOF OF CLAIM; that the prosecutor has taken and filed an Oath of Office stating that they will uphold and defend the Constitution of the UNITED STATES.

12. PROOF OF CLAIM; that the Federal government is not operating under a National Bankruptcy or National Emergency as declared in 1933 and the guaranteed freedoms and governmental procedures, in behalf of the Undersigned, have not been abridged or breeched. (Senate Report 93-549, 1973, 1st ¶)

13. PROOF OF CLAIM; that within the criminal case as identified above, that the prosecutor, posted an indemnity bond to indemnify their actions as to any injury that may befall the Undersigned.

14. PROOF OF CLAIM; that within the criminal case identified above that the judgement will not become 'commercial paper' to be deposited into any bank or converted into a depositable item for the commercial benefit of the Plaintiff in this case.

Page 2 of 15 - CAFV                          Item #: 031507-CAFV-____

Grant Allen Boyd

Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit A-4 (over)
031507-CAFV
19 pages

15. PROOF OF CLAIM; that the indictment, conviction and/or sentence as was or will be handed down by the Judge and/or presented by the prosecutor for the UNITED STATES, each stipulated and identified that 'liability' of the statute(s) as they applied or operate on the Undersigned.

16. PROOF OF CLAIM; that the Grand Jury Foreperson and the prosecutor of the UNITED STATES did not violate the DUE PROCESS OF LAW of the Undersigned.

17, PROOF OF CLAIM; that the Grand Jury Foreperson and the prosecutor for the UNITED STATES, did not act to subject the Undersigned into 'involuntary servitude' along with the Clerk and Judge(s), did such action(s) not involve collusion and conspiracy to injure and violate the rights, title and interest of the Undersigned.

18. PROOF OF CLAIM; that therein, the Judge, the Grand Jury Foreperson and the prosecutor did not commit collusion, conspiracy and fraud in respect to thi scase on behalf of the Undersigned.

19. PROOF OF CLAIM; that all Motions and filings signed and submitted in the above noted case by any attorney are not void for fraud if the Under-signed is not the 'subject,' nor the ' object' of the statute(s) or if liability to the statute(s) has not been proven.

20. PROOF OF CLAIM; that the lawyers    represented and defended the Undersigned in his 'private capacity' with NEXUS to COMMON LAW UNALEIN-ABLE RIGHTS AS ASSOCIATED TO THE ORIGIONAL JURISDICTION.

21. PROOF OF CLAIM; that the undersigned is not, the non-surety Secured Party Creditor to the 'Straw-man'/Debtor    identified in Court documents as 'GRANT BOYD;' and provided proof(s) of claim that the Undersigned is liable for the charges filed against the Debtor.

22. PROOF OF CLAIM; that the DEBTOR: GRANT BOYD (identified with a Social Security No. of 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) is not a corporate fiction/'straw-man' created by government based upon the birth of the Undersigned; and is not registered under IRS Trust Account # 62 in Puerto Rico.

23. PROOF OF CLAIM; that the doctrine(s) of 'NOSCITOR A SOCIIS' and 'EJUSDEM GENERIS' does not limit the use of the term 'person' in Title 21 of the US Code to corporate entities. (see POC's 74-80)

24. PROOF OF CLAIM; that the attorney who represented the Undersigned did not commit fraud when they/he failed to disclose to his client that there existed a prejudicial conflict of interests in that he owes a duty first not to his client but to the Court, the Administration of Justice, Society and only then to his client; where the Court is a division of the Plaintiff in which the attorney is officer thereof; and where the Plaintiff pays fees to Court employees and C.J.A. appoin-ted lawyers of which my attorney was one; all of which was prejudicial to the Undersigned, effected his case and prevented the attorney from representing the Undersigned in this 'Private Capasity.'

Page 3 of 15-CAFV                    Item #: 031507-CAFV-____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd_____

Date_____

Exhibit A-4 (WELL)
031507-CAFV
19 pages

25.  PROOF OF CLAIM, that the Judge does not also have a duty to disclose
     conflicts to the accused when the Court becomes aware of it, as is the
     case with this specific conflict. (US v. Jiang 140 F.3d 124; US v. Taylor
     139 F.3d 924)

26.  PROOF OF CLAIM, that it is not fraudulant for a Court or Attorney to
     remain silent when they have a moral and legal duty to disclose. (US v.
     Tweel, 550 F.2d 297, 299-300)

27.  PROOF OF CLAIM, that fraud does not invalidate any contract, judicial
     proceeding or judgement. (Nudd v. Burrows 91 US 426, 440)

28.  PROOF OF CLAIM, that the US Bankruptcy did not impair the obligations
     and considerations of contracts through Joint Resolution to Suspend the
     Gold Standard and Abrogate the Gold Clause - June 5, 1933.

29.  PROOF OF CLAIM, that the US and its sub-entities (States) did not pledge
     the faith and credit of the people thereof to the aid of the National
     Government in respect to the National Emergency in and around 1934.

30.  PROOF OF CLAIM, that the US Bankruptcy/National Emergency has been
     terminated and that lawful 'Constitutional' money has been reinstated
     and is in circulation to allow people to pay their debts at law.

31.  PROOF OF CLAIM, that 'the ultimate ownership of all property is not
     in the State; being that individual so-called ownership is only by virtue
     of Government, i.e. law amounting to mere user; and use must be in
     accordance with law and subordinate to the necessity of the State.'
     (Hearing before a subcommittee for the Committee on Foreign Relations,
     February 17, 1950, pg 494, Exhibit H-4, Constitution for the UN
     Industrial development organization, Treaty Document 97-19)

32.  PROOF OF CLAIM, of any contract (implied or otherwise) that binds the
     Undersigned to the jurisdiction of the United States wherein the Under-
     signed is a signatory, and that 'Full Disclosure' of all material facts
     relevant to the entire contract/compact/constitution as to NEXUS and
     application upon the undersigned along with disclosure of the contract
     defining construction, purpose, ect., as well as documentation where
     the agent(s) are defined and empowered to act within the Constitution/
     Contract upon the Undersigned.

33.  PROOF OF CLAIM, that teh US Constitution/Contract/Charter (by and through
     your office) authorizes the representing or prosecuting of any claims
     or charges against the undersigned.

34.  PROOF OF CLAIM, that within the US the use of a (Federal Reserve) 'Note'
     is not only a promise to pay. Fedelty Savings v. Grimes 131 P2d 894.

Page 4 of 15 - CAFV                              Item #: 031507-CAFV-

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd ____

Date ____

Exhibit A-4 CAFV
031507- 19 pages

35. PROOF OF CLAIM, that within the US legal tender (federal reserve) notes are good and lawful money of the US. (Rains v. State 226 S.W. 189)

36. PROOF OF CLAIM, that within the US (federal reserve) notes do operate as payment in the absence of an agreement that they shall constitute payment. (Blachshear Mfg Co. V. Harroll 12 S.E.2d 766)

37. PROOF OF CLAIM, that the undersigned Secured Party has access to 'lawful' money of account to pay debts at law without becoming a tort feasor.

38. PROOF OF CLAIM, that within the US, Court judgements cannot be discharged in light of the facts (in support of the above Proof of Claim) that no lawful money (backed by Gold or Silver) exists within the US as all actions and judgements are laid against 'Corporate fictions' as commercial matters.

39. PROOF OF CLAIM, that the US did not adobt in some capacity the UCC and that all transactions including but not limited to Courts are governed under the UCC and/or the Negotiable Instruments Law. (LA. STAT. ANN - R.S., 71 et seq. LSA-CC, Art. 2139)

40. PROOF OF CLAIM, that the US Congress now assembled has the 'Constitutional legislative authority' to legislate over and upon the private rights of a Sovereigh Man. (see Hale v. Hinkle)

41. PROOF OF CLAIM, that the undersigned is a 'refugee' under International Law and is captured property of the STATE.

42. PROOF OF CLAIM, that under Negotiable Instrument Law, a 'commercial paper,' but not limited to Bills of Exchange are not 'money' (currency) in respect to the National Emergency and the UCC and are not to be accepted to discharge.

43. PROOF OF CLAIM, that any fine, fee, tax, debt, judgement, or claim coming from outside or inside the US, public or private, cannot be discharged in the same manner, via commercial paper, i.e., promissory notes, Bills of Exchange, etc.

44. PROOF OF CLAIM, that the Undersigned cannot accept for value any public or private presentment or invoice for fine, fee, tax, debt or judgement and return it for discharge or discharge the same with any other commercial paper as necessary to carry on commerce pursuant to the remedy provided by Congress via HJR-192.

45. PROOF OF CLAIM, that the undersigned is 'liable' quasi-ex contractu for any benefits forced and compelled upon him.

46. PROOF OF CLAIM, that Congress did not form a Corporate Government for the' District of Columbia' (February 21, 1871, Ch. 62, 16 Stat. 419) and that Congress did not re-organize that corporation and re-name it 'United States Government' or US or U.S. or United States and/or America, etc. (June 11, 1878, Ch 180, 20 Stat. 102)

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd ______ Date ______

Exhibit A-4 (ANNEX A) 031507-CAFV 19 PAGES

47. PROOF OF CLAIM,  that the US Corporation did not creat a Cestui Que Trust to function under, by implementing the Federal Constitution of 1871, and incorporating the previous US Constitutions of 1787 and 1791 as amended, as by-laws.

48. PROOF OF CLAIM, that the 14th Amendment did not make all living breathing American Men/Women 'citizens' of the Corporate US with certian privileges (civil rights) granted to them, and that this did not in effect allow government to regulate, license or re-interpret the 'privileges' at any time makin gthose 14th Amendment 'citizens' 'subjects' and not Sovereigns.

49. PROOF OF CLAIM, that in 1933 President Roosevelt did not proclaim the US Bankrupt with every 14th Amendment citizen of the US pledged as an asset to finance the Bankruptcy re-orginization. (see Buck Act; March 9, 1933 Amendatory Act; see also Senate Document 43 of the 73rd Congress, 1st session (1933)1 HJR-192; Senate Report 93549; and numerious executive orders).

50. PROOF OF CLAIM, that only the State has Constitutional rights, not the People. (Erie Railrode v. Tompkins 304 US 64-92)

51. PROOF OF CLAIM, that federal law administrated in and by the US is not private commercial law of the creditors to the bankruptcy.

52. PROOF OF CLAIM; that the National Bankruptcy did not force the American People to operate and function only through their Corporate Colored, state created, ALL-CAPITAL-LETTERS-NAME, that has no access to sovereig- nty, substance, rights and standing in law, and that this National Bankruptcy did not make 'general (universal) common law' no longer accessibel and operational in the Federal Courts.

NOTE: Because government no longer had any way to pay its debts with substance, and was bankrupt, it lost its sovereignty and standing in law. Outside and separate from Constitutional Government, to continue to function and operate, government created an artificial world consisting of artificial entities. This was accomplished by incorporating the government(s) and by taking everyone's proper birth given name and creating what is called a 'fiction in law' or 'straw-man,' by way of an acronym i.e. Name written in ALL-CAPITAL-LETTERS to interact with.

53. PROOF OF CLAIM: that congress did not creat a corporation called 'district of columbia' to act as the government for the jurisdiction established in Article 1, Section8, Clause 18 and 17 of the US Constitution; and then under re-orginization did not re-name it the 'UNITED STATES."

54. PROOF OF CLAIM: that all departments of the United States are not part of the United States Corporation.

55. PROOF OF CLAIM; that the system of law origionally operating in the the United Sates (public law) did not change to private commercial law (public policy) as recognized by the Supreme Court in 1938.

Page 6 of 15

Item #: 031507-CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____

Date _____

Exhibit A-4 CAFV
031507-CAFV
19 PAGES

56. PROOF OF CLAIM; that the Courts were not partitioned from Common Law Remedy in 1938 in the Supreme Court decision Erie Railroad v. Thompson.

57. PROOF OF CLAIM; that public policy law is not part of International Law Merchant and has not been codified into UCC and accepted by the Federal Government and the several States.

58. PROOF OF CLAIM; that the Federal Government through grants of Federal funds has not bound all Corporate government entities together; and has not altered the Court System from Common Law to a Legislative Article 1 Court System of Commercial law or otherwise.

59. PROOF OF CLAIM; that a 'private person has a right to complain, by suit in Court, on the ground of a breach of the Constitution.(The Constitution, it is true is a social compact, but he is not party to it. The States are party to it. (see Padelford, fay and Co. v. The Mayor and Alderman of Savannah, 14 GA 438))

60. PROOF OF CLAIM; that in 1976 Senate Bill(s) 94-201 and 94-381 did not take away any last semblance of law or justice when they authorized Courts to 'Construe and Construct' with unrestricted liberty thus destroying any semblance of Common Law.

61. PROOF OF CLAIM: that the government did not creat an artifical 'person' with my given name, a fictitious entity/'straw-man' to take my place in a virtual reality in which most of society functions today, of contract law and corporations, by and through an adhesion contract via a newborn identification form with and attached Ident-a-tag number for commercial registration purposes by which the government could make the undersigned real man responsibel for that fictional entity as a fiduciary and surety.

62. PROOF OF CLAIM; that the Undersigned entered into all contracts and agreements with the United States and/or State Corporate Governments with full disclosure from the corporate government whether said contracts and agreements were written, oral, or silent adheason contracts undertaken in relation to any benefit (compelled or actual).

63. PROOF OF CLAIM; that fraud, deception or a failure to come to a meeting of the minds does not void all contracts.

64. PROOF OF CLAIM; that any existing contracts between the undersigned and the corporate government(s) are not void for fraud and deception on the government(s) part, given the issues raised herein.

65. PROOF OF CLAIM; that the Buck Act of 1944 did not essentially make all States franchises, subjects and/or citizens of the United States if not in reality then in practice.

66. PROOF OF CLAIM; that when the US Corporation was founded and accepted the 1787 and 1791 Constitution as its new by-laws (Federal Constitution) it did not creat what is known as a cestui que trust.

67. PROOF OF CLAIM; that in granting the people of America 14th Amendment Citizenship the Government fully disclosed to the people all that the citizenship grant encompassed, including but not limited to loss of Sovereignty.

Item #: 031507-CAFV

Grant Allen Boyd          Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

68.    PROOF OF CLAIM; that in our country the people are not Sovereign. (see Afroyim v. Rusk 387 US 253, 257)

69.    PROOF OF CLAIM; that Congress can revoke the Sovereignty of any person or the Sovereignty of people or their Sovereign power. (see Perry v. US, 294 US 330, 353)

70.    PROOF OF CLAIM; that the Undersigned is not a Sovereign, living/real man, created by GOD.

71.    PROOF OF CLAIM; that the United States government did not take the live birth record of the Undersigned and create a ens legis corporate entity bearing the same name as the newborn.

NOTE: Herein the title 'Prosecutor' is defined as noted in F.R.CR.P. §1(b)(1) "Attorney for the Government"

72.    PROOF OF CLAIM; that the 'Accusatory Instruments' do not include the following: 1) A uniform traffic citation and complaint; 2) a complaint issued by a city, state or federal prosecutor; 3) an Information; 4) an Indictment.

73.    PROOF OF CLAIM; that an 'Accusatory Instrument' is not Commerical-in-nature. (see 27 CFR 72.11)

74.    PROOF OF CLAIM; that the Uniform Commercial Code does not define a 'Person' on UCC Art. 1 § 201(b)(27) as 'Person means an individual, Corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, government sub-division, agency or instrumeatality, public corporation, or any other legal or commercial entity.'

75.    PROOF OF CLAIM; that Blacks Law Dictionary 5th Ed. does not define an 'individual' as a 'single person' i.e. meaning that in UCC2-201(b)(27) a 'person' is defined as an 'individual,' and Blacks 5th ed. defines an 'individual as a 'single person.'

76.    PROOF OF CLAIM; that the doctrine of 'NOSCITOR A SOCIIS' and 'EJUSDEM GENERIS' does not limit UCC-1§201(b)(27) to an artificial entity, especially in light of the clasical circular reasoning inforporated into double-speak as noted in Proof of Claim # 75.

77.    PROOF OF CLAIM; that Blacks Law Dictionary 5th Ed. does not also define person to include 'Artificial Persons'.

78.    PROOF OF CLAIM; that the definition of 'Individual,' operates upon the Undersigned and that it is not limited to 'Artificial Persons'.

79.    PROOF OF CLAIM: that the '1828 Websters American Dictionary of the English Language' does not give and or define various definitions of 'person' as: 'In law, an artificial person, is a Corporation or body politic.'

Item #: 031507-CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____ Date _____

Exhibit A-4 (AUEN) 031507-CAFV 19 pages

80. PROOF OF CLAIM; that 'person' as used in 21 USC §§ 841 & 846 which was enacted prior to 2002 was not defined by Congress, when enacted, pursuant to 1 USC § 1, when Congress specifically did not expand the definition within Title 21 to include another definition other then as in 1 USC §1.

81. PROOF OF CLAIM; that all Courts do not start with their 'presumption' that the man appearing in 'Court' is acting as an 'Artificial' person; that is to say that the man appearing is inter-changeable with or is representing or is one-and-the-same with a person/legal fiction/corporate commercial entity created by the State.

82. PROOF OF CLAIM; that the Undersigned has received the Accusatory Instrument issued by the Prosecutor, presented with the 'actual blue ink – signitures – origional instrument' as opposed to no actual presentment.

83. PROOF OF CLAIM; that the undersigned has received 'actual presentment' in his name, as opposed to an 'artificial person,' an ens legis, Cestui que Trust'.

84. PROOF OF CLAIM; that the 'accusatory instrument' does not exist and does not operate upon the Undersigned.

85. PROOF OF CLAIM; that a copy of the accusatory instrument without origional signature is not worthless.

86. PROOF OF CLAIM; that it is not presumed that the Undersigned is an Artificial Entity by the Court.

87. PROOF OF CLAIM: that it is not presumed by the Court that this Commercial document (origional accusatory instrument) is looking to have someone accept it, honor it for its value, as opposed to that no quilified man/woman will be found to do so because all is presumed to be artificial creations.

88. PROOF OF CLAIM; that the so-called Court can act honorably in holding the 'origional accusatory instrument' only so long as it can maintain its presumption that it is dealing with an artificial person: The atrificial person here is 'GRANT ALLEN BOYD' or 'GRANT BOYD' 'Ens Legis Ed Nomone,' any and all derivatives thereof, a state-created person, that cannot honor the instrument for value, as opposed to the Undersigned as a flesh-and-blood man, who can honor the instrument and actually has a presumed obligation, under the Bankruptcy of the United States, to do so.

89. PROOF OF CLAIM; that the Government's actions of using the Undersigned's information to create a fictitious person/corporate entity/individual entity is not identity theft when it was done without clean hands, — — full consent and disclosure; and then not fraud to hold the Undersigned responsible for only that which can be claimed against the state created fictitious entity/DEBTOR.

