Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

December 3, 2007

US District Court
1 Courthouse Way
Boston, MA 02210

RE: US v. GRANT BOYD
    05 cr 10037 GAO

Dear Clerk:

    Please file the enclosed MOTION with the Court and bring it to the attention of the Court.

    Respectfully Submitted,

Without Prejudice/All Rights Reservered

/s/ Grant Allen Boyd
Grant Allen Boyd, Secured Party & Creditor
Authorized Representative & Attorney In
Fact in behalf of Defendent/Debtor: GRANT
BOYD, ENS LEGIS

encl. Motion, 1 page

FILED
IN CLERKS OFFICE

2007 DEC -7  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br>    Plaintiff | FILED<br>IN CLERKS OFFICE |
| v. | File No. 05-cr-10037 GAO<br>2007 DEC -7 A 10:48 |
| GRANT BOYD<br>    Defendent | U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| Grant Allen Boyd<br>    Third Party Intervenor | |

DEFENSE MOTION FOR JUDICIAL FACT FINDING
AND RULING OF LAW

NOW COMES the Third Party Intervenor to move the Court for a Judicial Fact Finding and Ruling of Law on Defense Motion for Hearing to Resolve Attorney Client Conflict and Compel Government to Respond to Attorney General's Default Agreements, motion as filed December 3, 2007.

This motion is requested to allow for Appeal purposes and future proceedings.

Respectfully Submitted,

Without Prejudice/All Rights Reservered
/s/ Grant Allen Boyd
Grant Allen Boyd, Secured Party & Creditor
Authorized Representative & Attorney In
Fact in behalf of Defendent/Debtor: GRANT
BOYD, ENS LEGIS

CERTIFICATE OF SERVICE

I, Grant Allen Boyd, Certify that on this day the above motion was sent to the US Attorney for the District of Massachusetts.

Grant Allen Boyd, SPC            12/3/07
Authorized Representative        Date