UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
   v.                             )    Crim No. 05-cr-10037-GAO
                                  )
GRANT BOYD                        )

**NOTICE OF APPEAL**

    Now Comes defendant, Grant Boyd, who respectfully provides

notice that he is appealing his conviction in the above

referenced case.

> Respectfully submitted,
> Grant Boyd
> By His Attorney
>
>  /S/ JAMES BUDREAU
> JAMES H. BUDREAU, ESQ.
> 20 Park Plaza, Suite 905
> Boston, MA 02112
> (617) 227-3700

    I hereby certify that I served a copy of this motion and
affidavit through the ECF system which was sent electronically to
the registered participants as identified on the Notice of
Electronic Filing (NEF) and paper copies will be sent to those
indicated as non registered participants on the 11th day of
December 2007.

> /s/ James Budreau
> JAMES BUDREAU BBO# 553391
> 20 Park Plaza, Suite 905
> Boston, MA 02116