UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>GRANT BOYD,  )<br>)<br>Defendant.  ) | Case No. 05-10037-GAO |

## MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT AS TO GRANT BOYD

The United States of America, by Assistant U.S. Attorney Nathaniel R. Mendell, hereby files this motion to dismiss the Indictment and the Superseding Indictment in the captioned matter as to Defendant Grand Boyd, and in support thereof states the following:

Defendant Grant Boyd was sentenced on December 11, 2007, on all counts of the Second Superseding Indictment in the captioned matter.

Wherefore, the United States respectfully requests that the Indictment and the Superseding Indictment be dismissed as to Grant Boyd.

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:    /s/ Nathaniel R. Mendell
        NATHANIEL R. MENDELL
        Assistant U.S. Attorney
        United States Courthouse
        1 Courthouse Way
        Suite 9200
        Boston, MA 02210
        (617) 748-3304