Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts

December 20, 2007

Customer Service Clerk
US District Court
1 Courthouse Way
Boston, MA 02210

RE:   US v. GRANT BOYD   1:05 cr 10037 001 GAO

Dear Clerk:

    With the conclusion of the case, it is relevant for me to ask that you send to me a certified copy of the Docket and a list of all defense exhibits on file with the Court, related specifically to this Defendent.

    Respectfully,

Without Prejudice/All Rights Reservered

/s/ Grant Allen Boyd
Grant Allen Boyd, Secured Party & Creditor
Authorized Representative & Attorney In Fact
in behalf of Defendent/Debtor: GRANT BOYD, ENS
Legis.