Certified Mail: 7006 3450 0002 9955 8317

Grant Allen Boyd
In behalf of GRANT BOYD, Ens Legis
c/o PO Box 100
South Walpole, Massachusetts



December 16, 2007

United States District Court
Sarah A. Thornton, Clerk of Courts
1 Courthouse Way
Boston, MA 02210

RE: ACCEPTANCE FOR VALUE AND RETURNED FOR DISCHARGE OF PRESENTMENT
DATED DECEMBER 12, 2007, DOCUMENT 183 of 1:05 cr 10037 001 GAO
IN BEHALF OF DEFENDENT/DEBTOR: GRANT BOYD.

Dear Ms. Thornton:

Please find enclosed your Presentment as identified and
dated December 12, 2007, Accepted for Value and Returned for
Discharge.

The undersigned is the Secured Party Creditor, authorized
representative and attorney in fact for the above 'corporate
entity/person' as identified above and in your account and
Presentment.

I, as the Secured Party have been estopped in accessing
'constitutional money of exchange' to pay 'fees,' 'fines,'
'taxes,' 'debts,' 'judgements,' or otherwise 'at law' in behalf
of GRANT BOYD ©, an Ens Legis!

As previously filed with the Court, please recall that I
have concluded the exhaustion of my Private Administrative
Process via Conditional Acceptance for Value (CAFV) whereupon
the UNITED STATES, by and throught the UNITED STATES ATTORNEY
GENERAL, has stipulated, agreed, not only to those referenced
Proof of Claim 'facts' but the Attorney General has agreed via
tacit procuration (his silence) that the above referenced debt/
liability can only be discharged and with my exemption.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    That, Legal tender under the Uniform Commercial Code (UCC),
Section 1·201 (24) (Official Comment);"The referenced
Official Comment notes that the definition of money is not
limited to legal tender under the UCC. The test adopted
is that of sanction of government, whether by authorization
before issue or adoption afterward, which recognizes the
circulating medium as a part of the official currency of
that government. The narrow view that money is limited to
legal tender is rejected"

2. That, the Federal Reserve Bank in its booklet: MODERN MONEY MECHANICS page 3, states: "In the United States neither paper currency nor deposits have as commodities. Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries."

3. That the "giving of a (federal reserve) note does not constitute payment." see Echart v. Commissioners C.C.A., 42 F.2d 158.

4. That the use of a (federal reserve) 'Note' is only a promise to pay. see Fidelty Savings v. Grimes, 131 P.2d 894.

5. That Legal Tender (federal reserve) Notes are not good and Lawful money of the United States. see Rains v. State, 226 S.W. 189.

6. That (federal reserve) 'Notes do not operate as payment in the absence of an agreement that they shall constitute payment.' see Blachshear Mfg. Co. v. Harrell, 2 S.E.2d 776.

7. Also, Federal Reserve Notes are valueless. see IRS Code Section 1.1001-1 (4657 C.C.H.)

8. In light of the holding of Fedelity Bank Guarantee v. Henwood, 307 US 847 (1939), take notice of..."As of October 27, 1977, legal tender for discharge of debts is no longer required. That is because legal tender is not in circulation at par with promise to pay credit. There can be no requirement of repayment in legal tender either, since legal tender was not loaned [no in circulation] and repayment [or payment] need only be made in equivalent kind; A negotiable instrument."

9. UCC 3 603; "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extend of the amount of the tender..."

10. That the United States Attorney General has agreed, through tacit procuration, that any fine, fee, assessment, presentment claim, charge or remaining judgement/monetary penalty may be accepted for value and returned for discharge, or by promissary note or other appropriate commercial paper to allow for the setoff/adjustment and exchange of credit (discharge) to allow the account, related to this matter, to be adjusted to zero by and through the remedy provided by Congress via HJR 192. see Exhibit A 4, §§ 031507-CAFV, pp. 13-14; & 031507-CAFV-CONR, pg. 4 ¶ f; on file with the Court in relation to 1:05 cr 10037-001-GAO.

**WHEREFORE**; the Undersigned Secured Party Creditor can only discharge any such debt/liability due to the fact that the UNITED STATES was responsible in the removal of constitutional money that was to circulate within the several states whereby the

undersigned could 'pay debts at law' and the Undersigned herein
has been estopped in law from paying debts 'at law.'

I would also presume, that it would be a violation of
commercial 'due process' or 'fraud' to bar the Undersigned from
accessing the remedy provided by Congress (HJR 192) to discharge
debts (liabilities) 'dollar for dollor'. see Dyett v. Turner,
Warden, Utah State, 439 P.2d 266 @ 267.

**THEREFORE**, in light of the above, under necessity, having
no other means to pay debts at law, and in respect to any supposed
'debt/liability' being accepted for value, but being estopped
and denied access to lawful constitutional money of exchange,
the undersigned can only exercise the remedy under necessity
to discharge the 'debts/liabilities,' related to this matter,
in behalf of GRANT BOYD ©, iva your DULY SIGNED PRESENTMENT
accepted for Value and Returned for Discharge bearing my exemption,
therein, please accept this negotiable instrument and credit
the above account/case, in honor, within 3 days upon acceptance.

Any dishonor will be construed as a commercaial injury,
violation of agreement, fraud, fraud by scienter, violation of
commercial law and otherwise, of which I will have no alternative
but to initiate my exclusive remedy via Tort Claim, or otherwise.

I consider that you will do the honorable thing in this
matter and close the account, notice me of said discharge/closing
and I thank you for your time in this matter.

Sincerely,

Grant Allen Boyd, Secured Party Creditor,
Authorized Representative, Attorney In Fact
in behalf of GRANT BOYD ©, ENS LEGIS

Encl.    12/12/07 Presemtment, Accepted for Value
         Exhibit A 7, Certified Copy of UCC filing (on file with the Court)
         Affidavit in Support of Discharge of Debt

cc.

