# JAMES H. BUDREAU
ATTORNEY AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

www.federal-lawyers.com

OTERI, WEINBERG & LAWSON
OF COUNSEL

January 9, 2008

Clerk's Office
U.S. District Court
One Courthouse Way
Boston, MA 02210

**In Re:**   *United States v. Grant Boyd, No.: 05-10037-GAO*

Dear Clerk,

Enclosed herewith please find CJA 24 Request and Authorization for Transcript with respect to the above referenced matter.

Please contact me with any questions. Thank you for your attention to this matter.

Sincerely,

James Budreau

JHB/amg

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED GRANT BOYD | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 05-10037-GAO | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) US v GRANT BOYD | 8. PAYMENT CATEGORY ☒ Felony ☐ Misdemeanor ☐ Appeal ☐ Petty Offense ☐ Other | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Juvenile Defendant ☐ Other ☐ Appellant ☐ Appellee | 10. REPRESENTATION TYPE (See Instructions) Felony |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21 USC 841, 846

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Motion to Suppress Hearing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)
B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed]   Date: 1/8/08
Printed Name: JAMES BUDREAU
Telephone Number: 617 227-3700
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court
Date of Order   Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Telephone Number:

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ___   Date ___

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ___   Date ___

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT   24. AMOUNT APPROVED

Signature of Judge or Clerk of Court ___   Date ___