## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10037

United States of America

v.

Grant Boyd

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-28, 32-37, 39, 46, 49, 51, 54, 61, 64, 66, 73, 75, 76, 79, 91, 94-98, 100, 107, 110-113, 118, 120, 122-125, 128, 131, 132, 137, 137, 145-150, 153-164, 167-171, 173, 174, 179-189, 195

Sealed Documents 62, 63, 192

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/11/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 22, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/22/08__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, MAG

## United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10037-GAO-1

Case title: USA v. Boyd
Magistrate judge case number: 1:04-mj-00109-LPC

Date Filed: 02/17/2005
Date Terminated: 12/12/2007

Assigned to: Judge George A. OToole, Jr
Referred to: Magistrate Judge Leo T. Sorokin

### Defendant (1)

**Grant Boyd**
*TERMINATED: 12/12/2007*

represented by **Anthony J. Manieri**
Law Office of Anthony J. Manieri
235 Doyle Avenue
Suite 3L
Providence, RI 02906
401-480-1450
Fax: 401-521-7160
Email: ajmanieri@cox.net
*TERMINATED: 09/25/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James H. Budreau**
Law Office of James Budreau
20 Park Plaza
Suite 905
Boston, MA 02112
617-227-3700
Fax: 617-338-9538
Email: budjim@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John Thomas Diamond, III**
Torney, Mahoney, Diamond, & Bennett

15 Foster Street
Quincy, MA 02169

617-770-0000
Fax: 617-774-0400
Email:
jdiamond@jackdiamondlaw.com
*TERMINATED: 03/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Peter C. Horstmann

Law Offices of Partridge, Ankner &
Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
617-859-9999
Fax: 617-859-9998
Email: pete@horstmannlaw.com
*TERMINATED: 09/25/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Ronald N. Richards

Law Offices of Ronald Richards and
Associates
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001
Fax: 310-277-3325
Email: Ron@ronaldrichards.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

240 months on each of counts 1ss-3ss,
to run concurrently with each other. The
court recommends to the Bureau of
Prisons that the defendant participate in
the Bureau of Prisons' 500-Hour
Residential Drug Abuse Program. The
court further recommends that Bureau
of Prisons take into account the
defendant's health needs and family
circumstances when designating a
facility. 10 years supervised release on
each of counts 1ss and 2ss, and three
21:841(a)(1) Possession of                            years on count 3ss, all to run
Methamphetamine With Intent to                        concurrently with each other. Defendant

Distribute
(1ss)

21:846 Conspiracy to Distribute, and to
Possess with Intent to Distribute,
Methamphetamine
(2ss)

shall not possesss a firearm; Defendant
shall cooperate in the collection of
DNA; The defendant shall refrain from
any unlawful use of a controlled
substance. The defendant shall submit
to one drug test within 15 days of
release from imprisonment and at least
two periodic drug tests thereafter, not to
exceed 104 drug tests per year, as
directed by the Probation Office.
Defendant is assessed $300.00.
Defendant shall forfeit defendant's
interest in the following property to the
United States: $54,223 in United States
Currency. Fine waived.

240 months on each of counts 1ss-3ss,
to run concurrently with each other. The
court recommends to the Bureau of
Prisons that the defendant participate in
the Bureau of Prisons' 500-Hour
Residential Drug Abuse Program. The
court further recommends that Bureau
of Prisons take into account the
defendant's health needs and family
circumstances when designating a
facility. 10 years supervised release on
each of counts 1ss and 2ss, and three
years on count 3ss, all to run
concurrently with each other. Defendant
shall not possesss a firearm; Defendant
shall cooperate in the collection of
DNA; The defendant shall refrain from
any unlawful use of a controlled
substance. The defendant shall submit
to one drug test within 15 days of
release from imprisonment and at least
two periodic drug tests thereafter, not to
exceed 104 drug tests per year, as
directed by the Probation Office.
Defendant is assessed $300.00.
Defendant shall forfeit defendant's
interest in the following property to the
United States: $54,223 in United States
Currency. Fine waived.

240 months on each of counts 1ss-3ss,
to run concurrently with each other. The
court recommends to the Bureau of
Prisons that the defendant participate in
the Bureau of Prisons' 500-Hour

Residential Drug Abuse Program. The court further recommends that Bureau of Prisons take into account the defendant's health needs and family circumstances when designating a facility. 10 years supervised release on each of counts 1ss and 2ss, and three years on count 3ss, all to run concurrently with each other. Defendant shall not possesss a firearm; Defendant shall cooperate in the collection of DNA; The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office. Defendant is assessed $300.00. Defendant shall forfeit defendant's interest in the following property to the United States: $54,223 in United States Currency. Fine waived.

18:1956(h) COnspiracy to Launder MOney
(3ss)

## **Highest Offense Level (Opening)**

Felony

## **Terminated Counts**

21:841(a)(1) Possession of Methamphetamine with Intent to Distribute
(1)

21:841(a)(1) - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE
(1s)

21:846 - CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE, METHAMPHETAMINE
(2s)

18:1956(h) - CONSPIRACY TO LAUNDER MONEY
(3s)

## **Disposition**

Count 1 is dismissed by the government

Count 1s is dismissed by the government.

Count 2s is dismissed by the government.

Count 3s is dismissed by the government.

## **Highest Offense Level (Terminated)**

Felony

## Complaints                                        **Disposition**

21:841(a)(1) Possession with intent to
distribute and distribute
methamphetamine

---

## Plaintiff

**USA**                                 represented by **Nancy Rue**
                                                     United States Attorney's Office
                                                     John Joseph Moakley Federal
                                                     Courthouse
                                                     1 Courthouse Way
                                                     Suite 9200
                                                     Boston, MA 02210
                                                     617-748-3260
                                                     Fax: 617-748-3967
                                                     Email: nancy.rue@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nathaniel R. Mendell**
                                                     United States Attorney's Office
                                                     Suite 9200
                                                     1 Courthouse Way
                                                     Boston, MA 02210
                                                     617-748-3100
                                                     Fax: 617-748-3965
                                                     Email: Nathaniel.Mendell@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/31/2004 | 1 | COMPLAINT as to Grant Boyd (1). (Hurley, Virginia) [1:04-mj-00109-LPC] (Entered: 01/03/2005) |
| 01/03/2005 | 3 | NOTICE OF ATTORNEY APPEARANCE: John Thomas Diamond, III appearing for Grant Boyd (Hurley, Virginia) [1:04-mj-00109-LPC] (Entered: 01/03/2005) |
| 01/03/2005 | | Set/Reset Hearings as to Grant Boyd: Detention Hearing set for 1/12/2005 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) [1:04-mj-00109-LPC] (Entered: 01/03/2005) |
| 01/03/2005 | | Electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Grant Boyd held on 1/3/2005 (Court |

