## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10037

United States of America

v.

Grant Boyd

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-28, 32-37, 39, 46, 49, 51, 54, 61, 64, 66, 73, 75, 76, 79, 91, 94-98, 100, 107, 110-113, 118, 120, 122-125, 128, 131, 132, 137, 137, 145-150, 153-164, 167-171, 173, 174, 179-189, 195

Sealed Documents 62, 63, 192

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/11/2007

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 22, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/24/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1114

- 3/06