US District Court
1 Courthouse Way
Boston, MA 02210

RE: 1) 05-cr-10037-GAO <u>US v. BOYD</u>
     2) 09-cv-10588-MLW <u>BOYD v. RUE</u>

Dear Clerk:

    I would like to receive the most recent two (2) pages of each of the above dockets so I can follow the proceedings in these cases. Last month money was sent to the Finance Department to be credited to each of these accounts to cover the cost of such requests.

                                  Respectfully,

                                  Grant Boyd, 04725-082  9/6/12
                                  PO Box 1000
                                  Petersburg, VA 23804

FILED
IN CLERKS OFFICE

2012 SEP 13 P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.