## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 05-10037-GAO |
| | ) | |
| **BOYD** | ) | |
| | ) | |

## WITHDRAWAL OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby withdraws as counsel in this case and asks to be deleted from the docket for purposes of receiving electronic notices in this case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Zachary R. Hafer
ZACHARY R. HAFER
Assistant U.S. Attorney

Dated: October 1, 2012

## CERTIFICATE OF SERVICE

I, Zachary R. Hafer, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Zachary R. Hafer
ZACHARY R. HAFER
Assistant U.S. Attorney