## AFFIDAVIT OF JENNIFER ZACKS

I, Jennifer Zacks, do hereby depose and state as follows:

1.  I am an AUSA, primarily responsible for writing the government's response to the §2255 petition filed in *Grant Boyd v. United States*, 05-10037.

2.  Pursuant to the Court's order of December 21, 2012, waiving the defendant's attorney-client privilege to extent that he has asserted claims of ineffective assistance of counsel and communications between him and his prior attorneys may be necessary to prove or disprove his claim, I made efforts to contact the following counsel: Peter Horstmann, James Budreau, Ronald Richards, and Martin Godin.   Because counsel expressed a preference not to submit their own affidavits, I am hereby submitting this affidavit summarizing the relevant information I obtained.

3.  I contracted Attorney Richards, who informed me that he has never represented Jose Ruvalcaba. He also informed me that Attorney Godin is not, as the defendant alleges, "his partner" or professionally associated with him in any way.

4.    I contacted Attorney Horstmann regarding the defendant's allegations that Attorney Godin attempted to solicit the defendant's assistance in the collection of drug debts and that Attorney Horstmann requested that, the defendant "not disclose co-counsel's [Attorney Godin's] illegal activities in proffer or to the Court." §2255 Pet. at 5.    Attorney Horstmann informed me that he had "no memory of an attorney being involved in any of the illegal activities except as a customer and it was not an attorney from California" and that he "did not know Attorney Godin and did not instruct Mr. Boyd to withhold information from the Government or the Court."

5.    I contacted Attorney Budreau, who informed me that, in the absence of more specific direction from the Court, he declined to discuss the details of his representation of the defendant.

6.    I repeatedly attempted to contact Attorney Godin, but he did not return my telephone calls.

7.    Prior to completing this affidavit, I sent, by email, a draft copy of the relevant portions of the foregoing paragraphs to Attorneys Roberts, Horstmann and Budreau. I did not have an email address for Attorney Godin. Each of the emails requested that any corrections or changes be

sent to me.  I did not receive any corrections or changes.


Signed under penalties of perjury, this 30ᵗʰ day of May, 2013


Jennifer Zacks

G.App.00114