UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.  File 05-10037

GRANT BOYD

PETITIONER'S OBJECTION TO COURT'S DECEMBER 21, 2012, ORDER
AUTHORIZING GOVERNMENT'S DISCOVERY INTO ATTORNEY-CLIENT PRIVILEGE

Now Comes, Petitioner to file this OBJECTION to the Court's ORDER allowing one party discovery and the Government's access to privileged communications.

Petitioner had previously filed an objection to this Order but it was never docketed. Additionally, Boyd was never notified of the Order when it was entered.

Petitioner objects as noted below and to its failure to address any of the issues raised by Petitioner (DE 352)

1. Authorizing discovery was not necessary to provide relief for the Court's error in breaching the September 14, 2005 ORDER and resulting DUE PROCESS violations.

2. The Government waived any objection to the September 14, 2005 Ruling by expressly stipulating to the ruling and promise therein. Boyd was the injured party in the agreement and is entitled to remedy for the breach.

3. Any waiver of privilege must be no broader than necessary to prove or disprove claim and the Court's Order left it open for the Government to define what is necessary.

4. The Court has authorized one-party discovery and it should have limited the scope of disclosure and allowed response to be in camera.

5. The Court should issue a protective order precluding use of privileged communications and documents fro any purpose other than responding to Petitioner's 2255 Motion or the Court is unjustly rewarding the Government for the Court's breach.

Respectfully Submitted,

Grant Boyd, 04725-082
PO Box 1000 - Camp
Petersburg, VA 23804

CERTIFICATE OF SERVICE

I, Grant Boyd certify that this objection has been served upon the government at the address of record via USPS First Class mail.

Grant Boyd        Date