Page 9 of 15                              Item #: 031507-CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

Exhibit A-H (AAFV)
031507-CAFV
19 pages

90.  PROOF OF CLAIM; that the undersigned should not be presented with the origional presenting instrument so that it may be accepted and honored on behalf of the artificial entity.

91.  PROOF OF CLAIM; that the Undersigned entered into any agreement or accepted any benefit from any Government with full disclosure as to the implications of such action, specifically but not limited to the legal Nexus that would be formed with the government corporation(s).

92.  STATE in what capasity and who, representing the government, ever told the Undersigned that the result of any agreement or use of benefit would be a loss of sovereignty or that 'WE THE PEOPLE' would become slaves and/or subjects; and PROOF OF CLAIM that this was not one fraud upon another committed by the United States.

93.  PROOF OF CLAIM; that my parents were told by a Government official that the birth registration of the Undersigned would be used by the United States government to create an ens legis corporate entity bearing the same name as myself which would later be used to make the Undersigned a surety and fiduciary of that state created entity.

94.  PROOF OF CLAIM; that within the above criminal case, that the prosecutor posted an indemnity bond to indemnify their actions.

95.  PROOF OF CLAIM; that in the above criminal case the judgement will not become 'commercial paper' to be deposited into any bank, or converted into a depositable item for the commercial benefit of the plaintiff.

96.  PROOF OF CLAIM; that the Prosecutor established a nexus between the offenses charged in the above criminal case and the jurisdiction of the United States to prosecute.

97.  PROOF OF CLAIM; that the prosecutor fully explained to the Grand Jury the limits of US jurisdiction(s) so that they may understand the nexus between Undersigned's actions and the jurisdiction of the United States to move against him; AND PROOF OF CLAIM that failing to establish jurisdiction in the indictment from the Grand Jury does not void it.

98.  PROOF OF CLAIM; that the indictment(s) handed down by the Grand Jury and presented by the Prosecutor stipulated and identified the 'liability' of the statute(s) as they apply to the Undersigned.

99.  PROOF OF CLAIM; that the Grand Jury foreperson and the Prosecutor did not act to subject the Undersigned into involuntary servitude along with the officials of the Court and that such actions did not involve collusion and conspiracy to injure and violate the rights, title and interests of the Undersigned.

100. PROOF OF CLAIM; that therein the Judge, Grand Jury Foreperson and the Prosecutor did not commit collusion, conspiracy and/or fraud in respect to the Undersigned.

Grant Allen Boyd _____    Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit A-H ANNEX
031507-CAFV
19 pages

101. PROOF OF CLAIM; that a BAR admitted Federal defense attorney can represent and defend the Undersigned in his 'private capasity' with a NEXUS to Common Law/Unaleinable Rights as associated to the Origional Jurisdiction.

102. PROOF OF CLAIM; that statements made or objects made available to the government by the Undersigned in proffer were not used in Grand Jury sessions or submitted to the Court in memorandum and used against the Undersigned.

103. PROOF OF CLAIM; that the Undersigned's proffer was valueless and not worthy of a substantial assistance recommendation given that the statements made and objects provided were used against co-defendants as case-in-chief, where the performance benchmark for such a recommendation was that the information provided be of assistance in the investigation and prosecution of another.

104. PROOF OF CLAIM: that the Federal Agents conducting or involved in the proffer sessions did not ask the Undersigned to communicate with or make phone calls to associates and friends while in prison, to secure information and evidence for use in the investigation.

105. PROOF OF CLAIM; that the Undersigned did not offer the Communications and phone recordings as statements and objects in proffer session before a subponea was obtained to secure the referenced recordings.

106. PROOF OF CLAIM; that the Prosecutor was present at all proffer sessions and at all times, and as such is able to attest to th accuracy of any Proof of Claim provided by the Prosecutor's Office and used to rebut the Undersigned's facts herein presented related to proffer sessions.

107. PROOF OF CLAIM; that it is not entrapment for government agents in proffer sessions to ask the Undersigned to make incrimidating recorded calls to known friends and associates for the purpose of obtaining information into ongoing activities to aid the investigation, calls that would not otherwise be made from a prison phone system that is recorded.

108. PROOF OF CLAIM; that the Prosecutor did not intend to mislead and deceive the Undersigned and did actually intend to honor the proffer agreement when asking the Undersigned to meet over 8 times in an 11 month period.

109. PROOF OF CLAIM; that the locations of hte offense(s) occured on land properly ceded to the United States by the State.

110. PROOF OF CLAIM; that the Prosecutor did not lie or conspire to deceive the Court or commit fraud in this prosecution.

111. PROOF OF CLAIM; that this prosecution was not unlawful and/or vindictive.

Item #: 031507-CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd _____ Date _____

112.    PROOF OF CLAIM; that FBI/DEA Taskforce Agent, Trooper Shawn Murray
        did not give materially false testimony, lie and attempt to deceive
        the Court at the Suppression hearing, in the above noted criminal
        case, shortly after meeting with the Prosecutor and another witness,
        as indicated in Court Transcript (Docket No. 30); and that the
        Prosecutor did not conspire with him to do so.

113.    PROOF OF CLAIM; that the false testimony noted in #112 above did not
        prejudice the Judge's ruling in this matter.

114.    PROOF OF CLAIM; that it was not the Prosecutors free will choice to
        engage the Undersigned with intent and full knowledge of all legal
        and commercial consequences.

115.    PROOF OF CLAIM; that the Undersigned was offered a plea/deal under
        threat, duress, and coercion.

116.    PROOF OF CLAIM; that the Prosecutor engaged the Undersigned as a
        personal surety for the Corporate United States.

117.    ·PROOF OF CLAIM; that the Prosecutor knew the limits, restrictions,
        whether statutarily, constitutionally, territorially, personum,
        jurisdictionally, politically or otherwise pursuant to their postion
        and oath of office.

118.    PROOF OF CLAIM; that the prosecutors' acts of enforcement of any
        statute or force applied as against the undersigned for private gain
        and benefit to the Corporate United States, where no contract is in
        place, is not a criminal act.

119.    PROOF OF CLAIM; that you do not have the 'duty and obligation' to
        produce and provide the 'proofs of claim' as requested pursuant to
        the principals of the 'clean hands doctrine' and 'good faith' dealings
        withe the undersigned.

120.    PROOF OF CLAIM; that the undersigned cannot exercise his 'exclusive'
        remedy being a Tort Claim for the moral wrongs committed by prosecutor
        including but not limited to 'constitutional misapplication of the
        statute/law, breach of agreement, conspiracy (two or more involved),
        violation of State and Federal statute/law on 'tender of payment,'
        violation of Nygarrd v. Continental, violation of equal protection
        of law, denying public policy, discrimination of the application of
        limited liability for the payment of debt and other violations known
        or unknown.

## CAVEAT

Please understand, while I wish to resolve this matter as agreed and
to honor my commitment I can only do so upon your official response by you
in providing the above Proof(s) of Claim, as stipulated below, in complete

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____ Date _____

detail. You are required to mail your response within the time period provided below, in the manner as directed herein and in the attached Memorandum in Support of the Private Administrative Process (Item #: 01776070506-1/MEMO/CAFV), in providing the enumerated proofs contained herein and the points and authorities contained in the attached Memorandum.

Therefore, not being a party or signatory to the Constitution, Social Compact or any valid agreement between the Undersigned and the UNITED STATES or any of the several STATES, that subjects the Undersigned to your jurisdiction in respect to this matter, the Undersigned is at a loss to understand how this matter is being applied upon him.

The Undersigned is only exercising his right to varify any claim, proof, discovery, ruling or charge [in the nature of his right to challenge jurisdiction at any time] as to the entire matter per his right within 'Due Process of Law' and therefore this private process is proper in obtaining such evidence as to any misapplication of statute, violations of Due Process, unlawful detention, false arrest, false imprisonment, etc.

Should you fail or refuse to provide the requested Proof(s) of Claim, you will fail to state a claim upon which relief can be granted and you will have stipulated to the facts as they operate in favor of the Undersigned, i.e. that the Undersigned is not a signatory nor party to any social compact (constitution(s) or agreements) of the UNITED STATES or any of the several STATES and that the Statutes, Regulations and Courts do not operate against the Undersigned non-combatant, Sovereign man and Secured Party Creditor, and that the Plaintiff/Prosecutor(s) committed Constitutional impermissible application of statute/law in the above case, and you also agree that injury was done to the Undersigned via false arrest, misapplication of statute, milicious prosecution, conspricay, unlawful incarceration, fraud and/or otherwise, and you agree the Undersigned can secure damages via Tort in the amount established in Trezevant v. City Tampa, which had similar violations.

Additionally, any non-response and/or failure to provide proof(s) of claim will constitute your agreemetn that any fine, fee, assessment, presentment, claim, charge or remaining judgement/monetary penalty may be accepted for value and returned for discharge, or by promissary note or other appropriate commercial paper, etc. to allow the setoff/adjustment and exchange of credit (discharge) to allow the account to be adjusted to (zero) by and

Page 13 of 15                                        Item #: 031507-CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

Exhibit A-4 (CAFV)
031507 19 pages

through the exercise of the remedy provided by Congress via HJR-192, to discharge debts 'dollar for dollar' or by exemption of the Undersigned.

As Chief legal representative for the UNITED STATES and all of its departments, agencies and sub-entities your tacit agreement and stipulation as noted herein and to the attached Memorandum of Law (01776070506-1/MEMO/CAFV) will be binding upon you, your office and all those that it represents; and as such, your position as Prosecutor for the UNITED STATES having superior knowledge of the law and complete access to the 'proofs' can provide such Proof(s) of Claim as requested herein, in full detail and clarity as to inform the Undersigned Secured Party as to how the prosecution of the Undersigned in this case was lawful, proper and Constitutional, to include the related arrests, incarceration and seizure of the Undersigned and his secured interest(s); and how the Undersigned can lawfully 'pay debt(s) at law' including judgements with constitutional money and not be tricked into becoming a tort feasor by the Government(s). (See Article 1 § 10 - US Constitution)

The Undersigned respectfully requets that you; Alberto R. Gonzales as Prosecutor for the UNITED STATES, reply within 30 days to this instrument in providing Proof of Claim both to the Undersigned and to the Thrid Party's address belwo via USPS Certified Mail, and should you go into fault, you will be given three days (72 hrs) to cure your fault of non-response. If you fail to cure your fault, you will be found in default and will have established your default and dishonor in this matter as described herein.

The defaulting and dishonoring party will be forclosed on by laches and estopped from pursuing the prosecution herein noted and enforcing any prior agreement in any Court or Administrative Unit, and you agree that the Undersigned may exercise his exclusive remedy as to the stipulated and agreed upon false arrest, misapplication of statute, malicious prosecution, conspiracy, unlawful incarceration, fraud and otherwise via Tort; additionally you are stipulating to the fact that this incarceration and detention must end with the Undersigned being immediately released along with all seized interests.

The defaulting or dishonoring party as agent, speaks for the UNITED STATES OF AMERICA and all of its sub-entities in this matter and binds the SAME to any monetary damages for injuries as so stipulated by you, Alberto R. Gonales, Attorney General for the UNITED STATES OF AMERICA.

Page 14 of 15                                          Item #: 031507-CAFV

Grant Allen Boyd ———— Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit A-4 [AWER]
031507-CAFV
19 pages

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Without Prejudice/All Rights Reserved

3/22/07

Grant Allen Boyd, POA, Secured Party
Creditor, Authorized Representative,
Attorney-In-Fact in behalf of the DEBTOR:
GRANT ALLEN BOYD© Enc legis

Thrid Party Mail Agent:

Michael Clifford

156 Bradford Street

Provincetown, MA 02657

ACKNOWLEDGEMENT

State of Massachusetts )
) Scilicet
County of Norfolk )

SUBCRIBED TO AND SWORN before me this _____ day of _____, A.D. 2007,
a Notary, that Grant Allen Boyd, personally appeared and known to be to be the
man whose name subscribed to the within instrument and acknowledged to be the
same.

Seal:

Notary Public in and for said State

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

NOTE; Using a notary on this document does not constitute any adhesion contract
to the United States or to the State. The purpose for notary is varific-
ation and acknowledgement of signer and not for entrance into any
foreign jurisdiction.

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

Exhibit A-4 (AHESA)
03/15/07 - CAFV
19 pages

# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable – Private between the parties

## Conditions of Notice via CAFV;

A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).

B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant**; is the living, flesh-and-blood sentient being, who(s):

1. "Rights existed long antecedent to the organization of the State…" Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any state of Federal Compact.
4. Is not named in the statutes of any State or Federal government.
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

**Respondent**(s) to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;

Grant Allen Boyd ___ Date ___

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re: 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

Notice; claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//

Grant Allen Boyd _____ Date _____ This document is 'CERTIFIED' A 'TRUE, CORRECT & COMPLETE copy of the original.

# NOTICE OF ADMINISTRATIVE REMEDY
# POINTS AND AUTHORITIES:

**NOTICE**; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for *enforcement is placed in the hands of the people*. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution…." (Frankenhauser v. Rizzo, 59 F.R.D. (1973)). Emphasis added.

1. Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations]."

4. The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest. Title 5 U.S.C. 703.

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, "**the proponent of a rule or order bears the burden of proof**." The Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed." For reference, see Louisville RR v. Motley, 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING, INJURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, *or otherwise* as applied to the inquires attached hereto.

6. Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimants rests upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.

3 of 4  MEMORANDUM IN SUPPORT OF CAFV          Item# 01776070506-1/MEMO/CAFV

Grant Allen Boyd _____ Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. V. Prudden, 424 F. 2d 1021 (1070).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative. judicial, or commercial.

14. Respondent(s) are granted a minimum ten days (10) days or up to 30 days if specifically specified... and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwise... herein and/or to provide Respondent(s)' own answers to inquiries.

15. Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this _21_ day of _MArch_ , 200 7

/S/ _____

Grant Allen Boyd, PoA

4 of 4 MEMORANDUM IN SUPPORT OF CAFV          Item# 01776070506-1/MEMO/CAFV

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
) Scilicet **EXHIBIT A-5**
County of Norfolk )

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or affirm) that the attached/enclosed reproduction of the following document(s) are TRUE, correct and complete photocopies of a document or documents in my possession and I'm the custodian of said document or documents, to wit:
Exhibit A-5 (031507/MOL)

031507/MOL-SOV-CONR Affidavit of Non-Response

031507/MOL-SOV-NOF Notice of Fault

031507/MOL-SOV Origional CAFV Instrument

\*\*\* Nothing Further \*\*\*

Grant Allen Boyd
c/o PO Box 100 (non-domestic)
South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
5 day of November 2007.

/s/ _____    Seal:
Signature of Notary Public

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

Grant Allen Boyd, Authorized Representative
for GRANT ALLEN BOYD ©, DEBTOR
c/o PO Box 100
South Walpole, Mass. [u]nited States of America

May 18, 2007 JUNE 18, 2007 ®

EXHIBIT A-5

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd          Date

Mr. Alberto R. Gonzales
Attorney General for the United States
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

RE:  Grant Allen Boyd's challenge to jurisdiction and government's stipulation
     to same

### AFFIDAVIT OF NOTICE OF DEFAULT AND OF RES JUDICATA

State of Massachusetts )
                        ) Scilicet
County of Norfolk       )

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir. 1981) Cert. Denied 455 US 1018 (1982) quoting US v. Powell,
379 US 48, 85 S.Ct. 248, 257-8 @ N.27; AND see Kis at [15] (any uncontested
allegations...must be accepted as admitted)

I, Grant Allen Boyd, herein 'Affiant', having been duly sworn, declares by
my signature that the following facts are true, correct and complete to the
best of my knowledge and belief.

1.  THAT, Affiant is competent to state the matters included in his declaration,
    has knowledge of the facts, and declared that to the best of his knowledge,
    the statements made in his affidavit are ture, correct and not meant
    to mislead;

2.  THAT, Affiant is the secured party, superior claimant, holder in due
    course, and principal creditor having a registered priority lien, hold
    interest to all property held in the name of the Debtor: GRANT ALLEN
    BOYD, evidenced by UCC-1 Financing Statement No. 2007-101-6258-0 filed
    with the Secretary of State of the State of Washington and UCC-1 Financing
    Statement no. 200756492540 filed with the Secretary of the Commonwealth
    of the STATE OF MASSACHUSETTS.

3.  THAT, Respondent, Alberto R. Gonzales, Attorney General for the United States,
    is herein addressed in his private capasity, but in his public capasity as
    Attorney General for the United States and is participating in a commercial
    enterprise with his co-business partners (or employees), including but not
    limited to the United States, hereinafter collectivelly refered to as
    'Respondent.'

Page 1 OF 4

ITEM # 031507/MOL-SOV-G

4. THAT, the governing law of this private contract is the agreement of the parties supported by the law merchant and applicable maxims of law.

5. THAT, Affiant at no time has willingly, knowingly, intentionally or voluntarily agreed to subordinate his position as creditor, through signature or words or actions or inactions.

6. THAT, Affiant has at not time requested or accepted extraordinaary benefits or privileges from the Respondent, the United States or any subdivision thereof.

7. THAT, Affiant is not a party to a valid contract with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent or the incarceration of Affiant.

8. THAT, on April 4, 2007, through a third party mail agent, Affiant sent a Conditional Acceptance for Value for proof of claim (CAFV)(document for discovery) via Certified Mail no. 7004-2890-0004-2019-3874 to Respondent requresting Respondent answer (affirm, deny or contest) as to the points, authorities and understandings related to Respondents authority to prosecute, AND as to the jurisdiction of Respondent over Affiant [in the nature of Affiants right to challenge jurisdiction at any time].

9. THAT, Respondent was given fifteen (15) days to respond with answers, however Respondent elected to remain silent or otherwise refused to answer and therefore has failed to state a claim upon which relief can be granted for any claimed violation of federal statute and has through TACIT PROCURATION stipulated to and is in full agreement with the points, authorities, understandings and facts noted within the presentment (031507/MOL-SOV) as they operate in favor of the Affiant, most notably that Respondent lacks subject matter or in personam jurisdiction in any criminal matter, that any rulings are void for want of jurisdiction and that this matter is settled STARE DICISIS in favor of Affiant.

10. THAT, Respondent was sent a notice of fault and opportunity to cure and contest acceptance. in which Respondent was given Ten (10) additional days to cure fault, which was sent via Certified Mail No. 7004-2890-0002-0970-5731.

11. THAT Respondent was requested to send response via certified mail to Affiant with duplicate response to a third party, Respondent failed to respond and contest and such failure is evidenced.

12. THAT, Affiant has exhausted Affiant's administrative remedies to obtain relief, evidenced, agreements, stipulations, confessions or denials pursuant to this private administrative process (CAFV/Notice of fault/Affidavit); That Respondent as Attorney General has the authority and responsiblity to investigate allegations of malicious prosecution, Constitutional Impermissible application of statutes and other violations committed by employees of the

Page 2 of 4

ITEM # 031507/MoL-Sov

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd
Date

United States and as such this process is properly presented, especially since any case that is prosecuted will be prosecuted by Respondent and pursuant to the APA the propondent of a rule (jurisdiction) or order bears the burden of proof.