         US Treasury Secretary, Henry Paulson
         Administrative Office of the US Courts

Case 1:05-cr-10037-GAO Document 183 Filed 12/12/2007 Page 1 of 10

AO 245B(05-MA) (Rev 06/05) Judgment in a Criminal Case
Sheet 1 - D Massachusetts - 10/05

# UNITED STATES DISTRICT COURT
District of Massachusetts

UNITED STATES OF AMERICA
V.
GRANT BOYD

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **1: 05 CR 10037 - 001 - GAO**
USM Number: 04725-082
JAMES H. BUDREAU, ESQUIRE
Defendant's Attorney

☐ Additional documents attached

☐

**THE DEFENDANT:**

☑ pleaded guilty to count(s) 1ss-3ss (Plea: 12/7/06)

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses: Additional Counts - See continuation page ☐

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC sec. 841(a)(1) | Possession of Methamphetamine w/i to distribute | 12/31/04 | 1ss |
| 21 USC sec. 846 | Conspiracy to Distribute, and to Possess w/i to distribute | 03/31/06 | 2ss |
| 18 USC sec. 1956(h) | Conspiracy to Launder Money | 03/31/06 | 3ss |

The defendant is sentenced as provid[...] of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not [...]

☐ Count(s) [...] n the motion of the United States.

It is ordered that th[...] for this district within 30 days of any change of name, residence, or mailing address until a[...] posed by this judgment are fully paid. If ordered to pay restitution, the defendant must no[...] changes in economic circumstances.

ACCEPTED FOR VALUE & HONOR - EXEMPT FROM LEVY
For my Remedy, Release the Proceeds, Products, Accounts, and fixtures in the Orders(s) to Me Immediately in the accordance with the Public Policy, HJR-192, UCC 10-104 and UCC 1-104
Exemption ID # 081600905
UCC Contract Acct. # 081600905
Value: $ 300,00
Date: 12/20/07
/s/

12/11/07
Date of Imposition of Judgment

Signature of Judge

The Honorable George A. O'Toole
Judge, U.S. District Court
Name and Title of Judge

12/12/07
Date

Case 1:05-cr-10037-GAO Document 183 Filed 12/12/2007 Page 2 of 10

AO 245B(05-MA) (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - D. Massachusetts - 10/05

Judgment — Page 2 of

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 240 month(s)

on each of counts 1ss-3ss, to run concurrently with each other.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that defendant participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. The court further recommends that Bureau of Prisons take into account defendant's health needs and family circumstances when designating a facility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____________ ☐ a.m. ☐ p.m. on ____________

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

a ____________ , with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

Case 1:05-cr-10037-GAO Document 183 Filed 12/12/2007 Page 3 of 10

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**

## SUPERVISED RELEASE

☐ See continuation page

Upon release from imprisonment, the defendant shall be on supervised release for a term of : 10 year(s)

on each of counts 1ss and 2ss, and three years on count 3ss, all to run concurrently with each other.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,

4) the defendant shall support his or her dependents and meet other family responsibilities,

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician:

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered:

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B(05-MA) (Rev 06/05) Judgment in a Criminal Case
Sheet 4A - Continuation Page - Supervised Release/Probation -10/05

Judgment—Page 4 of ____

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**

## ADDITIONAL ☑ SUPERVISED RELEASE ☐ PROBATION TERMS

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office.

**Continuation of Conditions of ☐ Supervised Release ☐ Probation**

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ________________, or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ __________ over a period of __________ (e.g., months or years), to commence __________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ __________ over a period of __________ (e.g., months or years), to commence __________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within __________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ See Continuation Page

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

$54,223 in United States Currency

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 06/05) Criminal Judgment
Attachment (Page 1) — Statement of Reasons - D. Massachusetts - 10/05

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**
DISTRICT: **MASSACHUSETTS**

# STATEMENT OF REASONS

**I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A ☑ **The court adopts the presentence investigation report without change.**

B ☐ **The court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)
(Use Section VIII if necessary.)

1 ☐ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

2 ☐ **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

3 ☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4 ☐ **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C ☐ **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

A ☐ No count of conviction carries a mandatory minimum sentence.

B ☑ Mandatory minimum sentence imposed.

C ☐ One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

☐ findings of fact in this case
☐ substantial assistance (18 U.S.C. § 3553(e))
☐ the statutory safety valve (18 U.S.C. § 3553(f))

**III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level: 35
Criminal History Category: II
Imprisonment Range: 240 to 240 months
Supervised Release Range: 10 to 10 years
Fine Range: $ 20,000 to $ 16,500,000
☑ Fine waived or below the guideline range because of inability to pay.

AO 245B (05-MA) (Rev. 06/05) Criminal Judgment
Attachment (Page 2) — Statement of Reasons - D. Massachusetts - 10/05

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**
DISTRICT: **MASSACHUSETTS**

## STATEMENT OF REASONS

**IV ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A [✓] **The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.**

B [ ] **The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.** (Use Section VIII if necessary.)

C [ ] **The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.** (Also complete Section V.)

D [ ] **The court imposed a sentence outside the advisory sentencing guideline system.** (Also complete Section VI.)

**V DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A **The sentence imposed departs** (Check only one.):
- [ ] below the advisory guideline range
- [ ] above the advisory guideline range

B **Departure based on** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 plea agreement based on the defendant's substantial assistance
- [ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
- [ ] binding plea agreement for departure accepted by the court
- [ ] plea agreement for departure, which the court finds to be reasonable
- [ ] plea agreement that states that the government will not oppose a defense departure motion.