|  |  |  |
|---|---|---|
|  |  | Reporter spada.) (Spada, Joseph) Modified on 1/6/2005 (Simeone, Maria). [1:04-mj-00109-LPC] (Entered: 01/03/2005) |
| 01/12/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention Hearing as to Grant Boyd held on 1/12/2005; counsel Peter Hortsman and Anthony Manieri file appearance on behalf of deft Boyd; defense counsel ask for continuance of hearing; Court grants continuance; Detention Hearing reset for 1/20/2005 03:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) [1:04-mj-00109-LPC] (Entered: 01/13/2005) |
| 01/12/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: Anthony J. Manieri, Peter C. Horstmann appearing for Grant Boyd (Attachments: # )(Simeone, Maria) [1:04-mj-00109-LPC] (Entered: 01/13/2005) |
| 01/13/2005 | ❏ | Notice of returned e-mail received as to Atty Anthony Manieri; Phone call made with message left for Mr. Manieri requesting he contact the court to update his address for notification purposes. (Simeone, Maria) [1:04-mj-00109-LPC] (Entered: 01/13/2005) |
| 01/20/2005 | 5 | Magistrate Judge Lawrence P. Cohen : ORDER entered. ORDER OF DETENTION as to Grant Boyd (Cohen, Lawrence) Modified on 1/21/2005 (Simeone, Maria). [1:04-mj-00109-LPC] (Entered: 01/20/2005) |
| 01/20/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention Hearing as to Grant Boyd held on 1/20/2005; Atty Anthony Manieri for deft; Atty Nancy Rue for Govt; defense counsel voluntarily waives detention hearing and consents to an order of voluntary detention without prejudice. (Court Reporter digital.) (Simeone, Maria) [1:04-mj-00109-LPC] (Entered: 01/20/2005) |
| 02/17/2005 | 6 | INDICTMENT as to Grant Boyd (1) count(s) 1. (Gawlik, Cathy) (Entered: 02/17/2005) |
| 02/17/2005 | 7 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to Grant Boyd (Gawlik, Cathy) (Entered: 02/17/2005) |
| 02/25/2005 | ❏ | Attempt made to contact atty Anthony Manieri by telephone; Telephone number provided no longer belongs to Atty Manieri; No forwarding number available. (Simeone, Maria) Modified to correct text on 2/28/2005 (Edge, Eugenia). (Entered: 02/25/2005) |
| 03/07/2005 | ❏ | ELECTRONIC NOTICE OF HEARING as to Grant Boyd Arraignment set for 3/10/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 03/07/2005) |
| 03/07/2005 | ❏ | E-Mail Notice re Notice of hearing originally issued on March 7, 2005 returned as undeliverable. Name of Addressee: Anthony Manieri as to Grant Boyd. Located Atty. Manieri in the Massachusetts Lawyers Diary |

| | | |
|---|---|---|
| | | and Manual. Updated information and resent returned email. (Edge, Eugenia) (Entered: 03/07/2005) |
| 03/09/2005 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING as to Grant Boyd Arraignment set for 3/17/2005 02:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander, at the request of the defense counsel via telephonic communication on 3/8/05. (Brown, Rex) (Entered: 03/09/2005) |
| 03/10/2005 | 8 | Assented to MOTION to Continue *ARRAIGNMENT* as to Grant Boyd. (Horstmann, Peter) (Entered: 03/10/2005) |
| 03/16/2005 | ❏ | Attorney update in case as to Grant Boyd. Attorney Nancy Rue for USA added. Correction made to the docket; added Government attorney AUSA Nancy Rue to the criminal docket. (Simeone, Maria) (Entered: 03/16/2005) |
| 03/17/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment as to Grant Boyd (1) Count 1 held on 3/17/2005. The Court advises the defendants of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The Court provides automatic disclosure notices to counsel. Initial Status Conference set for 4/27/2005 10:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 | 10 | NOTICE of AUTOMATIC DISCLOSURE by Grant Boyd (Brown, Rex) (Entered: 04/04/2005) |
| 03/21/2005 | 9 | NOTICE of Withdrawal of Appearance in case as to Grant Boyd. Attorney John Thomas Diamond, III terminated. (Simeone, Maria) (Entered: 03/22/2005) |
| 04/26/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered. as to Grant Boyd. On March 17, 2005, this court set a hearing on further final status conference. Since that time, the interim period for appointment of Magistrate Judge Cohen's successor has passed. The final status conference heretofore set is vacated. The case is hereby returned to Magistrate Judge Sorokin for further pretrial proceedings that should take place as soon as possible. (Brown, Rex) (Entered: 04/26/2005) |
| 04/26/2005 | ❏ | Judge update in case as to Grant Boyd. Judge Leo T. Sorokin added. Judge Joyce London Alexander no longer assigned to case. (Brown, Rex) (Entered: 04/26/2005) |
| 05/03/2005 | ❏ | PLEASE NOTE: A Status Conference has been set as to Grant Boyd for 5/10/2005 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/03/2005) |
| 05/05/2005 | 11 | MOTION for Bill of Particulars as to Grant Boydby USA. (Zacks, Jennifer) (Entered: 05/05/2005) |
| 05/09/2005 | ❏ | At the request of counsel the Status Conference as to Grant Boyd has been reset subject to excludable time for 5/13/2005 02:30 PM in |

| | | Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/09/2005) |
|---|---|---|
| 05/13/2005 | ❏ | Reset Hearings as to Grant Boyd: The Status Conference has been reset at the request of counsel for 5/17/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. The Parties are to file an assented to motion continuing this hearing subject to excludable time. (Simeone, Maria) (Entered: 05/13/2005) |
| 05/17/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Grant Boyd held on 5/17/2005; Atty Rue for govt; Atty Hortsmann for deft; counsel request more time for discovery; Govt experts 60 days defore trial; defts experts 30 days before trial; Discovery motions by 6/17/05; responses by 7/5/05; A Further Status Conference has been set for 7/12/2005 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) (Entered: 05/17/2005) |
| 05/17/2005 | ❷12 | Magistrate Judge Leo T. Sorokin : REPORT AND ORDER on Initial Status Conference and ORDER ON EXCLUDABLE DELAY as to Grant Boyd Discovery Motions due by 6/17/2005. Responses to motions by 7/5/05; An Interim Status Conference has been set for 7/12/2005 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Time excluded from March 7, 2005 arraignment until July 12, 2005 Interim status. Time excluded from March 7, 2005 until March 17, 2005. Time excluded from May 13, 2005 until May 17, 2005. (Simeone, Maria) (Entered: 05/17/2005) |
| 06/17/2005 | ❷13 | MOTION for Leave to Appear Pro Hac Vice by Ronald Richards Filing fee $ 50, receipt number 65070. as to Grant Boyd. (Attachments: # 1 Text of Proposed Order)(Edge, Eugenia) (Entered: 06/20/2005) |
| 06/17/2005 | ❷14 | AFFIDAVIT in Support of Ronald Richards; by Grant Boyd re 13 MOTION for Leave to Appear Pro Hac Vice by Ronald Richards Filing fee $ 50, receipt number 65070. c/s (Edge, Eugenia) (Entered: 06/20/2005) |
| 06/20/2005 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 13 Motion for Leave to Appear Pro hac Vice for Attorney Ronald N. Richards for Grant Boyd. as to Grant Boyd (1). (Edge, Eugenia) (Entered: 06/20/2005) |
| 07/12/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Grant Boyd held on 7/12/2005; Atty Rue; Atty Hortsmann; counsel report the status of the case; govt request more time regarding cd; defense states they would prefer to come back for a final status conf; govt reports issues of concern with civil filings from the deft; defense states its willing to file in-camera documents on the issue; court requests the parties file something in writing before the final status conference regarding the issues: A final status conference has been set subject to excludable time: 7/12/05-8/9/05: The Final Status Conference has been set for 8/9/2005 02:00 PM in |