13. Respondent refused to contest that Affiant's Rights and individual Sovereignty existed long antecedent to the organization of the state.

14. Respondent refused to contest that Affiant is not a party to nor a signatory on any State or Federal Constitution/Social Compact; AND THAT Affiant is not named in, subject to or object of any statute of a federal or state government.

15. Respondent refused to contest that Affiant is an individual Sovereign, a birth Right for free-born males as established and protected by the Organic Laws which founded the [u]nited States of America.

16. Respondent refused to contest that Affiant's Sovereignty and Birth Rights cannot be revoked by any legislation or ACT of Congress.

17. Respondent refused to contest that any statute employing the term 'person' does not include the Sovereign man unless expressly named therein.

18. THAT Respondent agrees that Respondent does not have the Constitutional authority to act against Affiant for any actions or inactions that violate a statute; THAT so long as Affiant does not directly violate or trespass upon the private Rights of other humans he may conduct his private business without intrusion

19. THAT Respondent agrees to release Affiant and Affiant's property immediately and that any ruling would be void for want of jurisdiction

20. Respondent failed to contest, Affiants status as the Secured Party Creditor for the DEBTOR: GRANT BOYD (identified by a SSN of 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); AND THAT Affiant is not the surety for DEBTOR nor can affiant be held liable for any claim or judgement against DEBTOR.

21. THAT Respondent is in full agreement that any prosecution for a violation of statute represents a Constitutional impermissible application of statute, AND THAT Respondent has stipulated that injury is caused to Affiant through false arrest, misapplication of statute, malicious prosecution, conspiracy, fraud, unlawful incarceration and/or otherwise; AND THAT it is agreed that affiant can file a tort claim based upon the stipulations and agreements herein made, and will be awarded damages.

22. THAT Respondent through TACIT PROCURATION has stipulated to and fully agrees that Affiant cannot be held in custody for any violation of federal statute, that Affiant is the non-surety for defendant/debtor: GRANT BOYD (identified by a SSN of 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), that Affiant is not subject to any federal statute.

Grant Allen Boyd Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Page 3 of 4

Item # 031507/mol-sav-

23. THAT Respondent fully agrees that in the event Respondent stipulates
to and is in full agreement with the facts, points, points, authorities,
agreements and Affiant's understandings by TACIT PROCURATION, Respondent
stipulates and is in full agreement that all matters and issues noted within
the CAFV and enumerated in party herein by Affiant will be settled STARE
DECISIS AS THEY OPERATE IN FAVOR OF AFFIANT: AND THAT Respondent has
forclosed on by laches and estoppel from pursuing any criminal matter;
AND THAT Respondent may not argue, contest, controver or otherwise
protest the finality of the Administrative findings noted herein in any
subsequent hearing, proccess or proceeding whether administrative,
commercial or judical.

24. THAT Respondent was noticed that upon failure and/or refusal to produce
a reply/answer, Respondent stipulates and agrees to the facts as expressed
in the above mentioned CAFV (031507/MOL-SOV). Respondent failed to contest
acceptance and is therefore in agreement by Respondent's silence and
'general acquiescence' to the facts expressed in this affidavit as they
stand unrebutted in the record and the matter is RES JUDICATA and that
Respondent becomes liable to Affiant.

Further Affiant Sayth Not

Dated this _3/9_ day of _JUNE_, 2007.

Grant Allen Boyd, Affiant and Secured
Party Creditor and Authorized Representative
for DEBTOR: GRANT BOYD©, ENS LEGIS

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this _19_ day of _June_, 2007, a Notary
that Grant Allen Boyd, personally appeared and known to me to be the man whose
name subscribed to the within instrument and acknowledged to be the same.

Massachusetts     Seal:
Notary Public in and for said State

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.
Grant Allen Boyd  Date

Page 4 of 4

Item # 031507/mol-Sov-

CERTIFIED MAIL #: 7004 2890 0002 0970 5731

## NOTICE OF FAULT AND OPPORTUNITY TO CURE AND CONTEST

**Alberto R. Gonzales**
United States Attorney General
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

April 21, 2007

Dear Mr. Gonzales:

On, April 3, 2007 the Undersigned Secured Party and Sovereign caused to be sent to you a Memorandum of Law and Notice with Demand which was received by your office on or about April 6, 2007.

You failed to perform after receiving the presentment from the Undersigned; you failed to rebut or contest the points and authorities, and understandings of the Undersigned when you elected not to respond.

As the Respondent, you are in fault and as such you are in Full Agreement and have stipulated to the points, authorities and understandings of the Undersigned's dated presentment trhough your dishonor. You have the right to cure this fault and perform according to said terms within ten (10) days from postmark of this notice.

Should you fail to cure your fault, this notice and the Undersigned's following affidavit will establish the fact in the record of your 'acceptance, agreement and general acquiescence' to the matter established upon the Respondents' silence, pursuant to and relative to UCC, Statute, Case Law and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

Without Prejudice

Grant Allen Boyd, Secured Party
Creditor, Authorized Represent-
ative, Attorney-in-Fact in
behalf of GRANT ALLEN BOYD ©
Ens Legis

Item #: 031507/MOL-SOV-NOF

*(right margin, vertical text)* Grant Allen Boyd | Date

*(right margin, vertical text)* This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Certified Mail No. 7004 2890 0004 2019 3874 | Memorandum of Law

GRANT ALLEN BOYD©
c/o Grant Allen Boyd, POA
of Post Office Box 100
South Walpole, Massachusetts, uSA

March 15, 2007

Alberto R. Gonzales
United States Attorney General's Office
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

MEMORANDUM OF LAW
NOTICE OF POINTS AND AUTHORITIES
Sovereignty of the People

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ

TO WHOM THESE PRESENTS SHALL COME, GREETINGS: TAKE NOTICE, THAT:

The united States of America was one of the greatest
expirements ever created by man. It is a well understood fact of
American history that the most dynamic document that set the
course of America is the Declaration of Independence. It was/is
the document that disclosed the tyranny of English government,
it expressed the elements of the Rights of Men within any society,
and that 'all men are created equal' a concept foreign to the
English government in which men were subjects of Government/King.
The Declaration of Independence stipulated the Chain of Authority
within governments and of the obvious fact that the people
'created' government. That it was the people who instituted
government, with limits to avoid the tyranny they just broke
away from, and in doing so the people 'secured these rights,'
and that government (at every level) derives their 'just powers
from the consent of the governed.' In fact the Constitution
was drafted to limit the power of the central government to

Page 1 of 9                                    Item #: 031507/MOL-SOV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd _____

Date _____

those powers delegated to it.

It is a well established fact that the people did not give up their Sovereignty nor all of their 'power' to the government. The Declaration of Independence created the Sovereignty in the people, it was the people who created the government(s), the people are above the creature(s) they created (government), above the public servants who placed themselves in a subservient position, to serve the people whithin their function/office/position via their oath of office or their agreement to uphold and protect the Constitution.

In regards to the principles established in the Declaration of Independence and the subsequent Constitution/compacts written and created after it, and all the true sovereignty, a written Constitution is not only the direct and basic expression of the Sovereign will, it is also the absolute rule of action and decision for all departments and officers of government with respect to all matters covered by it and preceding after it, and it must control as it is written, until it is changed by the authority which established it (the People), not the government officials who swore an oath to protect it. For reference see: State ex rel. Crenshaw v. Joseph, 175 Ala. 579, 57 So. 942; Schmitt v. F.W. Cook Brewing Co., 187 MD. 623, 120 N.E. 19, 3 A.L.R. 270; Collins v. Martin, 209 Pa. 388, 139 A 122, 55 A.L.R. 311; Travelers' Insurance Co. v. Marshall, 124 Tex. 45, 76 S.W. 2d 1007, 96 AIR. 802; State ex rd. Lemon v. Langlie, 45 Wash. 2d 82, 273 P.2d 464;

Item #: 031507/MOL-SOV



This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd _____ Date _____

...and TAKE NOTICE of the following cases and points:

1. "For when the Revolution took place the people of each State became themselves sovereigh" Martin et al v. The Lessee of Waddell, 41 US (16 Pet) 367, 410, 10 L.Ed 997, 1013.

2, "The (state) Constitution is the supreme law, written by the supreme power of the state, the people themselves." Re Gorham-Fayette Local School Dist., 20 Ohio Misc. 222, 49 Ohio Ops. 2d 143, 250 N.E.2d 104; State ex rel. Weinberger v. Miller, 87 Ohio St. 12, 99 NE. 1078.

3. "The Constitution is the voice of the people speaking in their sovereign capacity, and it must be heeded; when the Constitution speaks with reference to a particular matter, it must be given effect as the paramount law of the land." People v. Parks, 58 cal. 624.

4. "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exits and acts. And the law is the definition and limitation of power." Yick Wo v. Hopkins, 118 US 356.

5. "Under our system the people, who were there (in England) called subjects are here the Sovereign...their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of a monarch. The citizen here (in America) knows no person, however in years to those in power, or however powerful himself to whom he need yield the rights which the law secures to him..." US v. Lee, 106 US 196 at 208.

6. "Here (in America) sovereignty rests with the people." Chisolm Ex'r v. Georgia, 1 L.Ed (2 Dall) 415, 427.

7. "It is true that at (English) common-law the duty of the Attorney General was to represent the King, he being the embodiement of the state. But under the democratic form of government now prevailing the people [are] King, so the Attorney General's duties are to the Sovereign rather than to the machinery of government." Hancock v. Carry Alcorn Mining Co. Inc., Ky., 503 S.W. 2d 710,Kentucky Constitution §4, Commonwealth Ex Rel. Hancock v. Paxton Kentucky, 516 S.W. 2d pg 867(2)clause 3.

8. "Local laws or ordinances enacted by a city must be consistent with the state Constitution." Bell v. Vaughm, 155 Fla. 551, 21 So. 2d 31, Evans v. Berry, 262 N.Y. 61, 186 N.E. 203, 89 A.L.R. 387.

9. "It is the duty of all officials, whether legislative, judicial, executive, administrative, or ministerial, to so perform every official act as not to violate Constitutional provisions." Montgomery v. State, 55 Fla. 97, 45 So. 879.

Item #: 031507/MOL-SOV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd    Date

10. "The provisions of the Constitution must be given effect even if in doing so a statute is held to be inoperative." State ex rel. West v. Butler, 70 Fla. 102, 69 So. 771.

11. "The Constitution was made not to act upon the legislative department alone, but upon ever department of the government. Way v. Hillier, 16 Ohio 105.

12. "Courts should not tolerate or condone disregard of law and arbitrary usurpation of power on the part of any officer." Ex parte Owen, 10 Qkla Crim Rep 284, 136 p.197, Ann Cas 1916A 522.

13. "The officers of the law, in the execution of process, are obligated to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES." Rosters v. Marshall, (US use of Rogers v. Conklin) 1Wall, (US) 644, 17 L.ED 714.

14. "It is a general rule that an officer – executive, administrative, quasi-judicial, ministerial, or otherwise – who acts outside the scope of his jurisdiction and without authorization of law may therby render himself amenable to personal liability..."Cooper v. O'Connor, 69 App DC 100, 99 F.2d 135, 118 ARL 1440; Chamberlain v. Clayton, 56 Iowa 331, 9NW 237, 41 Am Rep 101.

15. "If a public officer authorizes the doing of an act not within the scope of his authority, he will be held liable." Bailey v. New York, 3 Hill (NY) 531, 38 AM Dec 669, Affd in 2 Denio 443.

16. "[I]n our country the people are sovereign...and the government cannot sever its relationship to the people..." Afroyim, 387 US at 257, 87 S.Ct at 1662.

17. "In common usage, the term "person" does not include the sovereigh, and statutes employing it will ordinarily not be construed to do so." US v. United Mine Workers, 330 US 258 (1947).

18. "Since in common usage, the term person does not include a Sovereigh, statutes not implying the phrases are ordinarily construed to exclude it." 1 USCA 1, n.12, US v. Fox 94 US 315.

19. Where rights secured by the Constitution are involved, there can be no rulemaking of legislation which would abrogate them." Miranda v. Arizona.

Item #: 031507/MOL-SOV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

20. "...the Congress cannot revoke the Sovereigh Power of the people." Perry v. US 294 US 330, 353 (1935)

21. "There is no such thing as a power of inherent sovereignty in the government of the United States. In this country Sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld". Julliard v. Greenman, 110 US 421.

22. "All that government does and provides légitmately is in pursuit of its duty to provide protection for private rights (Wynhammer v. People, 13 NY 378), which duty is a debt owed to its creator, WE THE PEOPLE and the private unen- franchised individual; which debt and duty is never exting- uished nor discharged, and is perpetual. No matter what the government/state provides for us in manner of convenien- ce and asfety. the unenfranchised individual owes nothing to the government." Hale v. Henkel, 201 US 43, 74.

23. "Under our form of government, the Legislature is not supreme. It is only one of the organs of that absolute sovereignty which resides in the whole body of people; like other bodies of government, it can only exercise such powers as has been delegated to it, and when it steps beyond that boundary, it acts...are utterly void." Billings v. Hall, 7 CA 1 (Court of Appeals, US).

24. We the people have discharged any debt which may be said to exist or be owed to the state or government. The gover- nments are, however, indebted continually to the people, because the people (the sovereigns) created the government corporation and because we suffer its continued existence. The continued debt owed to the people is discharged only as it continues not to violate our private rights, and when government falls in its duty to provide protection - discharge its debt to the people, it is an abandonment (an INJURY) of any and all power, authority or vestige of 'sovereignty' which it possessed, and the laws remain the same, the sovereignty reverting to the people whence it Came." Down v. Bidwell, 182 US 227.

25. "The individual may stand upon his Constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his doors to investigation...He owes no duty to the state since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the law of the Land, long antecedent to the organization of the state, and can only be taken from him by due process of law and in accordance with the Constitution. He owes nothing to the public as long as he does not trespass upon their rights." Hale v. Henkle, 201 US 43, 74.

Item #:031507/MOL-S...

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

Date

26.  "The people, or the Sovereigh are not bound by general words
     in statutes. restrictive of prerogative right, title or
     interest, unless expressly names. Acts of limitation do
     not bind at the King nor the people. The people have been
     ceded all the rights of the King, the former Sovereign...It
     is a maxim of the common law that when an act of parliament
     is made for the public good, the advancemet of religion
     and Justice, and to prevent injury and wrong, the king
     shall be bound by such an act, though not named; but when
     a statute is General, and any prerogative rights, title
     or interest would be divested or taken from the King (or
     the people) in such cases he shall not be bound." The People
     v. Herkimer, 15 American Decisions 379, 4 Cowen (NY) 345,
     348.

27.  The Supreme Court in the case of Wills v. Michigan State
     Police, 105 L.#d 2d 45 made it perfectly clear that the
     Sovereign cannot be named in any statute as merely a 'person'
     or 'any person'. [Affiant am a member of the 'sovereignty'
     as defined in Yike Wo v. Hopkins, 118 US 356 and the Dred
     Scott case, 60 US 393.]

28.  "Sovereignty itself is, of course, not subject to law for
     it is the author and source of law." Yick Wo v. Hopkins
     and Woo Lee v. Hopkins, 118 US 356.

29.  "The law subscribes to the king (in America, the people)
     the attribute of sovereignty; he is sovereigh and independ-
     ent within his own Dominion; and owes no kind of subjection
     to any other potentate upon earth. Hence, it is, that no
     suit or action can be brought against the kind, even in
     civil matters, because no court can have jurisdiction over
     him; for all jurisdiction implies supremacy of power."
     Chisholm v. Georgia, 2 Dall. 419, 458.

30.  "People of a State are entitled to all rights which formerly
     belonged to the king by his prerogative." Lansing v. Smith,
     4 Wend. 9, 20

31.  "In Europe, the executive is synonymous with the Sovereign
     power of the state...where it is too commonly acquired
     by force or fraud, or both...In America, however, the case
     is widely different. Our government is founded upon compact.
     Sovereignty was, and is, in the people." Glass v. The Sloop
     Betsy, 3 Dall 6 (Dallas, US Supreme Court Reporter).

32.  "In the United States the people are sovereign and the
     government cannot sever its relationship to the people
     by taking away their citizenship." Afroyim v. Rusk, 387
     US 253 (1967).

Item #: 031507/MOL-SOV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

NOTE: The follwoing definition of sovereignty is from Bouvier's
      14th Ed. Law Dictionary (quoting from 4 Wheat, 402):

"It has been justly thought a matter of importance to determine from
what source the United States derives it authority...the question here
proposed is whether our bond of union is a compact entered into by
the states, or whether the Constitution is an organic law established
by the people. To this we answer: WE THE PEOPLE...ordain and establish
this Constitution"...the government of the state had only delegated
power (from the People) and even if they had inclination, they had
no authority to transfer the authority of the Sovereigh People. The
people in their capacity as Sovereigns made and adopted the Constitution;
and it binds the state governments without the state's consent. The
United States, as a whole, therefore, emanates from the People and
not from the states, and the Constitution and laws of the states, whether
made before or since the adoption of that Constitution of the United
States, are subordinate to the United States Constitution and the laws
made in pursuance of it.

The people are the Fountain of Sovereignty. The whole was originally
with them as their own. The state governments are but trustees acting
under a derived authority, and had no powet to delegate what is not
delegated to them. But the people, as the origional Fountain, might
take away what they have lent and in trust to whom they please. They
have the whole title, and as absolute proprietors, have the right of
using the necessityof the case that a Sovereign is answerable for his
acts only to his GOD and his won conscience...There is no authority
above a sovereign to which an appeal can be made." 4 Wheat, 402.

33.   "The Congress cannot revoke the Sovereign power of the
      people. Perry v. US 294 US 330, 353.

## "A SOVEREIGN IS ANSWERABLE ONLY TO GOD AND CONSCIENCE"

### CAVEAT

That, Alberto Gonzales, upon receipt of this Notice and

Memorandum of Law on the Sovereignty of the American People

with points, authorities and understandings (via Certified

USPS Mail # 7004 2890 0004 2019 3874       ) - Notice and Demand is

made upon you to review and respond to the above and document

upon the public record, by Certified USPS Mail to the 'Sovereign'

as addressed below and to the Third Party Mail Agent as indicated

below, within 15 days upon receipt, allowing up to 3 days grace

for return mail delivery.