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 government motion based on the defendant's substantial assistance
- [ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
- [ ] government motion for departure
- [ ] defense motion for departure to which the government did not object
- [ ] defense motion for departure to which the government objected

3 **Other**
- [ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

- [ ] 4A1.3 Criminal History Inadequacy
- [ ] 5H1.1 Age
- [ ] 5H1.2 Education and Vocational Skills
- [ ] 5H1.3 Mental and Emotional Condition
- [ ] 5H1.4 Physical Condition
- [ ] 5H1.5 Employment Record
- [ ] 5H1.6 Family Ties and Responsibilities
- [ ] 5H1.11 Military Record, Charitable Service, Good Works
- [ ] 5K2.0 Aggravating or Mitigating Circumstances
- [ ] 5K2.1 Death
- [ ] 5K2.2 Physical Injury
- [ ] 5K2.3 Extreme Psychological Injury
- [ ] 5K2.4 Abduction or Unlawful Restraint
- [ ] 5K2.5 Property Damage or Loss
- [ ] 5K2.6 Weapon or Dangerous Weapon
- [ ] 5K2.7 Disruption of Government Function
- [ ] 5K2.8 Extreme Conduct
- [ ] 5K2.9 Criminal Purpose
- [ ] 5K2.10 Victim's Conduct
- [ ] 5K2.11 Lesser Harm
- [ ] 5K2.12 Coercion and Duress
- [ ] 5K2.13 Diminished Capacity
- [ ] 5K2.14 Public Welfare
- [ ] 5K2.16 Voluntary Disclosure of Offense
- [ ] 5K2.17 High-Capacity, Semiautomatic Weapon
- [ ] 5K2.18 Violent Street Gang
- [ ] 5K2.20 Aberrant Behavior
- [ ] 5K2.21 Dismissed and Uncharged Conduct
- [ ] 5K2.22 Age or Health of Sex Offenders
- [ ] 5K2.23 Discharged Terms of Imprisonment
- [ ] Other guideline basis (e.g., 2B1.1 commentary)

D **Explain the facts justifying the departure.** (Use Section VIII if necessary.)

AO 245B (05-MA) (Rev. 06/05) Criminal Judgment
Attachment (Page 3) — Statement of Reasons - D. Massachusetts 10/05

DEFENDANT: **GRANT BOYD**
CASE NUMBER: **1: 05 CR 10037 - 001 - GAO**
DISTRICT: **MASSACHUSETTS**

Judgment — Page of

## STATEMENT OF REASONS

**VI COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A **The sentence imposed is** (Check only one.):
☐ below the advisory guideline range
☐ above the advisory guideline range

B **Sentence imposed pursuant to** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3 **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

C **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D **Explain the facts justifying a sentence outside the advisory guideline system.** (Use Section VIII if necessary.)

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN:

State of Massachusetts )
) Scilicet **EXHIBIT A-7**
County of Norfolk )

I Grant Allen Boyd, declare and affirm by my signature that the attached reproduction of:

Certified copy of UCC-1 Financing Statements from Washington State:

1. UCC-1 Financing Statement # 2007-101-6204-7, April 10, 2007
2. UCC-1 Financing Statement # 2007-101-6258-0, April 10, 2007
   - a. UCC-1 form (1 page)
   - b. UCC1Ad form (1 page)
   - c. Security Agreement (030107-1-SA) (11 pages)
   - d. Power of Attorney (030107-2-POA) (2 pages)
   - e. Common Law Copyright Notice (030107-4-CLC) (3 pages)
   - f. Hold Harmless & Indemnity Agreement (031007-3-HHIA)(4 pages)

<<< Nothing Further >>>

Origional Notary Stamp on file w/ Court
1:05-cr-10037-001-GAO

... is a TRUE, correct and complete photocopy of a document(s) in my possession and I'm the custodian of said document(s).

[signature]
Signature of Custodian of Origional Document

PO Box 100, South Walpole, Massachusetts, non-domestic [near 02071]
Address/Locale

SUBSCRIBED AND SWORN to before me on this 29 day of October 2007.

/s/ [signature]
Signature of Notary Public

Seal: KATRINA V. BUTKIEWICZ Notary Public COMMONWEALTH OF MASSACHUSETTS My Commission Expires October 29, 2010

Katrina Butkiewicz
Print Name of Notary

# Washington State Department of Licensing
# Uniform Commercial Code
## Information Search Acknowledgment

GRANT ALLEN BOYD
P O BOX 100
SOUTH WALPOLE MA 02071

EXHIBIT- A-7

**Search Number:** 2007-267-8673-2S
**Search On:** GRANT ALLEN BOYD ( Organization ) (Debtor)
Certified Through Date: Sep 23, 2007
Search Type: All
Result Type: Details
Include Lapsed: No
**Fee Amount($US):** $26.57

---

## Initial Filing #2007-101-6204-7

File Date: Apr 10, 2007
Lapse Date: None
Debtor: GRANT ALLEN BOYD
164 Springdale Ave
Wheeling, WV 26003
Organization Type ENG LEGIS/TRUST
Jurisdiction Private

Secured Party: Boyd, Grant Allen
c/o PO Box 100
South Walpole, Massach, UT ts [02071]

---

## Initial Filing #2007-101-6258-0

File Date: Apr 10, 2007
Lapse Date: None.
Debtor: GRANT ALLEN BOYD
164 Springdale Ave.
Wheeling, WV 26003
Organization Type: ENS LEGIS/TRUST
Jurisdiction. Private

Secured Party: Boyd, Grant, Allen
c/o PO Box 100
South Walpole, MA 02071

---

Search Results for Search Number #2007-267-8673-2 Page 2

The above listing is a record of all financing statements and liens for the specific name requested and which are currently on file in the Department of Licensing as of the certified through date. The Department of Licensing hereby disclaims responsibility in this record search and certification other than the name specified in your request for information. A search limited to a particular city, date, or file number may not reveal all filings against a debtor searched and the searcher bears the risk of relying on such a search.