| | | |
|---|---|---|
| | | Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) (Entered: 07/12/2005) |
| 07/12/2005 | 🔵15 | Magistrate Judge Leo T. Sorokin : ORDER ON EXCLUDABLE DELAY AND INTERIM STATUS REPORT as to Grant Boyd Time excluded from 7/12/05 until 8/9/05 (Simeone, Maria) (Entered: 07/12/2005) |
| 08/09/2005 | 🔵16 | MOTION for Hearing *regarding Potential Conflict of Interest* as to Grant Boydby USA. (Rue, Nancy) (Entered: 08/09/2005) |
| 08/09/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Interim Status Conference as to Grant Boyd held on 8/9/2005; Atty Horstmann; Atty Rue; counsel request 2 weeks to review cd; Discovery Motions by 9/1/05; Motions to suppress due by 9/16/2005; oppositions by 10/7/05; Court addresses the motion for An Ex-parte examination with deft and atty(s) present regarding the govts motion on payment of attys fees; The court allows the motion and sets this hearing for 9/14/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/09/2005) |
| 08/09/2005 | 🔵17 | ORDER AND INERIM STATUS REPORT as to Grant Boyd; An Interim Status Conference (originally scheduled as a Final Status Conference) was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders. Counsel shall appear for the Final Status Conference on September 14, 2005 at 2:00 p.m. (Simeone, Maria) (Entered: 08/09/2005) |
| 09/14/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin:Motion Hearing/Final status conference as to Grant Boyd held on 9/14/2005 re 16 MOTION for Hearing *regarding Potential Conflict of Interest* filed by USA,; counsel for the govt steps out; court questions deft as to source of funds; deft provides documents under seal; Court holds Colloquy with deft regarding potential conflict of interest; Court seals colloquy; Govt Counsel returns; The court based on what was proposed does not find a potential conflict of interest; The court sets a new date for the filing of a motion to supress; motions due 11/3/05; Time excluded 8/9/05 - 9/14/05; This case will be returned to the District Judge for further proceedings. (Digital Recorder #y.) (Simeone, Maria) (Entered: 09/15/2005) |
| 09/14/2005 | 🔵18 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND ORDER on Final Status Conference AND ORDER ON EXCLUDABLE DELAY as to Grant Boyd. Time excluded from 8/9/05 until 9/14/05. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings. (Simeone, Maria) (Entered: 09/15/2005) |
| 09/15/2005 | 🔵 | Motions terminated as to Grant Boyd: 16 MOTION for Hearing *regarding Potential Conflict of Interest* filed by USA,. (Simeone. Maria) (Entered: 09/15/2005) |

| 09/16/2005 | ○ | NOTICE OF HEARING as to Grant Boyd Status Conference set for 10/6/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/16/2005) |
|---|---|---|
| 10/03/2005 | ●19 | MOTION to Suppress *Evidence* as to Grant Boyd. (Horstmann, Peter) Additional attachment(s) added on 10/5/2005 to separate motion and memorandum in support (Edge, Eugenia). Modified on 10/5/2005 to add text (Edge, Eugenia). (Entered: 10/03/2005) |
| 10/03/2005 | ●20 | APPENDIX/EXHIBIT by Grant Boyd 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* filed by Grant Boyd, (Horstmann, Peter) (Entered: 10/03/2005) |
| 10/03/2005 | ●21 | MEMORANDUM in Support by Grant Boyd re 19 MOTION to Suppress *Evidence* . c/s (Edge, Eugenia) (Entered: 10/05/2005) |
| 10/06/2005 | ○ | NOTICE OF RESCHEDULING as to Grant Boyd Status Conference set for 10/12/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 10/06/2005) |
| 10/12/2005 | ○ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Grant Boyd held on 10/12/2005. Government to file their response to defendant's motion to suppress ( #19) by 10/24/05. (Court Reporter Richard Romanow.) (Lyness, Paul) (Entered: 10/12/2005) |
| 10/12/2005 | ○ | NOTICE OF HEARING ON MOTION as to Grant Boyd Motion Hearing on pending motions set for 11/14/2005 03:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/12/2005) |
| 10/17/2005 | ●31 | MOTION/Request to Appoint Counsel as to Grant Boyd. (Edge, Eugenia) Additional attachment(s) added on 2/3/2006 (Edge, Eugenia). (Entered: 10/20/2005) |
| 10/21/2005 | ●22 | Assented to MOTION for Extension of Time to 10/31/05 to File Opposition to Motion to Suppress as to Grant Boydby USA. (Rue, Nancy) (Entered: 10/21/2005) |
| 10/31/2005 | ●23 | MEMORANDUM in Opposition by USA as to Grant Boyd re 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* (Rue, Nancy) (Entered: 10/31/2005) |
| 11/07/2005 | ○ | Judge George A. O'Toole Jr.: ElectronicORDER entered granting Nunc Pro Tunc 22 Motion for Extension of Time as to Grant Boyd (1) (Lyness, Paul) (Entered: 11/07/2005) |
| 11/07/2005 | ●24 | MOTION to Continue *supression hearing* as to Grant Boyd. (Horstmann, Peter) (Entered: 11/07/2005) |
| 11/07/2005 | ●25 | Opposition by USA as to Grant Boyd re 24 MOTION to Continue *supression hearing Because No Evidentiary Hearing is Appropriate* |

| | | |
|---|---|---|
| | | *Given Failure to Assert Contested Facts* (Rue, Nancy) (Entered: 11/07/2005) |
| 11/08/2005 | 26 | REPLY TO RESPONSE to Motion by Grant Boyd re 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* (Horstmann, Peter) (Entered: 11/08/2005) |
| 11/08/2005 | 27 | MEMORANDUM in Support by Grant Boyd re 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* (Horstmann, Peter) (Entered: 11/08/2005) |
| 11/10/2005 | ❑ | Judge George A. O'Toole Jr.: ElectronicORDER entered granting 24 Motion to Continue as to Grant Boyd (1) (Lyness, Paul) (Entered: 11/10/2005) |
| 11/10/2005 | ❑ | Set/Reset Hearings as to Grant Boyd: Hearing set for 12/9/2005 09:30 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/10/2005) |
| 12/09/2005 | 28 | ADDENDUM to Motion/Memorandum by USA as to Grant Boyd re 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* (Attachments: # 1 Exhibit First Circuit Opinion, 04-2170)(Rue, Nancy) (Entered: 12/09/2005) |
| 12/09/2005 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Motion Hearing as to Grant Boyd held on 12/9/2005 re 19 MOTION to Suppress *Evidence & Memorandum of Law in Support of Motion to Suppress Evidence* filed by Grant Boyd,Testimony of witnesses Shawn Murray and Joseph Gulley given. Evidence presented. Oral arguments made. The court takes the matter under advisement. Status Conference set for 1/25/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Lee Marzilli.) (Lyness, Paul) (Entered: 12/09/2005) |
| 01/03/2006 | 29 | (Letter) MOTION for Medical Treatment (Root Canal) as to Grant Boyd. (Edge, Eugenia) (Entered: 01/06/2006) |
| 01/13/2006 | 30 | TRANSCRIPT of Motion to Suppress Hearing as to Grant Boyd held on December 9, 2005 before Judge O'Toole. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) Modified on 7/23/2007 (Scalfani, Deborah). (Entered: 01/13/2006) |
| 01/25/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Grant Boyd held on 1/25/2006 Jury Trial set for 4/10/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 3/30/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 1/25/06 and 4/10/06 is excluded in the interest of justice.(Court Reporter James Gibbons.) (Lyness, Paul) (Entered: 01/25/2006) |
| 02/03/2006 | ❑ | Judge George A. O'Toole Jr.: Electronic ORDER entered terminating as |