Grant Allen Boyd

Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Failure to do so, by either a 'public servant' who by 'Oath of Office' or duty as an Officer, Agent or Employee of a governm-ent created corporation and/or by and through your position, office or superior knowledge of the law, will place you in default, and the presumption will be taken upon the private and public record that you and your office and those it represents fully agree with the points, authroities and understandings contained herein and that they are 'true, correct and certain.' (F.R.C.P. 8d) A default throu-gh your decision to remain silent and failure to respond will be viewed as a calculated decision to limit your liability; by failing to respond you and your office and those agents who represent you are forclosed on by laches and estopped from pursuing any criminal matter on behalf of the United States against the Undersigned as a Secured Party, Sovereign man and/or holding him in custody as a Surety for the Debtor: GRANT BOYD (identified by a SSN of 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), which he is not. As it is your tacit agreement, through your default and dishonor, that the Undersigned is a Sovereign (Soveran) man and Secured Party Creditor and not subject to any statutes of the United States and/or any 'STATES,' which would be the foundation of any charge, criminal and/or civil action, prosecution, or detention; and furthermore it is agreed that any detention of the Undersigned Secured Party and Sovereign man would be a misapplication of statute, without jurisdiction, unlawful arrest, malicious prosecution, unlawful seizure of the Undersigned's property and/or unlawful imprisonment; and it is further agreed that the Undersigned as a Secured Party Creditor and Sovereign may seek damages in a Tort action, should the Undersigned be held in custody and/or prosecuted and his property not returned.

Page 8 of 9

Item #: 031507/MOL-SQV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VIZ A VIZ

Dated this ___1___ day of __April__ , 2007

Respectfully:

Grant Allen Boyd, Secured Party,
Sui Juris, one of the sovereign
people, a private man on the land,
non-combatant, an American by
birth, a child of the living GOD,
Grantor, Secured Party/Creditor
and Principal of which 'Rights'
existed long antecedent to the
organization of the State and
Trustee.

'For all Communiques Elsewhere'

GRANT ALLEN BOYD©
c/o Grant Allen Boyd, POA
of Post Office Box 100
South Walpole, Massachusetts, uSA

Third Party Mail Agent:

Michael Clifford

156 Bradford Street

Provincetown, Massachusetts 02657

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

Page 9 of 9

Item #: 031507/MOL-SOV

# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable – Private between the parties

### Conditions of Notice via CAFV;

A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).

B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant**; is the living, flesh-and-blood sentient being, who(s):

1. "Rights existed long antecedent to the organization of the State…" Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any state of Federal Compact.
4. Is not named in the statutes of any State or Federal government.
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

**Respondent**(s) to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;

Grant Allen Boyd _____ Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re; 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

**Notice**; claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//

Item# 01776070506-1/MEMO/CAFV

Grant Allen Boyd            This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Date

# NOTICE OF ADMINISTRATIVE REMEDY
# POINTS AND AUTHORITIES:

**NOTICE**; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for *enforcement is placed in the hands of the people*. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution...." (Frankenhauser v. Rizzo, 59 F.R.D. (1973)). Emphasis added.

1.  Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described therein or otherwise.

2.  As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3.  For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations]."

4.  The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest, Title 5 U.S.C. 703.

5.  Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, "**the proponent of a rule or order bears the burden of proof.**" The Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed." For reference, see Louisville RR v. Motley, 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING, INJURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, *or otherwise* as applied to the inquires attached hereto.

6.  Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7.  Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimants rests upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so respond.

8.  Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.

3 of 4  MEMORANDUM IN SUPPORT OF CAFV          Item# 01776070506-1/MEMO/CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. V. Prudden. 424 F. 2d 1021 (1070).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14. Respondent(s) are granted a minimum ten days (10) days or up to 30 days if specifically specified... and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwise... herein and/or to provide Respondent(s)' own answers to inquiries.

15. Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this _21_ day of _March_, 200 _7_

/S/ _Grant Allen Boyd, POA_

Item# 01776070506-1/MEMO/CAFV

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts        )
                              } Scilicet  *EXHIBIT A-7*
County of Norfolk             )

I Grant Allen Boyd        , declare and affirm by my signature

that the attached reproduction of:

Certified copy of UCC-1 Financing Statements from Washington State:

1. UCC-1 Financing Statement # 2007-101-6204-7, April 10, 2007
2. UCC-1 Financing Statement # 2007-101-6258-0, April 10, 2007

    a. UCC-1 form (1 page)

    b. UCC1Ad form (1 page)

    c. Security Agreement (030107-1-SA) (11 pages)

    d. Power of Attorney (030107-2-POA) (2 pages)

    e. Common Law Copyright Notice (030107-4-CLC) (3 pages)

    f. Hold Harmless & Indemnity Agreement (031007-3-HHIA)(4 pages)

<<< Nothing Further >>>

... is a TRUE, correct and complete photocopy of a document(s) in my possession and I'm the custodian of said document(s).

Signature of Custodian of Origional Document

PO Box 100, South Walpole, Massachusetts, non-domestic [near 02071]

Address/Locale

SUBSCRIBED AND SWORN to before me on this $29$ day of .
_____ 200_2.

/s/ _____      Seal:
Signature of Notary Public

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

# Washington State Department of Licensing
# Uniform Commercial Code
## Information Search Acknowledgment

GRANT ALLEN BOYD
P O BOX 100
SOUTH WALPOLE MA 02071

*EXHIBIT- A-7*



| | |
|---|---|
| **Search Number:** | 2007-267-8673-2S |
| **Search On:** | GRANT ALLEN BOYD ( Organization ) (Debtor) |
| | Certified Through Date: Sep 23, 2007 |
| | Search Type: All |
| | Result Type: Details |
| | Include Lapsed: No |
| **Fee Amount($US):** | $26.57 |

---

## Initial Filing #2007-101-6204-7

| | |
|---|---|
| File Date | Apr 10, 2007 |
| Lapse Date | None. |
| Debtor | GRANT ALLEN BOYD |
| | 164 Springdale Ave. |
| | Wheeling, WV 26003 |
| | Organization Type: ENG LEGIS/TRUST |
| | Jurisdiction: Private |
| Secured Party | Boyd, Grant, Allen |
| | c/o PO Box 100 |
| | South Walpole, Massach, UT ts [02071] |

---

## Initial Filing #2007-101-6258-0



| | |
|---|---|
| File Date | Apr 10, 2007 |
| Lapse Date | None. |
| Debtor | GRANT ALLEN BOYD |
| | 164 Springdale Ave. |
| | Wheeling, WV 26003 |
| | Organization Type: ENS LEGIS/TRUST |
| | Jurisdiction: Private |
| Secured Party | Boyd, Grant, Allen |
| | c/o PO Box 100 |
| | South Walpole, MA 02071 |

The above listing is a record of all financing statements and liens for the specific name requested and which are currently on file in the Department of Licensing as of the certified through date. The Department of Licensing hereby disclaims responsibility in this record search and certification other than the name specified in your request for information. A search limited to a particular city, date, or file number may not reveal all filings against a debtor searched and the searcher bears the risk of relying on such a search.

9/25/2007

*Eliabeth A. Luce*

Elizabeth Luce, Director, Department of Licensing

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | **Date of Filing :** Apr 10, 2007 |
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)** | **Time of Filing:** 05:00 PM |
| | **File Number :** 2007-101-6204-7 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | | | |

| OR | 1b. INDIVIDUAL'S NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| | | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID#, SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | ENG LEGIS/TRUST | Private | ☒ | None |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| OR | 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | Boyd | Grant | Allen | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole, Massach | UT | ts [02071] | USA |

4. This FINANCING STATEMENT covers the following collateral:

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors    ☐ Debtor 1    ☐ Debtor 2 | |

17 Check only if applicable and check only one box

Debtor is a ☒ Trust or   ☐ Trustee acting with respect to property held in trust or   ☐ Decedent's Estate

18. Check only if applicable and check only one box

☒ Debtor is a TRANSMITTING UTILITY   ☐ Filed in connection with a Manufactured-Home Transaction - effective 5 years   ☐ Filed in connection with a Public-Finance Transaction - effective 5 years

**ACKNOWLEDGMENT COPY** - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

Exhibit A-7

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT OF FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
[02071-0100]

Revenue Tracking Number
1 1 5 9 0 3 5

041007  13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION ENS LEGIS/TRUST | 1f. JURISDICTION OF ORGANIZATION Private | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| Boyd | Grant | Allen | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole, Massachusetts [02071] | | | USA |

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

| 5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☑ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional) | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA    Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV 07/29/98)

Exhibit A-7

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR    GRANT ALLEN BOYD

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10 MISCELLANEOUS:

Revenue Tracking Number

1 1 5 9 0 3 5

041007   13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA

11d. TAX ID #  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE

12 ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA

13 This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral or is filed as a [ ] fixture filing

14. Description of real estate

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

16. Additional collateral description: res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitilized names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signitures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192, and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

17. Check only if applicable and check only one box.
Debtor is a [X] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

18. Check only if applicable and check only one box
[X] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 40 years
[ ] Filed in connection with a Public-Finance Transaction — effective 40 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit A-7

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | | |
|---|---|---|

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

| | |
|---|---|
| Date of Filing : | Apr 10, 2007 |
| Time of Filing : | 05:00 PM |
| File Number : | 2007-101-6258-0 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | | | |

OR

| 1b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID#. SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | ENS LEGIS/TRUST | Private | ☒ None |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole | MA | 02071 | USA |

4. This FINANCING STATEMENT covers the following collateral

| 5. ALTERNATIVE DESIGNATION (if applicable). | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6 | This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. | Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|---|---|---|

17. Check only if applicable and check only one box

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

18. Check only if applicable and check only one box

☒ Debtor is a TRANSMITTING UTILITY ☐ Filed in connection with a Manufactured-Home Transaction - effective 5 years ☐ Filed in connection with a Public-Finance Transaction - effective 5 years