THE SEAL OF THE STATE OF WASHINGTON 1889

Elizabeth A. Luce

Elizabeth Luce, Director, Department of Licensing

9/25/2007

Exhibit A-7

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Date of Filing :** Apr 10, 2007
**Time of Filing:** 05:00 PM
**File Number :** 2007-101-6204-7

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: GRANT ALLEN BOYD

OR

| 1b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave | Wheeling | WV | 26003 | USA |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | ENG LEGIS/TRUST | Private | [X] None |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole, Massach | UT | ts [02071] | USA |

4. This FINANCING STATEMENT covers the following collateral:

5. ALTERNATIVE DESIGNATION (if applicable) [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG LIEN [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

17. Check only if applicable and check only one box.

Debtor is a [X] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

18. Check only if applicable and check only one box.

[X] Debtor is a TRANSMITTING UTILITY [ ] Filed in connection with a Manufactured-Home Transaction - effective 30 years [ ] Filed in connection with a Public-Finance Transaction - effective 30 years

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

Exhibit A-7

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT OF FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
[02071-0100]

Revenue Tracking Number
1 1 5 9 0 3 5

041007 13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: GRANT ALLEN BOYD

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: 164 Springdale Ave. | CITY: Wheeling | STATE: WV | POSTAL CODE: 26003 | COUNTRY: USA

1d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: ENS LEGIS/TRUST | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any: [X] NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY: USA

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any: [ ] NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: Boyd | FIRST NAME: Grant | MIDDLE NAME: Allen | SUFFIX

3c. MAILING ADDRESS: c/o PO Box 100 | CITY: South Walpole, Massachusetts | STATE | POSTAL CODE: [02071] | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2 POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

5. ALTERNATIVE DESIGNATION (if applicable): [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [✓] SELLER/BUYER [ ] AG. LIEN [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA: Secured Party -

Exhibit A-7

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: GRANT ALLEN BOYD

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

Revenue Tracking Number
1 1 5 9 0 3 5

041007 13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY: USA

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY: USA

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description: [illegible], the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitalized names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce and all contracts, agreements, and signatures, and/or endorsements, reproductions of Debtor's name predicated on the 'strawman' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

17. Check only if applicable and check only one box.

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit A-7

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO (Name and Address)

**Date of Filing :** Apr 10, 2007

**Time of Filing:** 05:00 PM

**File Number :** 2007-101-6258-0

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GRANT ALLEN BOYD | | | |
| **OR** 1b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 164 Springdale Ave | Wheeling | WV | 26003 | USA |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | ENS LEGIS/TRUST | Private | [X] None |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| **OR** 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Boyd | Grant | Allen | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o PO Box 100 | South Walpole | MA | 02071 | USA |

4. This FINANCING STATEMENT covers the following collateral:

5. ALTERNATIVE DESIGNATION [if applicable]: [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG LIEN [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

17. Check only if applicable and check only one box.

Debtor is a [X] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

18. Check only if applicable and check only one box.

[X] Debtor is a TRANSMITTING UTILITY [ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years [ ] Filed in connection with a Public-Finance Transaction — effective 30 years

Exhibit A-7

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT OF FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Grant Allen Boyd
c/o PO Box 100
South Walpole, Massachusetts
[02071-0100]

Revenue Tracking Number
1 1 5 9 0 5 4

041007 33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: GRANT ALLEN BOYD

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: 164 Springdale Ave. | CITY: Wheeling | STATE: WV | POSTAL CODE: 26003 | COUNTRY: USA

1d. TAX ID #: SSN OR EIN: [redacted] | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: ENS LEGIS/TRUST | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any | [X] NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY: USA

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | [ ] NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: Boyd | FIRST NAME: Grant | MIDDLE NAME: Allen | SUFFIX

3c. MAILING ADDRESS: c/o PO Box 100 | CITY: South Walpole, Massachusetts [02071] | STATE | POSTAL CODE | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral: This is the entry of the collateral record owner: Grant Allen Boyd, and for the Debtor: GRANT ALLEN BOYD, in the commercial chamber under necessity and the following is hereby registered in the same: All certificates of Birth documents #069735 as herein liened and claimed at a sum certian $100,000,000., Massachusetts Drivers License #S83065262; UCC Contract Trust Account Number 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; Exemption Identification Number 081600905; AutoTRIS & CUSIP Number 081600905; Security Agreement Item No. 030107-1-SA; Power of Attorney Item No. 030107-2-POA; Hold Harmless Indemnification Agreement Item No. 030107-3-HHIA; Copyright Notice Item No. 030107-4-CLC. Said registration is to secure the rights, title(s) and interest(s) in and of the Root of Title and Birth Certificate #069735 as recorded by Clerk of the OHIO County Commission in the State of West Virginia, DNA, Retna Scans and all debentures, indentures, accounts, and all pledges represented by same included but not limited to the Pignus, hypotheca, hereditments, (Cont. UCC1Ad)

5. ALTERNATIVE DESIGNATION [if applicable]: [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG. LIEN [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA: Secured Party -

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Exhibit A-7

Attachment 2 of 22 to Filing Number: 2007-101-6258-0

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

GRANT ALLEN BOYD

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS

Revenue Tracking Number
1 1 5 9 0 5 4

041007 33.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

16. Additional collateral description: res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitilized names: GRANT ALLEN BOYD, GRANT A. BOYD, GRANT BOYD, G.A. BOYD, Grant A. Boyd, Grant Boyd, or any derivatives thereof as used in commerce, and all contracts, agreements, and signitures, and/or endorsements, reproductions of owner's name predicated on the 'straw-man' (ENS LEGIS) described as the debtor and all property is accepted for value and is exempt from levy. Recorded owner is not the guarantor or surety to any other account by explicit reservation. adjustment of this filing is from Public Policy HJR-192 and UCC 1 104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

17. Check only if applicable and check only one box.

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY (commercial transmitting utility)

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

Exhibit A-7

# SECURITY AGREEMENT

NON-NEGOTIABLE

Revenue Tracking Number
1 1 5 9 0 5 4

This Security Agreement is made and entered into this 28th day of February 2007 [1] by and between GRANT ALLEN BOYD [2], DEBTOR, hereinafter "DEBTOR," SOCIAL SECURITY ACCOUNT NUMBER [redacted]-0905, and Grant Allen Boyd [3], Secured Party, hereinafter "Secured Party." If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s) The Parties, hereinafter "Parties," are identified as follows:

DEBTOR [4]

GRANT ALLEN BOYD©
164 Springdale Ave.
Wheeling, WV 26003

Social Security Account Number [redacted]-0905[5]

Secured Party [6]

Grant Allen Boyd
c/o Post Office Box 100
South Walpole, Massachusetts, united States of America
Near [02071]

NOW, THEREFORE, the Parties agree as follows: (This Security Agreement is a renewal of the previous agreement between the parties dated May 5, 1999 and supersedes the previous)

AGREEMENT

In consideration for the Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

Item #: 030107-1-SA

Exhibit A-7

Attachment 4 of 22 to Filing Number: 2007-701-625890

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4
041007 33.28

4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

a. Voluntarily enters DEBTOR in the Commercial Registry;

b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and

c. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Right, elects.