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| ---------- | ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |       | Moot 29 Motion for Medical Treatment as to Grant Boyd (1) (Lyness, Paul) (Entered: 02/03/2006)                                                                                                                                                                                                                                                                                                                                                                  |
| 02/06/2006 | ❸     | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 31 Motion to Appoint Counsel as to Grant Boyd (1) (Lyness, Paul) (Entered: 02/06/2006)                                                                                                                                                                                                                                                                                                            |
| 02/08/2006 | ❷32   | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered denying 19 Motion to Suppress as to Grant Boyd (1). Accordingly, it was proper to include and rely on the information learned from Gulley's inspection of the package in the affidavit made in support of the application to search Room 501 at the Nine Zero Hotel, and the ensuing search pursuant to the issued warrant was lawful. (Lyness, Paul) (Entered: 02/09/2006) |
| 02/15/2006 | ❷33   | MOTION for Reconsideration as to Grant Boyd. (Horstmann, Peter) (Entered: 02/15/2006)                                                                                                                                                                                                                                                                                                                                                                          |
| 02/17/2006 | ❸     | Judge George A. O'Toole Jr.: Electronic ORDER entered terminating 11 Motion for Bill of Particulars as to Grant Boyd (1)as it is a non motion. (Lyness, Paul) (Entered: 02/17/2006)                                                                                                                                                                                                                                                                             |
| 02/26/2006 | ❷34   | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Grant Boyd (Rue, Nancy) (Entered: 02/26/2006)                                                                                                                                                                                                                                                                                                                                                                  |
| 03/09/2006 | ❷35   | SEALED INDICTMENT as to Grant Boyd (1) count(s) 1s, 2s, 3s, James Holyoke (2) count(s) 2, 3, Mark Butler (3) count(s) 2, 3. (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                                                                                                           |
| 03/09/2006 | ❷36   | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Leo T. Sorokin Reason for referral: For pretrial on superseding indictment as to James Holyoke, Mark Butler, Grant Boyd (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                           |
| 03/09/2006 | ❷37   | MOTION to Seal superseding indictment as to James Holyoke, Mark Butler, Grant Boydby USA. (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                                                                                                                                             |
| 03/09/2006 | ❸     | Judge Joyce London Alexander : endorsedORDER entered granting 37 Motion to Seal as to Grant Boyd (1), James Holyoke (2), Mark Butler (3) (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                                                                                               |
| 03/17/2006 | ❷39   | MOTION to Unseal Case as to James Holyoke, Mark Butler, Grant Boydby USA. (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                                                                                                                                                             |
| 03/17/2006 | ❸     | Judge George A. O'Toole Jr.: endorsedORDER entered granting 39 Motion to Unseal Case as to Grant Boyd (1), James Holyoke (2), Mark Butler (3) (Catino3, Theresa) (Entered: 03/17/2006)                                                                                                                                                                                                                                                                          |
| 03/23/2006 | ❸     | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 33 Motion for Reconsideration re 32 Order on Motion to Suppress. as to Grant Boyd (1) (Lyness, Paul) (Entered: 03/23/2006)                                                                                                                                                                                                                                                                        |
| 03/29/2006 | ❸     | ELECTRONIC NOTICE OF HEARING as to Grant Boyd The Arraignment has been set for 4/3/2006 11:45 AM in Courtroom 14 before                                                                                                                                                                                                                                                                                                                                         |

| | | |
|---|---|---|
| | | Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 03/29/2006) |
| 03/30/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Pretrial Conference as to James Holyoke, Mark Butler, Grant Boyd held on 3/30/2006 Jury Trial set for 7/31/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 03/31/2006) |
| 04/03/2006 | ❏ | Set/Reset Deadlines re Motion or Report and Recommendation in case as to James Holyoke, Mark Butler, Grant Boyd 45 MOTION for Extension of Time to April 10 2006 to File Motion for Reconsideration of Magistrate's Order of Detention. Responses due by 3/31/2006 (Edge, Eugenia) (Entered: 04/03/2006) |
| 04/03/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Arraignment as to Grant Boyd (1) Count 1s,2s,3s held on 4/3/2006,; Court goes over SS Indictment charges; govt states maximum penalties; court takes the plea; A Plea was entered by Grant Boyd of Not Guilty on all counts. Govt to file a motion to exclude time; time 4/3/06- 5/2/06; A Status Conference has been set for 5/2/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) Modified on 4/3/2006 (Simeone, Maria). Modified on 4/6/2006 (Simeone, Maria). (Entered: 04/03/2006) |
| 04/03/2006 | 46 | MOTION for Excludable Delay from 4/10/06 to 5/2/06 as to Grant Boydby USA. (Rue, Nancy) (Entered: 04/03/2006) |
| 04/13/2006 | 49 | Opposition by Grant Boyd re 46 MOTION for Excludable Delay from 4/10/06 to 5/2/06 and Incorporated Cross-Motion for the Court to Calculate the Speedy Trial Clock and Incorporated Memorandum of Law (Horstmann, Peter) (Entered: 04/13/2006) |
| 04/24/2006 | 51 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered. The Court hereby ORDERS the period of time from April 3, 2006 (the date of Boyd's arraignment) until May 6, 2006 (the date of the next status conference) excluded, because Boyd is joined for trial with co- defendants, including at least one of whom became a defendant in this case only upon the filing of the Superceding Indictment. 18 U.S.C. S 3161(h)(7). The new defendant requires time for discovery and trial preparation, and no Motion for severance has been granted. For this same reason, the Court also finds that this period of time is excludable in the interests of justice and, therefore, ORDERS it excluded on that basis as well. (Simeone, Maria) Additional attachment(s) added on 4/25/2006 (Simeone, Maria). (Entered: 04/25/2006) |
| 05/02/2006 | 54 | Supplemental MEMORANDUM in Support by Grant Boyd re 46 MOTION for Excludable Delay from 4/10/06 to 5/2/06 (Horstmann, Peter) (Entered: 05/02/2006) |
| 05/02/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to James Holyoke. Mark Butler, Grant Boyd held on 5/2/2006; Court goes over excludable issues with |