**ACKNOWLEDGMENT COPY** - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

Exhibit A-7

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT OF FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
                    [02071-0100]
```

Revenue Tracking Number
1 1 5 9 0 5 4

041007   33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

GRANT ALLEN BOYD

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|--------------------------|-----------------------------------|--------------------------|----------------------------------|--------------------------------|
| | | ENS LEGIS/TRUST | Private | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
| | | | | USA |

| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|-------------------------|-----------------------------------|--------------------------|----------------------------------|--------------------------------|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
| | Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
| c/o PO Box 100 | South Walpole, Massachusetts | | [02071] | USA |

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | |

8. OPTIONAL FILER REFERENCE DATA    Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Exhibit A-7

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

GRANT ALLEN BOYD

**10. MISCELLANEOUS:**

Revenue Tracking Number
1 1 5 9 0 5 4

041007   33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY USA |
| 11d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description: res, the energy and all products derived therefrom, nunc pro tune, but not limited to all capitilized names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signitures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

**17.** Check only if applicable and check only one box.

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY  (commercial transmitting utility)

☐ Filed in connection with a Manufactured-Home Transaction — effective 40 years

☐ Filed in connection with a Public-Finance Transaction — effective 40 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit A-7

# SECURITY AGREEMENT

## NON-NEGOTIABLE

Revenue Tracking Number

**1 1 5 9 0 5 4**

This Security Agreement is made and entered into this 28th day of February 2007 **[1]** by and between <u>GRANT</u>     <u>ALLEN</u>     <u>BOYD</u>     **[2]**, DEBTOR, hereinafter "DEBTOR," SOCIAL SECURITY ACCOUNT NUMBER ▓▓▓-0905, and <u>Grant</u>   <u>Allen</u>   <u>Boyd</u>   **[3]**, Secured Party, hereinafter "Secured Party." If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, hereinafter "Parties," are identified as follows:

DEBTOR **[4]**     GRANT ALLEN BOYD©
164 Springdale Ave.
Wheeling, WV 26003

Social Security Account Number ▓▓▓-0905**[5]**

Secured Party **[6]**   Grant Allen Boyd
c/o Post Office Box 100
South Walpole, Massachusetts, united States of America
Near [02071]

NOW, THEREFORE, the Parties agree as follows: (This Security Agreement is a renewal of the previous agreement between the parties dated May 5, 1999 and supersedes the previous)   **AGREEMENT**

In consideration for the Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

Page 1 of 11                                   Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number.
1 1 5 9 0 5 4

4. Providing the security for payment of all sums due or owing, or to become due 04:00/ 33.28 or owing, by DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

a. Voluntarily enters DEBTOR in the Commercial Registry;

b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and

c. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Right, elects.

## PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and the Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and the Secured Party.

3. DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of the Secured Party, and all property of DEBTOR is the secured property of the Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

## FIDELITY BOND

Know all men by these presents, that DEBTOR, <u>GRANT   ALLEN   BOYD</u> [9], establishes this bond in favor of the Secured Party, <u>Grant-Allen : Boyd</u> [10]. in the sum of present Collateral Values up to the penal sum of One Hundred Million United States Dollars (100,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds

Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

DEBTOR and DEBTORS heirs, executors, administrators, and third-party assigns, jointly and severally, by these presents.   Reference Tracking Number 1 1 5 9 0 5 4

The condition of the above bond is: the Secured Party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTORS Surety, GRANT ALLEN BOYD   _ [11], is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

The Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, inter alia, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL:

The collateral to which this Security Agreement pertains to, inter alia, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

Page 3 of 11                              Item #: 030107-1-SA

Exhibit A

DEBTOR: GRNA~ ALLEN BOYD

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTORS possession, Dishonor Settlement Agreement Bill of Exchange # 042869-1-BOE     held by the Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

Revenue Tracking Number
1 1 5 9 0 5 4

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

6. All inventory in any source;

7. All machinery, either farm or industrial;

8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

Page 4 of 11                                    Item #: 030107-1-SA

DEBTOR: GRANT ALLEN BOYD

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

Revenue Tracking Number
1 1 5 9 0 5 4

16. All books and records of DEBTOR;

041007  33.28

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www (computer services), and all other methods of communication, energy transmission, and food or water distribution;

DEBTOR: GRANT ALLEN BOYD

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like; Revenue Tracking Number 1 1 5 9 0 5 4

28. All Rights to use any free, rented, leased, fixed, or mobile domicile as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All Rights to Keep and Bear Arms for self-defense of self, family, and parties entreating physical protection of person or property;

34. All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self, including but limited to DNA, Blood and Retna scans, etc.;

37. All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects

Page 6 of 11                                    Item #: 030107-1-SA

DEBTOR: GRANT ALLEN BOYD

   belonging to DEBTOR or any household or sanctuary dwellers or guests, against
   governmental, quasi-governmental, de-facto governmental, or private intrusion, detainer,
   entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof
   of superior claim duly filed in the Commercial Registry by any such intruding party in the
   private capacity of such intruding party, notwithstanding whatever purported authority,
   warrant, order, law, or color of law may be promulgated as the authority for any such
   intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or
   warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed,
    under said names;

39. All intellectual property, inter alia, all speaking and writing;

                                                        Revenue Tracking Number
40. All signatures and seals;                           1 1 5 9 0 5 4

                                                        041007   33.28
41. All present and future retirement incomes, and rights to such incomes, issuing from any of
    DEBTORS accounts;

42. All present and future medical and healthcare rights, and rights owned · through
    survivorship, from any of DEBTORS accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or
    travel documents, materials, permits, registrations, and records and records numbers held by
    any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and
    any use of any information and images contained therein, regardless of creator, method,
    location, process, or storage form, inter alia, all processed algorithms analyzing, classifying,
    comparing, compressing, displaying, identifying, processing, storing, or transmitting said
    applications, filings, correspondence, information, identifying marks, image licenses or travel
    documents, materials, permits, registrations, and records and records numbers, and the like;
    And Certificate of Birth # 069735 - Ohio County - Wheeling West Virginia;

44. All library cards;

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and
    associated records and information;

46. All credit of DEBTOR;

47. All traffic citations/tickets;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all
    bonds, orders, warrants, and other matters attached thereto or derived there from;

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

Revenue Tracking Number
1 1 5 9 0 5 4

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-Ks, and the like;

53. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

58. All fuel, fuel tanks, containers, and involved or related delivery systems;

59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61. All rifles and guns and related accessories, and ammunition and the integral components thereof;

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

Page 8 of 11

Item #: 030107-1-SA



DEBTOR: GRANT ALLEN BOYD

63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64. All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto;                   1 1 5 9 0 5 4

66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

69. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation. growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75. The Will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

Page 9 of 11                                                   Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

79. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;                                Revenue Tracking Number
                                                          1 1 5 9 0 5 4

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dischargeable in bankruptcy court as the Secured Party(s) property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTORS former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on the Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1. Failure by DEBTOR to pay any debt secured hereby when due;

2. Failure by DEBTOR to perform any obligations secured hereby when required to be performed;

3. Any breach of any warranty by DEBTOR contained in this Security Agreement; or

4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of DEBTOR.

Page 10 of 11                                Item #: 030107-I-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1  1  5  9  0  5  4

The Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

### SIGNATURES

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC § 3-419.

GRANT ALLEN BOYD          , DEBTOR [13]

/s/  GRANT ALLEN BOYD

The      Grant Allen Boyd      , Secured Party [14]

### ACKNOWLEDGEMENT

County of Norfolk      [15]          )
                                      ) Scilicet
Massachusetts state [16]              )

SUBCRIBED TO AND SWORN before me this ___ day of _____, A.D. 2009 a Notary, that _____, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____  Seal;
Notary Public
My Commission Expires _____

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

NOTE: ANY NOTARY SEAL AND/OR ACKNOWLEDGEMENT ON THIS DOCUMENT DOES NOT CONSTITUTE ANY ADHESION CONTRACT TO THE STATE AND OR UNITED STATES (Inc.). The purpose for this notary seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction. All Rights Reserved Without Prejudice.
UCC 1-207.

Exhibit A-1

DEBTOR: GRANT ALLEN BOYD

# POWER OF ATTORNEY
**LIMITED**

Revenue Tracking Number
1 1 5 9 0 5 4

Know All Men by These Presents: That I, <u>GRANT     ALLEN BOYD</u> $_{041807}$ [1], the Debtor, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoints <u>Grant Allen   Boyd</u> [2], herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully Attorney-in-fact for me and in my corporate capacity (LLC), place and stead and for my personal and commercial use and benefit:

1.  To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargable) belonging to or accepted or claimed by me, or presented to the DEBTOR; <u>GRANT     ALLEN · BOYD</u>   [3], (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2.  To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established and to or in other actions;

3.  To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR- <u>GRANT   ALLEN   · BOYD</u>   [4]; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4.  To open any Checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off.

5.  To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6.  To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now

Exhibit A

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4

owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and
wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-fact: <u>Grant Allen Boyd</u> is empowered hereby to
determine in his sole discretion the time, purpose for and manner
in which any power herein conferred upon him shall be exercised,
and the conditions, provisions and covenants of any instrument(s)
or document(s) which may be executed by him pursuant hereto; and
in the acquisition or distribution of real, personal or private
property, my said Attorney-in-fact shall have exclusive power to
fix the terms or amounts therof for cash, funds, credit and/or
affecting all property, including rights, titles, interest to
same and if on/for credit – with or without security.

This Power of Attorney authorization supersedes the previous
Power of Attorney authorization signed between the parties on
May 5, 1999.

When the context so requires, the masculine gender includes the
feminine and/or neuter, and the singular numbers includes the
plural.

WITNESS my hand this _28_ day of _February_ 2007, A.D.

GRANT ALLEN BOYD

Secured Party

/s/

Grant Allen Boyd

ACKNOWLEDGEMENT

County of Norfolk )
) Scilicet
Massachusetts State )

SUBCRIBED TO AND SWORN before me this 28 day of _February_,
2007, A.D., a Notary, that _Grant Boyd_ personally appeared
and known to me to be the man whose name subscribed to the within
instrument and acknowledged to be the same.

Seal;

Notary Public
My Commission Expires _3/31/11_

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Page 2 of 2    Item # 030107-2-POA

NOTE: any notary seal and/or acknowledgement on this document does not constitute any adhesion contract to the STATE and/or UNITED STATES (inc.). The purpose for this notary seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction. All Rights Reserved Without Prejudice. UCC 1-207.

Exhibit A

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

# Common Law Copyright Notice 33.28

**Common Law Copyright Notice**: All rights reserved re; common-law copyright of trade-name/trademark, GRANT ALLEN BOYD© [1] as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 1987 -(18th Birth-Day-Year- Ninteen-Eighty-Seven ), by Grant Allen Boyd [2]. Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Grant Allen Boyd [2] as signified by the blue-ink signature of Grant Allen Boyd [2], hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of GRANT ALLEN BOYD ©, [1] and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "GRANT ALLEN BOYD ©, [1]" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. " GRANT ALLEN BOYD ©, [1]" in Hold-harmless and Indemnity Agreement No. 030107-3-HHIA dated the 1 **Day of the** 3 **Month in the Year of Our Lord Two-Thousand and** Seven against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of " GRANT ALLEN BOYD ©, [1]", other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and 'Upper and Lower Case Name Here' is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, "GRANT ALLEN BOYD ©, [1]"; (2) authenticates this Security Agreement wherein User is debtor and Grant Allen Boyd [2] is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for

Page 1 of 3                                   Item #: 030107-4-CLC

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and Grant Allen Boyd          [2] is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:

**Payment Terms**: In accordance with fees for unauthorized use of " GRANT ALLEN BOYD      ©, [1]" as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, is sent.

**Default Terms**: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(1)"; and (2). User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and

Page 2 of 3                                    Item #: 030107-4-CLC

Exhibit A

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: _Grant Allen Boyd_ [2], Autograph Common Law Copyright 1987

Record owner: Secured Party / creditor name autographed common-law copyright:

Copyrighted Date _2/28/2007_

Without Prejudice/Without Recourse

_____ [2]

Grant Allen Boyd    · Secured Party

## ACKNOWLEDGEMENT

County of _Norfolk_  )
                     ) Scilicet
_Massachusetts_ state )

SUBCRIBED TO AND SWORN before me this 28 day of _February_, A.D. 2007 a Notary, that _Grant Boyd_, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_Beverly Vegas_    Seal;
Notary Public
My Commission expires _3/31/07_

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Item #: 030107-4-CLC

NOTE: ANY NOTARY SEAL AND/OR ACKNOWLEDGEMENT ON THIS DOCUMENT DOES NOT CONSTITUTE ANY ADHESION CONTRACT TO THE STATE AND/OR UNITED STATES (Inc.). The purpose for this Notary Seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction.

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

Number: 030107-3-HHIA
[2]

Revenue Tracking Number
Non-Negotiable - Private Between the Parties 5 9 0 5 4

PARTIES:     041007   33.28

Debtor:[3]
GRANT ALLEN BOYD ___© trade-name
164 Springdale Ave
Wheeling, WV 26003

Creditor: [4]
Grant Allen Boyd ©
c/o PO Box 100
S. Walpole, Massachusetts
                    [02071]

...and any and all derivatives and variations in the spelling of said name.

Debtor's Social Security Account Number: 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.

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into in this __28__ Day of the __2__ Month in the Year of Our Lord Two thousand and Seven between the juristic person: "GRANT ALLEN BOYD _____© [7]," and any and all derivatives and variations in spelling of said name hereinafter jointly and severally "Debtor," except, "Grant Allen Boyd © [8]," the living, breathing, flesh-and-blood man, known by the distinctive appellation Grant-Allen : Boyd © [9], hereinafter "Creditor."

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions; orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for Debtor.

## Defined: Glossary of Terms.

As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, non obstante:

**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and-blood

DEBTOR: GRANT ALLEN BOYD

man.

Revenue Tracking Number
1 1 5 9 0 5 4
041007 33 29

**Conduit.** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name, "GRANT ALLEN BOYD © [10]," also known by any and all derivatives and variations in the spelling of said name of Debtor except all derivatives and variations in the spelling of the name of "Grant Allen Boyd © [11]," Creditor.

**Creditor.** In this Hold-harmless and Indemnity Agreement the term "Creditor" means "Grant Allen Boyd © [12]" and all derivatives and variations in the spelling of the name of "Grant Allen Boyd © [13]".

**Debtor.** In this Hold-harmless and Indemnity Agreement the term 'Debtor" means "GRANT ALLEN BOYD © [14]," also known by any and all derivatives and variations in the spelling of said name excepting "Grant Allen Boyd © [15]" and all derivatives and variations in the spelling of the name of "Grant Allen Boyd © [16]".

**Derivative.** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a natural person.

**Hold-harmless and Indemnity Agreement.** In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No. 030107-3-HHIA [17] as this Hold-harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached "GRANT ALLEN BOYD © [18]." In this Hold-harmless and Indemnity Agreement the "GRANT ALLEN BOYD © [19]" means "GRANT ALLEN BOYD [20]©" and any and all derivatives and variations in the spelling of said name except, "Grant Allen Boyd r© [21] " and all derivatives and variations in the spelling of the name "Grant Allen Boyd © [22]." Common Law Copyright ©2007 by "Grant Allen Boyd © [23]." All Rights Reserved.

In this Hold-harmless and Indemnity Agreement the term "Grant Allen BOyd © [24]" means the sentient, living, flesh-and-blood man identified by the distinctive appellation Grant Allen BOyd © [25] and all derivatives and variations in the spelling of the name "Grant Allen Boyd © [26]." All rights are reserved re use of "Grant Allen Boyd © [27]." Autograph Common Law Copyright 2007

**Juristic person.** In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity,

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

such as Debtor, i.e. **GRANT ALLEN BOYD** © [28] which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

Revenue Tracking Number
1 1 5 9 0 5 4

"From the earliest times the law has enforced rights and exacted responsibilities by utilizing a corporate concept - by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library, The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation ------ Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And the none the worse for it. No doubt, "Metaphors in law are to be narrowly watched. " Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94, "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." See U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 U.S."

**Observation:** A person has a property right in the use of his or her name which a person may transfer or assign." Gracey v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

---

**Living, breathing, flesh-and-blood man.** In this Private Agreement the term "living, breathing, flesh-and-blood man means the Creditor "**Grant Allen Boyd** © [29]", a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person created by construct of law.

**Non obstante.** In this Private Agreement the term "non obstante" means: Words anciently used in public and private instrument with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

---

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. . 70.

---

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Creditor, i.e "**Grant Allen Boyd** © [30]", a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic corporation, partnership, association, and the like.

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting

Page 3 of 4                                    Item #: 030107-3-HHIA

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
utility" means a 'commercial transmitting utility,' i.e., a conduit for all commercial presentments and matters passed to or presented to the Debtor, i.e. GRANT ALLEN BOYD ̶9̶4̶1̶0̶0̶7̶ ̶3̶3̶-̶2̶0̶ © [31].

UCC. In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code.

This Hold-harmless and Indemnity Agreement No. 030107-3-HHIA [32] is dated: the 28 Day of the 2 Month in the Year of Our Lord Two Thousand and Seven.

Debtor: GRANT ALLEN BOYD    © [34].

/s/ GRANT ALLEN BOYD
Debtor's Signature

Creditor accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401 (b).

Creditor: Grant Allen Boyd    ©[35]

Creditor's Signature - Autograph Common Copyright(c) 2007 by Grant Allen Boyd © [36]. All Rights Reserved.

**ACKNOWLEDGEMENT**

County of Norfolk )
) Scilicet
Massachusetts state )

SUBCRIBED TO AND SWORN before me the ___ day of February, A.D. 2007 a Notary, that _____, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal;
Notary Public
My Commission Expires 3 31 11

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Page 4 of 4.

Item #: 030107-3-HHIA

NOTE: Any notary seal and/or acknowledgement on this document does not constitute any adhesion contract to the STATE and/or UNITED STATES (Inc.). The purpose for this Notary Seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction. All Rights reserved without prejudice. UCC 1-207

Exhibit A-7

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
                       ) Scilicet
County of Norfolk      )

**E X N I B I T  B - 2**

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or affirm) that the attached/enclosed reproduction of the following document(s) are TRUE, correct and complete photocopies of a document or documents in my possession and I'm the custodian of said document or documents, to wit:
Exhibit B-2 (080107-)

080107-CONR-RUE Affidavit of Non-Response

080107-NOF-RUE Notice of Fault

080107-CAFV-RUE Origional CAFV Instrument

3rd Party Mail agents Affidavit w/ USPS forms

\*\*\* Nothing Furhter \*\*\*

Grant Allen Boyd

c/o PO Box 100 (non-domestic)
South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
〔 day of November  2007 .

/s/ _____   Seal:
Signature of Notary Public

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

Certified Mail: 7004 2890 0002 0970 5618

Grant Allen Boyd, Authorized Representative
for GRANT BOYD ©, Defendent/Debtor
c/o PO Box 100
South Walpole, Mass.
[u]nited States of America

August 22, 2007

Ms. Nancy Rue, AUSA
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

RE:    Case No: 05-cr-10037-1 (D.MASS) and CA:05-10873-RWZ (D.MASS)

AFFIDAVIT OF NOTICE OF DEFAULT

State of Massachusetts    )
                          ) Scilicet
County of Norfolk         )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir. 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ n.27; AND see Kis at [15] (any
uncontested allegations...must be accepted as admitted)

I, Grant Allen Boyd, herein 'Affiant', having been duly sworn, declare by my
signature that the following facts are ture, correct and complete to the best
of my knowledge and belief:

1.    THAT, Affiant is competent to state the matters included in his declaration,