**PUBLIC LAWFUL NOTICE**

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and the Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and the Secured Party

3. DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of the Secured Party, and all property of DEBTOR is the secured property of the Secured Party

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

**FIDELITY BOND**

Know all men by these presents, that DEBTOR, GRANT ALLEN BOYD [9], establishes this bond in favor of the Secured Party, Grant-Allen : Boyd [10], in the sum of present Collateral Values up to the penal sum of One Hundred Million United States Dollars (100,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds

 Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

DEBTOR and DEBTORS heirs, executors, administrators, and third-party assigns, jointly and severally, by these presents.

Revenue Tracking Number
1 1 5 9 0 5 4
04/09/2007 11:11

The condition of the above bond is: the Secured Party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTORS Surety, GRANT ALLEN BOYD [11], is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever

The Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, inter alia, copy of any document, correspondence, suit, or action received by or served upon the Secured Party The Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

**COLLATERAL:**

The collateral to which this Security Agreement pertains to, inter alia, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

 Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRNAT ALLEN BOYD

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTORS possession, Dishonor Settlement Agreement Bill of Exchange #042869-1-BOE held by the Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

Revenue Tracking Number
1 1 5 9 0 5 4

4. All cottages, cabins, houses, and buildings,

041007 33 28

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

6. All inventory in any source,

7. All machinery, either farm or industrial,

8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids service equipment, lubricants and fuels and fuel additives,

9. All aircraft, gliders, balloons and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants and fuels and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

Revenue Tracking Number
1 1 5 9 0 5 4

041007 33.28

16. All books and records of DEBTOR;

17. All Trademarks, Registered Marks, copyrigbts, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR.

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto.

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever,

23. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www (computer services), and all other methods of communication, energy transmission, and food or water distribution;

 Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

Revenue Tracking Number
1 1 5 9 0 5 4

28. All Rights to use any free, rented, leased, fixed, or mobile domicile as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license permit, certificate, or permission of any kind whatsoever;

30. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All Rights to Keep and Bear Arms for self defense of self, family, and parties entreating physical protection of person or property;

34. All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self, including but limited to DNA, Blood and Retna scans, etc.;

37. All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, de-facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

39. All intellectual property, inter alia, all speaking and writing;

Revenue Tracking Number
1 1 5 9 0 5 4

40. All signatures and seals;

041007 33.28

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTORS accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTORS accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all processed algorithms analyzing, classifying comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like; And Certificate of Birth # 069735 - Ohio County - Wheeling West Virginia;

44. All library cards;

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information,

46. All credit of DEBTOR;

47. All traffic citations/tickets,

48. All parking citations/tickets,

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

 Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

Revenue Tracking Number
1 1 5 9 0 5 4
041007 33:28

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-Ks, and the like;

53. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from.

54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture.

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents.

58. All fuel, fuel tanks, containers, and involved or related delivery systems;

59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61. All rifles and guns and related accessories, and ammunition and the integral components thereof.

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;



DEBTOR: GRANT ALLEN BOYD

63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64. All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto:

Reverse Tr Serial Number
1 1 5 9 0 5 4
041007 33.38

66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

68 All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof.

69 All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information.

70 All books, drawings, magazines, manuals, and reference materials regardless of physical form,

71 All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto.

72 All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto.

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75 The Will of DEBTOR;

76. All inheritances gotten or to be gotten,

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

 Item #: 030107-1-SA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

79. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

Revenue Tracking Number
1 1 5 9 0 5 4

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

041007 33.20

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dischargeable in bankruptcy court as the Secured Party(s) property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTORS former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on the Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1. Failure by DEBTOR to pay any debt secured hereby when due;

2. Failure by DEBTOR to perform any obligations secured hereby when required to be performed;

3. Any breach of any warranty by DEBTOR contained in this Security Agreement; or

4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of DEBTOR.

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4

041007 31:38

The Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

## SIGNATURES

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC § 3-419.

GRANT ALLEN BOYD, DEBTOR [13]

/s/ GRANT ALLEN BOYD

The Grant Allen Boyd, Secured Party [14]

## ACKNOWLEDGEMENT

County of Norfolk [15] )
) Scilicet
Massachusetts state [16] )

SUBCRIBED TO AND SWORN before me this 28th day of February, A.D. 2007 a Notary, that Grant Boyd, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Beverly Veglas Seal;
Notary Public
My Commission Expires 3/31/11

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

NOTE: ANY NOTARY SEAL AND/OR ACKNOWLEDGEMENT ON THIS DOCUMENT DOES NOT COSTITUTE ANY ADHESION-CONTRACT TO THE STATE AND OR UNITED STATES (Inc.). The purpose for this notary seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction. All Rights Reserved Without Prejudice. UCC 1-207.

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

# POWER OF ATTORNEY

**LIMITED**

Revenue Tracking Number
1 1 5 9 0 5 4

Know All Men by These Presents: That I, GRANT ALLEN BOYD 041809-33.28 [1], the Debtor, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoints Grant Allen Boyd [2], herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully Attorney-in-fact for me and in my corporate capacity (LLC), place and stead and for my personal and commercial use and benefit:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargable) belonging to or accepted or claimed by me, or presented to the DEBTOR; GRANT ALLEN BOYD [3], (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands:

2. To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established and to or in other actions;

3. To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any sech account held open against the DEBTOR- GRANT ALLEN BOYD [4], to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf.