|            |        | counsel; counsel state the status of the case; counsel state a motion to supress may be filed; motions due 7/1/06; case is not ready to be returned and could be superseded; Govt to file a partially assented to motion to exclude time; Atty Hortsmann does not assent to the excludable time 5/2/06-5/22/06; A Further Status Conference has been set for 5/22/2006 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 05/02/2006) |
|------------|--------|---|
| 05/22/2006 | 61     | MOTION for Excludable Delay from May 3, 2006 to June 1, 2006 *(Partially Assented to)* as to James Holyoke, Mark Butler, Grant Boydby USA. (Rue, Nancy) (Entered: 05/22/2006) |
| 05/22/2006 | ❏      | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to James Holyoke, Mark Butler, Grant Boyd held on 5/22/2006; Counsel state status of the case; more time is needed for discovery; A further Status Conference has been set for 6/19/2006 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Excludable time from 5/22/06-6/19/06; Govt to file a motion to exclude; Counsel for Deft Boyd would like to preserve his objection; counsel is to inform the clerk whether the objection will be in writing or standing on the oral objection in court. (Digital Recording #d.) (Simeone, Maria) (Entered: 05/22/2006) |
| 06/07/2006 | 62     | MOTION to Seal Document as to Grant Boydby USA. (Lyness, Paul) (Entered: 06/07/2006) |
| 06/07/2006 | ❏      | Judge George A. O'Toole Jr.: Electronic ENDORSED ORDER entered granting 62 Motion to Seal Document as to Grant Boyd (1) (Lyness, Paul) (Entered: 06/07/2006) |
| 06/07/2006 | 63     | Supplemental BILL OF PARTICULARS as to Grant Boyd (Lyness, Paul) (Entered: 06/07/2006) |
| 06/19/2006 | 64     | MOTION for Excludable Delay from May 3, 2006 to July 1, 2006 *(Partially Assented TO)* as to James Holyoke, Mark Butler, Grant Boydby USA. (Rue, Nancy) (Entered: 06/19/2006) |
| 06/19/2006 | ❏      | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to James Holyoke, Mark Butler, Grant Boyd held on 6/19/2006 ; Counsel discuss the status; counsel need more time to complete discovery and would like to come back in two weeks subject to excludable time; Atty Hortsmann objects to the excludable time; govt to file a partially assented to motion excluding time; The Status Conference has been set for 7/12/2006 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 06/19/2006) |
| 06/19/2006 | ❏      | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered: The Partially Assented To Motion to Exclude from May 3, 2006 to June 1, 2006 (Docket #61) and the Partially Assented To Motion for Excludable Delay from May 3, 2006 to July 1, 2006 (Docket #64) are both ALLOWED. The Court finds and concludes that the respective time periods are excluded from the Speedy Trial Act calculation as in the |

| | | |
|---|---|---|
| | | interests of justice, inter alia, to permit discovery, investigation and preparation of the Motions. So Ordered. (Simeone, Maria) (Entered: 06/19/2006) |
| 06/21/2006 | 66 | Magistrate Judge Robert B. Collings : EndorsedORDER entered. Order to Unseal Indictment as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd. (Simeone, Maria) (Entered: 06/21/2006) |
| 07/11/2006 | 73 | MOTION to Continue *Partially Assented* to Trial Date as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Rue, Nancy) (Entered: 07/11/2006) |
| 07/12/2006 | 75 | Assented to MOTION for Excludable Delay from July 1, 2006 to August 4, 2006 as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Rue, Nancy) Modified on 7/13/2006 (Edge, Eugenia). (Entered: 07/12/2006) |
| 07/12/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd held on 7/12/2006; Counsel state status of the case; counsel request a further status conference; A further Status Conference has been set for 8/15/2006 04:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Govt is requested to file a partially assented to motion to exclude time.(Digital Recording #d.) (Simeone, Maria) (Entered: 07/12/2006) |
| 07/12/2006 | 76 | MOTION to Unseal Document as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Zacks, Jennifer) (Entered: 07/12/2006) |
| 07/13/2006 | ❏ | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 75 Motion to Exclude as to Grant Boyd (1), James Holyoke (2), Mark Butler (3), Jose Ruvalcaba (4)time excluded from 7/1/06-8/4/06 (Simeone, Maria) (Entered: 07/13/2006) |
| 07/13/2006 | ❏ | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 76 Motion to Unseal Document 63 Bill of Particulars as to Grant Boyd (1), James Holyoke (2), Mark Butler (3), Jose Ruvalcaba (4) (Simeone, Maria) (Entered: 07/13/2006) |
| 07/14/2006 | ❏ | Notice of correction to docket made by Court staff. Please DISREGARD THE PREVIOUS ENTRY CHANGING THE TIME OF THE STATUS CONFERENCE; The status conference will be held on 8/15/06 at 4:00pm as scheduled as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd (Simeone, Maria) Modified on 7/14/2006 (Simeone, Maria). (Entered: 07/14/2006) |
| 07/14/2006 | ❏ | ELECTRONIC NOTICE OF HEARING as to Grant Boyd; The Arraignment has been set for 7/24/2006 11:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 07/14/2006) |
| 07/20/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 73 Motion to Continue as to Grant Boyd (1), James Holyoke (2), Mark |

| | | |
|---|---|---|
| | | Butler (3), Jose Ruvalcaba (4) Jury Trial set for 11/27/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 11/16/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr..Please mark your calendars accordingly. (Lyness, Paul) (Entered: 07/20/2006) |
| 07/24/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Arraignment as to Grant Boyd (1) Count 1ss,2ss,3ss held on 7/24/2006,; Govt states maximum penalties; court arraignes deft; A Plea is entered by Grant Boyd of Not Guilty on all counts. The status conference for deft Boyd will be set for 9/7/2006 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Govt to file an assented to motion excluding the time; time excluded 8/15/06-9/7/06; (Court Reporter d.) (Simeone, Maria) (Entered: 07/24/2006) |
| 08/10/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 46 Motion to Exclude as to Grant Boyd (1) (Lyness, Paul) (Entered: 08/10/2006) |
| 08/14/2006 | 79 | Letter requesting court to admonish government (non-motion) regarding interfering with defendants mail as to Grant Boyd (Attachments: # 1 Letter# 2 Exhibit A# 3 Exhibit B)(Edge, Eugenia) (Entered: 08/18/2006) |
| 09/08/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd held on 9/11/2006; counsel state the status of the case re discovery; and state more discovery is needed; discovery due on 10/3/06; All dispositive motions to dismiss sever or suppress are due 10/10/06; Govt is to file an assented to motion to exclude time 9/9/06-10/3/06; Atty Hortsmann notes his objection to excludable time; Court addresses the letter from deft Boyd with counsel; Court states it declines to treat the letter as a motion, deft is represented by counsel and should proceed through counsel, counsel are directed to review the letter and address the issues with the deft or with the court. A copy of the docket will be sent to deft Boyd; A further status conference has been set for 10/3/2006 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) Modified on 9/11/2006 (Simeone, Maria). (Entered: 09/11/2006) |
| 09/21/2006 | 91 | MOTION to Admonish the Government or in the alternative issue a TRO and lnjunction, MOTION for Reconsideration as to Grant Boyd. (Attachments: # 1 affidavit in support# 2 Exhibit a and b# 3 certificate of service)(Edge, Eugenia) (Entered: 09/22/2006) |
| 10/03/2006 | 94 | MOTION for Excludable Delay from 9/9/06 to 10/3/06 *(Partially Assented to)* as to James Holyoke. Mark Butler, Jose Ruvalcaba. Grant Boydby USA. (Rue, Nancy) (Entered: 10/03/2006) |
| 10/03/2006 | 95 | MOTION for Excludable Delay from 10/04/06 to 11/06/06 *(Partially Assented to)* as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Rue, Nancy) (Entered: 10/03/2006) |
| 10/03/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge |

|  |  | Leo T. Sorokin :Status Conference as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd held on 10/3/2006 ; counsel state status as to discovery; govt will turn over remaining discovery by 10/20/06; Court addresses the motions and allows #92 and #94 in open court; court addresses Atty Hortsmann as to his clients pro-se motions; Govt will have to 11/6/06 to respond to Atty Ames motion to suppress; Govt is to file a partially assented to motion to exclude time; A Final Status Conference has been set for 10/27/2006 01:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #d.) (Simeone, Maria) (Entered: 10/03/2006) |
|---|---|---|
| 10/03/2006 | ❏ | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered Allowed in open court; 94 Motion to Exclude as to Grant Boyd (1), James Holyoke (2), Mark Butler (3), Jose Ruvalcaba (4); granting 95 Motion to Exclude as to Grant Boyd (1), James Holyoke (2), Mark Butler (3), Jose Ruvalcaba (4); granting 92 Motion for Extension of Time to File as to Mark Butler (3) (Simeone, Maria) (Entered: 10/03/2006) |
| 10/09/2006 | 96 | MOTION to Dismiss as to Grant Boyd. (Attachments: # 1)(Horstmann, Peter) (Entered: 10/09/2006) |
| 10/10/2006 | 97 | MOTION to Sever as to Grant Boyd. (Horstmann, Peter) (Entered: 10/10/2006) |
| 10/10/2006 | 98 | MOTION to Dismiss on Speedy Trial as to Grant Boyd. (Horstmann, Peter) (Entered: 10/10/2006) |
| 10/10/2006 | 100 | MOTION for Hearing as to Grant Boyd. (Horstmann, Peter) (Entered: 10/10/2006) |
| 10/24/2006 | 107 | MEMORANDUM in Opposition by USA as to Grant Boyd re 98 MOTION to Dismiss on Speedy Trial (Rue, Nancy) (Entered: 10/24/2006) |
| 10/25/2006 | 110 | Assented to MOTION to Impound as to Grant Boydby USA. (Attachments: # 1 Attached document Filed Under Seal)(Edge, Eugenia) (Entered: 10/25/2006) |
| 10/26/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 110 Motion to Seal as to Grant Boyd (1) (Lyness, Paul) (Entered: 10/26/2006) |
| 10/27/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference/motion hearing as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd held on 10/27/2006; counsel state status of the case re discovery and need more time; court allows the request and sets a further Status Conference for 11/13/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin; Govt is to file an assented to motion excluding the time; time excluded from 10/27/06-11/13/06; court hears deft Ruvalcaba on the issues of representation of counsel; both counsel and deft state irreconcilable differences and ask that a new atty be assigned cja; court allows the request and will appoint new counsel for deft Ruvalcaba; Atty Oscar Cruz is withdrawn.(Digital Recording #d.) (Simeone, Maria) (Entered: 10/27/2006) |

| 11/03/2006 | 🔵 112 | REPLY TO RESPONSE to Motion by Grant Boyd re 96 MOTION to Dismiss, 110 MOTION to Seal (Horstmann, Peter) (Entered: 11/03/2006) |
| 11/06/2006 | 🔵 113 | Response as to Grant Boyd: 112 Reply to Response filed by Grant Boyd,. (Rue, Nancy) Additional attachment(s) added on 11/6/2006 (Edge, Eugenia). (Entered: 11/06/2006) |
| 11/13/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Status Conference as to Mark Butler, Jose Ruvalcaba, Grant Boyd held on 11/13/2006 ; Counsel state status of the case re: remaining discovery issues; counsel for Ruvalcaba request more time; court allows for 2 months pending the ruling on the motion to continue; court sets a tenative Status Conference for 1/24/2006 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Govt to file an assented to motion to exclude time 11/6/06-11/13/06; Motion filed in open court and allowed.(Digital Recording #d.) (Simeone, Maria) (Entered: 11/13/2006) |
| 11/13/2006 | 🔵 118 | MOTION for Excludable Delay filed in open court from 11/6/06 to 11/13/06 as to Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Simeone, Maria) (Entered: 11/13/2006) |
| 11/13/2006 | 🔵 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 118 Motion to Exclude as to Grant Boyd (1), Mark Butler (3), Jose Ruvalcaba (4)time excluded from 11/6/06-11/13/06; allowed in open court; (Simeone, Maria) (Entered: 11/13/2006) |
| 11/15/2006 | 🔵 120 | NOTICE of Joinder in Codefendants' Motions to Continue Trial by Grant Boyd (Horstmann, Peter) (Entered: 11/15/2006) |
| 11/16/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Pretrial Conference as to Mark Butler, Jose Ruvalcaba, Grant Boyd held on 11/16/2006 Jury Trial set for 4/30/2007 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/16/2006) |
| 11/16/2006 | 🔵 | ELECTRONIC NOTICE OF HEARING ON MOTION as to Grant Boyd 97 MOTION to Sever, 96 MOTION to Dismiss, 98 MOTION to Dismiss on Speedy Trial, 91 MOTION to admonish the Government or in the alternative issue a TRO and Injunction MOTION for Reconsideration: Motion Hearing set for 1/3/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/16/2006) |
| 11/16/2006 | 🔵 | Terminate Deadlines and Hearings as to Mark Butler, Jose Ruvalcaba, Grant Boyd: (Lyness, Paul) (Entered: 11/16/2006) |
| 11/22/2006 | 🔵 122 | Magistrate Judge Leo T. Sorokin : ORDER entered. REPORT AND ORDER and ORDER ON EXCLUDABLE DELAY on Initial Status Conference as to James Holyoke, Mark Butler, Jose Ruvalcaba. Grant Boyd. Time excluded from 11/13/06 until 1/24/07. The final Status Conference has been set for 1/24/2006 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) Modified on |

| | | 11/28/2006 (Edge, Eugenia). (Entered: 11/27/2006) |
|---|---|---|
| 11/27/2006 | ❏ | ELECTRONIC NOTICE OF HEARING as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd;The Final Status Conference has been set for 1/24/2007 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) Modified on 11/27/2006 (Simeone, Maria). (Entered: 11/27/2006) |
| 12/06/2006 | ❏ | ELECTRONIC NOTICE OF HEARING as to Grant Boyd Change of Plea Hearing set for 12/7/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 12/06/2006) |
| 12/06/2006 | ❏123 | Emergency MOTION for Rule 11 Hearing *by assent* as to Grant Boyd. (Horstmann, Peter) (Entered: 12/06/2006) |
| 12/06/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 123 Motion for Rule 11 Hearing as to Grant Boyd (1). The change of plea is scheduled for Thursday, 12/7/06 at 2:00pm in Courtroom 9 on the 3rd floor. (Lyness, Paul) (Entered: 12/06/2006) |
| 12/07/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Change of Plea Hearing as to Grant Boyd held on 12/7/2006, Plea entered by Grant Boyd (1) Guilty Count 1ss,2ss,3ss. PSR Ordered. Defendant continued Remanded. (Court Reporter Debra Joyce.) (Lyness, Paul) (Entered: 12/08/2006) |
| 12/07/2006 | ❏124 | PLEA AGREEMENT as to Grant Boyd (Lyness, Paul) (Entered: 12/08/2006) |
| 12/07/2006 | ❏125 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Grant Boyd Sentencing set for 3/8/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 12/08/2006) |
| 12/13/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 91 Motion as to Grant Boyd (1); finding as moot 91 Motion for Reconsideration as to Grant Boyd (1); finding as moot 96 Motion to Dismiss as to Grant Boyd (1); finding as moot 97 Motion to Sever as to Grant Boyd (1); finding as moot 98 Motion to Dismiss for Speedy Trial as to Grant Boyd (1); finding as moot 100 Motion for Hearing as to Grant Boyd (1), as the defendant has plead guilty before the court. (Lyness, Paul) (Entered: 12/13/2006) |
| 12/28/2006 | ❏128 | NOTICE OF ATTORNEY APPEARANCE Nathaniel R. Mendell appearing for USA. (Mendell, Nathaniel) (Entered: 12/28/2006) |
| 01/24/2007 | ❏131 | Assented to MOTION to Continue *Or* to Cancel Final Status Conference as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. (Mendell, Nathaniel) Modified on 2/15/2007 (Lyness, Paul). (Entered: 01/24/2007) |
| 01/25/2007 | ❏132 | Assented to MOTION to Continue *Sentencing* to Week of May 14, 2007 as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boydby USA. |