      has knowledge of the facts, and declare that to the best of his knowledge,
      the statements made in his affidavit are true, correct and not meant
      to mislead;

2.    THAT, Affiant is the Secured Party, Superior Claimant, holder in due
      course, and principal creditor having a registered priority lien, hold
      interest to all property held in the name of Debtor: GRANT BOYD,
      evidenced by UCC-1 Financing Statement No. 7002-101-6258-0 filed with
      the State of Washington and UCC-1 financing statement No. 200756492540
      filed with the State of Massachusetts;

3.    THAT, Respondent, Nancy Rue, Assistant United States Attorney (AUSA),
      is herein addressed in her private capacity and in her public capacity,
      and is participating in a commercial enterprise with her co-business
      partners (or employees) including but not limited to the United States
      and all of its sub-entities hereinafter collectivelly refered to as
      'Respondent.'

Page 1 of 5                              Item #: 080107-CONR-RUE

4.   THAT Respondent agreed through 'general acquiescence' and through a
     failure to contest that this CAFV instrument will form a binding contract
     and agreement through tacit procuration to the issues, allegations,
     understandings and provisions therein noted, AND THAT the governing
     law of this binding contract is the agreement of the parties (tacit)
     supported by the law merchant and applicable maxims of law.

5.   THAT, Affiant at no time has willingly, knowingly, intentionally, or
     voluntarily agreed to subordinate his postion as creditor NOR has he
     surrendered his status as an American National/Common Law Citizen.

6.   THAT the United States, through the United States Attorney General,
     has fully agreed that US v. GRANT BOYD 05-cr-10037-1-GAO (D.MASS)
     represents a Constitutional impermissible application of statute against
     Affaint and is VOID for fraud, perjury and want of jurisdiction, and
     will form the basis for a Tort Claim against AUSA NANCY RUE, CASE AGENT
     TROOPER SHAWN MURRAY and the UNTIED STATES.

7.   THAT on August 1, 2007, through a third party mail agent (State of
     Massachusetts, Department of Corrections), Affiant sent a Conditional
     Acceptance for Value for Proof of Claim (CAFV) instrument (document
     for discovery) via certified USPS mail (no. 7004-2890-0004-2019-2419)
     to Respondent requesting 'proof of claim' that Respondent's actions
     in relation to 05-cr-10037-1-GAO (D.MASS) and CA:05-10873_RWZ (D.MASS)
     were lawful, proper, moral and Constitutional.

8.   THAT the CAFV instrument clearly states that the Respondent is required
     to produce proof of claims in the nature of evidence/discovery so that
     Affiant may exhaust his Administrative Remedy to ensure the Respondent's
     actions were lawful, proper, moral, Constitutional and that no
     Constitutional impermissible application of statutes had occured; there
     was no mystery or hidden agenda in the purpose of this instrument, yet
     Respondent could not or would not prove their claims in this matter.

9.   THAT, Respondent was given ten (10) days, under a necessity created
     by Respondent, to respond with proof of claim or in otherways answer
     (contest, deny or admit) CAFV or to request additional time to reply
     if needed, however Respondent elected to remain silent or otherwise
     refused to provide said proof of claims and therefore has failed to
     state a claim upon which relief can be granted and has through TACIT
     PROCURATION stipulated to and is in FULL AGREEMENT with the points,
     facts, claims and understandings noted within the CAFV as they operate
     in favor upon the Affiant, most notably that Respondent conspired to
     provide false testimony, lied to the Court in filings and retalitated
     against Affiant in both cases noted above; AND THAT the administrative
     findings resulting from Respondent's default and non-response are
     settled STARE DECISIS in favor of Affiant, with Respondent estoppeled
     from contesting the administrative findings in any proceeding whether
     administrative, commercial or judicial.

10.  THAT Respondent was sent a NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
     CONTEST ACCEPTANCE on or about August 14, 2007, in which Respondent
     was given seven (7) additional days to cure fault and contest, which
     was sent via USPS Certified mail (no. 7004-2890-0004-2019-1719).

Item #: 080107-CONR-RUE

Grant Allen Boyd          Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit B-2

11.   THAT Respondent was requested to send response via certified mail to
      Affiant with a duplicate response to a third party, Respondent failed
      to respond and contest, and such failure is evidenced.

12.   THAT Respondent was NOTICED of her legal duty to respond to Affiant's
      CAFV instrument and that 'silence can only equate with fraud where
      there is a legal or moral duty to respond or where an inquire left
      unanswered would be intentionally misleading' (US v. Prudden, 424 F.2d
      1021, 1032 N.24), that Respondent was given the option to contest, deny
      or admit to the CAFV instrument (or) provide proof of claim (or) to
      answer by remaining silent and acquiesce; Respondent elected to remain
      silent and acquiesce and as such has fully agreed with the facts, claims
      and understandings within the CAFV as they operate in favor upon the
      Affiant; MOST NOTABLY:

      a)   THAT Respondent's actions related to US v. GRANT BOYD 05-cr-10037-1
           AND GRANT BOYD v. AUSTIN CA:05-10873-RWZ were not lawful, proper,
           moral or Constitutional;

      b)   THAT Respondent's authorization of Affiant's transfer on June 27,
           2005 was a retalitory act, not related to the criminal prosecution,
           but done to intimidate, harass, and threaten Affiant with use of
           force and loss of liberty if he did not acquiesce to the United
           States Attorney's Office's motion to dismiss action against the
           United States Marshal's Service, servered upon Affiant on June
           27, 2005 upon his being returned to the detention facility after
           this transfer. (see CA:05-10873-RWZ)

      c)   THAT Respondent's retalitory state of mind crossed over into the
           criminal prosecution 05-10037-1-GAO and influenced her charging
           decisions, decision to deny assistance credit and deny nature of
           Affiant's assistance and its effects in securing two (2) convict-
           ions (Holyoke and Butler);

      d)   THAT Respondent conspired with government witnesses (Case Agent
           Trooper Shawn Murray and FedEx employee Joe Gulley) to provide
           false testimony at the December 9, 2005 Suppression Hearing
           (05-cr-10037-1-GAO, Docket No. 30) and then allowed said testimony
           to go uncorrected once given, resulting in extreme prejudice that
           effected Court's ruling in favor of government;

      e)   THAT Respondent knew contrary to Respondent's Court filings and
           sworn (false) testimony that Case Agent Murray had recruited
           Joe Gulley of FedEx to be a government agent, pursuant to an
           active investigation to search for, seize and open the object of
           Murray's FBI/DEA Taskforce investigation in order to by-pass the
           warrant requirement of the Fourth Amendment to the United States
           Consitution;

      f)   THAT Affiant had been recruited by the government, in proffer sess-
           ions, to assist the government's investigation through post arrest
           communications with friends related to the targeted drug distribution
           network, and that said communications would not be used by the
           government against Affiant;

Page 3 of 5                              Item #: 080107-CONR-RUE

Grant Allen Boyd                    Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit B-2

g) THAT these communications were offered as objects and statements in proffer and were used as case-in-chief against all three (3) co-defendants. (05-cr-10037-GAO)

f) THAT, in violation of agreement and understanding, Respondent did use post arrest communications against Affiant, by denying they were pursuant to government's request, in response to pre-trial motions and to coerce a guilty plea from defendent;

g) THAT Defense Counsel's actions, negligence and failures resulted in extreme prejudice against Affiant and had resulted in ineffective assistance, contrary to plea agreement provision negioated by Respondent and Defense Counsel.

13. THAT Respondent is in FULL AGREEMENT that Respondent's actions in the above noted cases and stipulated herein represent actions that were not lawful, proper nor constitutional and were in fact violations of Respondent's 'oath of office' and sworn duty and that injury occured against Affiant resulting in damages; AND THAT Affiant can file a Tort Claim based upon Respondent's stipulations and agreements herein noted as well as those noted within the CAFV instrument, and damages will be awarded in the amount caculated from the combined maximum penality and fines (as established by US Code) for any violations alleged to have occured as noted within the Notice of Tort Claim, but that this amount does not limit the claim amount already stipulated to by the United States Attorney General but will be added to that amount;

14. THAT, Respondent fully agrees that in the event Respondent stipulates to and is in FULL AGREEMENT with the facts, points, authoritie., claims, agreements and Affiant's understandings by TACIT PROCURATION through a default (as has occured), Respondent stipulates and is in full agreement that all matters and issues noted within the CAFV and enumerated in part herein by Affiant are settled STARE DECISIS as they operate in favor upon Affiant; AND THAT Respondent may not argue, contest, controvert or otherwise protest the finality of the Administrative findings noted herein in any subsequent hearing, process or proceeding whether administrative, commercial or judicial;

15. THAT Respondent was noticed that upon failure and/or refusal to produce the requested proofs of claim or answer/respond, Respondent stipulates and agrees to the facts as expressed in the above mentioned CAFV instruments;

16. THAT Respondent failed to contest acceptance and therefore is in agreement by Respondent's silence and 'general acquiescence' to the facts expressed in this affidavit and in the CAFV instrument as they stand unrebutted in the record and this matter is settled in favor of Affiant and that the Respondent becomes liable to Affiant;

17, THAT this series of CAFV instruments (080107-CAFV-RUE, 080107-NOF-RUE and 080107-CONR-RUE) will be combined with those from Alberto R. Gonzales, US Attorney General and Shawn Murray, Trooper/Case Agent to form the basis of any tort claim and request for relief.

Grant Allen Boyd _____ Date _____

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Exhibit B-2

FURTHER AFFIANT SAYTH NOT

Dated this 24 day of August, 2007.



Grant Allen Boyd, Affiant & Secured Party
Creditor and Authorized Representative
of Defendent/Debtor: GRANT BOYD ©, ENS LEGIS

ACKNOWLEDGEMENT

Subscribed to and sworn before me this 24 day of August, 2007, a Notary, that
Grant Allen Boyd, personally appeared and known to me to be the man whose
name subscribed to the within instrument and acknowledged to be the same.

Melissa Matakanski   Seal:
Notary Public

MELISSA MATAKANSKI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 8, 2013

NOTE:    Using a notary on this document does not constitute any adheason
         contract to the State. The purpose for notary is verification and
         acknowledgement of signer only and not for entrance into any
         foreign jurisdiction.

Grant Allen Boyd          Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

EXHIBIT B-2

7004 2890 0004 2019 1719

Certified Mail: ──────────────────

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

August 14, 2007 ✓

AUSA Nancy Rue
US Attorney's Office
1 Courthouse Way
Boston, MA 02210

NOTICE OF FAULT
AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE

RE:  Conditional Acceptance for Value (CAFV) instrument received by your
Office on August 3, 2007 at 11:33 AM

Dear Ms. Rue:

On August 1, 2007 the undersigned Secured Party and Sovereign caused
to be sent to you a Conditional Acceptance for Value (CAFV) instrument on
your claim that your actions in regards to CA:05-10873-RWZ and 05-cr-10037-
1-GAO were proper, lawful and Constitutional, this private independent admin-
istrative process was sent under necessity via USPS Certifed Mail (Receipt
No. 7004-2890-0004-2019-2419, with a duplicate mailed via 7004-2890-0004-2019-
2587).

You failed to request additional time and also failed to perform after
receiving the instrument, failed to contest and failed to respond as required,
but elected to remain silent. Therefore, you are in fault and as such have
fully agreed with and stipulated to the facts, points, understandings and
agreements there in through your non-responses as they operate in favor upon
the undersigned. You have the right to cure this fault and contest your tacit
acceptance and agreements by performing according to said presentment within
seven (7) days from postmark on this notice.

Should you fail to cure your fault, this notice and the following affidavit
of non-response will establish as fact in the public and private record that
you have accepted and are in full agreement and general acquiescence with
all points, understandings, facts, accusations and agreements therein as they
operate in favor upon the undersigned.

Respectfully,

Without Prejudice/All Rights Reserved

Grant Allen Boyd, Secured Party Creditor
Authorized Representative and Attorney-In-Fact
in behalf of Defendent/Debtor: GRANT BOYD c,
ENS LEGIS

*This Document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original*

Grant Allen Boyd    Date

Page 1 of 1

Item #: 080107-NOF-RUE

Exhibit B-2
080107-NOF-RUE

Certified Mail: _____ 7004 2890 0004 2019 2419

FOR ALL COMMUNIQUES ELSEWHERE
"Without Prejudice"
Grant Allen Boyd, Authorized Representative
for GRANT BOYD c , DEBTOR
c/o Post Office Box 100
South Walpole, Massachusetts
[u]nited States of America

July 31, 2007

AUSA Nancy Rue
US Attorney's Office
1 Courthouse Way
Boston, MA 02210

Post'd  8/, 2007

RE: Conditional Acceptance for Value (CAFV) - Private Independent Administrative
Process - Article 1 Redress of Grievance under Ninth Amendment Reservations
for resolution and equitable settlement under necessity, in the nature of
Request for Proof of Claim/Discovery

Dear Ms. Rue:

In response to the Undersigned's motion to add Nancy Rue as a defendent
in CA: 05-10873-RWZ your attorney communicated your claim that nothing was
done by you that was wrong, illegal or unconstitutional; the Undersigned
fully accepts your claims upon proof of claim.

The Undersigned is exhausting his administrative remedies to ensure his
Rights are not violated by your actions and that your action are lawful,
proper and/or constitutional. I require under necessity that you provide
your 'official' response to this request, with proof(s) of claim in the nature
of discovery/evidence. This request is made upon you in your public and private
capacity.

Also requested from you is a true and correct copy of your oath of office,
surety, performance or blanket bond with name and address of insurer, bond
number, social security number, public or private pledges or otherwise to
indenify the Undersigned as to any injuries and violations against the secured
Rights, Title(s) or interests of the Undersigned.

I want to resolve this matter as soon as possible, under a necessity
created by you, your office and the government, it is of necessity that I
can only do so upon your providing the proof(s) of claim. The necessary proof(s)
of calim are set out below, to wit:

1.  Provide Proof of Claim that you were not activily prosecuting the Undersigned
    when on June 27, 2005 you authorized his transfer to the US Courthouse;

Page 1 of 5

Item #: 080107-CAFV-RUE

This 5 page document is CERTIFIED A TRUE, CORRECT & COMPLETE COPY of the original, it was sent with 7 pages marked Exhibit A-3 (Annex A)/042707-1. Grant Allen Boyd    Date

Exhibit B-2

2.  Provide Proof of Claim that either Undersigned or his Attorney knew Undersigned was being brought to US Courthouse on June 27, 2005, contrary to their statements of no knowledge of any event/meeting/reason that would justify said transfer;

3.  Provide Proof of Claim that the Undersigned was not served with a motion to dismiss against the USMS (CA: 05-10873-RWZ), servered by the US Attorney's Office upon his return to the detention faciltiy on June 27, 2005;

4.  Provide Proof of Claim that there is not a nexus between your authorization for the transfer on June 27, 2005 and the US Attorney's Office Service of Motion to dismiss on June 27, 2005; AND THAT this nexus was not aimed at intimidating and threatening undersigned with loss of liberty and other injuries inorder to encourage, unlawfully, his acquiescence to motion to dismiss;

5.  Provide Proof of Claim that this activity was not retalitation for the undersigned's seeking judicial redress related to CA: 05-10873-RWZ;

6.  Provide Proof of Claim that June 27 2005 retalitory action was not accompanied by a retalitory state of mind that caused you to deny any assistance credit and to deny the fact that undersigned's post arrest communications were pursuant to a request made in proffer by the government;

7.  Provide Proof of claim that you did not know or should not have known, Trooper Murray was providing false testimony at the December 9, 2005 suppression hearing, when you were objecting to defense questions aimed at uncovering inconsistancies in his testimony, especially in light of your prior meetins. (see docket no. 30, pp. 18, 19, 20, and 42).

8.  Provide Proof of Claim that false testimony was not given at the December 9, 2005 Suppression hearing by both witnesses for the government to hide law enforcement's involvement in this seizure and search and gulley's recruitment to act as Murray's official agent;

9.  Provide Proof of Claim that the false testimony that was given did not prejudice the Court's ruling and as such cause extreme prejudice to undersigned and violate his due process rights;

10. Provide Proof of Claim that there was other reasons motivating this false testimony other then trying to hide the taskforce's direct involvement and participation, and the fact that Gulley was infact acting as a government agent who had been recruited by Murray specifically to search for drugs in this package;

11. Provide Proof of Claim that you were not retalitating against undersigned when you allowed Trooper Shawn Murray to conspire with you to provide false testimony at the December 9, 2005 Suppression Hearing;

12. Provide Proof of Claim that you were present at all times during each and every proffer session in order to have personal first-hand knowledge of what was or was not asked of undersigned in proffer;

12.5. Provide Proof of Claim that your retalitory state of mind did not crossover into your charging decisions related to 05-cr-10037-GAO;

Page 2 of 5        . Item #: 080107-CAFV-RUE

13. Provide Proof of Claim that at no time did any taskforce agent, in proffer sessions, ask the undersigned to communicate, post arrest, with friends to gather current intellegence on activities related to a drug distrubtion network that was the target of that taskforce; AND THAT undersigned was never told or led to believe that these communications would not be used against him;

14. Provide Proof of Claim that the objects revieled in proffer (contents of post arrest communcations and actual recordings) were not used as case-in-chief against Holyoke, Butler, and Ruvalcaba; AND THAT these objects were of no value in securing convictions on Holyoke and Butler;

15. Provide Proof of Claim that you did not use and threaten to use these communications against the Undersigned in response to his pre-trial motions and to coerce a guilty plea;

16. Provide Proof of Claim that extreme prejudice to undersigned did not occure when Attorney Horstmann allowed verbal agreement in proffer to be the only agreement controling this new level of cooperation and assistance, resulting in malparctice and ineffective assistance of Counsel;

17. Provide Proof of Claim that Attorney Horstmann had reasons to believe verbal agreement with government would not be honored;

18. Provide Proof of Claim that the admissions/stipulations from other government employees/agents made pursuant to similar requests are invalid and not factual;

NOTE    05-cr-10037-1-GAO

## CAVEAT

Please understand, while it is the intent of the Undersigned to resolve any and all matters between the United States, Nancy Rue and himself, he is under necessity to resolve these issues and can only do so upon your official reply, by you, in providing a response to each request herein made according to the instructions herein and attached (CAFV Memorandum).

The Undersigned is only expressing his right to varify any claims, assumptions, actions and rulings, specifically related to 05-cr-10037-GAO and CA: 05-10873-RWZ to ensure all actions, statements, claims and assumptions are proper, lawful, constitutional and pursuant to his due process rights and therefore this private process is proper in obtaining evidence as to any misapplication of statute, violation of due process, malicious prosecution, retalitation or violation of any protected right.

Should you fail to perform as required you will be in default and dishonor. Any default by you will be viewed as a caculated decision to limit liability

Page 3 of 5                                        Item #: 080107-CAFV-RUE

Grant Allen Boyd    Date    This document is CERTIFIED A TRUE, CORRECT AND COMPLETE . opy of the original.

Exhibit B-2

and will be viewed as your tacit agreement and stipulation to the facts, points and understandings noted herein as they operate in favor upon the undersigned, most notably: THAT false testimony was provided by government witnesses on December 9, 2005, testimony you knew or should have known was false and which was intended to deceive the Court into ruling in favor of the Government and which prejudiced the undersigned; THAT you agreed to assist the Civil Division of the US Attorney's Office by authorizing a retalitory transfer on June 27, 2005 and that this state of mind crossed over into 05-cr-10037-GAO resulting in a decision to deny assistance credit and to enhance undersigned's liability through your charging decisions; AND that undersigned was infact assiting the investigation and prosecution through post arrest communcations pursuant to a government request made in proffer; AND that your actions herein noted represent vindicitive and malicious prosecution and retalitation, resulting in fraud, perjury and constitutional violations.

As AUSA for the United States and the US Attorney's Office for the District of Massachusetts your tacit agreement and stipulation hereinto will be binding upon you, your office and the United States; and as the AUSA for the District of Massachusetts having a superior knowledge of the law and access to the requested proofs of claim can provide said proofs in full detail and clarity as to inform the undersigned as to the issues herein raised, and as such this matter is properly before you as the respondent.

Should the Undersigned find it necessary to file a Tort Claim based upon this agreement, your stipulations and the issues raised herein, it is agreed, through general acquiescence and tacit agreement (established through your default): THAT the undersigned has exhausted hisi administrative remedies, that the respondent fully agrees and stipulates to the facts and issues raised herein as they operate in favor upon the undersigned; THAT undersigned can file tort claim based upon your stipulations herein made and the claim amount will be fixed according to the combined of the maximum penality and fines (as established by US Code) for any violations alleged in the tort claim notice, but does not limit the claim amount already stipulated to by the United States Attorney General.

The Undersigned requestes, under necessity, that the REspondent, AUSA Nancy Rue, reply within 10 days of receipt of this instrument by providing the required proof(s), both to the Undersigned and to the Third Party's address noted below, via USPS Certified MAil. Should you fail to perform or should your response faile to arrive, you will be sent a notice to cure fault of

Grant Allen Boyd      Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit B-2

non-response, if you fail to cure your non-response you will be found in default. Should you require more time please respond as noted herein asking for more time and an additional 10 days will be granted from date of your postmark.

If the Respondent responds yet fails to comply; or if they fail to contest the point; facts and understandings herein noted, then it will be considered as a default and non-response and the terms herein will apply. Respondnet as Agent for the United States and its sub-entities speaks for and binds same to any agreement and stipulation sherein made.

*** Terms, Conditions points, authorities and understandings continue through the last page of this instrument, including those after signature and found within the CAFV Memorandum of Law attached.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ

Sincerely,

Without Prejudice/All Rights Reserved

$8/1/67$

Third Party: Michael W. Smith © , TR
c/o 38 Highrock Street
Lynn, Mass. 01902-3815

Grant Allen Boyd, POA, Secured Party
Creditor, Authorized Representative
in behalf of DEBTOR: GRANT BOYD,
ENS LEGIS

Attached: 4 Page Memorandum in Support of CAFV Process
3 Page ucc 1 filing

Item #: 080107-CAFV-RUE