4 To open any Checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set off.

5. To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4
041007 33:28

owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-fact: Grant Allen Boyd is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts therof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit - with or without security.

This Power of Attorney authorization supersedes the previous Power of Attorney authorization signed between the parties on May 5, 1999.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this 28 day of February 2007, A.D.

GRANT ALLEN BOYD

Secured Party

/s/

Grant Allen Boyd

ACKNOWLEDGEMENT

County of Norfolk )
) Scilicet
Massachusetts State )

SUBCRIBED TO AND SWORN before me this 28th day of February, 2007, A.D., a Notary, that Grant Boyd personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

Notary Public Seal;

My Commission Expires 3/31/11

NOTE: any notary seal and/or acknowledgement on this document does not constitute any adhesion contract to the STATE and/or UNITED STATES (inc.). The purpose for this notary seal is for verification and acknowledgement of the signer and not for any entrance into any foreign jurisdiction. All Rights Reserved Without Prejudice. UCC 1-207.

Item # 030107-2-POA

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

# Common Law Copyright Notice

041007 33.28

**Common Law Copyright Notice**: All rights reserved re; common-law copyright of trade-name/trademark, GRANT ALLEN BOYD© **[1]** as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 1987 -(**18th Birth-Day-Year**- Ninteen-Eighty-Seven ), by Grant Allen Boyd [2]. Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Grant Allen Boyd [2] as signified by the blue-ink signature of Grant Allen Boyd [2], hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of GRANT ALLEN BOYD ©, [1] and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "GRANT ALLEN BOYD ©, [1]" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "GRANT ALLEN BOYD ©, [1]" in Hold-harmless and Indemnity Agreement No. 030107-3-HHIA dated the 1 **Day of the** 3 **Month in the Year of Our Lord Two-Thousand and** Seven against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of "GRANT ALLEN BOYD ©, [1]", other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and 'Upper and Lower Case Name Here' is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, "GRANT ALLEN BOYD ©, [1]"; (2) authenticates this Security Agreement wherein User is debtor and Grant Allen Boyd [2] is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and Grant Allen Boyd [2] is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,' with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:

**Payment Terms**: In accordance with fees for unauthorized use of "GRANT ALLEN BOYD ©, [1]" as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, is sent.

**Default Terms**: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(1)"; and (2). User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD©

Revenue Tracking Number
1 1 5 9 0 5 4

041007 33.20

interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: Grant Allen Boyd [2], Autograph Common Law Copyright 1987

Record owner: Secured Party / creditor name autographed common-law copyright:

Copyrighted Date 2/28/2007

Without Prejudice/Without Recourse

[signature] [2]

Grant Allen Boyd - Secured Party

## ACKNOWLEDGEMENT

County of Norfolk )
) Scilicet
Massachusetts state )

SUBCRIBED TO AND SWORN before me this 28th day of February, A.D. 2007, a Notary, that [signature], personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

[signature] Seal;
Notary Public
My Commission expires 3/31/07

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

NOTE: ANY NOTARY SEAL AND/OR ACKNOWLEDGEMENT ON THIS DOCUMENT DOES NOT CONSTITUTE ANY ADHESION CONTRACT TO THE STATE AND/OR UNITED STATES (Inc.). The purpose for this Notary Seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction.

Item #: 030107-4-CLC

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

# HOLD HARMLESS AND INDEMNITY AGREEMENT

Number 030107-3-HHIA [2]

Revenue Tracking Number

Non-Negotiable - Private Between the Parties 5 9 0 5 4

PARTIES: 041007 33.28

Debtor: [3]
GRANT ALLEN BOYD © trade-name
164 Springdale Ave
Wheeling, WV 26003

Creditor: [4]
Grant Allen Boyd ©
c/o PO Box 100
S. Walpole, Massachusetts [02071]

...and any and all derivatives and variations in the spelling of said name.

Debtor's Social Security Account Number [redacted]

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into in this 28 Day of the 2 Month in the Year of Our Lord Two thousand and Seven between the juristic person: "GRANT ALLEN BOYD © [7]," and any and all derivatives and variations in spelling of said name hereinafter jointly and severally "Debtor," except, "Grant Allen Boyd © [8]," the living, breathing, flesh-and-blood man, known by the distinctive appellation Grant-Allen: Boyd © [9], hereinafter "Creditor."

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for Debtor.

**Defined: Glossary of Terms.**

As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, non obstante:

**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and-blood

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4

man.

**Conduit.** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name, "GRANT ALLEN BOYD © [10]," also known by any and all derivatives and variations in the spelling of said name of Debtor except all derivatives and variations in the spelling of the name of "Grant Allen Boyd © [11]," Creditor.

**Creditor**. In this Hold-harmless and Indemnity Agreement the term "Creditor" means "Grant Allen Boyd © [12]" and all derivatives and variations in the spelling of the name of "Grant Allen Boyd © [13]".

**Debtor**. In this Hold-harmless and Indemnity Agreement the term 'Debtor" means "GRANT ALLEN BOYD © [14]," also known by any and all derivatives and variations in the spelling of said name excepting "Grant Allen Boyd © [15]" and all derivatives and variations in the spelling of the name of " Grant Allen Boyd © [16]".

**Derivative**. In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding, secondary, that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature, anything derived from another.

**Ens legis**. In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a natural person.

**Hold-harmless and Indemnity Agreement**. In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No 030107-3-HHIA [17] as this Hold harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached "GRANT ALLEN BOYD © [18]" In this Hold-harmless and Indemnity Agreement the "GRANT ALLEN BOYD © [19]" means "GRANT ALLEN BOYD [20]©" and any and all derivatives and variations in the spelling of said name except, "Grant Allen Boyd © [21] " and all derivatives and variations in the spelling of the name "Grant Allen Boyd © [22]" Common Law Copyright ©2007 by "Grant Allen Boyd © [23]." All Rights Reserved.