| | | |
|---|---|---|
| | | (Mendell, Nathaniel) (Entered: 01/25/2007) |
| 01/29/2007 | ❏ | Terminate Deadlines and Hearings as to Grant Boyd: (Lyness, Paul) (Entered: 01/29/2007) |
| 01/29/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 132 Motion to Continue as to Grant Boyd (1) Sentencing set for 5/22/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr..Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/29/2007) |
| 01/29/2007 | ❏ | REMARK as to Grant Boyd: The granting of the Motion to continue the sentence from 3/8/07 at 2:00pm until 5/22/07 at 2:00pm pertains to defendant Grant Boyd, and not to defendant Mark Butler. (Lyness, Paul) (Entered: 01/29/2007) |
| 02/02/2007 | ❏ | Terminate Deadlines and Hearings as to James Holyoke, Mark Butler, Grant Boyd: (Lyness, Paul) (Entered: 02/02/2007) |
| 03/28/2007 | 136 | Joint MOTION to Continue *Trial* as to Jose Ruvalcaba by USA. (Mendell, Nathaniel) Modified on 4/2/2007 (Edge, Eugenia). Modified on 4/17/2007 (Lyness, Paul). (Entered: 03/28/2007) |
| 05/03/2007 | 137 | MOTION to Continue *Sentencing Hearing* to June 21, 2007 as to Grant Boyd. (Horstmann, Peter) Modified on 5/7/2007 (Edge, Eugenia). (Entered: 05/03/2007) |
| 05/03/2007 | ❏ | Case as to James Holyoke, Mark Butler, Jose Ruvalcaba, Grant Boyd no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/03/2007) |
| 05/04/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 137 Motion to Continue as to Grant Boyd (1), with consent of the government. Sentencing set for 7/5/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/04/2007) |
| 06/18/2007 | 145 | MOTION for Order *for Preliminary Order of Forfeiture* as to Grant Boydby USA. (Attachments: # 1 Text of Proposed Order)(Mendell, Nathaniel) (Entered: 06/18/2007) |
| 07/02/2007 | 146 | SENTENCING MEMORANDUM by Grant Boyd (Horstmann, Peter) (Entered: 07/02/2007) |
| 07/03/2007 | 147 | NOTICE *of Government's Calculation of Drug Weight Attributable to Defendant Grant Boyd* by USA as to Grant Boyd (Mendell, Nathaniel) (Entered: 07/03/2007) |
| 07/05/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Grant Boyd held on 7/5/2007. Defendant was origianlly scheduled to be sentenced on 7/5/07. He has requested a 60 day continuance of his sentence. The court grants that request. The new sentence date was set for 9/11/07 at 2:00pm. However, at the request of the probation officer, the court will change that date. Sentencing is now set for 9/25/2007 02:00 PM in Courtroom 9 before |

|  |  | Judge George A. O'Toole Jr.. Counsel are to make the change in their calendar. (Court Reporter Shelly Killian.)(Lyness, Paul) (Entered: 07/05/2007) |
|---|---|---|
| 07/27/2007 | 148 | Judge George A. O'Toole Jr.: Preliminary ORDER of Forfeiture entered. Order granting 145 Motion for Order as to Grant Boyd (1) (Edge, Eugenia) (Entered: 07/27/2007) |
| 08/02/2007 | 149 | Letter (non-motion) regarding Request to be notified of all filings as to Grant Boyd (Edge, Eugenia) (Entered: 08/02/2007) |
| 08/02/2007 | 150 | MOTION to Appoint New Counsel as to Grant Boyd. c/s(Edge, Eugenia) (Entered: 08/02/2007) |
| 08/09/2007 | 153 | Letter (non-motion) regarding Subpoenas as to Grant Boyd (Edge, Eugenia) (Entered: 08/10/2007) |
| 08/09/2007 | 154 | Letter (non-motion) regarding Docket no. 31 as to Grant Boyd (Edge, Eugenia) (Entered: 08/10/2007) |
| 08/10/2007 | 155 | Letter (non-motion) regarding mailings as to Grant Boyd (Edge, Eugenia) (Entered: 08/10/2007) |
| 08/17/2007 | 156 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. $54,223.00 U.S. Currency seized from Grant Boyd a/k/a Mark Martin served Delivered on 8/8/07 (Edge, Eugenia) (Entered: 08/20/2007) |
| 08/23/2007 | 157 | LETTER FROM COURT regarding Request for Subpoenas, Copies and Mailings as to Grant Boyd (Attachments: # 1 Invoice for copies)(Edge, Eugenia) (Entered: 08/23/2007) |
| 08/23/2007 | ❸ | Judge George A. O'Toole Jr.: Electronic ORDER entered re 155 Letter/Request to have any item normally mailed to defense attorney mailed to defendant. THIS REQUEST IS DENIED as to Grant Boyd (Edge, Eugenia) Modified on 8/24/2007 (Edge, Eugenia). (Entered: 08/24/2007) |
| 08/24/2007 | 158 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Grant Boyd #04725082 served Delivered on 8/17/07 (Edge, Eugenia) (Entered: 08/24/2007) |
| 08/24/2007 | 159 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Peter C. Horstmann served Delivered on 8/17/07 (Edge, Eugenia) (Entered: 08/24/2007) |
| 08/24/2007 | 160 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Ronald N. Richards, Esq. served Delivered on 8/23/07 (Edge, Eugenia) (Entered: 08/24/2007) |
| 08/27/2007 | 162 | Emergency MOTION to Appoint Counsel as to Grant Boyd. c/s(Edge, Eugenia) Additional attachment(s) added on 8/29/2007: Notice of Ineffective Assistance and Incorporated Motion for Relief. (Edge, Eugenia). (Entered: 08/28/2007) |

| 08/28/2007 | 161 | NOTICE regarding docket no. 148 by Grant Boyd re 148 Order on Motion for Order. c/s (Edge, Eugenia) Additional attachment(s) added on 8/28/2007 (Edge, Eugenia). (Entered: 08/28/2007) |
|---|---|---|
| 08/28/2007 | 163 | NOTICE OF THIRD PARTY INTERVENOR by Special Appearance under necessity by Grant Boyd.c/s (Attachments: # 1 Appearance Brief) (Edge, Eugenia) (Entered: 08/28/2007) |
| 08/30/2007 | 164 | NOTICE of Recended Authorization by Grant Boyd. c/s (Edge, Eugenia) (Entered: 09/06/2007) |
| 09/13/2007 | 167 | Letter (non-motion) regarding Proof of Default, Estoppel & Laches as to Grant Boyd (Attachments: # 1 Exhbit)(Edge, Eugenia) (Entered: 09/18/2007) |
| 09/14/2007 | 168 | Letter (non-motion) regarding Request for Docket Sheet and notification of next hearing as to Grant Boyd (Edge, Eugenia) (Entered: 09/18/2007) |
| 09/17/2007 | 169 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Anthony J. Manieri, Esq served Delivered on 9/13/07 (Attachments: # 1 USMS Process and Return as to Publication delivered on 9/13/07) (Edge, Eugenia) (Entered: 09/18/2007) |
| 09/20/2007 | 🔵 | Docket sheet sent to Grant Boyd re: 168 request. (Edge, Eugenia) (Entered: 09/20/2007) |
| 09/25/2007 | 🔵 | Electronic Clerk Notes for proceedings held before Judge George A. O'Toole Jr.: Pretrial Conference as to Grant Boyd held on 9/25/2007. The court allows attorney Peter Horstmann to withdraw as counsel for defendant. The court refers this case to the Magistrate for the sole purpose of appointing CJA counsel. The court grants the defendant's request to continue the sentence. Sentencing set for 11/13/2007 03:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Marcia Patrisso.) (Lyness, Paul) (Entered: 09/26/2007) |
| 09/26/2007 | 170 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Leo T. Sorokin Reason for referral: Appointment of CJA counsel as to Grant Boyd (Lyness, Paul) (Entered: 09/26/2007) |
| 09/27/2007 | 🔵 | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 150 Motion to Appoint Counsel as to Grant Boyd (1); granting Nunc Pro Tunc 162 Motion to Appoint Counsel as to Grant Boyd (1) (Lyness, Paul) (Entered: 09/27/2007) |
| 10/03/2007 | 171 | Magistrate Judge Leo T. Sorokin : ORDER entered. CJA 20 as to Grant Boyd: Appointment of Attorney James H. Budreau for Grant Boyd. (Simeone, Maria) (Entered: 10/03/2007) |
| 11/01/2007 | 173 | NOTICE of Filing: Proof of Service of Proof of lack of Jurisdiction & Prosecutorial Midconduct by Grant Boyd (Edge, Eugenia) (Entered: 11/01/2007) |
| 11/02/2007 | 174 | MOTION to Continue to 11/30/07 to Sentencing as to Grant Boyd. |