Grant Allen Boyd          Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Exhibit B-2

# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable – Private between the parties

## Conditions of Notice via CAFV;

A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).

B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

Claimant; is the living, flesh-and-blood sentient being, who(s):

1. "Rights existed long antecedent to the organization of the State . " Hale v Henkle 201 u.s. 43 @ pg. 74 (1905).
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any state of Federal Compact.
4. Is not named in the statutes of any State or Federal government
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

Respondent(s) to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;

Page 1 of 4
Page 12 of 15

ITEM # 042707-1

Exhibit 042707-

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re; 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

Notice: claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//

Page 73 - OF 75    2 OF 4

ITEM # 042707-1

# NOTICE OF ADMINISTRATIVE REMEDY
# POINTS AND AUTHORITIES:

NOTICE; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for *enforcement is placed in the hands of the people*. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution...." (Frankenhauser v. Rizzo, 59 F.R.D. (1973)). Emphasis added.

1. Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA), Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies], corporations [government corporations] "

4. The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest. Title 5 U.S.C. 703

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D', BURDEN OF PROOF, "the proponent of a rule or order bears the burden of proof." The Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed." For reference, see Louisville RR v. Motley, 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING; INJURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION, MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, *or otherwise* as applied to the inquires attached hereto.

6. Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimants rests upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.

3 OF 4

PAGE 14 OF 15

ITEM # 042707-1

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. V. Prudden, 424 F. 2d 1021 (1070).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14. Respondent(s) are granted a minimum ten days (10) days or up to 30 days if specifically specified... and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwise. . herein and/or to provide Respondent(s)' own answers to inquiries

15. Exception. In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this _27_ day of _April_ , 200 _2_

/S/

4 of 4
Page 15 of 15

ITEM # 042707-1

THIS ACKNOWLEDGMENT reflects the information filed with the Washington State Department of Licensing.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| GRANT ALLEN BOYD<br>PO BOX 100<br>SOUTH WALPOLE MA 2071-0100 |

**Date of Filing :** Apr 10, 2007
**Time of Filing :** 05:00 PM
**File Number :** 2007-101-6258-0

A Continuation Statement may be filed within six months of the Lapse Date of : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GRANT ALLEN BOYD | | | | |
| OR  1b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 164 Springdale Ave | Wheeling | WV | 26003 | USA |

| 1d. TAX ID#  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION  ENS LEGIS TRUST | 1f. JURISDICTION OF ORGANIZATION  Private | 1g. ORGANIZATIONAL ID # if any   ☒ None |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR  3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Boyd | Grant | Allen | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o PO Box 100 | South Walpole | MA | 02071 | USA |

4. This FINANCING STATEMENT covers the following collateral

5. ALTERNATIVE DESIGNATION [if applicable]  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Attach Addendum  [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

6. OPTIONAL FILER REFERENCE DATA

17. Check only if applicable and check only one box
Debtor is a ☒ Trust or  ☐ Trustee acting with respect to property held in trust or  ☐ Decedent's Estate

18. Check only if applicable and check only one box
☒ Debtor is a TRANSMITTING UTILITY or  ☐ Filed in connection with a Manufactured-Home Transaction  effective 30 years or  ☐ Filed in connection with a Public-Finance Transaction  effective 30 years

*Exhibit A*

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

*Exhibit B-2*
*04-27-07 19 pages*

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT OF FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> Grant Allen Boyd
> c/o PO Box 100
> South Walpole, Massachusetts
> [02071-0100]

Revenue Tracking Number
1 1 5 9 0 5 4

041007    33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GRANT ALLEN BOYD | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | ENS LEGIS/TRUST | Private | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole, Massachusetts | | [02071] | USA |

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certain $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ THIS FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA   Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Exhibit A*

*Exhibit B-2C*
*042707-1*

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd
Date

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

GRANT ALLEN BOYD

10. MISCELLANEOUS

Revenue Tracking Number
1 1 5 9 0 5 4

041007   33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

USA

11d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

USA

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral or is filed as a ☐ fixture filing
14. Description of real estate

16. Additional collateral description: the energy and all products derived therefrom, individual private trust, that in all capacities and names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signatures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest)

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY (commercial transmitting utility)
☐ Filed in connection with a Manufactured-Home Transaction — effective 40 years
☐ Filed in connection with a Public-Finance Transaction — effective 40 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

*Exhibit B-2*

This document is CERTIFIED A TRUE CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

## AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE
### And Failure to Contest Acceptance and Agreement

Re: Non-Response to Private Conditional Acceptance for Value for
proof of claim in the nature of request for discovery to
exhaust private administrative remedy

STATE OF MASSACHUSETTS )
                        ) Scilicet
County of Norfolk       )

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ n.27; AND Kis at [15] (any
uncontested allegations...must be accepted as admitted)

That I, Michael-William:Smith (c) a living breathing man, being first duly
sworn, depose and say and declare by my signature that the following facts
are true to the best of my knowledge and belief.

That I, Michael-William:Smith (c) a Third Party herein, certify that a
Private Conditional Acceptance for Value for Proof of Claim in the nature of
request for Discovery was sent by Grant Allen Boyd to Nancy Rue
via Certified Mail with Return Receipt No 7004-2890-0004-2019-2419     and which
was mailed by the above party on August 1, 2007 . A response as stipulated in
the document was to be sent to the undersigned as well, serving as 'second
witness.'

I certify that I have reviewed the origional documents of the above party
and the mail receipts, green card(s) for the mailing and the above party's
Affidavit of Notice of Defult per the above document.(see Annex B., B-2)

Per the above document as mailed, request was made to not only send a
RESPONSE of the requested Proof of Claim(s) to the above party but also to the
undersigned, as a independent third party but not a party to the matter for
the sole purpose to certify that any such RESPONSE was sent and received at
my address/office for conclusion of the above party's private administrative
process.

Said RESPONSE was requested within a specific time period.

THEREFORE, I certify that Nancy Rue    refused or failed to RESPOND to
the above party's Private Conditional Acceptance for Value for Proof of Claim
in the Nature of Request for Discovery within the time stipulated, failed to
cure the fault and presumption is made that Nancy Rue   is in full acceptance

Page 1 of 2                          Item #: 082307-Rue-Mail

*(right margin, vertical text:)* Grant Allen Boyd   Date

*(right margin, vertical text:)* This Document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

*(handwritten:)* Exhibit B-2

and in full agreement to all matters therein as stipulated in favor of
Grant Allen Boyd, the Affiant/Secured Party & Creditor.

Dated this ⟋⟍ day of ⟋ℋⅈⅇⅈⅇℛℓ , 2007.

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd

All Rights Reserved/Without Prejudice
Affiant:

L.S./by:                                    FOR
MICHAEL W. SMITH ©, TR/
ENS LEGIS/DEBTOR, by the Secured Party
and Creditor/Trustee Michael-William:
Smith ©, by power of attorney, Auth.
Rep., Attorney-In-Fact, for and in
behalf of DEBTOR/TRUST; Sui Juris,
All Rights Reserved Without Prejudice,
UCC 1-207, Under Necessity, © Common
Law Copyright 1970, 1988, All Rights
Reserved, State of Maine UCC-1 No.
2070001867286, dt: 06/27/2007 @ 0800.
www.state.me.gov/sos/ucc

Date

## Third Party Address:

MICHAEL W. SMITH ©, TR
c/o 38 Highrock St., Non Domestic
Lynn, Massachusetts State
Non Domestic Near zone [01902]

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this ⟍ day of August, 2007, a Notary, that
Michael-William:Smith ©, personally appeared and known to me to be the man
whose name subscribed to the within instrument and acknowledged to be the same.

Notary Public

Melissa Matakanski
Print Notary Name

Date



NOTE: Using a notary on this document does not constitute any
adhesion contract to the State. The purpose for notary is
verification and acknowledgemetn of signer only and not for
entrance into any foreign jurisdiction.

Page 2 of 2                              Item #: 082307-Rue-Mail

Exhibit B-2

Certified Mail: 7004 2890 0004 2019 2419

FOR ALL COMMUNIQUES ELSEWHERE
   "Without Prejudice"
Grant Allen Boyd, Authorized Representative
for GRANT BOYD c , ᴺᴱᴿᴹᴰ
c/o Post Office Box 1
South Walpole, Massach
[u]nited States of Ame

July 31, 2007

AUSA Nancy Rue
US Attorney's Office
1 Courthouse Way
Boston, MA 02210

RE:   Conditional Acce
      Process - Article
      for resolution ar
      Request for Proof

Dear Ms. Rue:

In response to th

Post·· 8/1, 2007



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AUSA Nancy Rue
US Attorney's Office
1 Courthouse Way
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7004-2890-0004-2019-2419
(Transfer from service label)   Item #: (080107-CAFV-RUE)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

in CA: 05-10873-RWZ yc

done by you that was wrong, illegal or unconstitutional; the Undersigned fully accepts your claims upon proof of claim.

The Undersigned is exhausting his administrative remedies to ensure his Rights were not violated by your actions and that your actions were lawful, proper and/or constitutional. I require under necessity that you provide your 'official' response to this request, with proof(s) of claim in the nature of discovery/evidence. This request is made upon you in your public and private capacity.

Also requested from you is a true and correct copy of your oath of office, surety, performance or blanket bond with name and address of insurer, bond number, social security number, public or private pledges or otherwise to indenify the Undersigned as to any injuries and violations against the secured Rights, Title(s) or interests of the Undersigned.

I want to resolve this matter as soon as possible, under a necessity created by you, your office and the government, it is of necessity that I can only do so upon your providing the proof(s) of claim. The necessary proof(s) of calim are set out below, to wit:

1.   Provide Proof of Claim that you were not activily prosecuting the Undersigned when on June 27, 2005 you authorized his transfer to the US Courthouse;

*(right margin, rotated text:)* This Document is original. Grant Allen Boyd Date is CERTIFIED A TRUE, CORRECT & COMPLETE COPY of the

Page 1 of 5

Item #: 080107-CAFV-RUE

Exhibit

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TROOPER SHAUN MURRAY
Dept. of STATE POLICE
470 Worcester Rd.
Framingham MA 01702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7004 2890 0004 2019 3911
   (Transfer from service label)
   (item # 072507-NOF-MURRAY)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**JER: COMPLETE THIS SECTION**

omplete items 1, 2, and 3. Also complete
m 4 if Restricted Delivery is desired.
int your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

NANCY RUE, AUSA
US ATTORNEY'S OFFICE
1 Courthouse WAY
Boston MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7004 2890 0004 2019 1719
   (Transfer from service label)
   (Item # 080102-NOF-RUE)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
                       ) Scilicet      **EXHIBIT B-3**
County of Norfolk      )

I, Grant Allen Boyd, Custodian of Origional Document(s), hereby swear (or affirm) that the attached/enclosed reproduction of the following document(s) are TRUE, correct and complete photocopies of a document or documents in my possession and I'm the custodian of said document or documents, to wit:

Exhibit B-3 (072507-)

072507-CONR-Murray Affidavit of Non-Response

072507-NOF-Murray Notice of Fault

072507-CAFV-Murray Origional CAFV Instrument

3rd Party Mail Agents Affidavit w/ USPS Forms

*** Nothing Further ***

Grant Allen Boyd                    c/o PO Box 100 (non-domestic)
                                    South Walpole, Massachusetts

SUBSCRIBED and SWORN (or affirmed) to before me, a notary public, on this
_5_ day of November 200 _7_.

/s/ _____        Seal:
Signature of Notary Public

Katrina Butkiewicz
Print Name of Notary

KATRINA V. BUTKIEWICZ
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires October 29, 2010

Grant Allen Boyd, Authorized Representative
for GRANT BOYD ©, Defendent/Debtor
c/o PO Box 100
South Walpole, Mass.
[u]nited States of America

August 22, 2007

Mr. Shawn Murray, Trooper
Department of State Police
470 Worcester Rd.
Framingham, MA 01702

RE:    Case No: 05-cr-10037-1-GAO (D.MASS) US v. GRANT BOYD

### AFFIDAVIT OF NOTICE OF DEFAULT

State of Massachusetts    )
                          ) Scilicet
County of Norfolk         )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ N.27; AND see Kis at [15] (any
uncontested allegations...must be accepted as admitted)

I, Grant Allen Boyd, herein 'Affiant', having been duly sworn, declare by my
signature that the following facts are true, correct and complete to the best
of my knowledge and belief:

1.    THAT, Affiant is competent to state the matters included in his declaration,
      has knowlege of the facts, and declare that to the best of his knowledge,
      the statements made in his affidavit are true, correct and not meant to
      mislead;

2.    THAT, Affiant is the Secured Party, Superior Claimant, holder in due
      course, and principal creditor having a registered priority lien, hold
      interest to all property held in the name of Debtor: GRANT BOYD,
      evidenced by UCC-1 Financing Statements No. 7002-101-6258-0 filed with
      the State of Washington and UCC-1 Financing Statement No. 200756492540
      filed with the State of Massachusetts;

3.    THAT, Respondent, Shawn Murray, Massachusetts State Police Trooper and
      FBI/DEA Taskforce Case Agent, is herein addressed in his private and
      public capacity, and is participating in a commercial enterprise with
      his co-business partners (or employees) including but not limited to
      the United States, State of Massachusetts and all of their sub-entities

Page 1 of 5                              Item #:072507-CONR-Murray

This Document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd                    Date

hereinafter collectivelly refered to as ' Respondent.'

4.   THAT, Respondent agreed through 'general acquiescence' and through a
     failure to contest that this CAFV instrument will form a binding contract
     and agreement through tacit procuration to the issues, allegations,
     understandings and provisions therein noted, AND THAT the governing
     law of this binding contract is the agreement of the parties (tacit)
     supported by the law merchant and applicable maxims of law.

5.   THAT, Affiant at no time has willingly, knowingly, intentionally, or
     voluntarily agreed to subordinate his postion as creditor NOR has he
     surrendered his status as an American National/Common Law Citizen.

6.   THAT, the STATE of Massachusetts, by and through its principal the
     Governor, has full agreed that Affiant's status as an American
     National/Common Law Citizen and Sovereign places him outside the
     legislative authority and jurisdiction of the State of Massachusetts,
     and therefore he is not liable for any alleged violations of Statute;
     AND THAT the State of Massachusetts or any of its sub-entities are
     foreclosed on by laches and estoppeled from prosecuting Affiant for
     any alleged violations of State Statute.

7.   THAT, the United States, by and through the United States Attorney
     General, has fully agreed that Affiant's Status as an American
     National/Common Law Citizen and Sovereign places him outside the
     legislative authority and jurisdiction of the United States and
     therefore he is not liable for any alleged violations of US Code
     or Statute.

8.   THAT, the United States Attorney General has stipulated that the
     matter of US v. GRANT BOYD (05-cr-10037-1-GAO) represents a Constitutional
     impermissible application of statute against Affiant, and is VOID for
     fraud, perjury and want of jurisdiction, and will form the basis for a
     Tort Claim against AUSA NANCY RUE, CASE AGENT TROOPER SHAWN MURRAY and
     the UNITED STATES.

9.   THAT Affiant was asked in proffer sessions to assist with the governm-
     ent's investigation by making post arrest communications from jail; AND
     THAT Affiant pursuant to said request was not given instructions to
     limit in anyway what was said or revieled to obtain the confidence of
     friends to respond to said inquires/communications; AND THAT Affiant
     was told his assistance would not be used against him in any prosecution.

10.  THAT on July 27, 2007, through a third party mail agent (State of
     Massachusetts, Department of Corrections), Affiant sent a Conditional
     Acceptance for Value for Proof of Claim (CAFV) instrument (document
     for discovery) via certified USPS mail (No. 7004-2890-0004-2019-2501)
     to Respondent requesting 'proof of claim' that Respondent had told
     the truth at the December 9, 2005 suppression hearing related to 05-cr-
     10037-1-GAO and that Affiant is subject to Federal and State Statutes.

This Document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd            Date

Exhibit

11. THAT the CAFV instrument clearly states that the Respondent is required to produce proof of claims in the nature of evidence/discovery so that Affiant may exhaust his Administrative Remedy to ensure the Respondent's actions were lawful, proper, moral, Constitutional and that no Consitutional impermissible application of statutes had occured; there was no mystery or hidden agenda in the purpose of this instrument, yet Respondent could not or would not prove his claims in this matter.

12. THAT, Respondent was given fifteen (15) days, under a necessity created by Respondent, to respond with proof of claim or in otherways answer (contest, deny or admit) CAFV or to request additional time to reply if needed, however Respondent elected to remain silent or otherwise refused to provide said proof of claims and therefore has failed to state a claim upon which relief can be granted and has through TACIT PROCURATION stipulated to and is in FULL AGREEMENT with the points, facts, claims and understandings noted within the CAFV as they operate in favor upon the Affiant.

13. THAT Respondent was sent a NOTICE OF FAULT AND OPPORTUNITY TO CURE AND CONTEST ACCEPTANCE on or about August 14, 2007, in which Respondent was given seven (7) additional days to cure fault and contest, which was sent via USPS Certifed Mail (No. 7004-2890-0004-2019-3911).

14. THAT Respondent was requrested to send response via certified mail to Affiant with a duplicate response to a third party, Respondent failed to respond and contest, and such failure is evidenced.

15. THAT Respondent was NOTICED of his legal duty to respond to Affiant's CAFV Instrument and that 'silence can only equate with fraud where there is a legal or moral duty to respond or where an inquire left unanswered would be intentionally misleading' (US v. Prudden, 424 F.2d 1021, 1032 N.24), that Respondent was given the option to contest, deny or admit to the CAFV instrument (or) provide proof of claim (or) to answer by remaining silent and acquiesce; Respondent elected to remain silent and acquiesce and as such has fully agreed with the facts, claims and understandings within the CAFV as they operate in favor upon the Affiant; MOST NOTABLY:

    a) THAT Murray stipulated that the Taskforce never validated, prior to Affiant's arrest that it had the statutory authority and jurisdiction in which to arrest the Affiant;

    b) THAT Murray failed to provide proof that the Affiant is subject to the taskforce's statutory authority or jurisdiction;

    c) THAT Murray stipulated he is sworn to uphold the laws of the State of Massachusetts and the United States, that he was sworn by the US District Court to tell the whole truth at the December 9, 2005 suppression hearing (05-cr-10037-1-GAO) and had agreed to do so;

    d) THAT Murray agreed that he conspired with FedEx employee Joe Gulley and AUSA Nancy Rue to provide false testimony at the December 9, 2005 hearing, acted upon that agreement when he gave false testimony and stipulated he did so to deceive the Court and lie to obtain a favorable ruling;

This Document is CERTIFIED A TRUE, CORRECT AND COMPLETE copy of the origional.

Grant Allen Boyd

Date

e)  THAT Murray agreed that he did in fact, contrary to sworn testimony, recruit Joe Gulley to act as a government agent in searching for, seizing and opening the object of Murray's investigation, for the purpose of assisting the taskforce with its investigation;

f)  THAT Murray has stipulated that his perjury did prejudice the Court's ruling and that he did in fact commit a felony by lying in Court on December 9, 2005;

g)  THAT Murray agreed he did in fact participate in this seizure and search, that it was never really a private action;

h)  THAT Murray has agreed that the Taskforce, in proffer, did in fact ask Affiant to Communicate, post arrest, with friends, from jail, to obtain current information to assist the Taskforce with its investigation;

16.  THAT Respondent is in FULL AGREEMENT that Respondent's actions in the above noted case and stipulated herein represent actions that were not lawful, proper nor constitutional and were in fact violations of Respondents sworn duty and 'oath of office' and that injury occured against Affiant resulting in damages; AND THAT Affiant can file a Tort Claim against Respondent with the State of Massachusetts and the United States based upon Respondent's stipulations and agreements herein noted as well as thouse noted within the CAFV instrument.

17.  THAT Respondent fully agrees that in the event Respondent stipulates to and is in FULL AGREEMENT with the facts, points, authorities, claims, agreements and Affiant's understandings by TACIT PROCURATION through a default (as has occured), Respondent stipulates and is in full agreement that all matters and issues noted within the CAFV instrument and enumerated in part herein by affiant are settled STARE DECISIS as they operate in favor upon the Affaint; AND THAT Respondent may not argue, contest, controver or otherwise protest the finality of the Administrative findings noted herein in any subsequent hearing, process or proceeding whether administrative, commercial or judicial;

18.  THAT Respondent was clearly noticed that upon failure and/or refusal to produce the requested proof of claim or answer/respond, Respondent stipulates and agrees to the facts expressed in the above mentioned CAFV instruments and enumerated herein.

19.  THAT Respondent failed to contest acceptance and thereofre is in agreement by Respondent's silence and 'generalacquiescence' to the facts expressed in this affidavit and in the CAFV instrument as they stand unrebutted in the record and this matter is settled in favor of Affiant and that the Respondent becoemes liable to Affaint.

Continued on next page

Page 4 of 5                              Item #: 072507-CONR-Murray

Grant Allen Boyd        Date

This Document is CERTIFIED A TRUE, CORRECT & COMPLETE Copy of the origional.

FURTHER AFFIANT SAYTH NOT

Dated this _24_ day of August, 2007



_Grant Allen Boyd, Affiant & Secured Party_
Creditor and Authorized Representative of
Defendent/Debtor: GRANT BOYD ©, ENS LEGIS

Grant Allen Boyd    Date

This Document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

### ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this _24_ day of August, 2007, a Notary, that
Grant Allen Boyd, personally appeared and known to me to be the man whose name
subscribed to the within instrument and acknowledged to be the same.

Seal:

Notary Public

MELISSA MATAKANSKI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 8, 2013

NOTE:   Using a notary on this document does not constitute any adheason contract
        to the State. The purpose for notary is verification and acknowledgement
        of signer only and not for entrance into any foreign jurisdiction.