In this Hold-harmless and Indemnity Agreement the term "Grant Allen BOyd © [24]" means the sentient, living, flesh-and-blood man identified by the distinctive appellation Grant Allen BOyd © [25] and all derivatives and variations in the spelling of the name "Grant Allen Eoyd © [26]." All rights are reserved re use of "Grant Allen Boyd © [27]" Autograph Common Law Copyright 2007

**Juristic person**. In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity,

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

such as Debtor, i.e.GRANT ALLEN BOYD © [28].which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

Revenue Tracking Number
1 1 5 9 0 5 4

041007-33.28

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library, The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation ----- Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And the none the worse for it. No doubt, "Metaphors in law are to be narrowly watched " Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason " See U.S v. SCOPHONY CORP. OF AMERICA, 333 U.S 795; 68 S Ct. 855; 1948 U.S "

**Observation.** A person has a property right in the use of his or her name which a person may transfer or assign " Gracey v Maddin, 769 S W 2nd 497 (Tenn. Ct. App. 1989)

---

**Living, breathing, flesh-and-blood man** In this Private Agreement the term "living, breathing, flesh-and-blood man means the Creditor "Grant Allen Boyd © [29]", a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e a juristic person created by construct of law

**Non obstante** In this Private Agreement the term "non obstante" means: Words anciently used in public and private instrument with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

---

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v. NEALE. 2 N.C. 338 (1796) 2 S.E. . 70

---

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Creditor, i.e "Grant Allen Boyd © [30]", a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic corporation. partnership, association, and the like.

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting

Exhibit A-7

DEBTOR: GRANT ALLEN BOYD

Revenue Tracking Number
1 1 5 9 0 5 4

utility" means a 'commercial transmitting utility,' i.e., a conduit for all commercial presentments and matters passed to or presented to the Debtor, i.e. GRANT ALLEN BOYD 041007 33.20-© [31].

UCC. In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code.

This Hold-harmless and Indemnity Agreement No. 030107-3-HHIA [32] is dated: the 28 Day of the 2 Month in the Year of Our Lord Two Thousand and Seven.

Debtor: GRANT ALLEN BOYD © [34].

/s/ GRANT ALLEN BOYD
Debtor's Signature

Creditor accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401 (b)

Creditor: Grant Allen Boyd ©[35]

Creditor's Signature - Autograph Common Copyright(c) 2007 by Grant Allen Boyd © [36] All Rights Reserved

## ACKNOWLEDGEMENT

County of Norfolk )
) Scilicet
Massachusetts state )

SUBCRIBED TO AND SWORN before me this 28th day of February, A.D 2007, a Notary, that Grant Boyd, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same

Beverly Veglas Seal:
Notary Public
My Commission Expires 3/31/11

BEVERLY VEGLAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 31, 2011

NOTE: Any notary seal and/or acknowledgement on this document does not constitute any adhesion contract to the STATE and/or UNITED STATES (Inc.). The purpose for this Notary Seal is for verification and acknowledgement of the signor and not for any entrance into any foreign jurisdiction. All Rights reserved without prejudice. UCC 1-207

Item #: 030107-3-HHIA

Exhibit A-7

AFFIDAVIT
IN SUPPORT OF COMMERCIAL DISCHARGE

State of Massachusetts :
: Scilicet
County of Norfolk :

Only an affidavit is necessary to prove a prima-cacie case. US v. J.W. KIS, 658 F.2d 526 (7th Cir 1981) Cert. Denied 455 US 1018 (1982) quoting US v. POWELL 379 US 48, 85 S.Ct 248, 257-258 @ n.27; AND see KIS at [15] (any uncontested allegations...must be accepted as admitted)

That I, Grant Allen Boyd, a sentient, living man, being first duly sworn - does depose, say, and declare by my signature that the following facts are true and correct to the best of my knowledge and belief.

1. THAT, the Affiant is the Secured Party and authorized to speak for, respond, and handle the commercial affairs on behalf of the purported Debtor: GRANT BOYD (c), ENS LEGIS, a corporate fiction/entity and trust entity; in respect to the documents intended to discharge any purported debt/liability.

2. THAT, Affiant sent to the UNITED STATES OF AMERICA, Inc., by and through the United States Attorney General, a private communique being a 'Conditional Acceptance for Value (CAFV) via certified mail 7004-2890-0004-2019-2945 seeking 'Proof of Claim' upon the agreement of the Affiant to perform should the UNITED STATES OF AMERICA, Inc. not provide and produce 'Proof of Claim(s). Said CAFV was sent on April 4, 2007 and received on/about April 9, 2007.

3. THAT, Affiant sent the UNITED STATES OF AMERICA, Inc., by and through the United States Attorney General, a 'Notice of Fault/Opportunity to Cure' via certified mail 7006-0100-0003-9496-9411, giving the UNITED STATES OF AMERICA, Inc. ten days (plus 3 days return mailing) to correct their fault of non-response and to contest acceptance. The aforesaid instrument was sent on June 6, 2007 to the Untied States Attorney General and received on/about June 10, 2007. The UNITED STATES OF AMERICA, Inc. has failed to cure their fault nor contest acceptance.

4. THAT, upon the UNITED STATES OF AMERICA's dishonor and failure to cure, Affiant established for the record and has further tendered herein Affiant's 'Affidavit re Notice of Default and failure to Contest Acceptance' in this instant matter, also on file with the Court 1:05-cr-10037-001-GAO (Exhibit A-4). The UNITED STATES OF AMERICA has stipulated to an agreement with Affiant by tacit procuration (silence) that the Affiant can only discharge the purported debt/liability by Acceptance for Value and Return for Discharge via the exemption of the Affiant upon the Presentmetn so tendered by the UNITED STATES OF AMERICA, Inc. in light of the U.S. Bankruptcy in behalf of the ENS LEGIS, corporate entity/Debtor: GRANT BOYD (c).