| | | (Budreau, James) (Entered: 11/02/2007) |
|---|---|---|
| 11/05/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 174 Motion to Continue as to Grant Boyd (1)Sentencing set for 12/11/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/05/2007) |
| 12/03/2007 | 179 | Amended NOTICE of Third Party Intervenor by Grant Boyd (Attachments: # 1 Cover Letter)(Edge, Eugenia) (Entered: 12/04/2007) |
| 12/07/2007 | 180 | MOTION for Hearing to Resolve Attorney Client Conflict & Compel Government to Respond to Attorney General's Default Agreements as to Grant Boyd. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3# 4 Exhibit A-4# 5 Exhibit A-5# 6 Exhibit A-7# 7 Exhibit B-2# 8 Exhibit B-3)(Lyness, Paul) (Entered: 12/07/2007) |
| 12/07/2007 | 181 | MOTION for Judicial Fact Finding and Ruling of Law as to Grant Boyd. (Lyness, Paul) Additional attachment(s) added on 12/7/2007 (Lyness, Paul). (Entered: 12/07/2007) |
| 12/11/2007 | 182 | NOTICE OF APPEAL 183 Judgment by Grant Boyd NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/31/2007. (Budreau, James) Modified on 1/4/2008 (Edge, Eugenia). (Entered: 12/11/2007) |
| 12/11/2007 | ❏ | Electronic Clerk Notes for proceedings held before Judge George A. O'Toole Jr.: Sentencing held on 12/11/2007 for Grant Boyd (1), Count(s) 1ss, 2ss, 3ss, 240 months on each of counts 1ss-3ss, to run concurrently with each other. The court recommends to the Bureau of Prisons that the defendant participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. The court further recommends that Bureau of Prisons take into account the defendant's health needs and family circumstances when designating a facility. 10 years supervised release on each of counts 1ss and 2ss, and three years on count 3ss, all to run concurrently with each other. Defendant shall not possesss a firearm; Defendant shall cooperate in the collection of DNA; The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office. Defendant is assessed $300.00. Defendant shall forfeit defendant's interest in the following property to the United States: $54,223 in United States Currency. Fine waived... (Court Reporter Marcia Patrisso.)(Attorneys present: For Government: Nathaniel Mendell; For Defendant: James Budreau) (Lyness, Paul) (Entered: 12/12/2007) |
| 12/12/2007 | 183 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Grant Boyd (1). Count(s) 1ss, 2ss, 3ss, 240 months on each of counts 1ss-3ss, to run concurrently with each other. The court recommends to the Bureau of |

|  |  | Prisons that the defendant participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. The court further recommends that Bureau of Prisons take into account the defendant's health needs and family circumstances when designating a facility. 10 years supervised release on each of counts 1ss and 2ss, and three years on count 3ss, all to run concurrently with each other. Defendant shall not possesss a firearm; Defendant shall cooperate in the collection of DNA; The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office. Defendant is assessed $300.00. Defendant shall forfeit defendant's interest in the following property to the United States: $54,223 in United States Currency. Fine waived. (Lyness, Paul) (Entered: 12/12/2007) |
|---|---|---|
| 12/12/2007 | 184 | MOTION to Dismiss *Indictment and Superseding Indictment* as to Grant Boyd. (Mendell, Nathaniel) (Entered: 12/12/2007) |
| 12/12/2007 | 185 | MOTION for Order *of Forfeiture* as to Grant Boydby USA. (Attachments: # 1 Text of Proposed Order)(Mendell, Nathaniel) (Entered: 12/12/2007) |
| 12/14/2007 | 186 | Judge George A. OToole Jr.: ORDER entered. FINAL ORDER OF FORFEITURE as to Grant Boyd (Lyness, Paul) (Entered: 12/14/2007) |
| 12/14/2007 | ❍ | Judge George A. OToole Jr.: Electronic ORDER entered granting 184 Motion to Dismiss as to Grant Boyd (1); granting 185 Motion for Order as to Grant Boyd (1) (Lyness, Paul) (Entered: 12/14/2007) |
| 12/21/2007 | 187 | MOTION for certified copy of docket AND all defense exhibits on file with the Court related to this defendant as to Grant Boyd. (Edge, Eugenia) (Entered: 12/27/2007) |
| 12/26/2007 | 188 | Letter (non-motion) regarding Acceptance for Value and Returned for Discharge of Presentment as to Grant Boyd (Attachments: # 1 Exhibit Criminal Judgment (12/12/07), # 2 Exhibit A-7, # 3 Affidavit In Support of Commericial Discharge)(Edge, Eugenia) (Entered: 12/27/2007) |
| 12/28/2007 | 189 | US Marshal Process Receipt and Return for Final Order of Forfeiture. $54,223 in U.S. Currency served Delivered on 12/26/07 (Edge, Eugenia) (Entered: 12/28/2007) |
| 01/02/2008 | 192 | TRANSCRIPT of Sentencing as to Grant Boyd held on December 11. 2007 before Judge O'Toole. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/02/2008) |
| 01/03/2008 | ❍ | Judge George A. OToole, Jr: Electronic ORDER entered GRANTING 187 Motion for certified copy of docket sheet ONLY as to Grant Boyd (1). (Edge, Eugenia) (Entered: 01/03/2008) |
| 01/03/2008 | ❍ | Certified Docket sheet sent to Grant Boyd : South Walpole, MA (Edge, |

| | | Eugenia) . (Entered: 01/03/2008) |
|---|---|---|
| 01/09/2008 | 195 | TRANSCRIPT ORDER FORM by Grant Boyd for proceedings held on 12/09/2005 before Judge O'Toole as to Grant Boyd. (Budreau, James) Modified on 1/10/2008 (Edge, Eugenia). (Entered: 01/09/2008) |
| 01/17/2008 | | As to Grant Boyd: case compiled and forwarded to J. Ramos. (Edge, Eugenia) (Entered: 01/17/2008) |