Page 5 of 5                        Item #: 072507-CONR-Murray

Exhibit B-3

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

August 14, 2007 ✓

Notice of fault and
Opportunity to contest
acceptance

Trooper Shawn Murray, Case Agent
Department of State Police
470 Worcester Rd.
Framingham, MA 01702

RE:  Conditional Acceptance for Value (CAFV) instrument received by you/your
     office on July 30, 2007,

Dear Mr. Murray:

On July 27, 2007 the undersigned Secured Party and Sovereign caused to
be sent to you a Conditional Acceptance for Value (CAFV) instrument on you
claim that you told the truth at the December 9, 2005 suppression hearing
(US v. GRANT BOYD, 05cr-10037-1-GAO) and that the undersigned is subject to
federal and state statutes, this private independent administrative process
was sent under necessity via USPS Certified Mail (Receipt No. 7004-2890-0004-
2019-2501).

You failed to request additional time and also failed to perform after
receiving the instrument, failed to contest and failed to respond as required,
but elected to remain silent. Therefore, you are in fault and as such have
fully agreed with and stipulated to the facts, points, understandings,
accusations and agreements therein through your non-response as they operate
in favor upon the undersigned. You have the right to cure this fault and
contest your tacit acceptance and agreements by performing according to said
instrument within seven (7) days from postmark of this notice.

Should you fail to cure your fault, this notice and the following affid-
avit of non-response will establish as fact in the public and private record
that you have accepted and are in full agreement and general acquiescence
with all points, understandings, facts, accusations and agreements therein
as they operate in favor upon the undersigned.

Respectfully,

Without Prejudice/All Rights Reserved

Grant Allen Boyd, Secured Party Creditor
Authorized Representative and Attorney-In-
Fact in behalf of Defendant/Debtor: GRANT
BOYD c , ENS LEGIS

Item #: 072507-NOF-Murray

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the origional.

Grant Allen Boyd    Date

GRANT BOYD
c/o Grant Allen Boyd
MCI Cedar Junction
c/o PO Box 100
South Walpole, Massachusetts

July 25, 2007

Trooper Shawn Murray, Case Agent
Department of State Police
470 Worcester Rd.
Framingham, MA 01702

RE: CONDITIONAL ACCEPTANCE FOR VALUE (CAFV) - Private Independent Administrative
Process- Redress of Grievance for Resolution and Equitable Settlement
under necessity, in the nature of request for Proof of Claim
Criminal Case: 05-cr-10037-GAO, US v. GRANT BOYD

NOTICE TO AGENT IS NOTICE TO PRINCIPAL - VIZ A VIZ

In a review of the transcript (Docket No. 30) I have noticed that on page
14 it states that you were duly sworn and agreed to tell the truth and not try
to deceive the Court, additionally you have made claims that I am subject to
Federal and State Statutes and based the arrest upon that belief; I conditionally
accept for value your claims, predicated upon proof of claim.

I am exhausting my administrative remedies to ensure that the prosecution
of the Undersigned (05-cr-10037-1-GAO) was lawful, proper, Constitutional and
did not involve perjury and as such I require under necessity that you provide
your 'official' response to this request, with proof(s) of claim in the nature
of discovery (evidence). This request is made to you in your public   and private
capacity.

Also requested from you is a true and correct copy of your oath of office,
sutety, performance or blanket bond  with name and address of insurer, bond
number, social security number, public or private pledges or otherwise to
indemnify the Undersigned as to any injuries and violations against the Secured
Rights, Title(s) or interests of the Undersigned.

Also I want to resolve this matter as soon as possible, under a necessity
created by you, your taskforce and the government, it is of necessity that I can

Item #: 072507-CAFV-Murray

Page 1 of 5

Grant Allen Boyd

Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE COPY of the original.

Exhibit B7

only do so upon your providing the proof(s) of claim. The necessary proof(s) of claim are set out below, to wit:

1.  Proof of Claim that there are clauses within the Constitutions of the United States of America and STATE OF MASSACHUSETTS that subject a private man to your statutory jurisdiction;

2.  Proof of Claim that prior to the Undersigned's arrest on December 31, 2004, at 11:53 AM that your taskforce validated it had the statutory right to arrest the Undersigned private man, by obtaining a judicial order from an Article III Court;

3.  Proof of Claim that you are not the 'Case Agent' responsible for this matter as noted on page 4 ¶ 25 of the Suppression Hearing transcript from the December 9., 2005 hearing, docket no. 30 (hereafter Transcript);

4.  Proof of claim that the Undersigned is a party to or signatory on any federal or STATE Constitution (or) that those constitutions operate upon the Undersigned (or) that the Undersigned is a party to any valid contract or agreement to the federal corporate government or the STATE OF MASSACHUSETTS, where full disclosure of material facts had occured;

5.  Proof of claim that the Undersigned is a Resident of the United States or the STATE OF MASSACHUSETTS

6.  Proof of Claim that you were not sworn to uphold the laws of the STATE OF MASSACHUSETTS and the UNITED STATES;

7.  Proof of claim that you were not actually sworn in on December 9, 2005 to tell the truth to the Court during the suppression hearing, contrary to page 14 of the transcript;

8.  Proof of Claim that you were authorized by law to commit perjury or deceive the Court during your testimony on December 9, 2005;

9.  Provide proof of claim that you did not try to deceive the Court and lie when you denied having any prior information that the accused was expecting a package, as noted on pages 18, 19, 20 of the transcript in contrast to admissions made on page 42, when you admit to having prior and specific information;

10. Proof of claim that you did not provide false testimony or deceive the Court at anyother time during your testimony;

11. Proof of claim that the prosecutor did not meet with your prior to the hearing and did not know the testimony you were providing was false, or at least should not have known the testimony was false;

12. Proof of claim that you did not conspire with the prosecutor and Joe Gulley to provide false testimony that would make the Court believe that this was a private act of a FedEx employee without prior police instigation or involvement; (see transcript pp. 16, 50-51)

Grant Allen Boyd

__ Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Item #: 072507-CAFV-Murray

Page 2 of 5

Exhibit B-3

13. Proof of claim that your false or deceptive answers did not prejudice the Court's decision;

14. Proof of claim that you did not commit a felony by knowingly providing false testimony to the Court in this matter;

15. Proof of cliam that in denying that you had any prior knowledge and/or information that the accused was expecting a package, so many times (see: Pg. 18 ¶3, ¶7, ¶11; pg. 19 ¶25) when in fact you later admit to having specific prior knowledge and/or information, that the lie was not an intentional act to mislead the Court, Commit Perjury and deny due process to the accused in order to secure a favorable ruling and cover-up mistakes, violations and the private party's recruitment by law enforcement;

16. Provide proof of claim that you did not know, through your many years as a law enforcement officer, that if the search and seizure by a private party was pursuent to a law enforecment request for assistance that the private party would be considered an agent of law enforcement; AND THAT this was not the reason motivating you to lie and deceive the Court to hide law enforcement's involvement in requesting Gulley's assistance; (see Transcript pg. 54 ¶ 14-17)

17. Proof of claim that after learning from Gulley that he did not find any package on December 30, 2005, that telling him to keep looking through the next day you were not directing his actions and participating in the seizure and its subsequent search; AND THAT you were not recruiting Gulley to act as your agent through your direct request for assistance; (see Transcript pages 26-27)

18. Proof of claim that in requesting Gulley's assistance to locate the package you were not assisting your taskforce with its investigation and as such Gulley's participation was not aimed at assisting your taskforce with its investigation. (see Transcript Page 42 ¶ 17 - pg 45 ¶ 25)

19. Proof of claim that the taskforce, of which you were the Case Agent, did not ask Undersigned in proffer to communicate with friends, from Jail, to obtain current information illegal activities to assist the taskforce's investigation. *into*

CAVEAT

The Undersigned is exercising his responsiblity to exhaust his administrative remedies and to varify any such proof, discovery, evidence or otherwise to ensure the prosecution was lawful and proper, and that due process was not violated as to this matter and therefore this private process is proper in obtaining such 'evidence' and to challenge any false claims, charges or otherwise (see attached Memorandum on CAFV).

*Page 3 of 5*

Item #: 072507-CAFV-Murray

Exhibit B-3

As such, as the case agent, Trooper Shawn Murray having superior knowledge of the law, his actions, statements and access to the 'proofs', can provide such proof(s) of claim requested herein above, to inform the Undersigned Secured Party on whether or not this prosecution was lawful, proper and Constitutional.

You have the option to respond, as requested, with proof(s) of claim (see attached Memorandum on CAFV) (OR) you may remain silent by not responding as requested, but in doing so you will be in default and will be stipulating that you are in full agreement with the facts as they operate in favor upon the Undersigned, i.e. that Joe Gulley was in fact recruited by you to act as a law enforcement agent in this matter; that you provided false testiomony and conspired to do so, as noted above, with the intent to deny accused due process; and that injury was done to Undersigned via malicious prosecution, conspiracy, fraud and perjury; and that you agree that Undersigned can secure damages via tort.

You have 15 days, under necessity, in which to respond as requested via certified mail to both the Undersigned and the Third Party's address below; should you go into fault, you will be sent a notice of fault and given additional time cure your fault of non-response. If you fail to cure your fault, you will be found in default and will have established your default and dishonor.

The defaulting and dishonoring party will be forclosed on by laches and estopped from contesting the administrative findings that resulted from said default in any proceeding whether judicial, commercial or administrative, as a result of the stipulations herein made having been settled STARE DECISIS in favor of the Undersigned by tacit agreement.

The defaulting party as agent, speaks for the UNITED STATES and the STATE OF MASSACHUSETTS in this matter and binds the UNITED STATES and STATE OF MASSACHUSETTS to any monetary damages for injuries as so stipulated by you, Shawn Murray.

Page 4 of 5

Item #: 072507-CAFV-Murray

Grant Allen Boyd

Date

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Without Prejudice/All Rights Reserved

_____
Grant Allen Boyd, POA, Secured Party
Creditor, Authorized Representative,
Attorney-In-Fact in behalf of the Debtor:
GRANT BOYD ©, ENS LEGIS

Grant Allen Boyd

|

Date

|

Third Party:   *Michael W. Smith © TR*
               *C/o 38 Highrock Street*
               *Lynn, MASS 01902-3815*

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this **26** day of **July** A.D. 2007, a
Notary, that Grant Allen Boyd, personally appeared and known to me to be the
man whose name subscribed to the within instrument and acknowledged to be the
same.

_____          SEAL:
Notary Public in and for said STATE





BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Item #: 072507-CAFV-Murray

Exhibit B3

# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; CONDITIONAL ACCEPTANCE FOR VALUE
## FOR PROOF OF CLAIM (CAFV) with
## NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES

Non-negotiable – Private between the parties

## Conditions of Notice via CAFV;

A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).

B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant**; is the living, flesh-and-blood sentient being, who(s):

1. "Rights existed long antecedent to the organization of the State . " Hale v Henkle 201 u.s. 43 @ pg. 74 (1905).
2. Is not a signatory to any State or Federal Constitution.
3. Is not a 'party' to any state of Federal Compact
4. Is not named in the statutes of any State or Federal government.
5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency units
6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
8. Has 'expectation' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
9. Has 'expectation' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

**Respondent**(s) to this 'private administrative process' (CAFV) is to:

1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
5. Constitutional authority of Respondent to act against Claimant;

*[right margin, vertical text:]* This document (01776070506-1/MEMO/CAFV) was sent along with document 072507-CAFV-Murray and is Certified a True, Correct and complete copy of the original containing 4 pages.

*[left margin, vertical text:]* Grant Allen Boyd — Date

Item# 01776070506-1/MEMO/CAFV

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re: 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity

Notice, claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and or undue influence to perform or pay against Claimants will.

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//

Grant Allen Boyd — Date —

This document IS CERTIFIED A TRUE, CORRECT & COMPLETE Copy of the origional.

Exhibit B-3

# NOTICE OF ADMINISTRATIVE REMEDY
# POINTS AND AUTHORITIES:

**NOTICE**; "It is the manner of enforcement which gives Title 42 1983 its unique importance, for *enforcement is placed in the hands of the people*. Each citizen acts as a private attorney general who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution...." (Frankenhauser v. Rizzo, 59 F.R.D. (1973)). Emphasis added.

· 1. Undersigned Claimant hereby is herein exhausting their administrative remedies, to determine the nature and cause of the incident, matter. injuries, documents, authority, jurisdiction, commercial matter. monetary assessment described therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their administrative remedies before they may bring any judicial action for remedy or relief, if such is warranted by the result of the administrative process, via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Procedures Act (APA). Title 5 United States Code, State and Federal Constitution requirements "operate upon [all] agents/employees of [companies]. corporations [government corporations]"

4. The APA establishes fairly liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest. Title 5 U.S.C. 703

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556 'D., BURDEN OF PROOF. "**the proponent of a rule or order bears the burden of proof**." The
· Supreme Court has stated that if any tribunal (court) finds absence of proof of jurisdiction over person and subject matter. the case must be dismissed " For reference, see Louisville RR v Motley. 211 US 149, S. Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements in exhausting the administrative process as to Proof of WRONG DOING, INJURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION. MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION, *or otherwise* as applied to the inquires attached hereto.

6. Claimant initiates this Private Independent International Administrative Process under the principal of contract which operates upon the agent/employee to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s) to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents herein, and herein Claimants rests upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so respond.

8. Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.

3 of 4 MEMORANDUM IN SUPPORT OF CAFV                Item# 01776070506-1/MEMO/CAFV

This document is CERTIFIED A TRUE, CORRECT & COMPLETE copy of the original.

Grant Allen Boyd

Date

9. Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonably prudent men in [the] conduct of their serious affairs." Therein, Respondent(s) have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10. The response(s), or assent(s), or failure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11. However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. V. Prudden, 424 F. 2d 1021 (1070).

12. As with any administrative process, Respondent(s) may controvert the statements and/or claims made by Petitioner(s) by executing and delivering a verified response point by point, with evidence in support or stipulate that no 'document or exhibit exists in the record; or no 'Proof of Claim' exists... on said point by point basis. Respondent(s) may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13. In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14. Respondent(s) are granted a minimum ten days (10) days or up to 30 days if specifically specified, and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwise, herein and/or to provide Respondent(s)' own answers to inquiries.

15. Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s) may forward a copy of administrative pleadings to the Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent(s) may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondent(s) must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this _2/_ day of _MARCH_ , 200-7

/S/ _____
Grant Allen Boyd, POA

This document is CERTIFIED A TRUE, CORRECT AND COMPLETE COPY of the original.

Grant Allen Boyd

Date

4 of 4  MEMORANDUM IN SUPPORT OF CAFV                    Item# 01776070506-1/MEMO/CAFV

*Exhibit*

*A*

Grant Allen Boyd —

Date

This Document (200755794320) was sent along with document 072507-CAFV-Murray and is Certified a True, Correct and complete copy of the original containing 2 pages.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT OF FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
[02071-0100]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME GRANT ALLEN BOYD

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave. | Wheeling | WV | 26003 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | ENS LEGIS/TRUST | Private | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole, Massachusetts | | [02071] | USA |

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA   Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
142466-1-2007359

*Exhibit B-2*

Grant Allen Boyd

Date

This document is CERTIFIED A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL.

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| GRANT | ALLEN | BOYD |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
|---|---|---|---|---|

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description: res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitalized names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signatures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY (commercial transmitting utility)
☐ Filed in connection with a Manufactured-Home Transaction — effective 40 years
☐ Filed in connection with a Public-Finance Transaction — effective 40 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit B-3

## AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE
## And Failure to Contest Acceptance and Agreement

Re: Non-Response to Private Conditional Acceptance for Value for
    proof of claim in the nature of request for discovery to
    exhaust private administrative remedy

STATE OF MASSACHUSETTS )
                        ) Scilicet
County of Norfolk       )

Only an affidavit is necessary to prove a prima-facie case. US v. J.W. Kis,
658 F.2d 526 (7th Cir 1981) Cert. Denied 455 US 1018 (1982) quoting
US v. Powell 379 US 48, 85 S.Ct 248, 257-58 @ n.27; AND Kis at [15] (any
uncontested allegations...must be accepted as admitted)

That I, Michael-William:Smith (c)   a living breathing man, being first duly
sworn, depose and say and declare by my signature that the following facts
are true to the best of my knowledge and belief.

That I, Michael-William:Smith (c)   a Third Party herein, certify that a
Private Conditional Acceptance for Value for Proof of Claim in the nature of
request for Discovery was sent by Grant Allen Boyd to  Shawn Murray
via Certified Mail with Return Receipt No. 7004-2890-0004-2019-2501   and which
was mailed by the above party on July 27, 2007. A response as stipulated in
the document was to be sent to the undersigned as well, serving as 'second,
witness.'

I certify that I have reviewed the original documents of the above party
and the mail receipts, green card(s) for the mailing and the above party's.
Affidavit of Notice of Defult per the above document. (see Annex B, B-3)

Per the above document as mailed, request was made to not only send a
RESPONSE of the requested Proof of Claim(s) to the above party but also to the
undersigned, as a independent third party but not a party to the matter for
the sole purpose to certify that any such RESPONSE was sent and received at
my address/office for conclusion of the above party's private administrative
process.

Said RESPONSE was requested within a specific time period.

THEREFORE, I certify that Shawn Murray   refused or failed to RESPOND to
the above party's Private Conditional Acceptance for Value for Proof of Claim
in the Nature of Request for Discovery within the time stipulated, failed to
cure the fault and presumption is made that Shawn Murray  is in full acceptance

Page 1 of 2                          Item #: 082307-Murray-Mail

Exhibit B-3

and in full agreement to all matters therein as stipulated in favor of
Grant Allen Boyd, the Affiant/Secured Party & Creditor.

Dated this ____ day of _____, 2007.

All Rights Reserved/Without Prejudice
Affiant:

L.S./by: _____ FOR
MICHAEL W. SMITH ©, TR
ENS LEGIS/DEBTOR, by the Secured Party
and Creditor/Trustee Michael-William:
Smith ©, by power of attorney, Auth.
Rep., Attorney-In-Fact, for and in
behalf of DEBTOR/TRUST; Sui Juris,
All Rights Reserved Without Prejudice,
UCC 1-207, Under Necessity, © Common
Law Copyright 1970, 1988, All Rights
Reserved, State of Maine UCC-1 No.
Z070001857285, dt: 06/27/2007 @ 0800.
www.state.me.gov/sos/ucc

**Third Party Address:**

MICHAEL W. SMITH ©, TR
c/o 38 Highrock St., Non Domestic
Lynn, Massachusetts State
Non Domestic Near zone [01902]

### ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this ____ day of August, 2007, a Notary, that
Michael-William:Smith ©, personally appeared and known to me to be the man
whose name subscribed to the within instrument and acknowledged to be the same.

Notary Public

Melissa matakanski
Print Notary Name

8/24/07
Date



NOTE: Using a notary on this document does not constitute any
adhesion contract to the State. The purpose for notary is
verification and acknowledgemetn of signer only and not for
entrance into any foreign jurisdiction.

This document is CERTIFIED A TRUE, CORRECT & COMPLETE Copy of the origional.

Grant Allen Boyd    Date

Exhibit B-3



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TROOPER SHAWN MURRAY
Dept. of STATE POLICE
470 WORCESTER RD.
FRAMINGHAM MA 01702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7004 2890 0004 2019 3911
(Transfer from service label)    (item # 072507-NOF-MURRAY)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NANCY RUE, AUSA
U.S ATTORNEY'S OFFICE
1 COURTHOUSE WAY
BOSTON MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   CO-DRIE-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG US. DC
15

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7004 2890 0004 2019 1719
(Transfer from service label)    (ITEM # 080107-NOF-RUE)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

This document is a CERTIFIED, TRUE, CORRECT AND COMPLETE COPY of the original.

Name and Address of Sender

Indicate type of mail
☐ Registered
☐ Insured
☐ COD
☐ Certified
☐ Return Receipt
☐ for Merchandise
☐ Int'l Recorded Del.
☐ Express Mail

Check appropriate block for
Registered Mail
☐ With Postal Insurance
☐ Without Postal Insurance

Affix stamp here if issued as
certificate of mailing or for
additional copies of this bill.

Postmark and Date of Receipt.

| Line | Article Number | Name of Addressee, Street, and Post Office Address | Postage | Fee | Handling Charge | Act Value (if Reg'd.) | Insured Value | Due Sender if COD | R. R. Fee | S. D. Fee | S. H. Fee | Rest. Del. Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | 7001 2970 0001 | Trooper Shawn Murray, St. Police | 75 | 265 | | 1702 | | | 25 | | | | Brought Back |
| 3 | 3615 2501 | 470 Worcester Rd. Framingham MA | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender
5

Total Number of Pieces Received at Post Office
5

Postmaster, Per (Name of Receiving Employe)

PS Form 3877, February 1994

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TROOPER SHAWN MURRAY
DEPARTMENT OF STATE POLICE
470 Worcester Road
Framingham, MA 01702

2. Article Number
(Transfer from service label)    7004-2890-0004-2019-2501

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

(Item #: 072507-CARV-Murray)

Mail merchandise insurance is $500. The maximum indemnity payable on Express Mail insurance is up to about $500 per occurrence. The maximum indemnity payable on registered mail, sent with optional postal insurance, is $25,000 for occurrence. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to first and fourth class parcels.

Form Must be Completed by Typewriter, Ink or Ball Point Pen

Grant Allen Boyd _____    Date _____

This Document is CERTIFIED A TRUE, CORRECT & COMPLETE COPY
of the original.

Exhibit B-3