5. THAT the U.S. Bankruptcy is verified in Senate Report No. 93-549 93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act (Sixth-Fifth Congress, Session I, Chapters 105, 106 October 6, 1917), and as futher codified at 12 USCA 95(a) and (b) as amended, operates upon the UNITED STATES OF AMERICA, Inc. by notice, agreement and stipulation of the UNITED STATES OF AMERICA, Inc., by and through the United States Attorney General.

6. THAT, any transaction to discharge debt/liability is in accordance and compliance with UCC 3-104; Title IV, Sec 401 (FRA); USC Title 12; USC Title 28 §§ 1631, 3002; and the Foreign Sovereign Immunity Act under necessity, in light of the fact that the several States are in violation of Article I, Section X of the U.S. Constitution.

7. THAT, the Affiant as the Undersigned Secured Party is "Holder in Due Course" of the Perferred Stock of the federal Corporation (United States - February 21, 1871; 16 Stat 419, ch 62; and hold a prior, superior, security interest and claim on the DEBTOR: GRANT BOYD and Debtor's property.

8. THAT, any documents transmitted in behalf of the Debtor to dishcarge debt liability in behalf of the Debtor is in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104.

9. THAT, the Affiant is "Holder in Due Course" of the deficient account by his Acceptance and retains first priority; and by said acceptnace of any "Claim(s) has eliminated any controversy in the matters by exhaustion of the Affiant's private administrative process/remedy under necessity supported by scripture and 'Self Help' via UCC 1 201 (34) per Official Comments "Remedy" and Affiant is not protesting in behalf of the Debtor.

10. THAT, the undersigned Affiant has been estopped from and has no access to 'lawful constitution monly of exchange' (see U.S. Constitution Art. I § X) to 'Pay Debts at law', and pursuant to HJR 192, can only discharge fines, fees, debts and jugements 'dollar for dollar' via commercial paper or upon his exemption.

11. THAT, Legal tender under the Uniform Commercial Code, Section 1 201 (24)(Official Comment): 'The referenced Official Comment notes that the definition of money is not limited to legal tender under the U.C.C. The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."

12. THAT, the Federal Reserve Bank of Chicago in its booklet: MODERN MONEY MECHANICS page 3, states: 'In the United States neither paper currency [eg. Federal Reserve Notes] nor deposits have value as commodities. Intrinsically, a dollor bill is just a piece of paper, deposits merely book entries.' The acceptance of said 'currency' is merely a 'confidence' game predicated upon the people's faith or 'confidence' that these currencies/ instruments can be exchanged/accepted for good and services.

13. THAT, the giving of a federal reserve note does not constitute payment; the use of a federal reserve note is only a promise to pay; legal tender/federal reserve notes are not good and lawful money of the United States; federal reserve notes do not operate as payment in the absence of an agreement; AND THAT federal reserve notes are valueless.

14. THAT, in light of the holding of Fidelity Bank Guarantee v. Henwood, 307 US 847 (1939), as of October 27, 1977, legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with promises to pay credit. There can be no requirement of repayment in legal tender either, since legal tender was not loaned nor in circulation and repayment/payment need only be made in equivalent kind; A negotiable instrument.

15. THAT, the various and numerous references to Case Law, Legislative History, State and Federal Statutes/Code, U.S. constitution, State constitutions, and general recognized mazims of Law as cited herein and throughout, establish the following:

a. That, the U.S. federal government did totally and completely debase the organic, lawful, constitutional coin of the several states of the Union and of the United States.

b. That, the federal government and the several united States have, and continue, to breach the express mandates of Article I, §§ 8 & 10 of the federal Constitution regarding the minting and circulation of lawful coin.

c. That, the lawful coin (i.e. organic medium of exchange) and former ability to PAY debts has been repalced with fiat, paper currency, with a limited capacity to only DISCHARGE debts.

d. That, the Congress of the United States did legislate and provide the American people a remedy/means to discharge all debts "dollar for dollar" via HJR-192 - due to the declared Bankruptcy of the corporate United States via the abolishment of constitutional coin and currency.

e. That, the corporate United States, the several States of the Union, intergovernmental organizations, and other nations of the world, recognize this current, circulating medium of exchange as commercial paper/instruments,

negotiable or non-negotiable, the same being accepted as legal tender or money, etc., as set forth in the Uniform Commercial Code.

f. That, the Affiants acceptance of any monetary/debt presentment and/or demand for payment as presented by any person, natural or corporate, can be returned for discharge, the same constituting the negotiable instrument so bearing the exemption of the Affiant upon any said monetary/debt presentment and/or demand for payment as a non-cash accrual item is but another form of legal tender, money, currency emanating from the Creditor.

16. THAT, pursuant to 'State and Federal' TENDER OF PAYMENT statutes: 'Whatever is tendered as payment, whether property, money or an instrument, if not accepted, the debt is discharged.'

17. THAT, Affiant is exercising the remedy provided by Congress via HJR-192 and proceeding upon agreement and stipulation of the UNITED STATES OF AMERICA, Inc., by and through the Attorney General; and upon tender of the 'instrument', the UNITED STATES OF AMERICA, Inc. is to perform according to GAPP accounting principles and ledger in the credit or therein the UNITED STATES OF AMERICA, Inc. will have breached the agreement and commit various violations of commercial and State/Federal law.

FURTHER AFFIANT SAYTH NOT

Done this 20 day of December 2007 A.D.

, Affiant
Grant Allen Boyd, Secured Party & Creditor
Authorized Representative & Attorney-In-Fact
in behalf of Defendend/Debtor: GRANT BOYD, Ens Legis

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 20 day of December, A.D. 2007, a Notary, that Grant Allen Boyd personally appeared, and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Notary Public's Signature

Seal: KATRINA V. BUTKIEWICZ Notary Public COMMONWEALTH OF MASSACHUSETTS My Commission Expires October 29, 2010

Katrina Butkiewicz
Printed Name of Notary